UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------- x
JANE DOE,                             :
                                      :
                  Plaintiff,     :   Case No.: 3:18-cv-01322-KAD
                                      :
        - vs. -                     :
                                      :
TOWN OF GREENWICH, SGT. DET. BRENT    :
REEVES, in his individual and official capacity, :
and DET. KRYSTIE M. RONDINI, in her   :
individual and official capacity,     :
                                      :
                  Defendants.    :
------------------------------------- x

## MOTION TO SEAL DOCUMENT

      Non-party "Peter Roe," by and through his attorneys, Ivey, Barnum & O'Mara, LLC, hereby moves the Court to seal Exhibit D of the Declaration in Support of Non-Party Peter Roe's Motion to Quash Non-Party Subpoena, for a Protective Order, and to Proceed under a Pseudonym (**Dkt. #66**).  In the second sentence of Exhibit D, the undersigned attorney used Plaintiff's family's name in a letter to Plaintiff's attorney, and failed to redact said family name prior to filing Exhibit D with this Court.  On August 13, 2018, this Court granted Plaintiff's Motion to Proceed in Fictitious Name, and as such, Exhibit D which contains Plaintiff's family name, should be sealed in order to protect the identity of Plaintiff consistent with this Court's August 13, 2018 Order.

Dated:  Greenwich, Connecticut        IVEY, BARNUM & O'MARA, LLC
       April 29, 2019

                                                      By:  */s/ Michael J. Jones*
                                                            Michael J. Jones, Esq. (ct09759)
                                                            Ryan S. Tougias, Esq. (ct28830)
                                                            170 Mason Street
                                                            Greenwich, Connecticut 06830
                                                            Telephone: (203) 661-6000
                                                            Email: mjones@ibolaw.com
                                                                             rtougias@ibolaw.com

                                                          *Attorneys for Non-Party Peter Roe*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2019, a copy of the foregoing was filed electronically and served by U.S. mail, first class postage prepaid on any party unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    */s/ Michael J. Jones*
                                                   Michael J. Jones, Esq. (CT09759)