# EXHIBIT A



# Registrar's Office

## Registrar's Office

## Academic Calendar - Spring 2019

Download the PDF Version

*Updated 2/14/2019*

| SPRING 2019 | A&S / UG BUS / [redacted] | [redacted] | GRAD BUS | LAW |
|---|---|---|---|---|
| Registration: New and Transfer Students | R-U Jan 3-13 | | | |
| Residence Halls Open 10 am | U Jan 13 | | | |
| Begin Add/Drop Period | M Jan 14 | M Jan 14 | M Jan 14 | M Jan 14 |
| CLASSES BEGIN | M Jan 14 | M Jan 14 | M Jan 14 | M Jan 14 |
| Begin Late Payment Fee | T Jan 15 | T Jan 15 | T Jan 15 | T Jan 15 |
| End Add Period for 5-Day Add Courses | F Jan 18 | | | |

<table>
<tr><td>MARTIN LUTHER KING JR. DAY-M Jan 21</td><td colspan="3">No Class</td><td>No Class</td><td>Class Day</td><td>No Class (Day classes); Class Day (Classes after 6pm)</td></tr>
<tr><td>End Add/Late Registration 5 pm</td><td colspan="3">M Jan 28</td><td>S Jan 19</td><td>F Jan 25</td><td>M Jan 28</td></tr>
<tr><td>End No-Record Drop Period 5 pm</td><td colspan="3">M Jan 28</td><td>S Jan 19</td><td>F Jan 25</td><td>M Jan 28</td></tr>
<tr><td>Last Day to Declare Major/Minor for Spring Term</td><td colspan="3">M Jan 28</td><td></td><td></td><td></td></tr>
<tr><td rowspan="2">End Pass/Fail, Audit Option, 5 pm</td><td rowspan="2">M Jan 28</td><td>Audit Only</td><td>Audit Only</td><td rowspan="2">M Jan 28</td><td rowspan="2"></td><td>Audit Only</td></tr>
<tr><td>M Jan 28</td><td>M Jan 28</td><td>M Jan 28</td></tr>
<tr><td>Last Day to File for December Graduation</td><td colspan="5">F Feb 8</td><td>F Feb 22</td></tr>
<tr><td>Deadline for Readmitted Student application</td><td>F Feb 15</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>LAST DAY TO WITHDRAW FROM CLASS (See on-line catalog for specifics)</td><td colspan="3">F Mar 1</td><td>F Mar 1</td><td>F Mar 1</td><td>F Mar 1</td></tr>
<tr><td>MidSemester</td><td colspan="6">F Mar 1</td></tr>
<tr><td>Begin SPRING BREAK After Last Class</td><td colspan="3">F Mar 8</td><td>S Mar 9</td><td>R Mar 7</td><td>F Mar 8</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| Classes Resume | M Mar 18 | | | |
| Begin Registration for Summer | T Mar 19 | T Mar 19 | M Mar 4 | R Mar 28 |
| Begin Fall Registration Advising | M Mar 25 | | | |
| Fall Pre-Registration for Continuing Students | Priority: M Apr 1-F Apr 12 | W Jul 10 - | M-F | T-F Apr 16-19; |
| | Extended: M Apr 15-F May 31 | U Aug 25 | Jul 8-12 | Ext: S Apr 20 |
| | | | | - U Aug 25 |
| Spring Honors Convocation | F Apr 12 | | | |
| LAST DAY OF SPRING CLASSES | F Apr 26 | S Apr 27 | R Apr 25 | F Apr 26 |
| Study Period | S-U Apr 27-28 | U Apr 28 | S-U Apr 27-28 | S-U Apr 27-28 |
| Spring Term Exams | M Apr 29 – S May 4 | M Apr 29 – S May 4 | M Apr 29 – R May 2 | M Apr 29 – F May 10 |
| END SPRING TERM | S May 4 | S May 4 | R May 2 | F May 10 |
| Residence Halls Close 12 Noon | U May 5 | | | |
| DEG CAND GRADES DUE by 9am | M May 6 | M May 6 | M May 6 | W May 22 |
| Other Spring Term GRADES DUE by 9am | M May 13 | R May 9 | T May 7 | W May 22 |
| UNIVERSITY BACCAULAUREATE | U May 12 | | | |
| COMMENCEMENT | U May 12 | S May 11 | F May 10 | S May 11 |
| Residence Halls Close for May | M May 13 | | | |

| | | | | |
|---|---|---|---|---|
| Graduates 2 pm | | | | |
| Reunion Weekend | F May 31--U June 2 | | | |
| End Make-up of Spring I Grade (after Date I becomes F or U) | T Jun 18 | MidSemester Fall 2019 | MidSemester Fall 2019 | Student's Graduation |

Class Schedule(schedule/index.html)

Religious Observance Policy & Calendar(religious-observance.html)

Exam Schedule(schedule/exam.html)

[redacted]