**EXHIBIT C**



Meredith Braxton <mbraxton@braxtonhook.com>

## Peter Roe's current location

**Meredith Braxton** <mbraxton@braxtonhook.com>  Tue, May 21, 2019 at 7:25 PM
To: "Michael J. Jones" <MJones@ibolaw.com>
Cc: Elizabeth Hook <ehook@braxtonhook.com>

Dear Attorney Jones:
Please advise where Peter Roe is located now and for the remainder of the summer.
Thank you,

--
Meredith C. Braxton
Braxton Hook PLLC
280 Railroad Ave., Suite 205
Greenwich, CT 06830
Tel: (203) 661-4610
Fax: (203 661-4611
mbraxton@braxtonhook.com

This message originates from the law firm of Braxton Hook PLLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client-privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.



Meredith Braxton <mbraxton@braxtonhook.com>

## Peter Roe's current location

**Michael J. Jones** <MJones@ibolaw.com>  Wed, May 22, 2019 at 9:58 AM
To: Meredith Braxton <mbraxton@braxtonhook.com>
Cc: Elizabeth Hook <ehook@braxtonhook.com>

Meredith,

What is the purpose of your inquiry? As I stated on the record in our phone call with Judge Dooley, I will accept service of any documents directed toward Mr. Roe.

Mike Jones


Michael J. Jones, Esq.

Member

Ivey, Barnum & O'Mara, LLC

170 Mason Street

Greenwich, CT 06830

CT: 203-661-6000

NY: 212-764-0900

Fax: 203-661-9462


Trusted & Verified

Privileged/Confidential Information: This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

[Quoted text hidden]



Meredith Braxton <mbraxton@braxtonhook.com>

## Peter Roe's current location

**Meredith Braxton** <mbraxton@braxtonhook.com>  Wed, May 22, 2019 at 11:34 AM
To: "Michael J. Jones" <MJones@ibolaw.com>
Cc: Elizabeth Hook <ehook@braxtonhook.com>

Mike,
If I need to reissue a subpoena, I need to have some idea of what location will comply with the rules.
Thank you,
[Quoted text hidden]



Meredith Braxton <mbraxton@braxtonhook.com>

## Peter Roe's current location

**Michael J. Jones <MJones@ibolaw.com>**      Wed, May 22, 2019 at 1:28 PM
To: Meredith Braxton <mbraxton@braxtonhook.com>
Cc: Elizabeth Hook <ehook@braxtonhook.com>

Meredith,

If you need to issue a new subpoena, you can address it care of my office. With your cooperation as to scheduling, and assuming the Court orders him to appear, we will arrange for Mr. Roe's appearance at our offices here in Greenwich.

Mike

[Quoted text hidden]