# Exhibit A

| | |
|---|---|
| DOCKET NO. FBT-CV-18-5037815-S | : SUPERIOR COURT |
| JANE DOE, JOHN DOE, and MARY DOE,<br>Plaintiffs, | : J.D. of FAIRFIELD |
| V. | : at BRIDGEPORT |
| BRUNSWICK SCHOOL, INC.,<br>Defendant. | : MARCH 22, 2019 |

## SUBPOENA DUCES TECUM

TO: **Robert B. Mitchell – Keeper of Records**
Mitchell & Sheahan, P.C.
80 Ferry Blvd - Suite 102
Stratford, CT 06615

BY THE AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to appear for a deposition on **Wednesday, April 10, 2019**, at **10:00 a.m.**, at **Regus, 1000 Lafayette Blvd., Suite 1100, Bridgeport, CT 06604,** before a Notary Public or other person duly authorized to take depositions, and testify as to the facts alleged in the above-entitled action, or to such day thereafter within sixty (60) days hereof on which oral deposition is conducted, in accordance with the notice attached hereto.

You are hereby further commanded to produce for inspection and copying at your deposition all documents identified in the attached Schedule A.

Hereof fail not, under penalty of law in that case provided.

To any proper officer or indifferent person to serve and return.

Dated at Hartford, Connecticut, this 22nd day of March, 2019.

/s/ *James M. Sconzo*
James M. Sconzo  (860) 392-5000
Commissioner of the Superior Court
State of Connecticut

STATE OF CONNECTICUT  )
                     ) ss:            _____, 2019
COUNTY OF FAIRFIELD  )

    Then and by virtue hereof, I read the within Subpoena in the presence and hearing/left a true and attested copy hereof in the hands of the within named person:

    NAME                          ADDRESS

and paid/tendered (to each) of the fees allowed by law.

    The within is a true copy of the original Subpoena.

                                       Attest:

Witness Fees_____

Service_____        _____
                                 Deputy Sheriff
Travel_____        Constable/Indifferent Person

Endorsement_____

## CERTIFICATION

This is to certify that on this 22nd day of March, 2019, a copy of the foregoing was or will immediately be served upon the following counsel and parties of record:

Braxton Hook LLC
280 Railroad Ave., Ste. 205
Greenwich, CT 06830
*Counsel for Plaintiffs*

/s/ *James M. Sconzo*
James M. Sconzo

## Schedule A

1. The unredacted deposition transcript of [John Doe's] deposition in the case captioned *Jane Doe v. Town of Greenwich et. al*, No. 3:18-cv-01322-KAD (D. Conn.);

2. The unredacted deposition transcript of [Mary Doe's] deposition in the case captioned *Jane Doe v. Town of Greenwich et. al*, No. 3:18-cv-01322-KAD (D. Conn.); and

3. The unredacted deposition transcript of [Brother Doe's] deposition in the case captioned *Jane Doe v. Town of Greenwich et. al*, No. 3:18-cv-01322-KAD (D. Conn.).

4

| | |
|---|---|
| DOCKET NO. FBT-CV-18-5037815-S | SUPERIOR COURT |
| JANE DOE, JOHN DOE, and MARY DOE,<br>Plaintiffs, | J.D. of FAIRFIELD |
| V. | at BRIDGEPORT |
| BRUNSWICK SCHOOL, INC.,<br>Defendant. | MARCH 25, 2019 |

## SUBPOENA DUCES TECUM

TO:   **Robert B. Mitchell – Keeper of Records**
   Mitchell & Sheahan, P.C.
   80 Ferry Blvd - Suite 102
   Stratford, CT 06615

BY THE AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to appear for a deposition on **Wednesday, April 10, 2019**, at **12:00 p.m.**, at **Regus, 1000 Lafayette Blvd., Suite 1100, Bridgeport, CT 06604,** before a Notary Public or other person duly authorized to take depositions, and testify as to the facts alleged in the above-entitled action, or to such day thereafter within sixty (60) days hereof on which oral deposition is conducted, in accordance with the notice attached hereto.

You are hereby further commanded to produce for inspection and copying at your deposition all documents identified in the attached Schedule A.

Hereof fail not, under penalty of law in that case provided.

To any proper officer or indifferent person to serve and return.

Dated at Hartford, Connecticut, this 25th day of March, 2019.

/s/ *James M. Sconzo*
James M. Sconzo  (860) 392-5000
Commissioner of the Superior Court
State of Connecticut

STATE OF CONNECTICUT    )
                        ) ss:    _____, 2019
COUNTY OF FAIRFIELD     )

    Then and by virtue hereof, I read the within Subpoena in the presence and hearing/left a true and attested copy hereof in the hands of the within named person:

    NAME                        ADDRESS

and paid/tendered (to each) of the fees allowed by law.

    The within is a true copy of the original Subpoena.

                                    Attest:

Witness Fees_____

Service_____

Travel_____        _____
                                  Deputy Sheriff
                                  Constable/Indifferent Person

Endorsement_____

## CERTIFICATION

This is to certify that on this 25th day of March, 2019, a copy of the foregoing was or will immediately be served upon the following counsel and parties of record:

Braxton Hook LLC
280 Railroad Ave., Ste. 205
Greenwich, CT 06830
*Counsel for Plaintiffs*

                                                          /s/ *James M. Sconzo*
                                                        James M. Sconzo

## Schedule A

1. The unredacted deposition transcript of Krystie Rondini's deposition in the case captioned *Jane Doe v. Town of Greenwich et. al*, No. 3:18-cv-01322-KAD (D. Conn.); and

2. The unredacted deposition transcript of Brent Reeve's deposition in the case captioned *Jane Doe v. Town of Greenwich et. al*, No. 3:18-cv-01322-KAD (D. Conn.).