# Exhibit D

```
 1  UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF CONNECTICUT
 2  ---------------------------------x        CONFIDENTIAL
    JANE DOE,
 3                Plaintiff,

 4  vs.                      Case No. 3:18-cv-01322-KAD
                             Date: April 15, 2019
 5  TOWN OF GREENWICH, ET AL,

 6                Defendants.
    ---------------------------------x
 7  IN THE SUPERIOR COURT
    JUDICIAL DISTRICT OF FAIRFIELD
 8  AT BRIDGEPORT
    ---------------------------------x
 9  JANE DOE, JOHN DOE AND MARY DOE,

10                Plaintiffs,

11  vs.                      Case No. FBT-CV-18-5037815-S

12  BRUNSWICK SCHOOL, INC.,

13                Defendant.

14  ---------------------------------x

15             DEPOSITION OF ███████ ███████

16      The deposition of ███████ ███████ was taken on

17  April 15, 2019, beginning at 10:20 a.m., at 7 Benedict

18  Place, Greenwich, Connecticut, before Susan Wandzilak,

19  Registered Professional Reporter and Notary Public in

20  the State of Connecticut.

21
                  Susan Wandzilak  License No. 377
22            DEL VECCHIO REPORTING SERVICES, LLC
                PROFESSIONAL SHORTHAND REPORTERS
23                      117 RANDI DRIVE
                  MADISON, CONNECTICUT 06443
24                      800-839-6867

25  NEW HAVEN                STAMFORD           HARTFORD
```

```
 1    have stated the objection.  You can do what
 2    counsel is asking you to do.
 3        MS. BRAXTON:  Do you have any objection to
 4    her reading this?
 5        MS. WADLER:  Well --
 6        MS. BRAXTON:  Before she reads it.
 7        MR. MITCHELL:  Why don't we take a break.
 8        MS. WADLER:  Can we take a minute?  I'm
 9    surprised to see this, too.
10        MR. NOLIN:  Why don't we just -- have you
11    ever seen any statement by ████ ████ in this
12    matter?
13        THE WITNESS:  No.
14        MR. MITCHELL:  I would like to take a
15    five-minute break.
16        MR. NOLIN:  I'm just trying to make it
17    shorter than five if we can.  I'm trying to get
18    the witness out of here.
19        THE VIDEOGRAPHER:  Going off record at 11:36.
20        (Briefly off the record, as a break is
21    taken.)
22        THE VIDEOGRAPHER:  Back on record at 11:42.
23        MS. BRAXTON:  Okay, so does anyone have an
24    objection to this?
25        MR. MITCHELL:  Yes, we do.
```

```
 1            MS. WADLER:  Yes, we have an objection.
 2            MS. BRAXTON:  Now, if we have Mrs. ▓▓▓▓ --
 3   Ms. ▓▓▓▓ sign an exhibit to the protective
 4   order in the federal case, is that sufficient?
 5            MS. WADLER:  No, I don't think she should be
 6   seeing it.  She is not a party in this action.
 7   She -- the witness has already testified that she
 8   has never seen this document before.  This is
 9   something when produced under FOI is redacted.
10   The only reason it was produced today was because
11   of discovery in this case, which is confidential.
12            MS. BRAXTON:  Okay, so I'm going to withdraw
13   this exhibit.  Can I just peel off the sticker?
14            MR. NOLIN:  And I'm going to hand back my
15   copy since there is no reason for me to have it.
16            MS. BRAXTON:  Well, everyone should hand back
17   their copies.
18            (Whereupon, ▓▓▓▓ Exhibit No. 7 was
19   withdrawn.)
20   BY MS. BRAXTON:
21       Q.  Did you ever read a draft of ▓▓▓▓ ▓▓▓▓▓▓
22   statement?
23       A.  No.
24       Q.  To the police?
25       A.  No.
```