UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE,<br> *Plaintiff,* | :<br>:   CASE NO. 3:18cv1322 (KAD)<br>: |
| V. | :<br>: |
| TOWN OF GREENWICH, SGT. DET. BRENT REEVES, in his individual and official capacity, and DET. KRYSTIE M. RONDINI, in her individual and official capacity,<br> *Defendants.* | :<br>:<br>:<br>:   JUNE 11, 2019 |

## APPEARANCE

Please enter the appearance of:

      DAVID M. KUTZNER
      Senior Assistant State's Attorney
      Civil Litigation Bureau
      Office of the Chief State's Attorney
      300 Corporate Place
      Rocky Hill, Connecticut 06067
      Tel. (860) 258-5887
      Fax. (860) 258-5968
      E-mail: david.kutzner@ct.gov
      Federal Bar No. ct 08123

for John D. Capozzi, II, Supervisory Assistant State's Attorney,
a non-party witness subpoenaed to provide deposition testimony in this matter.

       /s/ DAVID M. KUTZNER
      DAVID M. KUTZNER
      Senior Assistant State's Attorney

## **CERTIFICATION**

    I hereby certify that on June 11, 2019, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ DAVID M. KUTZNER
DAVID M. KUTZNER
Senior Assistant State's Attorney