UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, | : |
| | : CIVIL ACTION NO. 3:18-cv-01322-KAD |
| Plaintiff, | : |
| v. | : |
| | : |
| TOWN OF GREENWICH, SGT. DET. | : |
| BRENT REEVES, in his individual and | : |
| Official capacity, and DET. KRYSTIE M. | : |
| RONDINI, in her individual and official | : |
| Capacity, | : |
| Defendants | : |
| | : |

### NOTICE OF APPEARANCE FOR NON-PARTY

To the Clerk of this Court and all parties of record:

    Please take notice that the undersigned hereby enters an appearance as counsel for non-party Philip Russell, Esq. for the limited purpose of the Motion to Quash Subpoena and for Protective Order being filed herewith. I am admitted or otherwise authorized to practice in this court.

Dated:  Cos Cob, Connecticut
        September 25, 2019

                                        NON-PARTY, PHILIP RUSSELL, ESQ.

                                        By  /s/_____
                                        Philip Russell
                                        Federal Bar No. ct03127
                                        Philip Russell, LLC
                                        1 River Road
                                        Cos Cob, CT 06807
                                        Tel: (203) 661-4200
                                        E-mail: efile@greenwichlegal.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by First Class Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                               /s/_____
                                                                                               Philip Russell