Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK Kristen Gould     RPTR/ECRO/TAPE Tracy Gow

TOTAL TIME: ____ hours  41  minutes

DATE: 12/19/2019   START TIME: 10:02am   END TIME: 10:43am
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:18-cv-01322-KAD

Doe

vs

Greenwich et al

Elizabeth I. Hook
Plaintiff's Counsel

M. Jones, Robert Mitchell, Reese Mitchell
Defendant's Counsel   R. Tougias

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing                [ ] Show Cause Hearing
[ ] Evidentiary Hearing           [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] #138  Motion for Sanctions   [ ] granted [✓] denied [ ] advisement
[ ] #____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] #____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] #____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] #____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] #____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] #____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] Briefs(s) due ____ [ ] Proposed Findings due ____ Response due ____
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] Hearing continued until _____ at _____

Notes: *Portion of the transcript, as stated on the record, ordered SEALED under Local Rule 57.