# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| JANE DOE, | ) CIVIL ACTION NO: |
| Plaintiff, | ) 3:18-cv-01322-KAD |
| v. | ) |
| TOWN OF GREENWICH, et al, | ) |
| Defendant. | ) February 11, 2020 |

_____

## DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH DEFENDANT'S SECOND REQUEST FOR PRODUCTION

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, and Connecticut Local Rules 7 and 37, Defendant Town of Greenwich, by and through its attorneys, Mitchell & Sheahan, P.C., hereby move to compel the Plaintiff, Jane Doe, to comply with Defendant's Second Request for Production dated December 24, 2019. In support of this Motion, Defendant submits herewith the accompanying Memorandum of Law, and Affidavit of Robert B. Mitchell, in accordance with Local Rule 37.

By: /s/ Robert B. Mitchell
Robert B. Mitchell (ct02662)
Jessica Slippen (ct25765)
Mitchell & Sheahan, P.C.
80 Ferry Blvd., Suite 216
Stratford, CT 06615
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com

Counsel for Defendants

## **CERTIFICATION**

I hereby certify that on February 11, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Meredith C. Braxton (mbraxton@braxtonhook.com)
Elizabeth I. Hook (ehook@braxtonhook.com)
BRAXTON HOOK LLC
280 Railroad Ave., Suite 205
Greenwich, CT 06830

Abby Wadler (Abby.Wadler@greenwichct.org)
Assistant Town Attorney
Town of Greenwich
Law Department, Town Hall
101 Field Point Road
Greenwich CT  06830

/s/ Robert B. Mitchell
Robert B. Mitchell (ct02662)
Jessica Slippen (ct25765)
Mitchell & Sheahan, P.C.
80 Ferry Blvd., Suite 216
Stratford, CT 06615
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com