UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:18-cv-01322-KAD |
| | : | |
| V. | : | |
| | : | |
| TOWN OF GREENWICH, | : | |
|    Defendant. | : | MAY 12, 2020 |

## THOMAS W. PHILIP'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26(c) and 45(d), Local Rule 37, and this Court's Order dated April 21, 2020 (Doc. No. 213), Thomas W. Philip ("Mr. Philip") respectfully moves for an Order quashing the subpoena served on him or in the alternative for a Protective Order. For the reasons set forth in the accompanying Memorandum of Law, the Court should grant Mr. Philip's Motion and quash the subpoena issued to him in its entirety.

THOMAS PHILIP

By: */s/ James M. Sconzo*
    James M. Sconzo (ct04571)
    Brendan N. Gooley (ct30584)
    CARLTON FIELDS
    One State Street, Suite 1800
    Hartford, CT  06103
    Telephone:  860-392-5000
    Facsimile:  860-392-5058
    Email:   jsconzo@carltonfields.com
           bgooley@carltonfields.com

His Attorneys

## **CERTIFICATION**

I hereby certify that, on this 12th day of May, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                          */s/ James M. Sconzo*
                                                          James M. Sconzo