# Exhibit A

DOCKET NO.: X06 UWY-CV18-5024973-S      :      SUPERIOR COURT

JANE DOE, JOHN DOE, and MARY DOE,      :      COMPLEX LITIGATION
   ·Plaintiffs,                           :

V.                                         :      AT WATERBURY

BRUNSWICK SCHOOL, INC.               :
Defendant.                            :      OCTOBER 14, 2019

## <u>AFFIDAVIT OF THOMAS PHILIP</u>

1. My name is Thomas Philip.

2. I am over the age of eighteen and believe fully in the obligations of an oath.

3. I make this affidavit based on my personal knowledge.

4. I am the Headmaster of Brunswick School, Inc. ("Brunswick").

5. In early August 2016, Peter Roe informed me that Jane Doe had alleged that he engaged in sexual misconduct at a pool party at her home and that the police were investigating Jane's allegations.

6. Brunswick had no prior knowledge of the pool party at Jane Doe's home.

7. On August 8, 2016, I interviewed Peter Roe as part of my investigation into Jane Doe's allegations. During that interview, Peter described that Jane had supplied alcohol for the party, that he did not remember an extended portion of the pool party (including the time period during which the alleged assault purportedly occurred) because he was intoxicated from drinking alcohol at the pool party, and that his friends who attended the pool party told him he was incapable of assaulting Jane because of his extreme intoxication.

8. Shortly after I interviewed Peter Roe, but before August 15, 2016, I interviewed another Brunswick student ("Student 1") who attended the pool party. Student 1 described that: alcohol was readily available at the party, Jane provided some of the alcohol, and when he went to retrieve Peter, so Peter and he could leave the party, Jane was not visibly upset or concerned and nothing seemed out of the ordinary. I was attempting to gather enough information so that Brunswick had the basic facts; a full investigation would have been handled by others if Jane agreed to speak to Brunswick.

9. I did not threaten Student 1 or in any way attempt to influence what Student 1 reported, nor did I threaten or in any way attempt to influence what any other student reported about the circumstances surrounding the alleged assault. I did not threaten any students with expulsion if they admitted to supplying alcohol or witnessing the alleged assault. I did not tamper with any witnesses.

10.   I concluded that someone from Brunswick's administrative team would need to speak to Jane Doe about her allegations because the information was conflicting, and it would not be fair or reasonable for Brunswick to investigate and discipline Peter for an alleged assault without a fair process, which at a minimum requires hearing from the accuser.

11.   I therefore asked Greenwich Academy's Head of School to request information about the alleged assault from Jane Doe's family to facilitate Brunswick's investigation.

12.   I subsequently received an email from Mr. Doe, which is attached as **Exhibit A**. That email was the only communication I received from the Doe family during the Summer or Fall of 2016. Several facts asserted by Mr. Doe in his email were inconsistent with what I had learned from Peter Roe and Student 1.

13.   Mr. Doe stated that no alcohol was served at the pool party, which was inconsistent with what both students had told me.

14.   Mr. Doe's description of the alleged assault as involving an altercation was also inconsistent with Student 1's description that he did not see any concern on the part of Jane Doe or anyone out of the ordinary when he collected Peter Roe after the alleged assault.

15.   I never forwarded Mr. Doe's email to anyone except Brunswick's legal counsel, though I did copy Brunswick's Board Chairman and Brunswick's counselor on my reply email to Mr. Doe, which is attached as **Exhibit B**. I did not share the information in Mr. Doe's email with Mr. DeAngelo. I did question Peter about inconsistencies between what he had told me and what Mr. Doe stated.

16.   Because he admitted drinking alcohol, I placed Peter Roe on Disciplinary Warning and informed the Does of that fact. A copy of my letter to Peter's parents regarding Peter's discipline is attached as **Exhibit C**. A copy of an email I sent forwarding that letter to Mr. Doe is attached as **Exhibit D**.

17.   I did not convene the Discipline Committee to address Peter Roe's alcohol consumption. The Discipline Committee cannot be convened during summer recess. Moreover, because Peter had admitted that he consumed alcohol there was no need for a Discipline Committee. Furthermore, the Does had requested that students not be involved in any disciplinary process involving Peter but students are on the Discipline Committee.

18.   Disciplinary Warning is Brunswick's standard first time punishment for students who consume alcohol. That is the punishment the Discipline Committee would have imposed on Peter Roe based on his admitted alcohol consumption.

19.   I also removed Peter Roe from Jane Doe's classes, barred him from going to Greenwich Academy's campus or any of its events, and instructed Peter not to have contact with Jane. These measures resulted in Peter being unable to continue his foreign language studies at

2

the appropriate class level because the section of that class was only offered at Greenwich Academy that fall.

