# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JANE DOE,

    Plaintiff,

v.

TOWN OF GREENWICH, et al.,

    Defendants.

Case No. 3:18-cv-01322-KAD

DECLARATION OF THOMAS W. PHILIP

STATE OF CONNECTICUT  )
                                ) ss.:  Greenwich
COUNTY OF FAIRFIELD    )

THOMAS W. PHILIP, declares as follows:

1. I am over 21 years of age and believe in the obligations of an oath.
2. I am Headmaster at Brunswick School, Inc.
3. During my limited involvement in the events related to Jane Doe's allegations against Peter Roe, I only acted in my capacity as Headmaster. I never acted in any personal capacity. I have no information regarding anything related to Jane's allegations in my so-called personal capacity. I previously searched for documents regarding Jane's allegations in both my professional and personal capacities. I do not have and never did have any personal documents regarding Jane's allegations.
4. Similarly, my involvement in other matters regarding potential misconduct by students was solely as Headmaster of Brunswick. I have no information about those matters in my so-called personal capacity. I do not personally maintain any documents related to potential student misconduct. Brunswick maintains any documents regarding student misconduct.
5. I declare under penalty of perjury that the foregoing is true and correct. Executed on ___May 12___, 2020.

THOMAS W. PHILIP