# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) Case No. 3:18-cv-01322-KAD |
| v. | ) |
| TOWN OF GREENWICH, et al | ) |
| Defendants. | ) August 24, 2020 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to FRCP Rule 56 and Local Rule 56(a)(1), the Defendants, Town of Greenwich, Sgt. Det. Brent Reeves and Det. Krystie Rondini, through their attorneys, Mitchell & Sheahan, P.C., hereby move the Court to grant summary judgment in their favor with respect to the claims filed by the Plaintiff, Jane Doe.

The Court should dismiss the Plaintiff's Second Amended Complaint [Docket No. 46] in its entirety with prejudice, as outlined in the Defendants' accompanying papers, because the undisputed material facts run counter to Plaintiff's claim that a policy of collusion between the Defendants and the Brunswick School, or any other Defendant policy, exits or ever existed to violate the Plaintiff's rights by acting to protect Brunswick students from the consequences of their illegal acts. Moreover, even if the Court were to conclude that factual disputes exist precluding a finding on the collusion issue or the existence of a municipal policy, the individual defendants, Sargent Detective Brent Reeves and Detective Krystie Rondini, are still entitled to judgment in their favor under the doctrine of qualified immunity.

The grounds in support of this motion are fully set forth in the accompanying Memorandum of Law, the Defendants' Local Rule 56(a)1 Statement of Undisputed Material Facts, and the attached exhibits.

WHEREFORE, the Defendants request that the Court grant this Motion for Summary Judgment and dismiss the Plaintiff's Second Amended Complaint in its entirety with prejudice.

Done at Stratford, Connecticut, this 24th day of August, 2020.

                                  THE DEFENDANTS,

By:    */s/ Robert B. Mitchell*
        Robert B. Mitchell (ct02662)
        Jessica A. Slippen (ct25765)
        Mitchell & Sheahan, P.C.
        999 Oronoque Lane, Suite 203
        Stratford, CT 06614
        203-873-0240
        203-873-0235 (fax)
        rbmitchell@mitchellandsheahan.com

        COUNSEL FOR DEFENDANTS

## CERTIFICATION

  I HEREBY CERTIFY that on this date, August 24, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

             */s/ Robert B. Mitchell*
             Robert B. Mitchell (ct02662))
             Mitchell & Sheahan, P.C.
             999 Oronoque Lane, Suite 203
             Stratford, CT 06614
             203-873-0240
             203-873-0235 (fax)
             rbmitchell@mitchellandsheahan.com