UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  | X |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| JANE DOE, | ) | Index No. 3:18-cv-01322-KAD |
|           Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | August 24, 2020 |
| TOWN OF GREENWICH, et al., | ) |  |
|           Defendants. | ) |  |
|  | X |  |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON EACH OF DEFENDANTS' AFFIRMATIVE DEFENSES**

Pursuant to Rules 56 of the Federal Rules of Civil Procedure, and Connecticut District Court Local Rule 56, Plaintiff Jane Doe moves for an order from the Court rendering judgment in Plaintiff's favor as a matter of law on each of Defendants' Affirmative Defenses.

The First Affirmative Defense that Plaintiff failed to state a claim on which relief can be granted has already been ruled upon. The Second and Third Affirmative Defenses, for waiver and estoppel, respectively, rely on a deliberate misreading of a single communication from Plaintiff's counsel and fail to establish a single element of either defense. The Fourth Affirmative Defense, for assumption of the risk, is based on assertions of fact that are contradicted by uncontroverted facts about which there is no genuine issue. It is also fatally legally infirm, as this defense is disfavored in Connecticut and does not apply to an intentional tort such as the claim at issue here.

In short, judgment must be rendered for Plaintiff on Defendants' affirmative defenses as a matter of law because there are no facts about which there is any genuine issue that can establish

any of these defenses and/or the defense cannot apply to the claim in this case. Plaintiff's arguments are explained in the accompanying Memorandum of Law.

Dated: August 24, 2020	BRAXTON HOOK LLC
	Attorneys for Plaintiffs

By:	    */s/ Elizabeth I. Hook*
    Elizabeth I. Hook (ct30554)
    Meredith C. Braxton (ct17395)
    BRAXTON HOOK LLC
    280 Railroad Ave., Suite 205
    Greenwich, CT 06830
    Tel. (203) 661-4610
    Fax (203) 661-4611
    ehook@braxtonhook.com

## CERTIFICATION

This is to certify that on August 24, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

                                                                                       /s/Elizabeth I. Hook