UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE,<br>          Plaintiff,<br><br>v.<br><br>TOWN OF GREENWICH, et al.,<br>          Defendants. | Index No. 3:18-cv-01322-KAD<br><br>September 29, 2020 |

**PLAINTIFF'S LIST OF EXHIBITS**

A: Jane Doe deposition excerpts

B: Father Doe 2/26/19 deposition excerpts

C: Father Doe-Philip correspondence (P 502, 515, 448)

D: LJ deposition excerpts

E: Brother Doe deposition excerpts

F: P 1384: Roe Facebook message

G: NJ deposition excerpts

H: Ducharme Affidavit

I: Rondini 2019 deposition excerpts

J: Felsen Affidavit

K: UPM policies

L: Rondini-Jones emails

M: Philip-Roe emails and texts

N: Girard-Brunswick emails

O: Philip 2014 letter to parents

Q:  Zuccerella June 2020 deposition excerpts

R:  Berry deposition excerpts

S:  Bonney deposition excerpts

T:  Girard deposition excerpts

U:  Reeves 2019 deposition excerpts

V:  Keegan deposition excerpts

W:  Young deposition excerpts

X:  Bauerlein letter to Rondini

Y:  Jane Doe texts

Z:  Kennedy Affidavit

AA:  Brother Doe Affidavit

BB:  Gonzalez Affidavit

CC:  Mother Doe Affidavit

DD: Tavey Chang Affidavit

EE:  Father Doe Affidavit

FF: Philip emails re 2014 assault

GG: Rondini 2020 deposition excerpts

HH: Reeves 2020 deposition excerpts

JJ: DeAngelo deposition excerpts

KK: Laura Goodfield Affidavit

LL: Mother G deposition excerpts

MM: G deposition excerpts

NN: Rohdie Affidavit

OO: Capozzi deposition excerpts

PP: Arrest Warrant Affidavits

RR: Philip deposition excerpts

TT: Bauerlein Affidavit

UU: Braxton-GPD correspondence

VV: Philip correspondence re 2016 assault

WW: Philip investigation notes

XX: Defendants' Supplemental Responses to Interrogatories

YY: Rondini calendar

ZZ: Father Doe 8/28/19 deposition excerpts

AAA: Stiritz deposition excerpts

BBB: 1/25/19 Mother Doe deposition excerpts

CCC: Roe deposition excerpts

DDD: Hough deposition excerpts

EEE: Mother Doe August 2019 deposition excerpts

FFF: Mother Doe-Mother L Text

GGG: Brunswick Responses to Interrogatories

HHH: King Affidavit

III: Heavey deposition excerpts

JJJ: Kordick deposition excerpts