1   UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF CONNECTICUT
2   --------------------------------x     **CONFIDENTIAL**
    JANE DOE,
3
              Plaintiff,
4
    vs.           Case No. 3:18-CV-01322-KAD
5                  Date: July 24, 2019
    TOWN OF GREENWICH, ET AL,
6
              Defendants.
7   --------------------------------x
    JANE DOE, JOHN DOE, AND MARY DOE,
8
              Plaintiffs,
9
    vs.           Case No. X06 UWY-CV-18-5024973-S
10
    BRUNSWICK SCHOOL, INC.,
11
              Defendants.
12   --------------------------------x
13
14             DEPOSITION OF ███████████
15     The deposition of ███████████ was taken on
16   July 24, 2019, beginning at 10:00 a.m., at 2725 Main
17   Street, Stratford, Connecticut, before Susan
18   Wandzilak, Registered Professional Reporter and Notary
19   Public in the State of Connecticut.
20
21           Susan Wandzilak  License No. 377
        DEL VECCHIO REPORTING SERVICES, LLC
22       PROFESSIONAL SHORTHAND REPORTERS
           117 RANDI DRIVE
23       MADISON, CONNECTICUT 06443
           800-839-6867
24
    NEW HAVEN          STAMFORD      HARTFORD
25

```
 1        Defendants town of Greenwich and Detectives Brent
 2        Reeves and Krystie Rondini.
 3             MR. MITCHELL:  Robert Mitchell from Mitchell
 4        & Sheahan for the same Defendants.
 5             MS. WADLER:  Abby Wadler, assistant town
 6        attorney, for the town of Greenwich.
 7             MR. SCONZO:  James Sconzo with the law firm
 8        Carlton Fields, representing Brunswick School.
 9             MS. BRAXTON:  Meredith Braxton with Braxton
10        Hook, representing the Plaintiffs.
11             MS. HOOK:  Elizabeth Hook with Braxton Hook,
12        representing the Plaintiffs.
13             THE VIDEOGRAPHER:  Will the witness be sworn.
14                          ██████████,
15        having been first duly sworn, testified as
16        follows:
17             THE COURT REPORTER:  And can I have your full
18        name and address for the record.
19             THE WITNESS:  ██████████, ██████████████
20        ████, Greenwich, Connecticut.
21                         DIRECT EXAMINATION
22   BY MS. SLIPPEN:
23        Q.   Good morning, ██████.
24        A.   Good morning.
25        Q.   I've already introduced myself briefly.  My
```

1        A.    Okay.

2        Q.    I assume you attended high school at

3    Greenwich Academy?

4        A.    I did.

5        Q.    And is Greenwich Academy is a K to 12 school?

6        A.    A little bit earlier.  I think there is

7    something before K.

8        Q.    When you say before K, a preschool type --

9        A.    Yeah.

10        Q.    And it's an all girls school, correct?

11        A.    Yes.

12        Q.    In what year of school did you start

13    attending Greenwich Academy?

14        A.    Freshman year, in ninth grade.

15        Q.    Okay.  Where did you go prior to freshman

16    year?

17        A.    Greenwich Country Day School.

18        Q.    Is Greenwich Country Day School at all

19    affiliated with Greenwich Academy?

20        A.    No.

21        Q.    Does Greenwich Country Day School go through

22    12 or does it end at 9?

23        A.    This fall they are starting to go through 12,

24    but when I attended it, it ended at 9th grade.

25        Q.    Did anyone in your family attend Greenwich

```
1    that much, though.  Don't worry.  My parents are going
2    to greet you at the door.
3             Correct?
4        A.   Yes.
5        Q.   Were you concerned that your parents were
6    going to find out that alcohol was being brought into
7    the party?
8        A.   Yes.
9        Q.   You didn't tell your parents prior to your
10   friends coming to your home that you were concerned
11   that alcohol was being brought to the party, did you?
12       A.   I did not.
13       Q.   Did you provide any alcohol to anybody at
14   your party?
15       A.   No.
16       Q.   Did your parents provide any alcohol to any
17   minors that attended that evening on the 3rd?
18       A.   No.
19       Q.   Did your brother provide any alcohol to
20   anyone that attended on June 3rd?
21       A.   No.
22       Q.   Had you consumed any alcohol prior to your
23   friends coming that evening on June 3rd?
24       A.   Prior to them coming, no.
25       Q.   Prior to them coming, correct?
```

1      Q.   When ███ and those two other boys came to

2   your pool house, had you thought they had been

3   drinking?

