# Plaintiff Exhibit C

Subject:
Re: Statement
From:
Krystie Rondini <██████████>
Date:
7/30/2016 2:22 PM
To:
██████  ██████████

Hi ████ I would not be telling anyone about her statement. We do not discuss that with others. Even if I do need to interview other people.

Thanks

Krystie

Sent from my iPhone

On Jul 30, 2016, at 8:36 AM, ██████ ████████████████ wrote:

> Krystie:
>
> I'll work on the schedule with Charlanne and get back to you.
>
> I have one other request.  This event has already leaked to ████s friend group.  It's clear me that ████s statement will be a brave and well-justified action, but it could cause a significant ripple in her social world.  We're OK with that and frankly we expect that from some of the parties involved.  However, it would be much better if ████'s statement does not become known until after she swims on Sunday 07Aug.  Does this pose a problem?
>
> ████
>
> On 7/30/2016 6:08 AM, Krystie Rondini wrote:
>> Good morning ████ that will not be a problem at all. I can come to your home Monday say 930 if that works for everyone?
>>
>> I am off till Monday morning  but will check my email over the weekend.
>>
>> Hope your able to enjoy the weekend
>>
>> Krystie
>>
>>
>>
>> Sent from my iPhone
>>
>> On Jul 29, 2016, at 11:04 PM, ██████ ████████████████ wrote:
>>
>>> Krystie:
>>>
>>> Thanks for your patience in this matter.  ████ today met with her therapist, Rebecca Stiritz, and subsequent to that meeting ████ is ready to make a statement to the police.  We have two requests:
>>>

**CONFIDENTIAL**

P0325

\>\>\>    We want to make the statement here at the house.  We feel that's a little bit easier for ▮ than having to go to the police station.
\>\>\>    We want Charlanne Zepf (from GA) to attend the statement with ▮.
\>\>\>
\>\>\> ▮ is available Monday, Tuesday or Wednesday, after 9a and before 3:30p.  Please let us know what times work for you so we can coordinate with Charlanne.
\>\>\>
\>\>\> Thanks for your help.
\>\>\>
\>\>\> ▮
\>

**CONFIDENTIAL**

**P0326**

Subject:
News
From:
███████ ███████████████████████
Date:
1/20/2017 9:50 AM
To:
Molly King <████████████████████>, Tom Sullivan ██████████████████████████>, ███████
████████████████████
CC:
████████████████████████

Molly, Tom, Mark:

████ just received a call from the GPD.  The prosecutor has declined the arrest warrant.  There will be no charges in this case.

We are without words.

███

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0448

Subject:
Follow up: Brunswick
From:
Molly King ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Date:
8/8/2016 11:31 AM
To:
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
CC:
Tom Sullivan ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Dear ▓▓▓▓ and ▓▓▓▓,

I have spoken to Tom Philip this morning. He was already aware of the situation involving ▓▓▓▓ as the GPD has begun to talk to some people as part of their investigation and so some of those people have checked in with him.

Tom Philip said he needs something to formally respond to, which is understandable given that the GPD investigation is confidential. Can I suggest that you follow up with him directly to share your concerns and either openly copy Tom Sullivan and me or forward the email to us afterwards?
His email is: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thanks so much and I hope that your trip to France is providing the respite you and ▓▓▓▓ deserve.

Best to you and to ▓▓▓▓,

Molly

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0502

Subject:
Re: Follow up: Brunswick
From:
Molly King ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date:
8/9/2016 9:11 AM
To:
▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CC:
▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Tom Sullivan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear ▮▮▮ and ▮▮▮▮,

Thank you for your thoughtful email. It clearly represents your character and the tremendous care and bravery that both you and ▮▮▮▮ have demonstrated at every turn.

