# Plaintiff Exhibit E

UNITED STATES DISTRICT COURT
JUDICIAL DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - -X

JANE DOE

PLAINTIFF

vs. 3:18 CV 01322-KAD

TOWN OF GREENWICH, ET AL

DEFENDANT

- - - - - - - - - - - - - - - - - - -X

D E P O S I T I O N

The deposition of BROTHER DOE was taken pursuant to the FEDERAL RULES OF CIVIL PROCEDURE, at law offices of MITCHELL & SHEHAN, P.C., 246 POST ROAD EAST, WESTPORT, CONNECTICUT, before Shirley Sambrook, CSR, a notary public in and before the State of Connecticut on JANUARY 24, 2019.

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Greenwich police.

MR. MITCHELL: You know me. My paralegal, Lisa Paliani, I'm sorry- Ordazzo. That's our court reporter.

MS. HOOK: I got it.

MR. MITCHELL: The witness?

MS. HOOK: Brother Doe.

MR. MITCHELL: [redacted], whatever his name is.

MS. HOOK: The subpoena also called for any documents --

MR. MITCHELL: I'll get to that. All right. Can I have the subpoena? Let's go ahead and start first.

[redacted] [redacted]

[redacted], being duly sworn, was examined and testified upon his oath as follows:

DIRECT EXAMINATION BY MR. MITCHELL:

Q. All right. Mr. Scanlan, are you familiar with what

suppose. They see my picture. And I entered the hot tub. [redacted] was just almost like a statue and five minutes after that, he -- he walked across the hot tub, which is three, four feet length across, I was sitting diagonally across from him, and put his hand around my throat. I was not threatened. He just --

Q. You were not what?

A. I was not threatened.

Q. By him?

A. By him because he wasn't particularly imposing but he didn't say a word when he attacked me so I almost -- I was perplexed. I didn't really know what, like was it a joke? Was it him trying to pick a fight? I was just confused. And then I was able to restrain him. Then I got him out of the hot tub trying to just, you know, just tone down the situation, and I got out of the hot tub. And then I saw -- Then I walked around the table. There are two tables. Walked around the table and I saw a, in his bag, a bottle of Jameson whiskey. I don't really drink but I think it was Jameson. It was like a green bottle. And then I didn't- it was opened. And then I also saw and this is where I forgot to include in the police statement, because I guess I didn't quite remember, there was another empty handle, off to the side. Handle of hard liquor.

Q. A what?

consumption.

Q. That's fine.

A. It's a reasonable assumption to say that I should have thought there was alcohol.

Q. What is this Governor's Ball?

A. It is like a music festival sort of thing. I have never been to it. It's just --

Q. You heard that they were passing around marijuana at the Governor's Ball the next day?

A. Yes.

Q. That wouldn't have affected on what happened on the 3rd of June?

A. No. Not the other day. Kids -- My general, I guess what I have heard generally is that kids, they will purchase marijuana in preparation for a music festival and then they consume it at some point thereafter but they are getting it beforehand. They are not getting it at the ball itself. They procure alcohol and drugs ahead of time to consume at the actual event which, the event being the Governor's Ball.

Q. Did you see any empty beer bottles around or beer cans?

A. I did that night because my friend Patrick had drank one but I don't know if there was or not because there was an empty beer can I observed but I believe it was my friend

Patrick's.

Q. Okay. You didn't see any others?

A. I didn't see any others but I don't leave that out of the possibility.

Q. So what did [redacted] do when you saw him next?

A. He apologized to me.

Q. What did he say?

A. I'm so sorry, man. Like, I was just so fucked up.

Q. That was as he was leaving?

A. As he was leaving. So he was -- he was coherent at that point. That's the first time I heard him speak and he, yeah, he apologized.

Q. Why did he think you killed his friend?

A. That's a good question. I have no idea. Great question.

MS. HOOK: Objection. Objection as to form.

Q. You mentioned something about a soccer game a few minutes ago?

A. Yes. So the kid, this is what I learned much later, the kid was like kicked or something in the middle of a soccer match in [redacted] and he died of cardiac arrest.

Q. Do you play soccer?

A. No.

Q. Do you play any sports?

A. Play? Played?