# Plaintiff Exhibit F



Hey sorry about friday BW-3 told me what i did last night and i was very fucked up idk what happened. I would've been fine, but I didn't eat anything all day on friday. He told me that I tried to fight you and everything and im so sorry. He was telling me that I was talking about my friend who died back in October and that I thought you killed him. I guess that's why I wanted to fight u or something. I'm so sorry man. I don't want this affecting my friendship with Jane at all. She's

Ignore | Accept



> fucked up idk what happened. I would've been fine, but I didn't eat anything all day <u>on friday</u>. He told me that I tried to fight you and everything and im so sorry. He was telling me that I was talking about my friend who died back in October and that I thought you killed him. I guess that's why I wanted to fight u or something. I'm so sorry man. I don't want this affecting my friendship with Jane at all. She's one of my best friends. I'm sorry man.



Ignore | Accept

CONFIDENTIAL         P1385