Plaintiff Exhibit G

1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
 2

 3     JANE DOE

 4     VS.                              3:18-cv-01322-KAD

 5     TOWN OF GREENWICH, ET AL.
      ─────────────────────────────────────────────────────
 6
                         SUPERIOR COURT
 7             JUDICIAL DISTRICT OF FAIRFIELD

 8     JANE DOE, JOHN DOE,
       and MARY DOE
 9
       VS.                              CV 18-5037819
10
       BRUNSWICK SCHOOL, INC.
11    ─────────────────────────────────────────────────────

12

13        Videotaped deposition of ███████████, taken in

14    accordance with the Connecticut Practice Book at

15    2 Greenwich Office Park, Suite 300, Greenwich,

16    Connecticut, before Deborah Gentile, RPR, a Registered

17    Professional Reporter and Notary Public, in and for

18    the State of Connecticut on April 2, 2019, at

19    10:04 a.m.

20

21                    DEBORAH GENTILE, RPR

22          DEL VECCHIO REPORTING SERVICES, LLC
              PROFESSIONAL SHORTHAND REPORTERS
23                     117 RANDI DRIVE
                MADISON, CONNECTICUT 06443
24                     203.245.9583

25    Hartford            New Haven            Stamford
```

```
 1   Rondini in the federal court action.
 2           VIDEOGRAPHER:  Swear in the witness.
 3           COURT REPORTER:  Would you please raise your
 4   right hand.
 5           Do you swear the testimony you are about to
 6   give is the truth, the whole truth, and nothing but
 7   the truth, so help you God?
 8           THE WITNESS:  I do.
 9
10                   ███████, having first been duly
11      sworn, was deposed and testified as follows:
12
13                    DIRECT EXAMINATION
14   BY MS. BRAXTON:
15      Q    Ms. ███████, as you heard, I'm
16   Meredith Braxton, and I represent the plaintiffs in
17   both the state case and the federal case.
18           Have you ever been deposed before?
19      A    Yes.
20      Q    Okay.  And when have you been deposed
21   before?
22      A    In the 1980s, in a residential real estate
23   transaction.
24      Q    Okay.  So I'm going to sort of review what
25   the rules of the road are --
```

```
 1      Q    And did you and ▓▓▓▓ arrive at the same
 2  time?
 3      A    We came together.
 4      Q    Okay.  And what time was that?
 5      A    I can't remember exactly what time we
 6  arrived, but at the beginning of the party.  We were
 7  there when maybe a third of the party was present.  We
 8  arrived, maybe 6:00 o'clock.
 9           I'm not sure what time it started, but I'm
10  guessing, it was a school party and it was a pool
11  party, so they wanted to have it early.  I'm guessing
12  around 6:00-ish.
13      Q    Okay.  And did you -- what time did you
14  leave?
15      A    We left around 10:00, because it was dark at
16  that point and it just -- it was long enough.  It was
17  a nice evening, but long enough.
18      Q    Okay.  And did ▓▓▓▓ leave with you?
19      A    He did.
20      Q    Did you -- between 6:00 p.m. and 10:00 p.m.,
21  did you leave the ▓▓▓▓ house at any point?
22      A    I was at the ▓▓▓▓ house, which was
23  100 yards away from the pool house, for most of the
24  evening, until ▓▓▓▓ said we needed to clean up.
25           And then, at the end of the evening -- maybe
```

1  20 minutes before we left, 25 minutes before we
2  left -- I walked down to the pool with a garbage bag
3  and started taking pizza boxes and paper plates and
4  everything off the tables around the jacuzzi, and
5  picking up things.  But it was so dark, I was just
6  trying to do it quickly.
7         And then I returned back to the hou- -- told
8  Lance we had to leave, and ▇▇▇▇ -- well -- said,
9  okay, and started to walk up to the house with me; and
10 then said, I'll be right back, and went down to the
11 pool house for a minute.
12        And then he came up and met ▇▇▇▇ and I on
13 the back patio, outside the kitchen.  And I disposed
14 of the garbage bag, and ▇▇▇▇ came up to thank
15 Mrs. ▇▇▇▇, and we walked around the side of the
16 house and said goodbye to a few more people that were
17 standing on the front door -- front, like, walkway.
18     Q   Is it possible that your recollection is --
19 was affected -- about that evening is affected by the
20 medications you were taking at the time?
21     A   Possibly.
22     Q   Okay.  Isn't it true that ▇▇▇▇ arrived
23 before you, with some of this friends?
24     A   Could have.
25     Q   But that's not what you remember?

22

1     A     That's not what I remember.
2     Q     Okay.  Is it possible that you didn't
3  actually go to the ▌▌▌▌▌ until almost 10:30 p.m.,
4  to go pick up ▌▌▌▌?
5     A     No.  Because I was talking to this woman,
6  Stephanie, who came -- she had left Bruns- -- left GA
7  the year prior.  And her daughter -- she had just
8  picked her daughter up at ▌▌▌▌, and I spent a good
9  hour talking to ▌▌▌▌▌ on the back patio of the
10 ▌▌▌▌▌, in daylight.
11          And then she got her daughter much earlier
12 in the evening and took her home, because she had just
13 picked her up at school.  I don't know ▌▌▌▌▌
14 last name.
15    Q     Do you know whether ▌▌▌ bought any alcohol
16 that day and brought it to the party?
17    A     I do not.  I'm unaware of that.
18    Q     Okay.  Did you become aware at any time that
19 ▌▌▌ brought alcohol to the party?
20    A     No.
21    Q     And when you left to go home with him, did
22 he seem drunk?
23    A     No.  We had about a four-minute drive home.
24 ▌▌▌▌▌ only live a short bit away from us, and he
25 did not.  We talked about what a nice evening it was,

23

