# Plaintiff Exhibit J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
)
)
JANE DOE,                                      )   Case No. 3:18-cv-01322-KAD
)
Plaintiff,                                     )
)
v.                                             )
)   September 25, 2020
TOWN OF GREENWICH, et al.,                     )
Defendants.                                    )
)
---------------------------------------------------------------x

**AFFIDAVIT OF AUDREY FELSEN, ESQ.**

STATE OF CONNECTICUT    )
                        ) .ss: Stamford, CT
COUNTY OF FAIRFIELD     )

AUDREY FELSEN, being duly sworn, deposes and says:

1. I am over the age of 18 years and make this affidavit based on my personal knowledge. I am an attorney admitted and in good standing in the State of Connecticut.

2. I was retained to represent ▮▮▮▮▮ as a victim on or around September 14, 2016 regarding an allegation of sexual assault. To the best of my recollection, I initially contacted a representative from the Greenwich Police Department ("GPD") on or around September 26, 2016.

3. The ▮▮▮▮▮ first contacted me in September, 2016 and I was not present with ▮▮▮▮▮ Scanlan when she was interviewed on August 2, 2016.

4. I never communicated with any party from Brunswick School or its security staff regarding ▮▮▮▮▮ or any matter related to the above-referenced investigation.

1

5. I was retained to represent ████████ and communicate with law enforcement at GPD investigating Ms. ████'s allegations. It was my understanding that, after I was retained, Attorney Meredith Braxton did not communicate with law enforcement at GPD related to the above-referenced investigation.

*Audrey Felsen, Esq.*

Sworn to before me this
25th day of September 2020

_____
Commissioner of the Superior Court