Plaintiff Exhibit L

**From:** Michael J. Jones <████████████████>
**Sent:** Wednesday, October 26, 2016 11:00 AM EDT
**To:** Rondini, Krystie <████████████████████>
**Subject:** ████████

Hi Krystie,

Hope you are well.  I spoke to Gene Riccio last night.  He said that ██████'s statement was almost finalized and that you would have it in the next day or so.  I was curious whether ████████ had been in to see you.

*Mike*

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones <████████████████>
**Sent:** Friday, October 14, 2016 1:53 PM EDT
**To:** Rondini, Krystie ████████████████████
**Subject:** ████████

Hi Krystie,

I just left you a VM.  We were able to make some progress on this end.  ████████████ has agreed to meet with you.   His parents are sending him in with his lawyer, but apparently he is willing to go on record that sometime after the party, ████ admitted that the sexual assault didn't happen.  He can also speak to the physical incapacity of ████ while in the pool house.  When you speak with him, please ask about a young lady named ████████████.  ████████ apparently was present when ████ was told this by ████.  ████ will also allegedly state that ████ was laughing about it.  I am working on trying to get permission for us to speak with ████ as well.

Talk soon.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 Trusted & Verified

IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used,  for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones < ████████████ > on behalf of ████████████
**Sent:** Thursday, October 20, 2016 3:00 PM EDT
**To:** Rondini, Krystie ████████████████ >
**Subject:** ████████

Hi Krystie,

I understand from Gene Riccio that he will be delivering ████████ statement to you soon. I also heard from ████ that ████████ spoke with you. I have been told that ████████ will speak to her parents tonight about speaking with you as well. I am told ████ will back up ████ account of the conversation they both had with ████ a day or so after the party, which I understand is very helpful to ████. Let's talk soon. Thanks for your help.

Mike

Michael J. Jones, Esq.

Member

Ivey, Barnum & O'Mara, LLC

170 Mason Street

Greenwich, CT 06830

CT: 203-661-6000

NY: 212-764-0900

Fax: 203-661-9462

 Trusted & Verified

IRS Circular 230 Disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information: This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

From: MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@GreenwichCT.onmicrosoft.com
Sent: Thursday, October 20, 2016 3:00 PM EDT
To: Rondini, Krystie ███████████████
Subject: ██████████████

Sender: MJones███████████████
Subject: ██████████████
Message-Id: <7D0C81E499B9AD4F9F2CB961798DFBB93DCA1928@ACTAPPS-MB1.actapps.act>
Recipient: journal@greenwichct.org

Received: from BN3PR09CA0014.namprd09.prod.outlook.com (10.160.111.152) by SN1PR09MB0878.namprd09.prod.outlook.com (10.162.101.21) with Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384_P384) id 15.1.659.11; Thu, 20 Oct 2016 19:00:12 +0000
Received: from SN1NAM01FT029.eop-nam01.prod.protection.outlook.com (2a01:111:f400:7e40::209) by BN3PR09CA0014.outlook.office365.com (2a01:111:e400:400b::24) with Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384_P384) id 15.1.669.16 via Frontend Transport; Thu, 20 Oct 2016 19:00:12 +0000
Received: from MTA1.GREENWICHCT.ORG (74.123.201.85) by SN1NAM01FT029.mail.protection.outlook.com (10.152.65.214) with Microsoft SMTP Server id 15.1.669.7 via Frontend Transport; Thu, 20 Oct 2016 19:00:11 +0000
Received: from pps.filterd (MTA1.greenwichct.org [127.0.0.1]) by MTA1.GREENWICHCT.ORG (8.15.0.59/8.15.0.59) with SMTP id u9Klo5eV028121 for ██████████████.onmicrosoft.com>; Thu, 20 Oct 2016 15:00:10 -0400
Received: from mail.greenwichct.org (gthdomino1.greenwichct.org [10.128.10.9]) by MTA1.GREENWICHCT.ORG with ESMTP id 25xew8pbdt-1 for ██████████████.onmicrosoft.com>; Thu, 20 Oct 2016 15:00:10 -0400
Received: from MTA1.GREENWICHCT.ORG ([10.255.0.15]) by mail.greenwichct.org (Lotus Domino Release 8.5.3FP5) with ESMTP id 2016102015001021-479185 ; Thu, 20 Oct 2016 15:00:10 -0400
Received: from pps.filterd (MTA1.greenwichct.org [127.0.0.1]) by MTA1.GREENWICHCT.ORG (8.15.0.59/8.15.0.59) with SMTP id 25xew8pbdq-1 for ██████████████>; Thu, 20 Oct 2016 15:00:09 -0400
Received: from mail.actapps.com (mail2.actapps.com [196.241.119]) by MTA1.GREENWICHCT.ORG with ESMTP id 25xew8pbdq-1 for ██████████████>; Thu, 20 Oct 2016 15:00:08 -0400
Received: from ACTAPPS-MB1.actapps.act ([fe80::ec15:719a:ef41:2045]) by ACTAPPS-HTCAS2.actapps.act ([fe80::8c59:5d5b:bd70:b346%12]) with mapi id 14.03.0319.002; Thu, 20 Oct 2016 15:00:08 -0400
From: "Michael J. Jones" ██████████████
To: "Rondini, Krystie ██████████████)" ██████████████>
Subject: ██████████████
Date: Thu, 20 Oct 2016 19:00:08 +0000
Message-ID: <7D0C81E499B9AD4F9F2CB961798DFBB93DCA1928@ACTAPPS-MB1.actapps.act>
Content-Type: multipart/related; boundary="_6e09d31e-54d3-4f8a-ac16-3e5f4c538c83_"; type="multipart/alternative"
Content-Language: en-US
Authentication-Results: spf=fail (sender IP is 74.123.201.85) smtp.mailfrom=ibolaw.com; greenwichct.onmicrosoft.com; dkim=none (message not signed) header.d=none; greenwichct.onmicrosoft.com; dmarc=none action=none header.from=ibolaw.com; greenwichct.onmicrosoft.com; dkim=none (message not signed) header.d=none;
Received-SPF: Fail (protection.outlook.com: domain of ibolaw.com does not designate 74.123.201.85 as permitted sender) receiver=protection.outlook.com; client-ip=74.123.201.85; helo=MTA1.GREENWICHCT.ORG;
Thread-Topic: ██████████████
Thread-Index: AdIrAyIujB9yyNadQuqYKd0M70AQKA==
Accept-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [167.206.176.46]
MIME-Version: 1.0
X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:5.15.154,1.0.3,0.0.0000 definitions=2016-10-20_10:2016-10-20,2016-10-20,1970-01-01 signatures=0
X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 spamscore=0 suspectscore=0 phishscore=0 adultscore=0 bulkscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=7.0.1-1603290000 definitions=main-1610200330
X-MIMETrack: Itemize by SMTP Server on GTHDomino1/GOV/GreenwichCT(Release 8.5.3FP5|July 31, 2013) at 10/20/2016 03:00:10 PM, Serialize by Router on GTHDomino1/GOV/GreenwichCT(Release 8.5.3FP5|July 31, 2013) at 10/20/2016 03:00:10 PM
X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:5.15.154,1.0.3,0.0.0000 definitions=2016-10-20_10:2016-10-20,2016-10-20,1970-01-01 signatures=0
X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 spamscore=0 suspectscore=0 phishscore=0 adultscore=0 bulkscore=0 classifier=spam adjust=0 reason=mlx scancount=1 engine=7.0.1-1603290000 definitions=main-1610200330
Return-Path: prvs=31010ee6d8██████████████om
X-MS-Exchange-Organization-OriginalArrivalTime: 20 Oct 2016 19:00:11.6214 (UTC)
X-MS-Exchange-Organization-Network-Message-Id: 3ea2d724-32c3-48a8-ecc0-08d3f91b51ab
X-MS-Exchange-Organization-OriginalClientIPAddress: 74.123.201.85
X-MS-Exchange-Organization-OriginalServerIPAddress: 25.152.65.214
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 0b5c882c-bfa0-4a59-b4b6-1e638dcf7814:0
X-MS-Exchange-Organization-TargetResourceForest: namprd09.prod.outlook.com
X-MS-Exchange-Organization-MessageDirectionality: Incoming
X-MS-Exchange-Organization-Id: 0b5c882c-bfa0-4a59-b4b6-1e638dcf7814
X-MS-Exchange-Organization-FFO-ServiceTag: NAM01B
X-MS-Exchange-Organization-Exchange-Diagnostics-Stage-SecureDataContainer: 0
X-MS-Exchange-Organization-SpoofDetection-DisplayDomainName: ibolaw.com
X-MS-Exchange-Organization-VBR-Class: GrayOther
X-MS-Exchange-Organization-P1P2RecipientMismatch: True
X-MS-Exchange-Organization-MxPointsToUs: true
X-Forefront-Antispam-Report: CIP:74.123.201.85;IPV:NLI;CTRY:US;EFV:NLI;SFV:NSPM;SFS:(6009001)(8156002)(2980300002)(1110001)(1109001)(339900001)(489007)(505004003)(189002)(199003)(40764003)(9827595001)(9827595001)(5660300001)(7116003)(586003)(58010001)(105606002)(229853001)(7636002)(9686002)(53416004)(626004)(450100001)(236004)(7696004)(110136003)(67866002)(106466001)(85426001)(3846002)(107886002)(189998001)(575784001)(2900100001)(7736002)(790700001)(356003)(102836003)(6116002)(1597544007)(11100500001)(2920100001)(7846002)(2930100002)(66066001)(16236675004)(33186001)(19300405004)(17760045003)(54356999)(99936001)(18206015028)(50986999)(221733001)(8676002)(66926002)(33656002)(55846006)(551934003)(3480700004)(260700001)(9326002)(512954002)(1096003)(246002)(8896002)(51554400004)(5250100002)(19625215002)(19580339500)(19580405001);DIR:INB;SFP:;SCL:1;SRVR:SN1PR09MB0878;H:MTA1.GREENWICHCT.ORG;FPR:;SPF:Fail;PTR:mta1.greenwichct.org;MX:1;A:1;LANG:en;
X-MS-Exchange-Organization-Originating-Country: US
X-MS-Exchange-Organization-Scanned-By-IP-Filter: true
X-MS-Exchange-Organization-OriginalEnvelopeRecipients: ██████████████.onmicrosoft.com
X-MS-Exchange-Organization-MxRecordAlignment: 0
X-MS-Exchange-Organization-SenderRep-Score: 3
X-MS-Exchange-Organization-SenderRep-Data: IpClassLargeGrayOther_GrayOther_SmallGrayBest
X-Microsoft-Exchange-Diagnostics:
1;SN1NAM01FT029;1:/wOaBG2IiapUFLMY04WlXF7bCD/BlNqXKKwkkcgDEf8oBraX1wEYNz2iOHwIfjFHMNdTevQUe8GESOr/IsESPvyIkzK9I+VzaN8LqkkuQIQQfzVb+3V4TufNN2
X-MS-Exchange-Organization-Cross-Premises-Headers-Processed: SN1NAM01FT029.eop-nam01.prod.protection.outlook.com
X-MS-Exchange-Organization-OrderedPrecisionLatencyInProgress: LSRV=BN3PR09CA0014.namprd09.prod.outlook.com:TOTAL-FE=0.069|SMR=0.069;2016-10-20T19:00:12.532Z
X-MS-Exchange-Organization-MessageLatency: SRV=SN1NAM01FT029.eop-nam01.prod.protection.outlook.com:TOTAL-FE=0.842|SMR=0.455(SMRRC=0.101(SMRRC-TenantAttributionAndInboundConnectorAgent=0.064|SMRREC-Protocol Filter Agent=0.035 )|SMREH=0.176(SMREH-Protocol Filter Agent=0.175))|SMS=0.389
X-MS-Exchange-Organization-MessageLatency: SRV=BN3PR09CA0014.namprd09.prod.outlook.com:TOTAL-FE=0.069|SMR=0.069
X-MS-Exchange-Forest-ArrivalHubServer: SN1PR09MB0878.namprd09.prod.outlook.com
X-MS-Exchange-Organization-AuthSource: SN1NAM01FT029.eop-nam01.prod.protection.outlook.com
X-MS-Exchange-Organization-AuthAs: Anonymous
X-MS-Exchange-Organization-FromEntityHeader: Internet
X-MS-Office365-Filtering-Correlation-Id: 3ea2d724-32c3-48a8-ecc0-08d3f91b51ab
X-Microsoft-Exchange-Diagnostics:
1;SN1PR09MB0878;2;yT1Xr5fJPeccT61rna7HDVbIquhOSc4xFX6Tf/DMLGjtsSy3qZ+PcgNcNYsw3IDFcUlFm4MJVtaI9GO2qIRawtv5+PLkvTxO96MUKyfoyql+UZvi/pU2HKgJqylm2
X-MS-Exchange-Organization-Antispam-ProtocolFilterHub-ScanContext: SmtpOnEndOfData;ProtocolFilterHub:SmtpOnEndOfData;