20. Brunswick remained open to disciplining Peter further if Jane agreed to speak to Brunswick and provided additional information warranting further disciplinary action or if Peter was charged with a crime. Indeed, during a meeting in late August 2016, several of Brunswick's administrators determined that Peter would be removed if the allegations against him were determined to be credible after a fair hearing.

21. Brunswick was unable to hold a Disciplinary Committee meeting about the alleged assault because the Committee could not have considered Jane Doe's allegations without some involvement from her even after school started. Even if the Committee had considered Jane's allegations, it would have recommended "no action" in light of the fact that Peter's accuser had not been heard from.

22. During the fall of 2016, Jane Doe took one class (an English class) at Brunswick. Jane did not have to take that (or any other) class at Brunswick. She could have taken all of her classes at Greenwich Academy. Nor did Jane have to attend events at Brunswick such as the Homecoming Dance, which was a Brunswick dance. Prior to the Homecoming Dance the Head of Greenwich Academy's Upper School called me to ask whether Peter Roe would be at the Homecoming Dance. I informed him that Peter might be in attendance and was not banned from the dance.

23. In September 2016, the Brunswick Board Chair and I met with Greenwich Academy regarding Jane Doe's allegations. During that meeting, I asked Greenwich Academy to ensure that Jane Doe knew she did not have to personally speak to me to advance the disciplinary case against Peter Roe but could meet with a female counselor at Brunswick.

24. I also informed Leslie Andersen, Brunswick's counselor, that she might be called upon to meet with Jane Doe.

25. The Does never permitted Jane Doe to speak with Brunswick.

26. During the Summer and Fall of 2016, I had several conversations with the Head of Greenwich Academy's Upper School regarding Jane Doe's allegations. At no point during any of these conversations did I describe the pool party as a "bacchanal drinking party" nor did I say that the Doe family served alcohol to minors at the pool party. I did say that students present at the party had told me that alcohol was available and was consumed at the pool party, which was true.

27. The only students I interviewed regarding Jane Doe's allegations were Peter Roe, Student 1, and Student 2. Student 2 told me that he was in the bathroom with Jane and Peter, left, returned, and did not see any upset on Jane's face when he returned. The notes of my meetings with Peter Roe, Student 1, and Student 2 are attached as **Exhibit E**.

28. Jane Doe's accusations were widely known by the student bodies at both schools.

29.   I never spoke to anyone from the Greenwich Police Department regarding Jane Doe's allegations.   Greenwich Academy's Head of School, however, did speak with the Police and confirmed to me in an e-mail that she had made the police aware that Brunswick was investigating the matter.   That email is attached as **Exhibit F**.

30.   I never spoke to anyone from the Office of the First Selectman of Greenwich or the State's Attorney's Office regarding Jane Doe's allegations.

31.   I did ask Michael DeAngelo, Brunswick's Director of Safety & Security, to reach out to the Greenwich Police Department to request a status update on the criminal investigation into Jane Doe's allegations because Brunswick was planning to remove Peter from Brunswick if he had been or was definitely going to be charged with a crime. I informed Peter and his parents and Jane Doe's parents that Peter would likely be removed from Brunswick if he was charged.

32.   Brunswick students receive a copy of Brunswick's Student Handbook annually.   They confirm that they have read the Student Handbook.   Greenwich Academy students are not provided with a copy of Brunswick's Student Handbook and are not asked to read it.   The Brunswick Handbook does not apply to students enrolled in Greenwich Academy.   Prior to 2019, when Brunswick and Greenwich Academy agreed for the first time to coordinate on fact-finding regarding matters that involve students from both schools, Brunswick's student disciplinary process did not apply to students enrolled in Greenwich Academy. Even with the 2019 changes to Brunswick's Handbook, however, Brunswick still retains sole discretion over the discipline of its students.

33.   Following the completion of the Greenwich Police Department's investigation into Jane Doe's allegations, Brunswick requested the police files pursuant to the Freedom of Information Act.   Peter's lawyer informed Brunswick that the documents in questions may have been improperly released and Brunswick therefore notified the Greenwich Police Department not to provide it with the documents until that issue had been fully resolved.

34.   After the prosecutor decided not to file charges, the Does, through GA, demanded that Brunswick re-open its investigation (despite their earlier demand that Brunswick cease any investigation).   The Board of Trustees unanimously decided not to recommence the investigation at that time.   Brunswick continued to alter Peter Roe's schedule so that he remained off GA's campus for the duration of his time at Brunswick.

35.   Brunswick did not pay for Peter's legal fees for his criminal defense lawyer and I was not involved in the decision of two Brunswick parents to provide that support.

4

36.    The foregoing is truthful and accurate to the best of my knowledge and belief.



Thomas Phil

Subscribed and sworn to before me this 14 day of October, 2019.

Notary Public/ Commissioner of the Superior Court

Brandon W. Gosley   437215

5