4      A.   I was not -- I was 16 and I'm actually not

5   very aware of what drunk people look like so I can't

6   speak to that.  But I was inexperienced with alcohol.

7      Q.   But they had told you that they were bringing

8   alcohol to your home?

9      A.   Yes.

10      Q.   Do you think that your parents knew that that

11   group of three boys were drinking?

12      A.   I'm not them so I can't speak for them, no.

13      Q.   Did your parents ask you if those three boys

14   had been drinking prior to coming to your home that

15   evening?

16           MS. HOOK:  Objection.  What time frame?

17           MS. SLIPPEN:  Immediately after the party,

18      did your parents ask you whether or not?

19           MS. HOOK:  That evening.

20   BY MS. SLIPPEN:

21      Q.   That evening or the next day or two or three

22   days following the June 3rd event.

23      A.   My dad asked me the next day, saying, did you

24   have drunk guests?  Because upon their exit, it was

25   very obvious that they had consumed alcohol.

1      Q.   So your dad told you that it was fairly

2  obvious when those boys were leaving the house that

3  they were drunk?

4      A.   No, that's my statement that I believe that

5  it was fairly obvious that they were drunk.  But my

6  dad specifically asked me, Were people drunk?

7      Q.   Okay.  Let's look at text exchange 10, which

8  is P-1142.

9      A.   (Witness complying.)

10         If we take a look at text chain 10, which

11  begins on P-1142, this appears to be a text between

12  you and your friend ███████, correct?

13      A.   Yeah.

14      Q.   Okay.  And you think you testified earlier

15  that Serena was your friend that didn't go to GA but

16  was coming to your home that night to meet your group

17  of friends in preparation for the governor's ball,

18  correct?

19      A.   Yes.

20      Q.   Would you consider ██████ at the time to have

21  been one of your very close friends?

22      A.   Yes.

23      Q.   When did you meet ██████?

24      A.   When we were like two or three in some play

25  group, so I have known her pretty much forever.

1    anyone at the party was.

2         Q.   So Sam was not in the pool house at all

3    during the duration of the event at your home?

4         A.   No, once everyone left, he went back out so

5    he could go to bed.

6         Q.   I'm sorry.   Once everyone left, who went back

7    out?

8         A.   Sam.   Once everyone left the pool area and my

9    house, Sam then came out to the pool area.

10        Q.   Was Sam up at the main house during the

11   duration of the pool time with your friends?

12        A.   I believe so.   Again, I wasn't there so I

13   can't speak to that.

14        Q.   Okay.   So Sam was staying at your house, but

15   to the best of your knowledge, during the time that

16   you and your friends were by the pool, he was up in

17   the main house with the adults?

18        A.   Yes.

19        Q.   Okay.   Now, who -- I think you said it was

20   Lance who suggested that ████ needed to go into the

21   bathroom and get some of the alcohol out of his

22   system.   Who took ████ into the pool house?

23        A.   ██████████ and ████████████.

24        Q.   Were you good friends with ████?

25        A.   I didn't -- we were pretty good friends.   He

1    Q.   Okay.  Did you happen to notice if the other

2    door leading out to the pool house was locked?

3    A.   I didn't.  It really kind of auto locks, so

4    it's hard to tell by just looking at it whether it's

5    locked or unlocked.

6    Q.   So you testified that when you opened up the

7    door and entered the bathroom, ███ was at the sink,

8    correct?

9    A.   Again, when ███ opened the door, ███ was

10   at the sink.

11   Q.   Okay.  ███ opens the door.  ███ is at the

12   sink.  Where was ███ at that point?  Holding the

13   door knob?

14   A.   Yeah, he was behind the door.

15   Q.   Okay, he was behind the door.  And then you

16   entered the bathroom, correct?

17   A.   Yes.

18   Q.   Okay.  How long were you in that bathroom

19   with ███ and ███?

20   A.   A few minutes.  Again, less than five.

21   Q.   Had ███ thrown up at this point?

22   A.   Not that I was aware of.  He wasn't hunched

23   over the toilet and the toilet looked like it just had

24   some spit in it, nothing like throw-up.

25   Q.   And at that point he was just standing by the

1   sink?

2       A.   Yeah, because there was a cup, a plastic cup.

3   And ████ and I were filling it with water and trying

4   to get him to drink water.

5       Q.   Was ████ saying anything at this point?

6       A.   Nothing.  You know, he was just kind of

7   quiet.  Just drinking.  He was drinking water so he

8   was not speaking.