In terms of how to follow up with Tom Philip, as with any school head, he has to ensure that he is following process as he responds to this situation, including due process for his student. My advice is to present the facts in terms of values and expectations that have been breached in this situation, including the laws of the land (i.e. underage drinking). It sounds like there were witnesses, even from the Brunswick community. That's helpful information for Tom Philip as he navigates this situation for his whole community.  In addition, as school heads, we expect that the behavior of members of our community does not undermine the reputation of our school nor should behaviors disrupt our communities. For the school's part, we have a responsibility to all students that they feel emotionally and physically safe. All of the aforementioned are the types of expectations that we outline in our handbooks and enrollment contracts.

Please understand that I don't mean to reduce your extraordinarily challenging situation to a set of prescribed principles or a handbook. You have done a phenomenal job navigating the most difficult waters. I simply wanted to share some of the ways school heads approach these situations as you try to share your concerns with Tom Philip about what has transpired for ▮▮▮▮. I'm sure Tom Sullivan will weigh in if he has some thoughts. Brave is the word for ▮▮▮▮ and for you and you have our total support.

Best to you all,

Molly

On Tue, Aug 9, 2016 at 2:53 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> Molly:
>
> I'm not surprised that Tom Philip learned of the event.  As we were departing Greenwich Thursday morning I fielded several calls from parents of those who attended the party.  There are no secrets in this type of situation, but still we naively imagined a quieter process.
>
> In the next day or two I'll send an e-mail to Tom Philip, copying you and Tom Sullivan.  I'm not sure quite what to say, but I'll come up with something.
>
> ▮▮▮▮ and I spent 4 days together at the Maryland swim meet, then traveling to France.  It really sunk in how stressful the summer has been for her.  Outside the pool her days are consumed with texts, phone calls and worries about what she unleashed.  That's right, that's how she looks at it.  It's what she unleashed.  We've had many long talks about that. I'm a USA swimming official and in that role I have to judge a swim stroke.  I've disqualified swimmers who've done best times but outside of the rules.  Coaches and swimmers can get upset, but I remind myself that the swimmer disqualified himself, I merely observed the event.  The same is true for ▮▮▮▮, but only over time she'll know that's true.

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0503

▆▆▆ and I have no doubts that we've chosen the right response.  The event has cracked open a dark world that neither of us has ever glimpsed.  As the ripples spread to friends and family I've learned of four stories similar to ▆▆▆'s.  One of those went to trial.  Another perpetrator was eventually murdered.  Many offenders did it over and over again harming countless victims.  Reporting is the best way to stop the damage, but it doesn't come without a cost.  I hope ▆▆▆'s fellow students understand how brave she is, and why she stood up.

▆▆▆


>   On 8/8/2016 11:31 AM, Molly King wrote:
>   Dear ▆▆▆ and ▆▆▆,
>
>   I have spoken to Tom Philip this morning. He was already aware of the situation involving ▆▆▆ as the GPD has begun to talk to some people as part of their investigation and so some of those people have checked in with him.
>
>   Tom Philip said he needs something to formally respond to, which is understandable given that the GPD investigation is confidential. Can I suggest that you follow up with him directly to share your concerns and either openly copy Tom Sullivan and me or forward the email to us afterwards?
>   His email is: ▆▆▆
>
>   Thanks so much and I hope that your trip to France is providing the respite you and ▆▆▆ deserve.
>
>   Best to you and to ▆▆▆,
>
>   Molly
>

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0504

Subject:
Re: Follow up: Brunswick
From:
Molly King ███████████████████████
Date:
8/9/2016 9:11 AM
To:
███████████████████████████
CC:
████████████████████████ Tom Sullivan ████████████████████>

Dear ████ and ██████,

Thank you for your thoughtful email. It clearly represents your character and the tremendous care and bravery that both you and ████ have demonstrated at every turn.