```
1   how generous they were to set up the party, and how --
2   and what a great year it was at Brunswick.
3        Q    Did he smell like alcohol?
4        A    No.
5        Q    You said you were on the back patio the
6   whole time?
7        A    I was on the back patio at the house.
8        Q    Okay.  And did the party seem raucous at
9   all?
10       A    The pool?
11       Q    Yeah, the pool party.
12       A    Well, as I said, the pool sits pretty far
13  away from the house.  I did not notice anything.
14       Q    Okay.  Did you see anyone drinking alcohol?
15       A    I did not see anyone drinking alcohol.
16       Q    Okay.  Did the ████████ serve alcohol to the
17  adults?
18       A    I do not recall.
19       Q    Did you drink any alcohol there?
20       A    No, did not.
21       Q    Did you bring any alcohol there?
22       A    No, I did not.
23       Q    Okay.  Do you know who Sam Gonzalez is?
24       A    I do not know that person.
25       Q    Okay.  So you wouldn't know whether you had
```

```
 1    seen him at some point?
 2        A    No.
 3        Q    Okay.
 4             MS. BRAXTON:  Could you mark this, please.
 5             (Exhibit 2 was marked for I.D.)
 6    BY MS. BRAXTON:
 7        Q    Please read the exhibit and then let me know
 8    when you're done.
 9        A    Okay.  Did --
10             MR. O'NEILL:  No question pending.
11    BY MS. BRAXTON:
12        Q    Do you recognize the exchanges in this
13    document?
14        A    I do.
15        Q    Okay.  So these are text mess- -- text
16    message exchanges between you and ▇▇▇▇▇▇▇▇ on
17    June 3rd, 2016, right?
18        A    Correct.
19             MR. SCONZO:  Objection.
20    BY MS. BRAXTON:
21        Q    If you look at the last page of the exhibit,
22    it says, at 10:21 p.m., ▇▇▇▇ texted you to say, "Hi
23    ▇▇, do you want to come over and hang out while the
24    kids are partying it up here?"
25             And then you responded at 10:33 p.m., "On my
```

25

```
1   way to pick up."  Correct?
2       A    This isn't making any sense to me, because I
3   was at the party that night.
4       Q    Or were you lying a moment ago?
5            MR. SCONZO:  Objection.
6            THE WITNESS:  I was at the party.  I'm
7   confused.
8            MR. O'NEILL:  She did ask a question, are
9   you lying?  So you need to answer that question.
10           THE WITNESS:  I don't believe I'm lying.
11  BY MS. BRAXTON:
12      Q    Well, in fact, you weren't at the party
13  until you came to pick up ▇▇▇▇; isn't that right?
14      A    I cannot recall.
15      Q    And you said that you had spoke with someone
16  named Stephanie for an hour on the patio, in the
17  daylight?
18      A    I spoke with ▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇
19  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
20      Q    Okay.  Didn't ▇▇▇▇ come to the party
21  separately from you?
22      A    I cannot recall.
23      Q    Okay.  Didn't ▇▇▇▇ go to the party with two
24  friends of his?
25      A    I cannot recall.
```