X-Microsoft-Antispam: UriScan:;BCL:0;PCL:0;RULEID:(71701004)(71702002);SRVR:SN1PR09MB0878;
X-MS-Exchange-Organization-OriginalSize: 20963
X-MS-Exchange-Organization-HygienePolicy: Premium
X-MS-Exchange-Organization-AttachmentDetailsHeaderStamp-Success: 1.0
X-MS-Exchange-Organization-Attachment-Details: 0:XL7BynI4U6/IWdVDyEXiw2guX7qd/TJQoe5EMKWSocY=:U:Jpeg:aW1hZ2UwMDEuanBn::#:False:::N::
X-MS-Exchange-Organization-MessageFingerprint: E4C07F27.92FBD51D.A1E457B7.56F099C1.20355
X-MS-Exchange-Organization-Antispam-Report-Test: CategorizerOnSubmitted;CategorizerOnResolved;
X-MS-Exchange-Organization-AVSscannedByV2: Microsoft
X-MS-Exchange-Organization-Feature-Long:
245:1;205:57;244:5;202:1961;239:1;258:1;208:160;203:1;236:7;257:12;248:4;238:4;243:2;246:1;242:1;235:2;255:1;241:1;215:5740;247:1;
X-MS-Exchange-Organization-Feature-String: 1006:account,attach;1004:F4C07F27.92FBD509.A1E457B7.56F091C1.20379;1017:mjones@ibolaw.com;1018:michael j.
jones;1007:Latn;
X-MS-Exchange-Organization-CrossAgent-Data: IMGLNKS:0;
X-Microsoft-Exchange-Diagnostics: =?us-ascii?Q?1;SN1PR09MB0878;25:n9Acae0IHtAKED4ID3tcVaTWo6d/dFRd1lC3L28CU?= =?us-ascii?Q?
GqpviVUl/hPnymrO/06I73WTyb5lG75/HrdFdE75u405WEpvBu5ewPUHBg+F?= =?us-ascii?Q?m9qEJ5Xj65lerj4BadQj0OX4wU8LHqzye8GKaaVnt7H5cj3M6FRAY6jpt50N?= =?
us-ascii?Q?A/GvTPhmbBQZ+fx9EyHBCLsxhNmBb3MhFRPgl8Z8UbqM8P+v+aFduzgrY64f?= =?us-ascii?Q?
r9CXU//cg63kuv1iTlj6BOWpv6joV3aqw0qFQnAtd7HU6YlstnHRL7h2Yw7B?= =?us-ascii?Q?rklKCx5STjVdw93Na/hhW5zLhRgHyieU17R1WElzPCMyMvR3/fnpRUl3Resd?= =?
us-ascii?Q?lIjkKblVfcy6e+dO+nSmlaOLcEJcPKnNG524pc0F/ipRvS5ZHQf7P7MhKR/oZ?= =?us-ascii?Q?
TJJtfuJinWUpynMO3dfCbshhiqHoMAxfm4aPDEfnO1sH+5L6phUuWL9iVBxM71?= =?us-ascii?Q?QX+67h249fIqi9yhg7/XH2InWt8Xu53NwKa7T5GGf6n0bjmvX7MFkqKC37Xz?=
=?us-ascii?Q?hjXYzMNePFpJEkP+ENxiiLWBeb8AiJNJXE9rzfcBA5nz0szBVPR4ABZar1up?= =?us-ascii?Q?
sHtUAd243+jVMvYmr6f2pUl/7o0W1YglvY7Fl1ZGNDb5Bcd4YF8Pm7GdhsKn?= =?us-ascii?Q?lpWcleEu5FSoqK7o14giqCebBw9D2bNlWhDG57y6TG1pcwSFHrozVwXtJWu9?=
=?us-ascii?Q?jTQ86Kr8fSskN3Y1KCle6D+OTlJxF9A2C6KOze6gaZ4Yu9tv7lhbV/KLUVuz?= =?us-ascii?Q?
ILELbWSlhUq5vUOgwVyEKcyYVoSJq/vuxoUldeBPXEBY8biPqD1Dr1bNu?= =?us-ascii?Q?dec00qUsGTngM6yTd15TFPTNTUSf8jK6l9c/eispVp5ZFDd2M37vYFRybOj3?=
=?us-ascii?Q?glpH+SKXM45tHpgLaOal4ogveutURGQYfOryhrwb5rbk7FDuipumNcW+BuL?= =?us-ascii?Q?
rVoUFRiY4wouetsSt2oUYFoUqRt/2D37mqMuM+XaoBZWWjV16HNQIsS6TMTM?= =?us-ascii?Q?zhajBVGYQt2BdI8N8DF1PArgVN8SVXjMNozO5IaBTocol/rD2jjms9QbJeJ?=
=?us-ascii?Q?JVaFVM=3D?=
X-MS-Exchange-Organization-AVStamp-Service: 1.0
X-MS-Exchange-Organization-Recipient-Limit-Verified: True
X-MS-Exchange-Organization-TotalRecipientCount: 1
X-MS-Exchange-Organization-Transport-Properties: DeliveryPriority=Normal
X-MS-Exchange-Organization-Prioritization: 1
X-Microsoft-Exchange-Diagnostics:
1;SN1PR09MB0878;31:aNgPygflkrcbVsfdMWZeaKuPEP4HmCoFGy7dFyyyozxc8x5BtdKWH4YiLbkLrfGnAWJHRy1CNloLGmr15kWbrLvivCtM1ZYYAdBQ80A0DLYYERJBXFeEY;
X-MS-Exchange-Organization-Rules-Execution-History: 4d47b0e6-e934-4a32-be02-50cd033c20f6%%%b760e6a2-e7a4-4af7-96a0-cfdba4d47348%%%4c0a735d-46eb-4cfe-
aed5-9c26b382226b
X-MS-Exchange-Forest-RulesExecuted: SN1PR09MB0878
X-MS-Exchange-Organization-RulesExecuted: SN1PR09MB0878
X-MS-Exchange-Transport-Rules-Loop: 1
X-MS-Exchange-Organization-Antispam-ContentFilter-ScanContext: CategorizerOnResolved;CategorizerOnRouted;
X-MS-Exchange-Organization-TT-Fingerprint: E4C07F27.92FBD51D.A1E457B7.56F099C1.20355
X-MS-Exchange-Organization-ASDirectionalityType: 1
X-MS-Exchange-Organization-HeloRdns: MTA1.GREENWICHCT.ORG;mta1.greenwichct.org
X-Exchange-Antispam-Report-Test: UriScan:(21748063052155);
X-Exchange-Antispam-Report-CFA-Test: BCL:0;PCL:0;RULEID:(102415321)(9101531078)(601004)(2401047)(8121501046)(13016025)(13018025)(9101536074)(10201501046)
(3002001);SRVR:SN1PR09MB0878;BCL:0;PCL:0;RULEID:;SRVR:SN1PR09MB0878;
X-Microsoft-Exchange-Diagnostics:
1;SN1PR09MB0878;4:+axzGcrzGorCOq7RMvWvfknzlymtGgLynO95yvACBRUxRV9MiRnpqq0Lfq4n7KB+3UtEhUzS+aWoqnPusk3gjL129TdQWtiToHRC5cfrydbtnrjo5w/pRMJTVg
X-MS-Exchange-Organization-SpamScore: 6
X-MS-Exchange-Organization-SCL: 1
X-MS-Exchange-Organization-Antispam-ScanContext: DIR:Incoming;SFV:NSPM;SKIP:0;
X-Microsoft-Exchange-Diagnostics: =?us-ascii?Q?1;SN1PR09MB0878;23:6YCfw7GUK9XGp8xoxfN2k+QzDrv/wVMm0mEx+2dXa?= =?us-ascii?Q?
ZZMvLWn+6VmbMkKp9FjikvnpKkMHTzdgcjPkfShVpkV4yKKZizD+aO3l3Faf?= =?us-ascii?Q?KnMOlFBlItPp9PH7AdSwxMcCllHQ8e6BooS3BOiRZHL1zclJmOauDq5nTlKWN?=
=?us-ascii?Q?NE/3k8nqy2E1HFUDD5S15Fy50DVTh6h2WTpPT35O7onACqp1zCWZAXsnUshl?= =?us-ascii?Q?
aH9Pm2S912uSJvi/WJGM8io2Bf6QcQwOoO/02WZsEpfiGPNbF8TOHcBt3Bib?= =?us-ascii?Q?Qtjmknc7Nj6IPOVAMcXF8ORrJYyTiY7IacU0wqOGDiylGAunECrXBY5ej4qs?=
=?us-ascii?Q?pdNEInk6rRSKLyOWqXn4HpEbCMOw3ndQ9oF4jI7uZsQceJtT9+a0lQ?= =?us-ascii?Q?
0vPhqTCRTxcGZtcV+kjMqSFvkG6Z5NOo+Z63YUr6roXdStCD30GW8mrjuH9s?= =?us-ascii?Q?yK7g+BpS8ckpAdSwB5xtw5tD6genXjhhg/7Ckgpl6SeDAVoGNjhlWr/xU1by?= =?
us-ascii?Q?6j/HdRYKlSO19QbMe/0HqG6VCIM7ya4c3No5DM8fEk3cuCQw6FVA5HGLkti?= =?us-ascii?Q?
d9/v3xJZGijUyeEDAjab/T5bydg3HnCAk6f3vBTZE9A4q83DWUeNHNcf02d1?= =?us-ascii?Q?CZSvMCTVpAvQZzgkTA2aXwkSf+aBOscFyFsh57vvJinq/wdoYnuST/RDXuyn?= =?
us-ascii?Q?zEGIqEUdGUUELaA2E5SFZB5A5ziN9ShyFldRd2gEEcp9ECs/FyzFk2h7VK+h?= =?us-ascii?Q?
1+IW/uRw1S4QCQg+7IBIDkns0iaxv1W40J+gATgJak1Iw0z1FLcta3jaLxSC?= =?us-ascii?Q?1B5j/UwEq++o23Erk0CZwCHdijuY22kmS3/W+825ZtU7iF+jrmhb2s1ogz6M?= =?us-
ascii?Q?3wYedvBu/vVPLJ8GKiKTipsKUdC/XKndCrdkwW8A6zhzR3A2+uUzUndx/WBo?= =?us-ascii?Q?BlnUqxRKSd6F00fjaeqz0csy3VxlAjgYRgMAYl3+qfzv/f6lDmuxZa675qlS?=
= =?us-ascii?Q?qk7oWwecuge/7zt9Ez/WHDp0ylmeqc7ut98z/WH4My1r6xAFwSsMFe?= =?us-ascii?Q?
4iEnLO1n3DYSvZYN2jfWY8TnL/RGgBU/5hx+UCPszOCRD3/6i7uXY530071v?= =?us-ascii?Q?4uxMDxkM314pgcfNfMbFIMxJNfR6cCJOh6R0QenpyRiWh+mumffRiiHQD+E+?=
=?us-ascii?Q?U2Hxoq1Gg9MKL10As+L6bKQmkO2t9vzibvXF2vB6OxHAHTI1DTX8i/kCnyk?= =?us-ascii?Q?
FOu2w63n28ZSQAovmyYYC7cpPpK7brvIGJaYudDlT7q7zmPkYMrIVQjCWuY?= =?us-ascii?Q?
z6tsYQBPUqWcel12H5HVjXZxz7ampMx3H1gnC1KQxU1oviOEFKvFKVYB5JV4?= =?us-ascii?Q?
eMqsFez9MGk2acfb8HBPLfeekqFpclpUUFeY198sXdAVmRzLfd3N7D1B1nMu?= =?us-ascii?Q?
qZ4N2+LJ9Yw9F3X5GgDtoXkB7yK/bgAiJyA5eoHkmzpBCb+UpZ2aBTZDqWHD?= =?us-ascii?Q?ZJnlwjYD50jYoRdjm2oFHZBYZ9M2fPgMn0N6iIvL7pi8ggRWwoE/v1Enayhi?=
=?us-ascii?Q?wtwBQvsE8IM+/LP4SQWzB2OUdyHg9Cbc64addELXnjDjTznqmRT7aMiYmGRk?= =?us-ascii?Q?
Rajkg7yjAnA5LQ+MUKCqmkV+OGG2xQULsxtcqKkkmbNzR0KEPqEcJdAOAoi5?= =?us-ascii?Q?hQTvoEuTXuWtUpZL3rLSfbYH5BNlPSEGylEECkaJkif/QLzefezfJF1VkVK1?=
=?us-ascii?Q?Rfy9HXHSynuRGixNdbL/Zu0BfBD1++4PGcWbiCbsj4IOmFQ9hM=3D?=
X-MS-Exchange-Organization-Antispam-PostContentFilter-ScanContext: CategorizerOnResolved;CategorizerOnRouted;
X-Microsoft-Exchange-Diagnostics:
1;SN1PR09MB0878;6:3XK3adKIqdLQdOIxJJXU9JgWqiHkFIRLa6njatraivqadrUUUV8JyqiEfsB2xuoyBCPhn9v3qP+1jyc2Div7YPlavjhYngk7Qegu/ZpH6tPn0ODkGuq5pxeDcxKPRB
X-MS-Exchange-Organization-GroupForkPerf: VCL=0;VL=0
X-MS-Exchange-Forest-IndexAgent-0: AQ0CZW4AAZ8FAAAPAAADH4slAAAAAAAAEAHVVwXLbNhCL NmyaCtp/2
BPrTMjq4qTcZrcardNnTpLInYPPUlkJKKiABUEJTOn/EzZn2q/oH+VL +hZLKcl0PMOhwOXi7du3D9S/D4bpT4z9+9k0VjB4N0yuqba59FZTNae
bdkl5qq+mtyTLjKBQqUKFpY8qSpppyXZq19sbO6VrZTNMrV9jK2Q/v /6olGEEvtQ0UHDNVqso5O6YrUmXlgKJ8W++HCN8oK9oXXNsfDh/d/X9
Tv3jUf3v9DL72eO+M11VSu34NqhYDhGlKtRag4fGblfm4vH5KxC5qf2c 50em1UqrBbMoltKeVQoY1Q4d3aePKGLDqoN17Q4dT4G5fJHSUPtIZLyUAo
lt3atsQf/VK+o7gqixzNUq6GYhoypyFNJUKxnFzuqGpA3KhcinxRtWl IkW5ash5iENqFsCP94.JjaEa0KUxW0GcjMRUBtUEn5WpWl9xUlG9M1z
pEGkGVi1bq20LZRUUzwKMhHzeNh+lrs9B8zwqlS3o1xtSsrkb0Q/Un v9XLqfZwwIqDwoXytlT3V/Tr16+VVyO6vr4cpo+fTei1wqDpJnitIS
KGpO0GkCO6vKXJ+bdPJsP08vYFnU2enJ6fPz49n0wQ+eV3RB6fnT47 f3o6ec6RH9Xdx6TnT8/PuPntDV0an0Eff2dPJvS9qbLSVbXXL+g726
DFO1L52mRR5aCM1VCGVYY8mVsua2syEf7E2Kyscx6swk4VgsqKZTQA VNG2qdBwenJ+R4ErqRxZ1CRNvH+tx5CHRHex2+tK5yPA5MM0U5Zzd0GWOA
6u9itXafbAiXlEau1MrL3SVpU4YZXMMuZeoZBHmN7qtba1pkuXa8 56 YrB1hZPhAvaOaKn8QvOSX3rNDYlhP4OXAoW1cqJPQavbKWy2D42LN
E2z3qs8R5vVfUKN6eQWnNAHHzZA56y5kMstsLaBMPGRqNjN3Gu2jzapW crJ/G9/AaV4r6N/A3hxjY8SK5g5VWtZEnBrbyzlnfwMvjR8P0jTdrU+
q5zr+5dHZmckzFQI4rCxbLiPECFgbTJYrOWNj5sbsjq1JNh4NVLNIWG 2kyVWfLTLctnGa9w+CCxUjOU/F7mWPOY2YJoAzZqtszr8Tm8Zj+Ta48
m58EFVT//QWVSEaU0F0561uTrPS8HdotW12xDOJi9syGAVjDtiG2mqO alWAQVQdCrT6DkG4axwtn++OwIjXwZtpzSRG4LlqWm/U4juyvn0at
QFdJe6/Jm0bVJrdZjKrJjniAeID3MJpRiqdc0wZefhMxn9aPjb7k0W yob5F2Zq0AC+k7P43YwfZSBq/DXkYnTt8LC9t75Ea1KGEbHU4wf.Jl
PpeDJA1sDfucGYgblqmzgu/NPoIlmtC8ot6pjewFHuk0hF+m7FvGlt 9AZsXamB00rTFoomwL8Kn2NMKwqqpmwld4+Rhik7aZgme3tJt5+knW
QvTY56yT6ug6SPO+JyR3w/ORgkKS48dpNeLLd4HRPGRqNjQ3/2dpqmW or/Jt3iduO+ZqQiGh+y4+6nz3DNDWQgOHuOuA+yKW3qxKlNLdYESGjH5UDYeJ00JRz
Kchi2yHRcesQYZiYO/oMl2icftB+hUEHrcMtPrxIQuvzqMCQMsuh0U SIlmxwcA7CAtQeZep8evOsIxuwBago33xVuo/8eT3mFnlFXSB5Bh3XK
AnmoPhMHmINYJHyXEcSpsD6UQo6T1C4Q3S365JYCj 2GPdemHSafKWBQ+4gzF+g3iLfMfdJ9ifg12+3Hetbdf1/3cw3i8f8R2pNyc
5SXRhKMOrM+ogj0UJ9gZlEuUT2rNSD7n+YSzOYzgoAAAEEyQQ8P3ht bcB2ZXJzaW9uPSIxLjAiIGVuY29kaW5nPSJ1dGYtOCEyjYtMTYiPz
V0aW5uU2V0Q5aMgIU3Ech4mVYc2lvbj4xNS4wLjuubi9DwvVmVyc2lvbj4N CiAgPE1lZXRpbmdzFg0KICAglGJnc3VpZD0iNTk0M1pm1YmplY3QtlldoD
KAmXMgdGFsayIgU3RhcnRQamlG6DiNDQ5Ij4NCiAgIDxAgIDxNZW90+AW/5nU3RyaW5nPnx0EiO4AXmSUxTGdsGuT1N0cm
luZz4NCiAglCAgIDxBdHRlbmRlZXMNCiAgICAglClCQFxyFtYlZXJgSWQ9lk+1bsc0OUZIpFm9sYPc72rT
VzPC9FbWFpbFVzZX1+DQoglCCJTgQCAgICDxAglCFwFlbpFVzZXl+DQoglCCA8L0FOdGVuZGVycz4NCiCmcipGglm9hdGlvbm10
ISyeXN0aWWUFKEtyeXN0aWUuWUuCCJSVlucmNBZWWFbJGhjdVzC5pvmcPC9FbWFpbFVzZX1+DQoglCCA8L0FOdGVuZGVycz4NCiCmcilE