9       Q.   Did ████ say anything to you when you walked

10  into the bathroom that you can recall?

11      A.   Not anything to me.  He was just telling

12  ████, like I know it sucks, but you need to throw up.

13  Like you're really drunk.  Like just like hold your

14  head up.  Just like throw up.

15      Q.   And then at some point did ████ leave the

16  bathroom?

17      A.   Yeah.  So his -- I didn't have my phone but

18  ████ had his.  And his mom and my mom were in the

19  pool area.  And so ████, you know, again didn't

20  really want his mother to see the situation either so

21  he ran out of the bathroom to go intercept his mom.

22      Q.   So let me ask you this.  You just said that

23  your mom and ████'s mom were down at the pool area at

24  this point?

25      A.   Yeah.

1      Q.   About what time of night was this after you

2   left the bathroom?

3      A.   Around 11:00 maybe.

4      Q.   11:00.  And going back, at some point I think

5   you said it was about five minutes after you exited

6   the bathroom that ███ and █████ came out of the

7   bathroom.  Where did they go after they exited the

8   bathroom?

9      A.   They went to the pool -- the side of the pool

10  where all the rest of us were.  And we had already

11  told ███ to try to call an Uber so they could leave.

12     Q.   Okay.  So █████ and █████ leave the bathroom

13  and then they walk over to the pool area where you and

14  your remaining friends were standing, correct?

15     A.   Yes, and my brother.

16     Q.   And your brother.

17     A.   Correct.

18     Q.   Did ████ say anything at that point to that

19  group of people that you can recall?

20     A.   He was kind of just -- the only thing he said

21  is, I need to leave.

22          His mom was talking to my mom at the front

23  now.

24     Q.   Do you recall if █████ said anything when he

25  entered into that group that was standing around the

1  pool area?

2      A.  Again, I don't recall.

3      Q.  Was ████ able to stand up straight at that

4  point?

5      A.  Yes.

6      Q.  Did he appear less intoxicated to you at that

7  point when he exited the bathroom?

8      A.  Again, I can't really speak to that.  And I

9  also was young and unfamiliar with, you know, how did

10  drunk works (sic) and what drunk people look like, so

11  I'm not sure.

12      Q.  Do you know if ████ vomited in the bathroom

13  during that period?

14      A.  I only saw spit, but....

15      Q.  Okay.  But when were you in the bathroom with

16  him, he didn't vomit at any point?

17      A.  No.

18      Q.  How long were ████ , ████ , you, and that

19  small remaining group of friends, how long were you

20  together standing by the pool area?

21      A.  Maybe like three minutes.  We were just

22  trying to track the Uber.  And then at that point, I

23  noticed that ████ had called the Uber to the wrong

24  location.

25      Q.  Okay.  And you may have already testified to

1    A.   Yes.

2    Q.   And can you give me any sense of time how

3  long you were standing in that group prior to the Uber

4  coming?

5    A.   Well, then we had to walk to the front,

6  obviously, to get the Uber.  So, you know, we did that

7  within 5-10 minutes.

8    Q.   Okay.  So from the point you exited the

9  bathroom, you saw your brother, and then you walked

10  over to what we will call your friend group over there

11  was somewhere along the lines of 5 to 10 minutes?

12    A.   Yeah.  And then because we were trying to,

13  you know, get everyone to collect all their things,

14  clean up a little.

15    Q.   All right.  Who announced that the Uber had

16  arrived?

17    A.   Well, we walked up to the front where my

18  driveway is, so the Uber came down.  So it isn't like:

19  The Uber is here.  Let's go.

20         We watched Uber.

21    Q.   Okay, so prior to the Uber arriving, you

22  walked up to the front of your house to meet the Uber?

23    A.   Yes.

24    Q.   Okay.  Who walked up with you to meet that

25  Uber?

1      A.   I walked with Serena.  And my brother was

2   behind us.  And the three boys, ███ , ████████ , and

3   ██████ .  And then ███████ was with them as well, because

4   his mom was waiting in the front at his car.

5      Q.   Okay.  So when you said you walked to meet

6   the Uber, did you go through your home to get to your

7   driveway?

8      A.   No, we had gone around the back side, because

9   at this point I was again worried that my parents

10   would notice that people were intoxicated.

11      Q.   And when you say you walked around the

12   back side, when you're walking around this back side

13   area, could anybody in the main residence see you guys

14   walking around that back area?

15      A.   Yeah, they can see from -- you can see from

16   certain rooms in the main house, but from the correct

17   room you can't see.