In terms of how to follow up with Tom Philip, as with any school head, he has to ensure that he is following process as he responds to this situation, including due process for his student. My advice is to present the facts in terms of values and expectations that have been breached in this situation, including the laws of the land (i.e. underage drinking). It sounds like there were witnesses, even from the Brunswick community. That's helpful information for Tom Philip as he navigates this situation for his whole community.  In addition, as school heads, we expect that the behavior of members of our community does not undermine the reputation of our school nor should behaviors disrupt our communities. For the school's part, we have a responsibility to all students that they feel emotionally and physically safe. All of the aforementioned are the types of expectations that we outline in our handbooks and enrollment contracts.

Please understand that I don't mean to reduce your extraordinarily challenging situation to a set of prescribed principles or a handbook. You have done a phenomenal job navigating the most difficult waters. I simply wanted to share some of the ways school heads approach these situations as you try to share your concerns with Tom Philip about what has transpired for ████. I'm sure Tom Sullivan will weigh in if he has some thoughts. Brave is the word for ████ and for you and you have our total support.

Best to you all,

Molly

On Tue, Aug 9, 2016 at 2:53 AM, ███████████████████████████████████ wrote:

   Molly:

   I'm not surprised that Tom Philip learned of the event.  As we were departing Greenwich Thursday morning I fielded several calls from parents of those who attended the party.  There are no secrets in this type of situation, but still we naively imagined a quieter process.

   In the next day or two I'll send an e-mail to Tom Philip, copying you and Tom Sullivan.  I'm not sure quite what to say, but I'll come up with something.

   ████ and I spent 4 days together at the Maryland swim meet, then traveling to France.  It really sunk in how stressful the summer has been for her.  Outside the pool her days are consumed with texts, phone calls and worries about what she unleashed.  That's right, that's how she looks at it.  It's what she unleashed.  We've had many long talks about that. I'm a USA swimming official and in that role I have to judge a swim stroke.  I've disqualified swimmers who've done best times but outside of the rules.  Coaches and swimmers can get upset, but I remind myself that the swimmer disqualified himself, I merely observed the event.  The same is true for ████, but only over time she'll know that's true.

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0505

▮▮▮▮ and I have no doubts that we've chosen the right response.  The event has cracked open a dark world that neither of us has ever glimpsed.  As the ripples spread to friends and family I've learned of four stories similar to ▮▮▮▮'s.  One of those went to trial.  Another perpetrator was eventually murdered.  Many offenders did it over and over again harming countless victims.  Reporting is the best way to stop the damage, but it doesn't come without a cost.  I hope ▮▮▮▮'s fellow students understand how brave she is, and why she stood up.

▮▮▮▮


> On 8/8/2016 11:31 AM, Molly King wrote:
> Dear ▮▮▮▮ and ▮▮▮▮,
>
> I have spoken to Tom Philip this morning. He was already aware of the situation involving ▮▮▮▮ as the GPD has begun to talk to some people as part of their investigation and so some of those people have checked in with him.
>
> Tom Philip said he needs something to formally respond to, which is understandable given that the GPD investigation is confidential. Can I suggest that you follow up with him directly to share your concerns and either openly copy Tom Sullivan and me or forward the email to us afterwards?
> His email is: ▮▮▮▮
>
> Thanks so much and I hope that your trip to France is providing the respite you and ▮▮▮▮ deserve.
>
> Best to you and to ▮▮▮▮,
>
> Molly
>

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

**P0506**

Subject:
Re: Follow up: Brunswick
From:
Tom Sullivan <​███​>
Date:
8/9/2016 11:12 AM
To:
Molly King <​███​>
CC:
███   ███>

Totally agree with Molly's points -- the facts of the case and the values of the school are the two key areas.  No matter what a judge decides (and I very much expect it will be supportive of ███), Brunswick's standards must be even higher when it comes to the treatment of others in a shared school community. For several years now Brunswick's main webpage has a "Safe 'Wick" system for reporting "unsafe situations in which Brunswick students are involved." I'd say we're looking at a case where a Brunswick student created a frighteningly unsafe situation for a GA student, one which could have been even worse had ███ not physically restrained him.  She was strong then and now.