xTdGFydFRpbWU+MDA5MC0xMC0wNVQwODowMDowMFo8L1N0YJ0VGlt ZT4NCiAgICAgIDxFbmRUaW1lPjAwOTAtMTAtMDVUMDg6MzA6MDBaPC
9FbmRUaW1lPg0KICAgIDwvTWVldGluZz4NCiAgPC9NZWV0aW5ncz4N CjwvTWVldGluZ1NldD4BBdEBPD94bWwgdmVyc2lvbj0iMS4wIiBlbm
NvZGluZz0idXRmLTE2Ij8+DQo8QWRkcmVzc1NldD4NCiAgPFZlcnNp b24+MTUuMC4wLjA8L1ZlcnNpb24+DQogIDxBZGRyZXNzZXM+DQogIC
AgPEFkZHJlc3MgU3RhcnRJbmRleD0iNTU1Ij4xNzAgTWFzb24gU3Ry ZWV0DQpHcmVlbndpY2gsIENUIDA2ODMwPC9BZGRyZXNzPg0KICA8L0
FkZHJlc3Nlcz4NCjwvQWRkcmVzc1NldD4BCf4EPD94bWwgdmVyc2lv bj0iMS4wIiBlbmNvZGluZz0idXRmLTE2Ij8+DQo8UGhvbmVTZXQ+DQ
ogIDxWZXJzaW9uPjE1LjAuMC4wPC9WZXJzaW9uPg0KICA8UGhvbmVz Pg0KICAgIDxQaG9uZSBTdGFydEluZGV4PSI1OTgiIEVtcF2l0aW9uPs
JPdGhlcil+DQogICAgICA8UGhvbmU+MjAzLTY2MS0yNjAwPC9QaG9u ZT4NCiAgICAgPC9QaG9uZT4NCiAgICA8UGhvbmUgU3RhcnRJbmRleD
4yMDMtNjYxLTYwMDA8L09ya2dwbmFsGHvbmVTdHJpbmc+DQogICAg PC9QaG9uZT4NCiAgICA8UGhvbmUgU3RhcnRJbmRleD0iNjE2IiBQb3
NpdGlvbj0iT3RoZXIiPg0KICAgICAgPFBob25lIU3RyaW5nPjIwMy02 NjEtOTQ2MjwvUGhvbmVTdHJpbmc+DQogICAgICAgPGhvbmU+MjAzLT
Y2NSlgUG02zaXRpb24BDC8QWVyc2lvbj0iMS4wIiBlbmNvZGluZz0i dXRmLTE2Ij8+DQo8SW5mb1NldD4NCiAgIDxWZXJzaW9uPg0KICAgPF
ZlcnNpb24+MTUuMC4wLjA8L1ZlcnNpb24+DQogIDxDbDIuDB250YWl0 Pg0KMDMDA9A9PAVJldHJp ZXZlck9wZXJhdG9yPAVJldHAmNVbFBob25l
Bc8nNvbiBTdGFydEluZGV4PSI1MzMiPg0KICAgICAgIDxBUGVyc29u U3RyaW5nPkPhjcm51bTwvUGVyc29uU3RyaW5nPkNyAgPC9QZX
Jzb24+DQogICAgICA8QWRkcmVzc2VyPg0KICAgICA8QWRkcmVzcyBT dGFydEluZGV4PSI1NTUiPjE3MCBNYXNvbiBTdHJlZXQNCg0KICAgIA
Vud2ljaCwgQ1QgMDY4MzA8L0FkZHJlc3M+DQogICAgICA8L0FkZHJlc3 Nlcj4NCiAgICAgPC9QZXJzb24gRWxlbWVudD0BBCMNBNYXNvbiBTdH
Vud2ljaCwgCiAgMDY4MzA8L0FkZHJlc3MPYHJJl c3NIccz4NCiAgICAgIDxbb250YWN0PlYWN0U3RyaW5nPkPhjcm51bSA
mYW1wYW1ncmF0cAVelemQw0KMTcwIE1hc29uIFN0cmVldA0KR3JlZW 5WdQ3kBlcmf0xZXJhdQogICAgPC9QZXJzb24gU3RyaW5nPg0KICAgP
BPJ01hcmEsIExMQw0KMTcwIE1hc29uIFN0cmVldA0KR3JlZW53aWNo LCBDVCAwNjgzMDwvZ3JsdGdyFjdFyc2Vy T3BlcmF0b3I8SMTEsMT
tQb3N0IRG9jUGFyc2VyT3BlcmF0b3IsMTAsMDtQb3N0RG9jUGFyc2Vy T3BlcmF0b3IsMTEsMDtQb3N0RG9jUGFyc2VyT3BlcmF0b3IsMTEsMT
6l89\01,7,3455\01,8,3\01,9,19904\01,10,844\01,11,183\;?= =?us-ascii?Q?01,12,3\;02,1,96\;02,2,255\;02,3,229\;02,4,23\;02,5,182\;02,?= =?us-ascii?Q?
6,0\;02,7,0;TlP=3DNotListed;SAUTHOP=3D1;A=3D00;MX=3D00;PTR?= =?us-ascii?Q?=3D00mta1.greenwichct.org;SPF=3D041prvs=3D31010ee6d8=3Dmjone?= =?us-ascii?Q?
Q?s@ibolaw.com;DKIM=3D;DMARC=3D02MJones@ibolaw.com\;;EIPC2=3D2?= =?us-ascii?Q?07035,2051,2052,2054,2053;MIPC2=3D?=
X-Microsoft-Exchange-Diagnostics:
1;SN1PR09MB0878;7:xWdN6pc3/SU/fcLm4GDoGVLFyYRF4elkfkSilu/SgrmFEl4CZ5x7IgjAzUAJe8YjMdN3xC5WstQ3kf8cCfWUUIHGRF8PWhxlip9tANfYqa9CtZtkbspPQkqjBoFhI
X-MS-Exchange-Organization-Processed-By-Gcc-Journaling: Journal Agent