18      Q.   At this point -- this is later in the

19   night -- were there still adults up at your main house

20   at this point?

21      A.   Yes, Sam Gonzalez who was staying in our pool

22   house was there.  My dad had gone to bed.  And my

23   brother was there.  And ██████████ was with my mom.

24   They were getting ready to walk out.

25      Q.   Do you know what Sam Gonzalez was doing up at

1          MS. HOOK:  Objection.  Asked and answered.

2          THE WITNESS:  I thought that I could handle

3      it on my own.  And I didn't -- it's embarrassing.

4      Frankly, it's really embarrassing that it was

5      able to happen.  And I wasn't ready to tell

6      people that -- I know my parents think highly of

7      me and I thought that would demean them.

8  BY MS. SLIPPEN:

9      Q.  If it was embarrassing to you, why were you

10  telling your friends what had happened?

11      A.  Because I feel like friends have a different

12  relationship with me than my parents.  I know that my

13  friends see me make mistakes.  And parents tend to

14  overlook things like that and they want to see you as

15  a perfect person and I didn't want to ruin that.

16      Q.  Let's go look at page 1082 -- I'm sorry,

17  apologies.  Go to 1081.

18      A.  (Witness complying.)

19      Q.  I'm reading it.  And sugar-coated it.  Ugh.

20  Why don't you tell her what really happened?

21          Ugh, is she dumb.  I want to.  She is dumb.

22          Who is the she in this exchange?

23      A.  █████.

24      Q.  Okay.  So your friends suggested that you

25  tell █████ what happened, correct?

1      Q.   Okay.  At the top of the page:  Hey, so with

2   everything that has happened, I just wanted to tell

3   you my side of things.

4           When you said with everything that has

5   happened, what were you referring to?

6      A.   The events of June 3rd.

7      Q.   And at this point, it was your understanding

8   that ███████ knew what had happened on June 3rd?

9      A.   Yes.

10     Q.   And that was based on the fact that ███████ had

11  told you that he had spoken to ███████ about what

12  occurred?

13     A.   Yes.  Actually, yes, but my friend ███████ was

14  the one that had confirmed to me that ███████ had had a

15  conversation with ███████.  After that Thursday after

16  ███████ and I were no longer speaking, it was ███████ that

17  relayed that information to me.  But yes.

18     Q.   And do you know if ███████ -- ███████ witnessed

19  that conversation between ███████ and ███████?

20     A.   I do not.

21     Q.   And again, I want you to tell me exactly why

22  at this point you decided to send this text message to

23  ███████ given that ███████ had already told ███████.

24          MS. HOOK:  Objection.

25          THE WITNESS:  I believe based on this

1      timeline that actually ████ was having a party

2      at his house and ████ had reached out to me

3      asking if it was okay if he went.

4           And just I hadn't been speaking to him since,

5      again, the Thursday after and just the rush of

6      emotions of him speaking to me again and the

7      whole situation.  And, you know, I was trying to

8      ignore it for so long and not think about it and

9      him speaking to me really brought back to my

10     attention that this situation is serious and ████

11     has a right to know.

12   BY MS. SLIPPEN:

13     Q.   Okay.  Did you go to that party that you just

14   referenced?

15     A.   No.

16     Q.   Was that party cancelled?

17     A.   He changed the date of it, but it ended up

18   happening.  I didn't go.

19     Q.   Okay, but you didn't go to the party.

20     A.   No.

21     Q.   Okay, let's look at page TOG-000773, the top

22   portion, which I believe is your message.  And I'm

23   starting probably with a period.

24          He also kept saying he wanted to fuck me and

25   tried to pull his pants down, but I was able to stop

1   him.  But he kept forcing himself on me and like was

2   pushing me also.  And one time he did that he managed

3   to finger me.  And after that, I had to hold him

4   against the wall.

5          Correct?

6       A.   Yes.

7       Q.   Okay.  When you said that he managed to

8   finger you, what did you mean?

9       A.   That he touched right the opening of my

10  vagina where, you know, fluids are produced.  I don't

11  know how deep it needs to be to be considered

12  fingering, but again I was 16 and I classified the

13  situation the best way that I could.

14      Q.   And let me ask you this.  At some point in

15  the time frame before you went to the GPD, did you

16  speak to someone about trying to clarify exactly what

17  the meaning of what constitutes rape, what constitutes

18  sexual assault?

19      A.   I had spoken to my guidance counselor before

20  making my statement, but we never really got into, you

21  know, the semantics of what proper and improper

22  language is.