Thanks for keeping me informed, and hope there are some moments in France when you get a little distance from all this.

--Tom

On Tue, Aug 9, 2016 at 9:11 AM, Molly King <​███​> wrote:

   Dear ███ and ███,

   Thank you for your thoughtful email. It clearly represents your character and the tremendous care and bravery that both you and ███ have demonstrated at every turn.

   In terms of how to follow up with Tom Philip, as with any school head, he has to ensure that he is following process as he responds to this situation, including due process for his student. My advice is to present the facts in terms of values and expectations that have been breached in this situation, including the laws of the land (i.e. underage drinking). It sounds like there were witnesses, even from the Brunswick community. That's helpful information for Tom Philip as he navigates this situation for his whole community.  In addition, as school heads, we expect that the behavior of members of our community does not undermine the reputation of our school nor should behaviors disrupt our communities. For the school's part, we have a responsibility to all students that they feel emotionally and physically safe. All of the aforementioned are the types of expectations that we outline in our handbooks and enrollment contracts.

   Please understand that I don't mean to reduce your extraordinarily challenging situation to a set of prescribed principles or a handbook. You have done a phenomenal job navigating the most difficult waters. I simply wanted to share some of the ways school heads approach these situations as you try to share your concerns with Tom Philip about what has transpired for ███. I'm sure Tom Sullivan will weigh in if he has some thoughts. Brave is the word for ███ and for you and you have our total support.

   Best to you all,

   Molly

On Tue, Aug 9, 2016 at 2:53 AM, ███ <​███​> wrote:

   Molly:

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

I'm not surprised that Tom Philip learned of the event.  As we were departing Greenwich Thursday morning I fielded several calls from parents of those who attended the party.  There are no secrets in this type of situation, but still we naively imagined a quieter process.

In the next day or two I'll send an e-mail to Tom Philip, copying you and Tom Sullivan.  I'm not sure quite what to say, but I'll come up with something.

████ and I spent 4 days together at the Maryland swim meet, then traveling to France.  It really sunk in how stressful the summer has been for her.  Outside the pool her days are consumed with texts, phone calls and worries about what she unleashed.  That's right, that's how she looks at it.  It's what she unleashed.  We've had many long talks about that.  I'm a USA swimming official and in that role I have to judge a swim stroke.  I've disqualified swimmers who've done best times but outside of the rules.  Coaches and swimmers can get upset, but I remind myself that the swimmer disqualified himself, I merely observed the event.  The same is true for ████, but only over time she'll know that's true.

████ and I have no doubts that we've chosen the right response.  The event has cracked open a dark world that neither of us has ever glimpsed.  As the ripples spread to friends and family I've learned of four stories similar to ████'s.  One of those went to trial.  Another perpetrator was eventually murdered.  Many offenders did it over and over again harming countless victims.  Reporting is the best way to stop the damage, but it doesn't come without a cost.  I hope ████'s fellow students understand how brave she is, and why she stood up.

████

On 8/8/2016 11:31 AM, Molly King wrote:
> Dear ████ and ████,
>
> I have spoken to Tom Philip this morning. He was already aware of the situation involving ████ as the GPD has begun to talk to some people as part of their investigation and so some of those people have checked in with him.
>
> Tom Philip said he needs something to formally respond to, which is understandable given that the GPD investigation is confidential. Can I suggest that you follow up with him directly to share your concerns and either openly copy Tom Sullivan and me or forward the email to us afterwards?
> His email is: ████████████
>
> Thanks so much and I hope that your trip to France is providing the respite you and ████ deserve.
>
> Best to you and to ████,
>
> Molly
>

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0508

Subject:
Re: Follow up: Brunswick
From:
████████████████████████>
Date:
8/9/2016 2:53 AM
To:
Molly King ████████████████, ████████████████
CC:
Tom Sullivan ████████████████████

Molly:

I'm not surprised that Tom Philip learned of the event. As we were departing Greenwich Thursday morning I fielded several calls from parents of those who attended the party. There are no secrets in this type of situation, but still we naively imagined a quieter process.