X-MS-Exchange-Forest-IndexAgent: 1 3604
X-MS-Exchange-Forest-EmailMessageHash: 0744AF17,DD6AB998
X-MS-Exchange-Forest-Language: en
SpamDiagnosticOutput: 1:99
SpamDiagnosticMetadata: NSPM

Hi Krystie,

I understand from Gene Riccio that he will be delivering ██████████ statement to you soon. I also heard from ███ that ████████ spoke with you. I have been told that ████████ will speak to her parents tonight about speaking with you as well. I am told ████ will back up ██████ account of the conversation they both had with ████ a day or so after the party, which I understand is very helpful to ████. Let's talk soon. Thanks for your help.

Mike

Michael J. Jones, Esq.

Member

Ivey, Barnum & O'Mara, LLC

170 Mason Street

Greenwich, CT 06830

CT: 203-661-6000

NY: 212-764-0900

Fax: 203-661-9462



IRS Circular 230 Disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information: This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ███████████████████████
**Sent:** Thursday, October 20, 2016 3:00 PM EDT
**To:** Rondini, Krystie ████████████████████████████>
**Subject:** ████████████

Hi Krystie,

I understand from Gene Riccio that he will be delivering ███████████ statement to you soon.  I also heard from ██████ that ██████████████████████ spoke with you.  I have been told that ████████████ will speak to her parents tonight about speaking with you as well.  I am told ██████ will back up ████████ account of the conversation they both had with ██████ a day or so after the party, which I understand is very helpful to ██████.  Let's talk soon.  Thanks for your help.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462


Trusted & Verified

IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used,  for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ███████████████████ >
**Sent:** Wednesday, October 12, 2016 2:00 PM EDT
**To:** Rondini, Krystie ███████████████████ )
**Subject:** ███████████

Hi Krystie,

Thank you for spending time with me this morning.  It was a pleasure to meet you.

I spoke with █████ this afternoon and asked him to get me the names and numbers of the parents of some of the kids who I believe would be helpful to █████s side of the story.  I will reach out to the parents and see if they will let me talk to their kids, or at least speak with you.  I will let you know what I can find out.   Thanks again.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used,  for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Hannigan, Greg
**Sent:** Thursday, July 26, 2018 10:44 AM EDT
**To:** Sandra A <████████████>
**CC:** Rondini, Krystie ████████████>
**Subject:** RE: ADDITIONAL INFO REQUEST...

Hi Sandra,

The recorded interview of ████████ was witnessed by Greenwich Academy therapist Charlanne Bauerlein at Ms. ████s request.

The boys named in the interview are:



Interviews were conducted by Detective Krystie Rondini who is included in this message.

Many thanks for your kind assistance.

Greg

Gregory S. Hannigan
Director of General Services
Greenwich Police Department
11 Bruce Place
Greenwich, CT  06830
████████

**From:** Sandra A [mailto:████████████]
**Sent:** Tuesday, July 24, 2018 8:54 PM
**To:** Hannigan, Greg <████████████>
**Subject:** ADDITIONAL INFO REQUEST...

Hi Greg,

I also need the last names of the three boys that the victim mentions in the audio interview.

1. ████████???
2. ████████??
3. ████████?????

Thank you.

Sandra

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**From:** Michael J. Jones <████████>
**Sent:** Friday, November 18, 2016 2:28 PM EST
**To:** Rondini, Krystie <████████████████████>
**Subject:** RE: ██████

Hi Krystie,

Did you speak with a boy named ██████? I am trying to obtain his contact info.  He was at the party and might be willing to speak with you.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████████]
**Sent:** Thursday, November 17, 2016 9:17 AM
**To:** Michael J. Jones
**Subject:** Re:██████

Hi Mike sorry wasn't able to return your call yesterday. I just left you a message I will be around today so give me a call when you can.

Thank you
Krystie

Sent from my iPhone

On Nov 15, 2016, at 8:42 PM, Michael J. Jones ████████████> wrote:

> Hi Krystie,
>
> I will call you tomorrow if you are free.  Thanks.
>
> Mike
>
> Sent from my iPhone
>
> On Nov 15, 2016, at 7:34 PM, Rondini, Krystie ████████████████> wrote:
>
>> Really do you know what they disciplined her for ? I really hope it wasn't as a result of her giving a statement.
>>
>> Thanks for the information
>>
>> Krystie
>>
>> Sent from my iPhone
>>
>> On Nov 15, 2016, at 5:31 PM, Michael J. Jones ████████████> wrote:
>>
>>> Hi Krystie,
>>>
>>> I found out tonight that ██████ was formally disciplined by GA today and put on probation.   I hope her parents get her a lawyer.  Talk soon.
>>>
>>> Mike
>>>
>>> Michael J. Jones, Esq.

Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:█████████████████]
**Sent:** Tuesday, November 15, 2016 11:27 AM
**To:** Michael J. Jones
**Subject:** Re: ████████

Hi Mike so unfortunately they had to reschedule and I will be meeting with them on Thursday.  I will keep you posted.

Thanks
Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

**From:** Michael J. Jones ████████████████
**Sent:** Tuesday, November 15, 2016 10:55:59 AM
**To:** Rondini, Krystie
**Subject:** RE: ████████

Hi Krystie,

I was just curious to see how it went with █████ yesterday.  Any news you can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:█████████████████]
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re: ██████

Hi Mike just wanted to let you know that I am scheduled to meet with █████ on Monday and then preparing a warrant and will be requesting to meet with Cappozi to go over the case with him.  I will keep you posted, however if you have any questions in the mean time feel free to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
███████████

**From:** Michael J. Jones <████████████████>
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

I just spoke with Mrs. ███████ and found out what happened with ██████ at school.  I cannot believe a student would be punished for cooperating with the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**From:** Michael J. Jones ███████████
**Sent:** Tuesday, November 15, 2016 8:42 PM EST
**To:** Rondini, Krystie ███████████████████
**Subject:** Re: ███████

Hi Krystie,

I will call you tomorrow if you are free.  Thanks.

Mike

Sent from my iPhone

On Nov 15, 2016, at 7:34 PM, Rondini, Krystie ███████████████████ wrote:

> Really do you know what they disciplined her for ? I really hope it wasn't as a result of her giving a statement.
>
> Thanks for the information
>
> Krystie
>
> Sent from my iPhone
>
> On Nov 15, 2016, at 5:31 PM, Michael J. Jones ██████████████ wrote:
>
>> Hi Krystie,
>>
>> I found out tonight that ████████ was formally disciplined by GA today and put on probation.   I hope her parents get her a lawyer.  Talk soon.
>>
>> Mike
>>
>> Michael J. Jones, Esq.
>> Member
>> Ivey, Barnum & O'Mara, LLC
>> 170 Mason Street
>> Greenwich, CT 06830
>> CT:  203-661-6000
>> NY:  212-764-0900
>> Fax:  203-661-9462
>>
>> <image001.jpg>
>>
>> Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.
>>
>> **From:** Rondini, Krystie [mailto:███████████████████]
>> **Sent:** Tuesday, November 15, 2016 11:27 AM
>> **To:** Michael J. Jones
>> **Subject:** Re: ██████
>>
>> Hi Mike so unfortunately they had to reschedule and I will be meeting with them on Thursday.  I will keep you posted.
>>
>> Thanks
>> Krystie
>>
>> Detective Krystie Rondini
>> Greenwich Police Department
>> 11 Bruce Place
>> Greenwich CT, 06830
>> █████████
>>
>>> **From:** Michael J. Jones <█████████████████
>>> **Sent:** Tuesday, November 15, 2016 10:55:59 AM
>>> **To:** Rondini, Krystie
>>> **Subject:** RE: ███████

Hi Krystie,

I was just curious to see how it went with ███ yesterday.  Any news you can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto ████████████]
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re: ████

Hi Mike just wanted to let you know that I am scheduled to meet with ████ on Monday and then preparing a warrant and will be requesting to meet with Cappozi to go over the case with him.  I will keep you posted, however if you have any questions in the mean time feel free to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
█████████

**From:** Michael J. Jones ████████████
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ██████

Hi Krystie,

I just spoke with Mrs. ████ and found out what happened with ████ at school.  I cannot believe a student would be punished for cooperating with the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TOG-000466

**From:** Rondini, Krystie █████████████████
**Sent:** Thursday, November 17, 2016 9:16 AM EST
**To:** Michael J. Jones █████████████████
**Subject:** Re: █████

Hi Mike sorry wasn't able to return your call yesterday. I just left you a message I will be around today so give me a call when you can.

Thank you
Krystie

Sent from my iPhone

On Nov 15, 2016, at 8:42 PM, Michael J. Jones ████████████ wrote:

> Hi Krystie,
>
> I will call you tomorrow if you are free.  Thanks.
>
> Mike
>
> Sent from my iPhone
>
> On Nov 15, 2016, at 7:34 PM, Rondini, Krystie ██████████████████ wrote:
>
>> Really do you know what they disciplined her for ? I really hope it wasn't as a result of her giving a statement.
>>
>> Thanks for the information
>>
>> Krystie
>>
>> Sent from my iPhone
>>
>> On Nov 15, 2016, at 5:31 PM, Michael J. Jones ████████████ wrote:
>>
>>> Hi Krystie,
>>>
>>> I found out tonight that ████████ was formally disciplined by GA today and put on probation.   I hope her parents get her a lawyer.  Talk soon.
>>>
>>> Mike
>>>
>>> Michael J. Jones, Esq.
>>> Member
>>> Ivey, Barnum & O'Mara, LLC
>>> 170 Mason Street
>>> Greenwich, CT 06830
>>> CT:  203-661-6000
>>> NY:  212-764-0900
>>> Fax:  203-661-9462
>>>
>>> <image001.jpg>
>>>
>>> Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.
>>>
>>> ----------
>>> **From:** Rondini, Krystie [mailto:████████████████
>>> **Sent:** Tuesday, November 15, 2016 11:27 AM
>>> **To:** Michael J. Jones
>>> **Subject:** Re: █████
>>>
>>> Hi Mike so unfortunately they had to reschedule and I will be meeting with them on Thursday.  I will keep you posted.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                      **TOG-000467**

Thanks
Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
███████████

**From:** Michael J. Jones ████████████████████
**Sent:** Tuesday, November 15, 2016 10:55:59 AM
**To:** Rondini, Krystie
**Subject:** RE: ██████

Hi Krystie,

I was just curious to see how it went with ██████ yesterday.  Any news you can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto███████████████████]
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re: ██████

Hi Mike just wanted to let you know that I am scheduled to meet with ██████ on Monday and then preparing a warrant and will be requesting to meet with Cappozi to go over the case with him.  I will keep you posted, however if you have any questions in the mean time feel free to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
███████████

**From:** Michael J. Jones ████████████████████
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ██████

Hi Krystie,

I just spoke with Mrs. ██████ and found out what happened with ██████ at school.  I cannot believe a student would be punished for cooperating with the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**TOG-000469**

**From:** Rondini, Krystie ████████████████
**Sent:** Friday, November 18, 2016 2:32 PM EST
**To:** Michael J. Jones ████████████████
**Subject:** Re: ███████
**Attachment(s):** "image001.jpg"

Hi mike no I didn't his name was never mentioned. I am willing to speak with him if he is willing to talk.   Just let me know.