23          But based on assemblies, my understanding is

24  that penetration no matter how slight is considered

25  rape.  And that's the thing they've been telling us at

1    Q.   Do you remember about when that was?

2    A.   Late July of 2016.

3    Q.   Okay.  And what prompted you to reach out to

4    her?

5    A.   So after the -- we've gone over this earlier

6    in the deposition.  I had an anxiety attack when I

7    entered my pool house.  And that night randomly my

8    friend █████, who was in attendance at the party but

9    departed before █████ and the other boys arrived, I

10   was talking to him.  He randomly called me out of the

11   blue that night and was like:  Oh, how have you been?

12   Like how is summer?  We haven't talked.

13        And I kind of unloaded and told him

14   everything that had happened.

15        And he said:  This isn't something you need

16   to keep to yourself.  You need to tell an adult.  You

17   need to tell a professional.  You need to get help.

18        And before that, I really thought that I

19   could handle everything that happened on my own, that,

20   you know, not involving any adults would keep damage

21   to a minimum.  But after this, I then -- at his

22   encouragement I reached out to Charlanne and went in

23   to have a conversation with her.

24   Q.   And when you say -- I think the word you used

25   was unloaded.  What did you unload on █████?  What did

1      A.   Yes.

2      Q.   Okay.  Do you remember what time of day

3  Krystie came?

4      A.   Morning or afternoonish.  Definitely

5  daylight.  I don't know if that helps.

6      Q.   Okay.  Who was at home at the time when

7  Krystie arrived?

8      A.   My parents.  And Charlanne came to sit in

9  while I made the statement.

10     Q.   Was your brother home?

11     A.   Possibly could have been, but I honestly

12 don't quite remember.  I'm sorry.

13     Q.   Okay.  And where did you speak with Krystie

14 during this interview process?

15     A.   We spoke in our -- it's like the outside area

16 outside of our like kitchen area.

17     Q.   I'm sorry.  You said you sat where?  Out in

18 your kitchen?

19     A.   It's a screen porch.  I don't know.

20     Q.   Okay.  Was it around a coffee table?  Were

21 you on couches?

22     A.   Yeah.  Oh, yeah.

23     Q.   And when you were speaking with Detective

24 Rondini, were your parents there at all times?

25     A.   No, they were there when they got her from

1   the door and they brought her over.  When I made the

2   statement, they did not want to be in the room.

3        Q.   You just said that your parents did not want

4   to be in the room; is that correct?

5        A.   Yes.

6        Q.   Okay.  Who was in the room with you when you

7   made the statement to Krystie, if anybody?

8        A.   Charlanne.

9        Q.   So Charlanne stayed in the room with you when

10  you made the statement to Krystie?

11       A.   Yes.

12       Q.   What did you think of Krystie when you met

13  her.  Did you like her?

14       A.   I mean, I don't know.  Just to make a

15  statement to a police officer, I don't know what you

16  are supposed to --

17       Q.   Was it intimidating?

18       A.   Yeah, a little bit.  I have never spoken to a

19  police officer before in my life, so....

20       Q.   Was Krystie in a uniform?

21       A.   I don't remember, but -- yeah, I think she

22  may have had a gun, which is common practice for

23  police officers.

24       Q.   Did you find Krystie to be professional

25  during that first interview of you?

1   Q.   Okay.  Did you leave any details out that you

2   can recall when you met with Detective Rondini?

3   A.   Yeah, there was stuff that I wasn't asked or

4   that just I, you know, just didn't think of at the

5   time.

6   Q.   Okay, so there were things that you didn't

7   think about when you sat in there with Krystie at this

8   time?

9   A.   Yes.

10   Q.   Go to page 7.  If you go to the second

11   paragraph:

12        So then I -- before when he was like leaning

13   in on me, like pulling this side down and I was like

14   kind of real nervous like a few seconds.  And then he

15   ended up kind of reaching down the side of my bottom

16   and like his finger like kind of like was like in, you

17   know, the area for like a while, like a little second.

18   And then I kind of pushed him away and from that point

19   on I had to hold him against the wall.

20        Is this an accurate description of what

21   occurred on June 3rd in the bathroom?

22   A.   Yeah, it's not incredibly detailed, but it

23   sums up.

24   Q.   Can I ask you, why did you leave details out?

25        MS. HOOK:  Objection.

1          THE WITNESS:  It was really hard for me to

2      think about it.  And I was just trying to get it

3      over with as fast as I could, because it was a

4      very uncomfortable situation.  And, you know, it

5      was embarrassing for me.  It was a lot that I had

6      gone through and I really just wanted it to be

7      over.