In the next day or two I'll send an e-mail to Tom Philip, copying you and Tom Sullivan. I'm not sure quite what to say, but I'll come up with something.

████ and I spent 4 days together at the Maryland swim meet, then traveling to France. It really sunk in how stressful the summer has been for her. Outside the pool her days are consumed with texts, phone calls and worries about what she unleashed. That's right, that's how she looks at it. It's what she unleashed. We've had many long talks about that. I'm a USA swimming official and in that role I have to judge a swim stroke. I've disqualified swimmers who've done best times but outside of the rules. Coaches and swimmers can get upset, but I remind myself that the swimmer disqualified himself, I merely observed the event. The same is true for ████, but only over time she'll know that's true.

████ and I have no doubts that we've chosen the right response. The event has cracked open a dark world that neither of us has ever glimpsed. As the ripples spread to friends and family I've learned of four stories similar to ████s. One of those went to trial. Another perpetrator was eventually murdered. Many offenders did it over and over again harming countless victims. Reporting is the best way to stop the damage, but it doesn't come without a cost. I hope ████'s fellow students understand how brave she is, and why she stood up.

████


On 8/8/2016 11:31 AM, Molly King wrote:
> Dear ████ and ████,
>
> I have spoken to Tom Philip this morning. He was already aware of the situation involving ████ as the GPD has begun to talk to some people as part of their investigation and so some of those people have checked in with him.
>
> Tom Philip said he needs something to formally respond to, which is understandable given that the GPD investigation is confidential. Can I suggest that you follow up with him directly to share your concerns and either openly copy Tom Sullivan and me or forward the email to us afterwards?
> His email is: ████████████████████████
>
> Thanks so much and I hope that your trip to France is providing the respite you and ████ deserve.
>
> Best to you and to ████,
>
> Molly

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0509

Subject:
█
From:
█
Date:
8/14/2016 5:59 AM
To:
TPhilip█
CC:
Molly King█, █
█

Dear Tom:

Last Monday, Molly King relayed your request for information regarding the incidents that took place at our home on the last day of finals. I apologize for the delayed response; we are traveling in Europe and are returning home next Thursday.

In June, █ and I hosted a pool party for about 15 of █s school friends and their parents. Our son, █ '11, and his middle school friend Patrick supervised the pool, while the parents stayed nearby on the patio and lawn.

About two weeks ago, █ and I received a voicemail from the Greenwich Police regarding an "incident". It turns out that the incident involved █ -- during that same party she was the victim of an attempted rape at our pool house. We've learned that the long delay between the event and the reporting is not unusual for this type of situation. █ was traumatized, but after a time she reported it to her GA counselor, Charlanne Zepf, who appropriately forwarded the information to DCF.

How could this happen at our house, in a very heavily supervised setting? The day of the party, █ asked to add three Brunswick boys to the guest list. █ and I did not know these boys well, and they arrived late, close to the end of the party. As I did with all visitors that night, I greeted and conversed with our new guests at the front door. They seemed jovial, consistent with the mood on the last day of exams, but nothing more. I mostly spoke to one of the three, but I didn't make a point of speaking to each individually. They passed my checkpoint without triggering any concern.

No alcohol was served that night, either to the parents or anyone else. However we learned after the the fact that one of the new arrivals, █ █ soon began acting strangely, probably drunk. We've heard that some teenagers "pre-game", consuming a large amount of alcohol immediately before entering a party. We speculate that this is what happened in this instance.

I want to emphasize that only one boy misbehaved. The two boys who came with him acted appropriately; █ in particular mentioned that they were intelligent and respectful.