Thanks

Krystie

Sent from my iPhone

On Nov 18, 2016, at 2:28 PM, Michael J. Jones ████████████████ wrote:

> Hi Krystie,
>
> Did you speak with a boy named ████████? I am trying to obtain his contact info.  He was at the party and might be willing to speak with you.
>
> Mike
>
> Michael J. Jones, Esq.
> Member
> Ivey, Barnum & O'Mara, LLC
> 170 Mason Street
> Greenwich, CT 06830
> CT:  203-661-6000
> NY:  212-764-0900
> Fax:  203-661-9462
>
> <image001.jpg>
>
> Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████████████]
**Sent:** Thursday, November 17, 2016 9:17 AM
**To:** Michael J. Jones
**Subject:** Re:██████

Hi Mike sorry wasn't able to return your call yesterday. I just left you a message I will be around today so give me a call when you can.

Thank you
Krystie

Sent from my iPhone

On Nov 15, 2016, at 8:42 PM, Michael J. Jones ████████████████ wrote:

> Hi Krystie,
>
> I will call you tomorrow if you are free.  Thanks.
>
> Mike
>
> Sent from my iPhone
>
> On Nov 15, 2016, at 7:34 PM, Rondini, Krystie ████████████████ wrote:
>
>> Really do you know what they disciplined her for ? I really hope it wasn't as a result of her giving a statement.
>>
>> Thanks for the information
>>
>> Krystie
>>
>> Sent from my iPhone

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

On Nov 15, 2016, at 5:31 PM, Michael J. Jones ███████████ wrote:

Hi Krystie,

I found out tonight that ██████████ was formally disciplined by GA today and put on probation.   I hope her parents get her a lawyer.  Talk soon.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:██████████████████]
**Sent:** Tuesday, November 15, 2016 11:27 AM
**To:** Michael J. Jones
**Subject:** Re: ███████

Hi Mike so unfortunately they had to reschedule and I will be meeting with them on Thursday.  I will keep you posted.

Thanks
Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

**From:** Michael J. Jones ████████████
**Sent:** Tuesday, November 15, 2016 10:55:59 AM
**To:** Rondini, Krystie
**Subject:** RE: ████████

Hi Krystie,

I was just curious to see how it went with ██████ yesterday.  Any news you can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

message in error, please advise the sender by immediate reply and delete the original message.
Personal messages express views solely of the sender and are not attributable to Ivey, Barnum &
O'Mara, LLC.

**From:** Rondini, Krystie [mailto:██████████████████]
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re: ████████

Hi Mike just wanted to let you know that I am scheduled to meet with
███████ on Monday and then preparing a warrant and will be requesting
to meet with Cappozi to go over the case with him.  I will keep you
posted, however if you have any questions in the mean time feel free
to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830

**From:** Michael J. Jones ████████████████
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

I just spoke with Mrs. ██████████  and found out what happened with ████████ at
school.  I cannot believe a student would be punished for cooperating with
the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum &
O'Mara, LLC. The message and any file transmitted with it may contain confidential information
which may be subject to the attorney-client privilege, or otherwise protected against unauthorized
use. Any disclosure, distribution, copying or use of the information by anyone other than the
intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this
message in error, please advise the sender by immediate reply and delete the original message.
Personal messages express views solely of the sender and are not attributable to Ivey, Barnum &
O'Mara, LLC.

**From:** Rondini, Krystie ███████████
**Sent:** Tuesday, November 15, 2016 7:33 PM EST
**To:** Michael J. Jones ████████████
**Subject:** Re: █████████
**Attachment(s):** "image001.jpg"

Really do you know what they disciplined her for ? I really hope it wasn't as a result of her giving a statement.

Thanks for the information

Krystie

Sent from my iPhone

On Nov 15, 2016, at 5:31 PM, Michael J. Jones ████████████ wrote:

> Hi Krystie,
>
> I found out tonight that ████████ was formally disciplined by GA today and put on probation.   I hope her parents get her a lawyer.  Talk soon.
>
> Mike
>
> Michael J. Jones, Esq.
> Member
> Ivey, Barnum & O'Mara, LLC
> 170 Mason Street
> Greenwich, CT 06830
> CT:  203-661-6000
> NY:  212-764-0900
> Fax:  203-661-9462
>
> <image001.jpg>
>
> Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████████]
**Sent:** Tuesday, November 15, 2016 11:27 AM
**To:** Michael J. Jones
**Subject:** Re:████████

Hi Mike so unfortunately they had to reschedule and I will be meeting with them on Thursday.  I will keep you posted.

Thanks
Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████

**From:** Michael J. Jones ████████████
**Sent:** Tuesday, November 15, 2016 10:55:59 AM
**To:** Rondini, Krystie
**Subject:** RE: █████████

Hi Krystie,

I was just curious to see how it went with ██████ yesterday.  Any news you can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich CT 06830

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto: ██████████████]
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re: ██████

Hi Mike just wanted to let you know that I am scheduled to meet with ██████ on Monday and then preparing a warrant and will be requesting to meet with Cappozi to go over the case with him.  I will keep you posted, however if you have any questions in the mean time feel free to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

**From:** Michael J. Jones ███████████████
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ██████

Hi Krystie,

I just spoke with Mrs. ████████  and found out what happened with ██████  at school.  I cannot believe a student would be punished for cooperating with the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ▮▮▮▮▮▮▮▮
**Sent:** Friday, November 18, 2016 2:43 PM EST
**To:** Rondini, Krystie ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: ▮▮▮▮▮▮▮

Ok thanks.  Working on that right now.

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

<u>Privileged/Confidential Information</u>:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

---

**From:** Rondini, Krystie [mailto▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, November 18, 2016 2:32 PM
**To:** Michael J. Jones
**Subject:** Re: ▮▮▮▮▮▮

Hi mike no I didn't his name was never mentioned. I am willing to speak with him if he is willing to talk.   Just let me know.

Thanks

Krystie

Sent from my iPhone

On Nov 18, 2016, at 2:28 PM, Michael J. Jones ▮▮▮▮▮▮▮▮▮▮ wrote:

> Hi Krystie,
>
> Did you speak with a boy named ▮▮▮▮▮▮▮▮? I am trying to obtain his contact info.  He was at the party and might be willing to speak with you.
>
> Mike
>
> Michael J. Jones, Esq.
> Member
> Ivey, Barnum & O'Mara, LLC
> 170 Mason Street
> Greenwich, CT 06830
> CT:  203-661-6000
> NY:  212-764-0900
> Fax:  203-661-9462
>
> <image001.jpg>
>
> <u>Privileged/Confidential Information</u>:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [<u>mailto</u>▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, November 17, 2016 9:17 AM
**To:** Michael J. Jones
**Subject:** Re: ▮▮▮▮▮

Hi Mike sorry wasn't able to return your call yesterday. I just left you a message I will be around today so give me a call when you can.

Thank you
Krystie

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Sent from my iPhone

On Nov 15, 2016, at 8:42 PM, Michael J. Jones ███████████ wrote:

> Hi Krystie,
>
> I will call you tomorrow if you are free.  Thanks.
>
> Mike
>
> Sent from my iPhone
>
> On Nov 15, 2016, at 7:34 PM, Rondini, Krystie ████████████████ wrote:
>
>> Really do you know what they disciplined her for ? I really hope it wasn't as a result of her giving a statement.
>>
>> Thanks for the information
>>
>> Krystie
>>
>> Sent from my iPhone
>>
>> On Nov 15, 2016, at 5:31 PM, Michael J. Jones ████████████ wrote:
>>
>>> Hi Krystie,
>>>
>>> I found out tonight that █████████ was formally disciplined by GA today and put on probation.   I hope her parents get her a lawyer.  Talk soon.
>>>
>>> Mike
>>>
>>> Michael J. Jones, Esq.
>>> Member
>>> Ivey, Barnum & O'Mara, LLC
>>> 170 Mason Street
>>> Greenwich, CT 06830
>>> CT:  203-661-6000
>>> NY:  212-764-0900
>>> Fax:  203-661-9462
>>>
>>> <image001.jpg>
>>>
>>> <u>Privileged/Confidential Information</u>:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.
>>>
>>> ――――――――――――――――――――――――――――――――――
>>> **From:** Rondini, Krystie [mailto:█████████████████]
>>> **Sent:** Tuesday, November 15, 2016 11:27 AM
>>> **To:** Michael J. Jones
>>> **Subject:** Re: ████████
>>>
>>> Hi Mike so unfortunately they had to reschedule and I will be meeting with them on Thursday.  I will keep you posted.
>>>
>>> Thanks
>>> Krystie
>>>
>>> Detective Krystie Rondini
>>> Greenwich Police Department
>>> 11 Bruce Place
>>> Greenwich CT, 06830
>>> ████████
>>> ――――――――――――――――――――――――――――――――――
>>> **From:** Michael J. Jones ███████████████
>>> **Sent:** Tuesday, November 15, 2016 10:55:59 AM
>>> **To:** Rondini, Krystie

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Subject:** RE: ███

Hi Krystie,

I was just curious to see how it went with ███ yesterday.  Any news you can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:███]
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re: ███

Hi Mike just wanted to let you know that I am scheduled to meet with ███ on Monday and then preparing a warrant and will be requesting to meet with Cappozi to go over the case with him.  I will keep you posted, however if you have any questions in the mean time feel free to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
███

**From:** Michael J. Jones ███
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ███

Hi Krystie,

I just spoke with Mrs. ███ and found out what happened with ███ at school.  I cannot believe a student would be punished for cooperating with the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum &

O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TOG-000478

**From:** Michael J. Jones █████████
**Sent:** Friday, November 18, 2016 4:08 PM EST
**To:** Rondini, Krystie ███████████████████████
**Subject:** RE: ███████

Hi Krystie,

████████s cell number is ██████████.  He told █████ he is willing to speak with you.  He is in hockey practice now.  I am told he will state that █████ provided most of the alcohol at the party and that █████ was very drunk and had to be carried out to the Uber and from the Uber into ████████'s house, where ██████ stayed that night.

As an aside, I found out yesterday that GA knew about ██████s alleged "bullying" of █████ for a while.  They only acted on it when they found out that she had given a statement to GPD.

Have a good weekend.  Please let me know if you have trouble reaching ████.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

---

**From:** Rondini, Krystie [mailto:██████████████████████]
**Sent:** Friday, November 18, 2016 2:32 PM
**To:** Michael J. Jones
**Subject:** Re: ███████

Hi mike no I didn't his name was never mentioned. I am willing to speak with him if he is willing to talk.   Just let me know.

Thanks

Krystie

Sent from my iPhone

On Nov 18, 2016, at 2:28 PM, Michael J. Jones ███████████████████ wrote:

> Hi Krystie,
>
> Did you speak with a boy named ████████? I am trying to obtain his contact info.  He was at the party and might be willing to speak with you.
>
> Mike
>
> Michael J. Jones, Esq.
> Member
> Ivey, Barnum & O'Mara, LLC
> 170 Mason Street
> Greenwich, CT 06830
> CT:  203-661-6000
> NY:  212-764-0900
> Fax:  203-661-9462
>
> <image001.jpg>
>
Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto████████████████████]
**Sent:** Thursday, November 17, 2016 9:17 AM
**To:** Michael J. Jones
**Subject:** Re:██████

Hi Mike sorry wasn't able to return your call yesterday. I just left you a message I will be around today so give me a call when you can.