8  BY MS. SLIPPEN:

9      Q.  You had previously, to some of your friends

10  and I think possibly to Charlanne, described what had

11  happened to you as rape or sexual assault .  Why did

12  you not describe it as rape or sexual assault when

13  Krystie was interviewing you on the 2nd?

14      A.  I'm, I'm not sure.  I don't know.  I was just

15  again trying to get it over with as fast I could and I

16  wasn't really thinking about the best way to describe

17  it that would make a police investigation the easiest.

18      Q.  But you would agree that you had previously

19  described what had happened as a rape, correct?

20      A.  I said it to other people before, so yes.

21      Q.  But you didn't say that to Krystie at any

22  point during this audio interview, correct?

23      A.  Yeah.

24      Q.  Oh, I'm sorry.  You know what?  It's actually

25  a previous exhibit.  If you go back to the --

```
 1   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF CONNECTICUT
 2   --------------------------------x        CONFIDENTIAL
     JANE DOE,
 3
               Plaintiff,
 4
     vs.                    Case No. 3:18-cv-01322-KAD
 5                          Date:  July 30, 2019
     TOWN OF GREENWICH, ET AL,
 6
               Defendants.
 7   --------------------------------x
     COMPLEX LITIGATION AT WATERBURY
 8
     JANE DOE, JOHN DOE, AND MARY DOE,
 9
               Plaintiffs,
10
     vs.                    Case No. X06 UWY-CV-18-5024973-S
11
     BRUNSWICK SCHOOL, INC.,
12
               Defendants.
13   --------------------------------x

14              DEPOSITION OF  ███████████

15      The deposition of  ████████████  continued on

16   July 30, 2019, beginning at 9:00 a.m., at the law

17   offices of Pullman & Comley, 850 Main Street,

18   Bridgeport, Connecticut, before Susan Wandzilak,

19   Registered Professional Reporter and Notary

20   Public in the State of Connecticut.

21
                 Susan Wandzilak  License No. 377
22           DEL VECCHIO REPORTING SERVICES, LLC
               PROFESSIONAL SHORTHAND REPORTERS
23                     117 RANDI DRIVE
                 MADISON, CONNECTICUT 06443
24                      800-839-6867

25   NEW HAVEN              STAMFORD            HARTFORD
```

 1       Brunswick School in the state court action.

 2            THE VIDEOGRAPHER:  I don't know if you would

 3       like to reswear the witness.

 4            MS. SLIPPEN:  Yes, if you would go ahead and

 5       reswear the witness.

 6                          ██████████████,

 7            having been first duly sworn, testified

 8       further as follows:

 9            THE COURT REPORTER:  And can I have your full

10       name and address for the record.

11            THE WITNESS:  My full name is ███████████

12       and my address is ████████████████, Greenwich,

13       Connecticut.

14            MS. SLIPPEN:  Good morning.  I would like to

15       go ahead and mark this as Exhibit -- I think we

16       are on 11, perhaps.

17            THE COURT REPORTER:  Do you want me to check

18       that?

19            MS. BRAXTON:  I want to put on the record

20       what our position is.

21            MS. SLIPPEN:  I agree.  I want to mark the

22       notice of deposition and put on the record our

23       positions.

24            (Whereupon, Defendant's Exhibit 11 was marked

25       for identification.)

1    that it was really my place to decide what is the best

2    professional action for another individual.  I just,

3    you know, felt uncomfortable about it.

4         Q.   And again, I am not trying to belabor the

5    point, what made you feel uncomfortable?

6         A.   I think the nature of the questions and just

7    like the content of the information that we were going

8    over.

9         Q.   Are you aware that your parents made a

10   complaint about how the GPD handled the investigation

11   into your allegations?

12        A.   Yes.

13        Q.   Okay.  Did you have any discussions with them

14   about the complaint that they made?

15             MS. BRAXTON:  Objection.  You know, you

16        haven't established exactly --

17             MS. SLIPPEN:  My recollection is that the

18        complaint is appended to the complaint, so I am

19        happy to --

20             MS. BRAXTON:  Okay, so you are talking about

21        the August 23rd, 24th.

22   BY MS. SLIPPEN:

23        Q.   Go ahead.  Go ahead and take a look at the

24   compliant which I apologize is exhibit --

25             MR. SCONZO:  24.