Having arrived at the pool area, the boy's behavior was aggressive and lewd. According to our son █, █ entered the water and became "touchy" and physical with the girls, including highly inappropriate language. Some of this roughhousing was directed at █, but not exclusively. █ got into the pool and intervened verbally. In response the boy turned on █, choking him with two hands around his throat. At first █ thought it was some kind of stupid stunt, but when it didn't stop █ spun the boy around into a headlock with an admonition to "cool it". He did cool it for a while. In the meantime █ immediately began to arrange for the boy's departure. "Who is this guy? Who did he come with? Where's his ride? He should be taken home..."

█ eventually found the boy's companions. Together they ordered an Uber for him, but before the car arrived, the boy's behavior continued to spiral. At this time only boys remained at the party. Two of █ classmates took him

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

to the pool house bathroom to encourage him to purge. ▇ assisted them while ▇ and his friend Patrick remained at the pool, acting as lifeguards.

The party was winding down and one of the helpers (reluctantly) left the party when his ride came. ▇ and I were at the front of the house, seeing the guests and their parents off.  Shortly after the first helper left, by unfortunate timing, the second helper's mom, who attended the party, told her son it was also time to go.  When he left, ▇ was alone with the drunk boy who suddenly became very aggressive. "No", "Stop" and so forth had no impact.  Fortunately ▇ is a strong athlete and she managed to fight him off, then escape from the situation. The police detective who recorded ▇'s statement classified the crime as a 4th degree sexual assault, a felony.  Although the boy failed to achieve his intentions fully, there is no doubt this was a very serious assault.

After learning of this event, Cynthia and I have retained a therapist for ▇ who specializes in this type of trauma. The therapist has advised us that it's best that ▇ has no further contact whatsoever with this boy, either at school, or otherwise.  We are in consultation with our attorney who has advised us that a request for a restraining order would likely be granted in this situation, but at this stage we have not chosen a course of action.

If Brunswick follows a disciplinary process separate from the confidential actions now underway in the juvenile court, ▇ and I ask Brunswick also to keep confidential details of this incident.  In particular, due to the nature of this assault, we feel strongly that no students participate in the disciplinary process in any way whatsoever.

Our family returns from vacation late on the 18th.  Until that time we are available by email daily.  We thank you for your attention.

Sincerely,

▇

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0516

Subject:
Re: █████
From:
Tom Sullivan ████████████████████████
Date:
8/15/2016 5:30 PM
To:
████████████████████████████  ████████████████████████████
CC:
Molly King ████████████████████ >

████ and ██████,

Molly and I just wanted to acknowledge your thoughtful email to Brunswick.  We're both available to speak if you want to reach out at any point, whether it's now or next week.  Whatever timing is best for you.

We're here to support ████ and you.

Yours,
Tom

Tom's cell -- ████████
Molly's cell -- ████████




On Mon, Aug 15, 2016 at 11:48 AM, Thomas Philip ████████████████████████ wrote:

████,

Thank you for your email, I'm sure it was a hard one to compose.

Given ████'s accusations, clearly this appears to be a situation that mandates the school's immediate attention.

By way of background, I was contacted by ████ ██████ two weeks ago and he and I have since spoken and met several times since; both of his parents have come in as well. It is clear to me that both ████ as well as his parents are very concerned about the accusations as well as about other circumstances of the party.

I have also spoken with another boy who was at the party who ████ mentioned as a witness.

The Greenwich Police have been made aware that Brunswick was contacted by ████ and that we are investigating the matter - clearly we do not want to get in the way of their investigation, so we will proceed with care in that regard.

I also appreciate your request for confidentiality. However, I should alert you to the fact that ████'s accusation and other details of the party do seem to be fairly widely known at this point so containing it from here might prove challenging. Also, by its very nature, both our and, I would assume, the Greenwich Police Department's efforts to look into this matter will inevitably widen that circle further to some degree.

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

  Specifically, for Brunswick, as happens in most potential disciplinary situations, it is and will be, important for us to hear from as many people as possible who might have been involved in or aware of anything that might have happened and to that end, for us to move further, we will need to meet with ▓▓▓ as well.