Thank you
Krystie

Sent from my iPhone

On Nov 15, 2016, at 8:42 PM, Michael J. Jones ██████████████████████ wrote:

> Hi Krystie,
>
> I will call you tomorrow if you are free.  Thanks.
>
> Mike
>
> Sent from my iPhone
>
> On Nov 15, 2016, at 7:34 PM, Rondini, Krystie ████████████████████████ wrote:
>
>> Really do you know what they disciplined her for ? I really hope it wasn't as a result of her giving a statement.
>>
>> Thanks for the information
>>
>> Krystie
>>
>> Sent from my iPhone
>>
>> On Nov 15, 2016, at 5:31 PM, Michael J. Jones ████████████████████ wrote:
>>
>>> Hi Krystie,
>>>
>>> I found out tonight that ██████████ was formally disciplined by GA today and put on probation.   I hope her parents get her a lawyer.  Talk soon.
>>>
>>> Mike
>>>
>>> Michael J. Jones, Esq.
>>> Member
>>> Ivey, Barnum & O'Mara, LLC
>>> 170 Mason Street
>>> Greenwich, CT 06830
>>> CT:  203-661-6000
>>> NY:  212-764-0900
>>> Fax:  203-661-9462
>>>
>>> <image001.jpg>
>>>
>>> Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto████████████████████]
**Sent:** Tuesday, November 15, 2016 11:27 AM
**To:** Michael J. Jones
**Subject:** Re:██████

Hi Mike so unfortunately they had to reschedule and I will be meeting with them on Thursday.  I will keep you posted.

Thanks
Krystie

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                    **TOG-000480**

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
██████████

---

**From:** Michael J. Jones <████████████████
**Sent:** Tuesday, November 15, 2016 10:55:59 AM
**To:** Rondini, Krystie
**Subject:** RE: ██████████

Hi Krystie,

I was just curious to see how it went with Paula yesterday.  Any news you
can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum &
O'Mara, LLC. The message and any file transmitted with it may contain confidential information
which may be subject to the attorney-client privilege, or otherwise protected against unauthorized
use. Any disclosure, distribution, copying or use of the information by anyone other than the
intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this
message in error, please advise the sender by immediate reply and delete the original message.
Personal messages express views solely of the sender and are not attributable to Ivey, Barnum &
O'Mara, LLC.

---

**From:** Rondini, Krystie [mailto:████████████████
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re:████████

Hi Mike just wanted to let you know that I am scheduled to meet with
██████ on Monday and then preparing a warrant and will be requesting
to meet with Cappozi to go over the case with him.  I will keep you
posted, however if you have any questions in the mean time feel free
to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
██████████

---

**From:** Michael J. Jones ████████████████
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

I just spoke with Mrs. ██████  and found out what happened with ██████  at
school.  I cannot believe a student would be punished for cooperating with
the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum &
O'Mara, LLC. The message and any file transmitted with it may contain confidential information
which may be subject to the attorney-client privilege, or otherwise protected against unauthorized
use. Any disclosure, distribution, copying or use of the information by anyone other than the
intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this
message in error, please advise the sender by immediate reply and delete the original message.
Personal messages express views solely of the sender and are not attributable to Ivey, Barnum &
O'Mara, LLC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Michael J. Jones ██████████████
**Sent:** Tuesday, November 15, 2016 5:31 PM EST
**To:** Rondini, Krystie ████████████████████████████
**Subject:** RE: ███████████

Hi Krystie,

I found out tonight that ████████████ was formally disciplined by GA today and put on probation.   I hope her parents get her a lawyer.  Talk soon.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████████████████
**Sent:** Tuesday, November 15, 2016 11:27 AM
**To:** Michael J. Jones
**Subject:** Re: ███████████

Hi Mike so unfortunately they had to reschedule and I will be meeting with them on Thursday.  I will keep you posted.

Thanks
Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

**From:** Michael J. Jones ████████████████████
**Sent:** Tuesday, November 15, 2016 10:55:59 AM
**To:** Rondini, Krystie
**Subject:** RE: ███████████

Hi Krystie,

I was just curious to see how it went with Paula yesterday.  Any news you can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the

sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

---

**From:** Rondini, Krystie [mailto ██████████████████]
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re: ████

Hi Mike just wanted to let you know that I am scheduled to meet with ██████ on Monday and then preparing a warrant and will be requesting to meet with Cappozi to go over the case with him.  I will keep you posted, however if you have any questions in the mean time feel free to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
██████████████

---

**From:** Michael J. Jones ██████████████████
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

I just spoke with Mrs. ██████ and found out what happened with ██████ at school.  I cannot believe a student would be punished for cooperating with the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ███████████████
**Sent:** Monday, November 21, 2016 10:29 AM EST
**To:** Rondini, Krystie ████████████████████
**Subject:** RE: ███████

Hi Krystie,

Did you hear from Tim Carter?

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto█████████████████]
**Sent:** Friday, November 18, 2016 2:32 PM
**To:** Michael J. Jones
**Subject:** Re: ███████

Hi mike no I didn't his name was never mentioned. I am willing to speak with him if he is willing to talk.   Just let me know.

Thanks

Krystie

Sent from my iPhone

On Nov 18, 2016, at 2:28 PM, Michael J. Jones ███████████████ wrote:

> Hi Krystie,
>
> Did you speak with a boy named ███████? I am trying to obtain his contact info.  He was at the party and might be willing to speak with you.
>
> Mike
>
> Michael J. Jones, Esq.
> Member
> Ivey, Barnum & O'Mara, LLC
> 170 Mason Street
> Greenwich, CT 06830
> CT:  203-661-6000
> NY:  212-764-0900
> Fax:  203-661-9462
>
> <image001.jpg>
>
> Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto█████████████████
**Sent:** Thursday, November 17, 2016 9:17 AM
**To:** Michael J. Jones
**Subject:** Re:███████

Hi Mike sorry wasn't able to return your call yesterday. I just left you a message I will be around today so

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

give me a call when you can.

Thank you
Krystie

Sent from my iPhone

On Nov 15, 2016, at 8:42 PM, Michael J. Jones ███████████████ wrote:

> Hi Krystie,
>
> I will call you tomorrow if you are free.  Thanks.
>
> Mike
>
> Sent from my iPhone
>
> On Nov 15, 2016, at 7:34 PM, Rondini, Krystie ██████████████████████████ wrote:
>
>> Really do you know what they disciplined her for ? I really hope it wasn't as a result
>> of her giving a statement.
>>
>> Thanks for the information
>>
>> Krystie
>>
>> Sent from my iPhone
>>
>> On Nov 15, 2016, at 5:31 PM, Michael J. Jones █████████████ wrote:
>>
>>> Hi Krystie,
>>>
>>> I found out tonight that ███████████ was formally disciplined by GA
>>> today and put on probation.   I hope her parents get her a lawyer.  Talk
>>> soon.
>>>
>>> Mike
>>>
>>> Michael J. Jones, Esq.
>>> Member
>>> Ivey, Barnum & O'Mara, LLC
>>> 170 Mason Street
>>> Greenwich, CT 06830
>>> CT:  203-661-6000
>>> NY:  212-764-0900
>>> Fax:  203-661-9462
>>>
>>> <image001.jpg>
>>>
>>> Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum &
>>> O'Mara, LLC. The message and any file transmitted with it may contain confidential information
>>> which may be subject to the attorney-client privilege, or otherwise protected against unauthorized
>>> use. Any disclosure, distribution, copying or use of the information by anyone other than the
>>> intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this
>>> message in error, please advise the sender by immediate reply and delete the original message.
>>> Personal messages express views solely of the sender and are not attributable to Ivey, Barnum &
>>> O'Mara, LLC.
>>>
>>> ---
>>>
>>> **From:** Rondini, Krystie [mailto:███████████████████]
>>> **Sent:** Tuesday, November 15, 2016 11:27 AM
>>> **To:** Michael J. Jones
>>> **Subject:** Re:███████
>>>
>>> Hi Mike so unfortunately they had to reschedule and I will be meeting with them on
>>> Thursday.  I will keep you posted.
>>>
>>> Thanks
>>> Krystie
>>>
>>> Detective Krystie Rondini
>>> Greenwich Police Department
>>> 11 Bruce Place
>>> Greenwich CT, 06830
>>> ███████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Michael J. Jones ███████████████
**Sent:** Tuesday, November 15, 2016 10:55:59 AM
**To:** Rondini, Krystie
**Subject:** RE: ████████

Hi Krystie,

I was just curious to see how it went with ████ yesterday.  Any news you can relate?  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

<image001.jpg>

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use.  Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message.  Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████████████████]
**Sent:** Tuesday, November 08, 2016 8:59 AM
**To:** Michael J. Jones
**Subject:** Re:████████

Hi Mike just wanted to let you know that I am scheduled to meet with ████ on Monday and then preparing a warrant and will be requesting to meet with Cappozi to go over the case with him.  I will keep you posted, however if you have any questions in the mean time feel free to contact me.

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████

**From:** Michael J. Jones ███████████████████
**Sent:** Friday, November 4, 2016 12:06:13 PM
**To:** Rondini, Krystie
**Subject:** ███████████

Hi Krystie,

I just spoke with Mrs. ████████ and found out what happened with ████ at school.  I cannot believe a student would be punished for cooperating with the police.  Please call me when you can.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

&lt;image001.jpg&gt;

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum &
O'Mara, LLC. The message and any file transmitted with it may contain confidential information
which may be subject to the attorney-client privilege, or otherwise protected against unauthorized
use. Any disclosure, distribution, copying or use of the information by anyone other than the
intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this
message in error, please advise the sender by immediate reply and delete the original message.
Personal messages express views solely of the sender and are not attributable to Ivey, Barnum &
O'Mara, LLC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Michael J. Jones ███████████
**Sent:** Thursday, October 13, 2016 1:34 PM EDT
**To:** Rondini, Krystie ██████████████████████
**Subject:** RE: ██████████████

For that I have to speak with his parents, and I have not been able to talk to them yet.

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used,  for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto: ████████████████████]
**Sent:** Thursday, October 13, 2016 1:17 PM
**To:** Michael J. Jones
**Subject:** Re: ██████████████

Ok great thank you I will be on the look out for that information.  Also did you speak with ███████ about providing a statement?

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place Greenwich CT 06830
██████████

---

**From:** Michael J. Jones ██████████████████
**Sent:** Wednesday, October 12, 2016 2:00:59 PM
**To:** Rondini, Krystie
**Subject:** ██████████████

Hi Krystie,

Thank you for spending time with me this morning.  It was a pleasure to meet you.

I spoke with ███████ this afternoon and asked him to get me the names and numbers of the parents of some of the kids who I believe would be helpful to ███████'s side of the story.  I will reach out to the parents and see if they will let me talk to their kids, or at least speak with you.  I will let you know what I can find out.   Thanks again.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used,  for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie ████████████████████
**Sent:** Monday, October 31, 2016 11:42 AM EDT
**To:** Michael J. Jones ████████████████████
**Subject:** Re: ████████████

Great I will call ██████s mother today and follow up with them.  I did get ██████'s statement and will doing a follow up report today.  Let me know if have any questions if not I will touch base with you after I speak with ████.

Thanks again

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

---

**From:** Michael J. Jones ████████████████████
**Sent:** Monday, October 31, 2016 10:30 AM
**To:** Rondini, Krystie
**Subject:** RE: ████████████

Hi Krystie,

I hope you had a good weekend.  There were some positive developments over the weekend.  ████████████████ left me a VM message on Friday.  I did not want to speak with her without her Mom's permission, so she got her Mom to call me late on Friday and she gave me permission to speak with ████.  We made a plan to speak the next day.  Mrs. ████ then called me Saturday morning and put ████ on the phone.  ████ briefly filled me in on her discussions with ████ in the days after the pool party.  Her recounting of what happened was very similar to what ████ has said, which is that when ████ and ████ spoke with ████ together, ████ said that ████ was very drunk, "grazed" her and basically that nothing happened.  She also said that ████ was laughing about it.  She also stated that ████ has always been very dramatic and seeks attention.  She said there were previous instances in their friendship where ████ was overly dramatic.  I asked her if she would be willing to speak with you.  She said that she would. ████ then put Mrs. ████ back on the phone, who told me that she would be willing to have ████ provide a statement to you or go in to see you.  I told her you would be back at work today.