  I understand that you are currently away as a family, so if you could have ▓▓▓ contact me with some days/times that would work for her to come-in, that would be helpful.

  In the meantime, should you have any questions or should you like to speak on the phone, please feel free to call either the office: ▓▓▓▓▓▓ or my cell: ▓▓▓▓▓▓.

  T




Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue
Greenwich, CT 06830
▓▓▓▓▓▓

  On Aug 14, 2016, at 5:59 AM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

>   Dear Tom:
>
>   Last Monday, Molly King relayed your request for information regarding the incidents that took place at our home on the last day of finals.  I apologize for the delayed response;  we are traveling in Europe and are returning home next Thursday.
>
>   In June, ▓▓▓ and I hosted a pool party for about 15 of ▓▓▓'s school friends and their parents.  Our son, ▓▓▓ '11, and his middle school friend Patrick supervised the pool, while the parents stayed nearby on the patio and lawn.
>
>   About two weeks ago, ▓▓▓ and I received a voicemail from the Greenwich Police regarding an "incident".  It turns out that the incident involved ▓▓▓ -- during that same party she was the victim of an attempted rape at our pool house.  We've learned that the long delay between the event and the reporting is not unusual for this type of situation. ▓▓▓ was traumatized, but after a time she reported it to her GA counselor, Charlanne Zepf, who appropriately forwarded the information to DCF.
>
>   How could this happen at our house, in a very heavily supervised setting?  The day of the party, ▓▓▓ asked to add three Brunswick boys to the guest list. ▓▓▓ and I did not know these boys well, and they arrived late, close to the end of the party.  As I did with all visitors that night, I greeted and conversed with our new guests at the front door.  They seemed jovial, consistent with the mood on the last day of exams, but nothing more.  I mostly spoke to one of the three, but I didn't make a point of speaking to each individually.  They passed my checkpoint without triggering any concern.
>
>   No alcohol was served that night, either to the parents or anyone else.  However we learned after the the fact that one of the new arrivals, ▓▓▓ ▓▓▓ soon began acting strangely, probably drunk.  We've heard that some teenagers "pre-game", consuming a large amount of alcohol immediately before entering a party.  We speculate that this is what happened in this instance.
>
>   I want to emphasize that only one boy misbehaved.  The two boys who came with him acted appropriately; ▓▓▓ in particular mentioned that they were intelligent and respectful.

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0518

Subject:
Re: ▓▓▓
From:
Thomas Philip ▓▓▓
Date:
8/15/2016 11:48 AM
To:
▓▓▓
CC:
Molly King ▓▓▓, Tom Sullivan ▓▓▓, ▓▓▓

▓▓▓,

Thank you for your email, I'm sure it was a hard one to compose.

Given ▓▓▓'s accusations, clearly this appears to be a situation that mandates the school's immediate attention.

By way of background, I was contacted by ▓▓▓ two weeks ago and he and I have since spoken and met several times since; both of his parents have come in as well. It is clear to me that both ▓▓▓ as well as his parents are very concerned about the accusations as well as about other circumstances of the party.

I have also spoken with another boy who was at the party who ▓▓▓ mentioned as a witness.

The Greenwich Police have been made aware that Brunswick was contacted by ▓▓▓ and that we are investigating the matter - clearly we do not want to get in the way of their investigation, so we will proceed with care in that regard.

I also appreciate your request for confidentiality. However, I should alert you to the fact that ▓▓▓'s accusation and other details of the party do seem to be fairly widely known at this point so containing it from here might prove challenging. Also, by its very nature, both our and, I would assume, the Greenwich Police Department's efforts to look into this matter will inevitably widen that circle further to some degree.

Specifically, for Brunswick, as happens in most potential disciplinary situations, it is and will be, important for us to hear from as many people as possible who might have been involved in or aware of anything that might have happened and to that end, for us to move further, we will need to meet with ▓▓▓ as well.