Please let me know if you hear from them.  Talk soon.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

**Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

---

**From:** Rondini, Krystie [mailto:████████████████████
**Sent:** Thursday, October 27, 2016 11:08 AM
**To:** Michael J. Jones
**Subject:** Re: ████████████

Hi Mike so Gene is bringing in the statement tonight, however I won't be here so I won't be able to review it till Monday.  I spoke with ████'s mother yesterday and she spoke with ████ last night.  Apparently ████ does not want to get involved and give a statement.  Her mother is going to try and talk to her again.  Her mother did say that ████ spoke with her shortly after the incident and that her version of the events now are different.  Her mother did not know anything more and did not know what ████ and ████ spoke about, sooo I'm hoping she will have a change of heart.  Let's touch base on Monday after I can review statement

and maybe ██████ will talk.

Thank you

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

---

**From:** Michael J. Jones ████████████████████
**Sent:** Wednesday, October 26, 2016 12:00 PM
**To:** Rondini, Krystie
**Subject:** RE: ███████████

Krystie,

I have ██████s Mom's numbers for you.  Home is ███████████ and the Cell is ████████████.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

---

**From:** Rondini, Krystie [mailto:███████████████████]
**Sent:** Wednesday, October 26, 2016 11:16 AM
**To:** Michael J. Jones
**Subject:** Re: ████████████

Hi Mike I did speak with Gene yesterday and he told me he was hoping to have it to me by today or tomorrow.  I am also working tomorrow but I will be off on Friday and will return on Monday.  I left a message for ██████ but have not heard back from her yet.  You mentioned that maybe you could get her mother's phone number, any luck?

Thank you,

Krystie

---

**From:** Michael J. Jones ████████████████████
**Sent:** Wednesday, October 26, 2016 11:00:04 AM
**To:** Rondini, Krystie
**Subject:** ██████████████

Hi Krystie,

Hope you are well.  I spoke to Gene Riccio last night.  He said that ██████s statement was almost finalized and that you would have it in the next day or so.  I was curious whether ████████████ had been in to see you.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie ██████████████
**Sent:** Thursday, October 13, 2016 1:17 PM EDT
**To:** Michael J. Jones ████████████
**Subject:** Re: ████████

Ok great thank you I will be on the look out for that information.  Also did you speak with █████ about providing a statement?

Thank you,

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place Greenwich CT 06830
██████████

---

**From:** Michael J. Jones ████████████
**Sent:** Wednesday, October 12, 2016 2:00:59 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

Thank you for spending time with me this morning.  It was a pleasure to meet you.

I spoke with █████ this afternoon and asked him to get me the names and numbers of the parents of some of the kids who I believe would be helpful to █████ side of the story.  I will reach out to the parents and see if they will let me talk to their kids, or at least speak with you.  I will let you know what I can find out.   Thanks again.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used,  for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ██████████████
**Sent:** Monday, October 31, 2016 10:30 AM EDT
**To:** Rondini, Krystie ████████████████████████
**Subject:** RE: ████████████

Hi Krystie,

I hope you had a good weekend.  There were some positive developments over the weekend.  ████████████  left me a VM message on Friday.  I did not want to speak with her without her Mom's permission, so she got her Mom to call me late on Friday and she gave me permission to speak with █████.  We made a plan to speak the next day.  Mrs. ████████ then called me Saturday morning and put █████ on the phone.  █████ briefly filled me in on her discussions with █████ in the days after the pool party.  Her recounting of what happened was very similar to what █████ has said, which is that when █████ and █████ spoke with █████ together, █████ said that █████ was very drunk, "grazed" her and basically that nothing happened.  She also said that █████ was laughing about it.  She also stated that ███████ has always been very dramatic and seeks attention.  She said there were previous instances in their friendship where █████ was overly dramatic.  I asked her if she would be willing to speak with you.  She said that she would.  ████████ then put Mrs. ████████ back on the phone, who told me that she would be willing to have █████ provide a statement to you or go in to see you.  I told her you would be back at work today.

Please let me know if you hear from them.  Talk soon.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

**🔒 Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████████████████]
**Sent:** Thursday, October 27, 2016 11:08 AM
**To:** Michael J. Jones
**Subject:** Re:████████████

Hi Mike so Gene is bringing in the statement tonight, however I won't be here so I won't be able to review it till Monday.  I spoke with █████'s mother yesterday and she spoke with █████ last night.  Apparently █████ does not want to get involved and give a statement.  Her mother is going to try and talk to her again.  Her mother did say that █████ spoke with her shortly after the incident and that her version of the events now are different.  Her mother did not know anything more and did not know what █████ and █████ spoke about, sooo I'm hoping she will have a change of heart.  Let's touch base on Monday after I can review statement and maybe █████ will talk.

Thank you

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

**From:** Michael J. Jones ██████████████████
**Sent:** Wednesday, October 26, 2016 12:00 PM
**To:** Rondini, Krystie
**Subject:** RE: ████████████

Krystie,

I have ████ Mom's numbers for you.  Home is ████████ and the Cell is ████████.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████]
**Sent:** Wednesday, October 26, 2016 11:16 AM
**To:** Michael J. Jones
**Subject:** Re: ████

Hi Mike I did speak with Gene yesterday and he told me he was hoping to have it to me by today or tomorrow.  I am also working tomorrow but I will be off on Friday and will return on Monday.  I left a message for ████ but have not heard back from her yet.  You mentioned that maybe you could get her mother's phone number, any luck?

Thank you,

Krystie

**From:** Michael J. Jones ████████
**Sent:** Wednesday, October 26, 2016 11:00:04 AM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

Hope you are well.  I spoke to Gene Riccio last night.  He said that ████'s statement was almost finalized and that you would have it in the next day or so.  I was curious whether ████████ had been in to see you.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie █████████████████████
**Sent:** Wednesday, October 26, 2016 11:16 AM EDT
**To:** Michael J. Jones █████████████████
**Subject:** Re:█████████████

Hi Mike I did speak with Gene yesterday and he told me he was hoping to have it to me by today or tomorrow.  I am also working tomorrow but I will be off on Friday and will return on Monday.  I left a message for ██████ but have not heard back from her yet.  You mentioned that maybe you could get her mother's phone number, any luck?

Thank you,


Krystie

---

**From:** Michael J. Jones █████████████████
**Sent:** Wednesday, October 26, 2016 11:00:04 AM
**To:** Rondini, Krystie
**Subject:** ████████████

Hi Krystie,

Hope you are well.  I spoke to Gene Riccio last night.  He said that ████████ 's statement was almost finalized and that you would have it in the next day or so.  I was curious whether █████████████ had been in to see you.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones █████████████████
**Sent:** Wednesday, October 26, 2016 12:00 PM EDT
**To:** Rondini, Krystie ███████████████████████
**Subject:** RE: ████████████

Krystie,

I have █████s Mom's numbers for you.  Home is █████████   and the Cell is ███████.

Mike


Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████████████]
**Sent:** Wednesday, October 26, 2016 11:16 AM
**To:** Michael J. Jones
**Subject:** Re: ████████████

Hi Mike I did speak with Gene yesterday and he told me he was hoping to have it to me by today or tomorrow.  I am also working tomorrow but I will be off on Friday and will return on Monday.  I left a message for █████ but have not heard back from her yet.  You mentioned that maybe you could get her mother's phone number, any luck?

Thank you,


Krystie

**From:** Michael J. Jones ███████████████
**Sent:** Wednesday, October 26, 2016 11:00:04 AM
**To:** Rondini, Krystie
**Subject:** ████████████

Hi Krystie,

Hope you are well.  I spoke to Gene Riccio last night.  He said that █████'s statement was almost finalized and that you would have it in the next day or so.  I was curious whether ██████████ had been in to see you.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TOG-000499

**From:** Rondini, Krystie <████████████████████>
**Sent:** Thursday, October 27, 2016 11:07 AM EDT
**To:** Michael J. Jones <████████████████████>
**Subject:** Re: ████████████

Hi Mike so Gene is bringing in the statement tonight, however I won't be here so I won't be able to review it till Monday.  I spoke with ████████s mother yesterday and she spoke with █████ last night.  Apparently █████ does not want to get involved and give a statement.  Her mother is going to try and talk to her again.  Her mother did say that █████ spoke with her shortly after the incident and that her version of the events now are different.  Her mother did not know anything more and did not know what █████ and █████ spoke about, sooo I'm hoping she will have a change of heart.  Let's touch base on Monday after I can review statement and maybe █████ will talk.

Thank you

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████

---

**From:** Michael J. Jones <████████████████████>
**Sent:** Wednesday, October 26, 2016 12:00 PM
**To:** Rondini, Krystie
**Subject:** RE: ████████████

Krystie,

I have █████s Mom's numbers for you.  Home is ████████████ and the Cell is ████████████.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

Trusted & Verified

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

---

**From:** Rondini, Krystie [mailto:████████████]
**Sent:** Wednesday, October 26, 2016 11:16 AM
**To:** Michael J. Jones
**Subject:** Re: ████████████

Hi Mike I did speak with Gene yesterday and he told me he was hoping to have it to me by today or tomorrow.  I am also working tomorrow but I will be off on Friday and will return on Monday.  I left a message for █████ but have not heard back from her yet.  You mentioned that maybe you could get her mother's phone number, any luck?

Thank you,

Krystie

---

**From:** Michael J. Jones ████████████
**Sent:** Wednesday, October 26, 2016 11:00:04 AM
**To:** Rondini, Krystie
**Subject:** ████████████

Hi Krystie,

Hope you are well.  I spoke to Gene Riccio last night.  He said that ████'s statement was almost finalized and that you would have it in the next day or so.  I was curious whether ████████ had been in to see you.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ███████████████
**Sent:** Wednesday, October 26, 2016 11:34 AM EDT
**To:** Rondini, Krystie ███████████████████
**Subject:** RE: ████████

I will try to get █████ to call you back or at least get you ████s Mom's number today.  Thanks for the update and I will be back in touch.

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:██████████████████]
**Sent:** Wednesday, October 26, 2016 11:16 AM
**To:** Michael J. Jones
**Subject:** Re: ████████

Hi Mike I did speak with Gene yesterday and he told me he was hoping to have it to me by today or tomorrow.  I am also working tomorrow but I will be off on Friday and will return on Monday.  I left a message for █████ but have not heard back from her yet.  You mentioned that maybe you could get her mother's phone number, any luck?

Thank you,


Krystie

**From:** Michael J. Jones ███████████████
**Sent:** Wednesday, October 26, 2016 11:00:04 AM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

Hope you are well.  I spoke to Gene Riccio last night.  He said that █████'s statement was almost finalized and that you would have it in the next day or so.  I was curious whether ███████ had been in to see you.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Rondini, Krystie ██████████████
**Sent:** Friday, October 21, 2016 1:12 PM EDT
**To:** Michael J. Jones ████████████
**Subject:** Re:████████

Hi Mike yes I did speak with ██████ the other day and did a follow up to the report.  Do you have a contact for ████ so that I can follow up with her and her parents?  I did speak with Gene the other day and I am hoping to have ████'s statement beginning of next week at the latest.  Let's keep in touch.

Thanks again,

Krystie

---

**From:** Michael J. Jones ██████████████
**Sent:** Thursday, October 20, 2016 3:00:08 PM
**To:** Rondini, Krystie
**Subject:**████████

Hi Krystie,

I understand from Gene Riccio that he will be delivering ████████████ statement to you soon.  I also heard from ████ that ██████████████ spoke with you.  I have been told that ██████████ will speak to her parents tonight about speaking with you as well.  I am told ████ will back up █████ account of the conversation they both had with ████ a day or so after the party, which I understand is very helpful to ████.  Let's talk soon.  Thanks for your help.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used,  for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**From:** Michael J. Jones <████████████████
**Sent:** Friday, October 21, 2016 1:51 PM EDT
**To:** Rondini, Krystie ██████████████████████
**Subject:** RE: ████████████

Hi Krystie,

████████████ phone number is ████████. I can probably get her Mom's cell number if you need it, so let me know.