I understand that you are currently away as a family, so if you could have ▓▓▓ contact me with some days/times that would work for her to come-in, that would be helpful.

In the meantime, should you have any questions or should you like to speak on the phone, please feel free to call either the office: ▓▓▓ or my cell: ▓▓▓.

T


Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

Greenwich, CT 06830
██████████

On Aug 14, 2016, at 5:59 AM, ██████████████████████████████████████ wrote:

> Dear Tom:
>
> Last Monday, Molly King relayed your request for information regarding the incidents that took place at our home on the last day of finals.  I apologize for the delayed response;  we are traveling in Europe and are returning home next Thursday.
>
> In June, ████████ and I hosted a pool party for about 15 of █████'s school friends and their parents.  Our son, ██████ '11, and his middle school friend Patrick supervised the pool, while the parents stayed nearby on the patio and lawn.
>
> About two weeks ago, ████████ and I received a voicemail from the Greenwich Police regarding an "incident".  It turns out that the incident involved ██████ -- during that same party she was the victim of an attempted rape at our pool house.  We've learned that the long delay between the event and the reporting is not unusual for this type of situation. ██████ was traumatized, but after a time she reported it to her GA counselor, Charlanne Zepf, who appropriately forwarded the information to DCF.
>
> How could this happen at our house, in a very heavily supervised setting?  The day of the party, ██████ asked to add three Brunswick boys to the guest list. ██████ and I did not know these boys well, and they arrived late, close to the end of the party.  As I did with all visitors that night, I greeted and conversed with our new guests at the front door.  They seemed jovial, consistent with the mood on the last day of exams, but nothing more.  I mostly spoke to one of the three, but I didn't make a point of speaking to each individually.  They passed my checkpoint without triggering any concern.
>
> No alcohol was served that night, either to the parents or anyone else.  However we learned after the the fact that one of the new arrivals, ██████████████ soon began acting strangely, probably drunk.  We've heard that some teenagers "pre-game", consuming a large amount of alcohol immediately before entering a party.  We speculate that this is what happened in this instance.
>
> I want to emphasize that only one boy misbehaved.  The two boys who came with him acted appropriately; Kevin in particular mentioned that they were intelligent and respectful.
>
> Having arrived at the pool area, the boy's behavior was aggressive and lewd.  According to our son ██████, ██████ entered the water and became "touchy" and physical with the girls, including highly inappropriate language.  Some of this roughhousing was directed at ██████, but not exclusively.  ██████ got into the pool and intervened verbally.  In response the boy turned on ██████, choking him with two hands around his throat.  At first ██████ thought it was some kind of stupid stunt, but when it didn't stop ██████ spun the boy around into a headlock with an admonition to "cool it". He did cool it for a while.  In the meantime ██████ immediately began to arrange for the boy's departure.  "Who is this guy?  Who did he come with?  Where's his ride?  He should be taken home..."
>
> Kevin eventually found the boy's companions.  Together they ordered an Uber for him, but before the car arrived, the boy's behavior continued to spiral.  At this time only boys remained at the party.  Two of ██████ classmates took him to the pool house bathroom to encourage him to purge. ██████ assisted them while ██████ and his friend Patrick remained at the pool, acting as lifeguards.
>
> The party was winding down and one of the helpers (reluctantly) left the party when his ride came. ██████ and I were at the front of the house, seeing the guests and their parents off.  Shortly after the first helper left, by unfortunate timing, the second helper's mom, who attended the party, told her son it was also time to go.  When he left, ██████ was alone with the drunk boy who suddenly became very aggressive.  "No", "Stop" and so forth had no impact.  Fortunately ██████ is a strong athlete and she managed to fight him off, then escape from the situation.  The police detective who recorded ██████'s statement classified the crime as a 4th degree sexual assault, a felony.  Although the boy failed to achieve his

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0521