I spoke to Gene last night and he told me he was at his desk putting ████s statement together for you.

Thanks for all of your help.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

**Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:██████████████████
**Sent:** Friday, October 21, 2016 1:12 PM
**To:** Michael J. Jones
**Subject:** Re: ████████████

Hi Mike yes I did speak with ████████ the other day and did a follow up to the report.  Do you have a contact for ████ so that I can follow up with her and her parents?  I did speak with Gene the other day and I am hoping to have ████s statement beginning of next week at the latest.  Let's keep in touch.

Thanks again,

Krystie

**From:** Michael J. Jones ██████████████
**Sent:** Thursday, October 20, 2016 3:00:08 PM
**To:** Rondini, Krystie
**Subject:** ████████████

Hi Krystie,

I understand from Gene Riccio that he will be delivering ████████████ statement to you soon.  I also heard from ████ that ████████████ spoke with you.  I have been told that ████████████ will speak to her parents tonight about speaking with you as well.  I am told ████ will back up ████████ account of the conversation they both had with ████ a day or so after the party, which I understand is very helpful to ████.  Let's talk soon.  Thanks for your help.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



IRS Circular 230 Disclosure:  Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used,  for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ████████████
**Sent:** Thursday, October 27, 2016 11:15 AM EDT
**To:** Rondini, Krystie ████████████████████████
**Subject:** RE: ████████████

Hi Krystie,

Times have certainly changed, my Mom and Dad would have had my butt in your office that day.   It would not have been my decision.  Anyway, it sounds as if what we were being told ████ would say is accurate, i.e. ████ changed her story.  Let's hope she has a change of heart.  Enjoy your weekend and talk to you Monday.  Thanks as always.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY: 212-764-0900
Fax:  203-661-9462

 Trusted & Verified

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto ████████████████████████
**Sent:** Thursday, October 27, 2016 11:08 AM
**To:** Michael J. Jones
**Subject:** Re: ████████████

Hi Mike so Gene is bringing in the statement tonight, however I won't be here so I won't be able to review it till Monday.  I spoke with ████'s mother yesterday and she spoke with ████ last night.  Apparently ████ does not want to get involved and give a statement.  Her mother is going to try and talk to her again.  Her mother did say that ████ spoke with her shortly after the incident and that her version of the events now are different.  Her mother did not know anything more and did not know what ████ and ████ spoke about, sooo I'm hoping she will have a change of heart.  Let's touch base on Monday after I can review statement and maybe ████ will talk.

Thank you

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

---

**From:** Michael J. Jones ████████████████
**Sent:** Wednesday, October 26, 2016 12:00 PM
**To:** Rondini, Krystie
**Subject:** RE: ████████████

Krystie,

I have ████'s Mom's numbers for you.  Home is ████████████ and the Cell is ████████████

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000

NY:  212-764-0900
Fax:  203-661-9462

 Trusted & Verified

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto███████████████]
**Sent:** Wednesday, October 26, 2016 11:16 AM
**To:** Michael J. Jones
**Subject:** Re:███████████

Hi Mike I did speak with Gene yesterday and he told me he was hoping to have it to me by today or tomorrow.  I am also working tomorrow but I will be off on Friday and will return on Monday.  I left a message for █████ but have not heard back from her yet.  You mentioned that maybe you could get her mother's phone number, any luck?

Thank you,


Krystie

**From:** Michael J. Jones ████████████████
**Sent:** Wednesday, October 26, 2016 11:00:04 AM
**To:** Rondini, Krystie
**Subject:** ████████████

Hi Krystie,

Hope you are well.  I spoke to Gene Riccio last night.  He said that ██████s statement was almost finalized and that you would have it in the next day or so.  I was curious whether ███████████ had been in to see you.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 Trusted & Verified

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ██████████████
**Sent:** Tuesday, December 06, 2016 2:39 PM EST
**To:** Rondini, Krystie ████████████████████████
**Subject:** RE: ██████████████

I have it as ██████████.   I spoke to John Capozzi on Friday.  He told me you guys spoke and was aware of the case.  Please let me know after you meet with him, because he said once he was up to speed he would give me a call.  Thanks again.

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:██████████████]
**Sent:** Tuesday, December 06, 2016 2:35 PM
**To:** Michael J. Jones
**Subject:** Re: ██████████

Hi thank you.  Not really unfortunately he said ██████ was pretty drunk and no information that was relevant.   What is the correct spelling of ██████████████  ████████████? Sorry didn't catch that till after.

Thank you.

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
██████████████

**From:** Michael J. Jones ██████████████████████
**Sent:** Tuesday, December 6, 2016 1:11:27 PM
**To:** Rondini, Krystie
**Subject:** RE: ██████████████

Krystie,

██████  birth date is ████████████████

Was ██████████  helpful?

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:██████████████████]
**Sent:** Tuesday, December 06, 2016 11:54 AM
**To:** Michael J. Jones
**Subject:** Re: ████████

Hi Mike so I have finished all the interviews just working on putting it all together.  I do not have ████ dob could you please provide for me?

Thanks

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████

**From:** Michael J. Jones██████████████████████
**Sent:** Wednesday, November 30, 2016 5:40:12 PM
**To:** Rondini, Krystie
**Subject:** RE: ███████

Hi Krystie,

I was just wondering if you could give me an update on where everything stands.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 Trusted & Verified

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:██████████████████]
**Sent:** Tuesday, November 22, 2016 2:25 PM
**To:** Michael J. Jones
**Subject:** Re: ██████████

Ok great I just spoke with her and will be speaking with ████ tomorrow morning.

thank you

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████

**From:** Michael J. Jones ████████████████
**Sent:** Tuesday, November 22, 2016 1:12:36 PM
**To:** Rondini, Krystie
**Subject:** █████████

Hi Krystie,

████s Mom's number is ██████████.  She knows you are going to call.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie ██████████████████████
**Sent:** Tuesday, December 06, 2016 2:34 PM EST
**To:** Michael J. Jones ███████████████████
**Subject:** Re: ███████████

Hi thank you.  Not really unfortunately he said ████ was pretty drunk and no information that was relevant.   What is the correct spelling of ████████████████████████  Sorry didn't catch that till after.

Thank you.

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
██████████

---

**From:** Michael J. Jones ██████████████████████
**Sent:** Tuesday, December 6, 2016 1:11:27 PM
**To:** Rondini, Krystie
**Subject:** RE: ██████████

Krystie,

████████s birth date is ███████████████

Was ████████████ helpful?

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 Trusted & Verified

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

---

**From:** Rondini, Krystie [mailto:██████████████████████
**Sent:** Tuesday, December 06, 2016 11:54 AM
**To:** Michael J. Jones
**Subject:** Re: ███████████

Hi Mike so I have finished all the interviews just working on putting it all together.  I do not have ██████ dob could you please provide for me?

Thanks

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
██████████

---

**From:** Michael J. Jones ██████████████████████
**Sent:** Wednesday, November 30, 2016 5:40:12 PM
**To:** Rondini, Krystie
**Subject:** RE: ███████████

Hi Krystie,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

I was just wondering if you could give me an update on where everything stands.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto███████████████████████]
**Sent:** Tuesday, November 22, 2016 2:25 PM
**To:** Michael J. Jones
**Subject:** Re: ███████

Ok great I just spoke with her and will be speaking with ███ tomorrow morning.

thank you

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

**From:** Michael J. Jones ██████████████████
**Sent:** Tuesday, November 22, 2016 1:12:36 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

████s Mom's number is ███████████.  She knows you are going to call.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie ███████████████
**Sent:** Tuesday, December 06, 2016 11:53 AM EST
**To:** Michael J. Jones ██████████████
**Subject:** Re: ███████████

Hi Mike so I have finished all the interviews just working on putting it all together.  I do not have ██████ 's dob could you please provide for me?


Thanks


Krystie


Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
███████████

**From:** Michael J. Jones ██████████████
**Sent:** Wednesday, November 30, 2016 5:40:12 PM
**To:** Rondini, Krystie
**Subject:** RE: ████████

Hi Krystie,

I was just wondering if you could give me an update on where everything stands.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

**Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto: ██████████████
**Sent:** Tuesday, November 22, 2016 2:25 PM
**To:** Michael J. Jones
**Subject:** Re: ████████

Ok great I just spoke with her and will be speaking with ██████ tomorrow morning.

thank you

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
█████████████

**From:** Michael J. Jones ██████████████
**Sent:** Tuesday, November 22, 2016 1:12:36 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

████ s Mom's number is ████████████ .  She knows you are going to call.

Mike

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**From:** Michael J. Jones ███████████
**Sent:** Tuesday, December 06, 2016 12:08 PM EST
**To:** Rondini, Krystie ████████████████
**Subject:** RE: ████████

Hi Krystie,

I have a quick meeting but will get for you after.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:██████████████████]
**Sent:** Tuesday, December 06, 2016 11:54 AM
**To:** Michael J. Jones
**Subject:** Re: ████████

Hi Mike so I have finished all the interviews just working on putting it all together.  I do not have ████dob could you please provide for me?

Thanks

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████

**From:** Michael J. Jones ███████████████
**Sent:** Wednesday, November 30, 2016 5:40:12 PM
**To:** Rondini, Krystie
**Subject:** RE: ███████

Hi Krystie,

I was just wondering if you could give me an update on where everything stands.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto███████████████]
**Sent:** Tuesday, November 22, 2016 2:25 PM
**To:** Michael J. Jones
**Subject:** Re: ███████

Ok great I just spoke with her and will be speaking with ███ tomorrow morning.

thank you

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████████

---

**From:** Michael J. Jones ████████████████
**Sent:** Tuesday, November 22, 2016 1:12:36 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

████s Mom's number is ██████████.  She knows you are going to call.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Michael J. Jones ███████████
**Sent:** Tuesday, December 06, 2016 1:11 PM EST
**To:** Rondini, Krystie ████████████████████
**Subject:** RE: ███████

Krystie,

████████s birth date is ████████.

Was ██████ helpful?

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 Trusted & Verified

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto:████████████████████
**Sent:** Tuesday, December 06, 2016 11:54 AM
**To:** Michael J. Jones
**Subject:** Re:████████

Hi Mike so I have finished all the interviews just working on putting it all together.  I do not have ████████'s dob could you please provide for me?

Thanks

Krystie

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████

**From:** Michael J. Jones ████████████████
**Sent:** Wednesday, November 30, 2016 5:40:12 PM
**To:** Rondini, Krystie
**Subject:** RE: ████████

Hi Krystie,

I was just wondering if you could give me an update on where everything stands.  Thanks.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 Trusted & Verified

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**From:** Rondini, Krystie [mailto█████████████████]
**Sent:** Tuesday, November 22, 2016 2:25 PM
**To:** Michael J. Jones
**Subject:** Re:█████████

Ok great I just spoke with her and will be speaking with ███ tomorrow morning.

thank you

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
███████████

**From:** Michael J. Jones █████████████████
**Sent:** Tuesday, November 22, 2016 1:12:36 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

███'s Mom's number is █████████.  She knows you are going to call.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462



Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** Rondini, Krystie
**Sent:** Tuesday, November 22, 2016 2:24 PM EST
**To:** Michael J. Jones █████████████
**Subject:** Re: ████

Ok great I just spoke with her and will be speaking with ██ tomorrow morning.

thank you

Detective Krystie Rondini
Greenwich Police Department
11 Bruce Place
Greenwich CT, 06830
████████

---

**From:** Michael J. Jones████████████
**Sent:** Tuesday, November 22, 2016 1:12:36 PM
**To:** Rondini, Krystie
**Subject:** ████████

Hi Krystie,

██s Mom's number is ████████████.  She knows you are going to call.

Mike

Michael J. Jones, Esq.
Member
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
CT:  203-661-6000
NY:  212-764-0900
Fax:  203-661-9462

 **Trusted & Verified**

Privileged/Confidential Information:  This message originates from the law firm of Ivey, Barnum & O'Mara, LLC. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Ivey, Barnum & O'Mara, LLC.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**