Plaintiff Exhibit M

Confidential – Attorneys' Eyes Only

| Message | |
|---|---|
| From: | Thomas Philip [redacted] |
| on behalf of | Thomas Philip <[redacted]> [redacted] |
| Sent: | 8/4/2016 3:24:47 PM |
| To: | Peter Roe [redacted] |
| Subject: | Re: Incident |

Thanks for the update Peter - glad you're getting good advice

Hang in there and keep me posted

T


Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue, Greenwich, CT
06830
Office: [redacted]

> On Aug 4, 2016, at 2:57 PM, Peter Roe [redacted] wrote:
>
> Hi Mr. Phillip,
> I met with the attorneys yesterday and they told me I shouldn't go to the police interview yet because they wanted to speak with the detective first. I called them this morning and they said that they spoke with the detective and are going to figure out the story and that they are going to give me another call next week. Thank you for contacting me with the lawyers. I'm sorry for this whole situation. I hope it all turns out okay. Have a great weekend.
> Thanks,
> Peter
>
> Sent from my iPhone

WICK - 00331

Confidential – Attorneys' Eyes Only

| | |
|---|---|
| **Message** | |
| **From:** | Thomas Philip |
| **on behalf of** | Thomas Philip |
| **Sent:** | 8/12/2016 2:02:45 PM |
| **To:** | Peter Roe |
| **Subject:** | Re: Updates |

Peter

Thanks for the update; I haven't heard anything more either so (without jinxing anything) I take that as a good sign

Don't worry about the summer read; when you make a class switch you get credit for whatever book you've read

T

Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue, Greenwich, CT 06830
Office:

> On Aug 12, 2016, at 1:37 PM, Peter Roe wrote:
>
> Hey Mr. Philip,
> Just wanted to let you know that we haven't heard anything from the lawyers or the detective in the past couple days. I was just wondering if maybe they have contacted you or if Mr. Doe gave you a call back. Anyways, thank you for the meeting earlier this week, it really helped me out. One last thing, I had to read "The Fire Next Time" by James Baldwin for the US History Civil Rights class. Is that the same book we have to read for your class? Have a nice weekend.
> Thanks,
> Peter

WICK - 00336

Confidential – Attorneys' Eyes Only

| | |
|---|---|
| **Message** | |
| From: | Peter Roe |
| on behalf of | Peter Roe |
| Sent: | 8/18/2016 4:22:38 PM |
| To: | Thomas Philip |
| Subject: | Re: Follow-up |

Okay thank you Mr. Philip and yeah I haven't heard anything from the police.
See you Monday.

On Thu, Aug 18, 2016 at 4:16 PM, Thomas Philip < ██████████ > wrote:

Peter

Totally understand, I know this whole thing is cause for a lot of anxiety

I didn't learn a whole lot from Mr Doe so far, although I expect to hear more from him soon. He did, however, raise some points which differ from what you and I discussed which we can go over when we meet.

I assume you haven't heard anything more from the police which I take as a good sign

See you Monday afternoon, I hope

T

Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue, Greenwich, CT
06830
Office: ██████

On Aug 18, 2016, at 4:10 PM, Peter Roe ██████████ wrote:

Will do Mr. Philip. I'm kinda anxious. I know we are going to talk about it all when we meet, but could you just tell me if I should be worried or if everything will be okay? Once again, I am so sorry for this whole situation. Thank you so much for all your support through this.

Peter

On Thu, Aug 18, 2016 at 3:52 PM, Thomas Philip < ██████████ > wrote:
Sounds good Peter - let me know

T

Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue, Greenwich, CT
06830
Office: ██████

On Aug 18, 2016, at 3:39 PM, Peter Roe ██████████ wrote:

Confidential – Attorneys' Eyes Only

Hi Mr. Philip,
I'm glad you spoke with Mr. [Doe]. I hope the conversation went well. Anyways, I have varsity soccer tryouts next week, but they still haven't released the times. Once they do, I will be able to give you a specific time, but we will most likely be able to meet Monday afternoon. If that works with you.
Thanks,
[Peter]

On Thu, Aug 18, 2016 at 3:23 PM, Thomas Philip <​​​​​​​​​​​​​​​​​​> wrote:
[Peter]

I finally heard back from Mr [Doe] and would like to sit down with you and your mom and/or dad to follow-up

I'm out of the office tomorrow, so could you email me back with some days/times that would work for you to come-in next week and meet with me?

Thanks

T

Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue, Greenwich, CT 06830
Office: [redacted]

--
[Peter Roe]

--
[Peter Roe]

--
[Peter Roe]

CONFIDENTIAL

8:37

**Peter**

iMessage
24 Aug 2016, 2:32 pm

Hi Mr. Philip, its [Peter] My parents and I received the letter you sent, but we were just wondering if GA managed to split the Chinese class into two blocks and if Ms. Beattie was able to place me into your US History class.

7 Sep 2016, 11:49 am

Hey Mr. Philip
[Student 4] and [Student 13] got calls from the police. They haven't spoken to them yet. Should I call Phillip Russell and let him know?

> Hmmmm....yes, I guess you should let Russell know

I gave him a call and the guy is going to let Russell know once he gets in. He is going to give me a call back around 2:30.

> Ok - thx

23 Sep 2016, 3:16 pm

WICK000717

CONFIDENTIAL



**Me:** Just checking-in to see if you're ok - hang in there

**Peter:** Yeah I'm doing better. Going to practice now. Thanks mr Philip

30 Sep 2016, 12:42 pm

**Peter:** Hi mr Philip,
I got a call from a law firm but I was in class when they called me. They didn't leave a message so I wasn't sure who the attorney was and the secretary asked me to find that out first then give them a call back later. Do you know the attorneys name? Let me know.
Thanks

**Me:** I don't know the lawyers name - can you just call the number back

**Peter:** I did but the secretary said that there are over 30 attorneys in the firm and that she needs to know who to send me to

**Me:** His name is Mike Jones



WICK000718

CONFIDENTIAL

Peter

> Okay thanks I'll give him a call right now

> I spoke with him. I am going to meet with him this afternoon around 315

Ok - let me know how it goes

**30 Sep 2016, 5:13 pm**

> Just finished meeting with him. He is going to continue investigating and then is going to decide whether or not it is a good idea to switch lawyers or not. He is going to give me a call later this weekend or Monday to let me know b

Do you feel good about the meeting?

> Not really

Call my cell

**5 Oct 2016, 5:45 pm**

> Hey mr. Philip

WICK000719

CONFIDENTIAL

8:38

Peter

> Of course

6 Oct 2016, 1:08 pm

Can we meet after this block?

> Sure, I'll be in my office after E block - come by anytime

11 Oct 2016, 11:18 am

Hey mr Philip,
Jones texted me and wants to speak with me. Could I use the Altman room after this block?

> Of course - fill me in afterwards

Okay will do

I am outside the Altman room can I just go in? Or is there a meeting in there?

> Sure, if it's empty go ahead in

> I guess there is a meeting in there but it should be done and the room should be available at 12:15

WICK000720

CONFIDENTIAL



> Yeah I just used the black box but jones was busy he is going to call me back around 1230

> He's actually backed up with meetings and court so he's going to give me a call around 545. I'll fill you in after I speak with him

Ok - thx

12 Oct 2016, 3:38 pm

> Hi Mr. Philip,
> I spoke with jones yesterday. He just wanted to go over some details. He met with the gpd today and they are not sure what to do. They still have to investigate. He told me to speak with GA Student 1 and Student 4 in order to get their parents number so he can give them a call and get permission to speak with them. I spoke with GA Student 1 already and she is willing to speak. I haven't been able to reach Student 4 or Student 5 yet but I will talk to them at school tomorrow. Jones also said that what Phillip Russell said was false so I think we made a



WICK000721

CONFIDENTIAL

4:03

**New iMessage**  Cancel

To: [Peter Roe]

[GA Student 1] told me to speak with [Student 5] and [Student 4] in order to get their parents number so he can give them a call and get permission to speak with them. I spoke with [GA Student 1] already and she is willing to speak. I haven't been able to reach [Student 4] or [Student 5] yet but I will talk to them at school tomorrow. Jones also said that what Phillip Russell said was false so I think we made a good call by moving to jones. Can we meet tomorrow? Let me know. Thanks, [Peter]

WICK000722

CONFIDENTIAL



**19 Oct 2016, 7:07 pm**

Hey mr. Philip, [Student 4] spoke with the police today he said it went well. Do you know if [Student 5] has gone yet?

Excellent - I heard [Student 5] has submitted a statement along the lines of what he told you and me

Alright great! Hope their statements help my case.

Me too!

**20 Oct 2016, 12:27 pm**

Hey could I use the Altman room during d block?

Absolutely

Okay great. Thank you. I am going to give jones a call and tell him that both [Student 4] and [Student 5] made statements and also ask him if [GA Student 1] statement would help the case.

WICK000723

CONFIDENTIAL

8:38



Peter

7 Nov 2016, 10:20 am

Can I use the Altman room quickly to call jones?

Absolutely

14 Nov 2016, 1:29 pm

Can I use the Altman room?

14 Nov 2016, 5:19 pm

Jones just called me back he said that the gcpd was going to meet with Jane today and confront her about the contradicting information and that he believes he will hear back from them tomorrow.

Thx....fingers crossed!!!!!!

16 Nov 2016, 11:15 pm

Hi mr Philip
Just wondering if Jane would be able to say anything about the situation at the ga assembly tomorrow? Do you think she'd even be allowed to say something about it?



WICK000724

CONFIDENTIAL



> Ok - keep me posted

*19 Jan 2017, 2:55 pm*

> Fingers crossed that good news is coming soon

*19 Jan 2017, 6:18 pm*

> Just thinking - as relieved as we all are, I still think it's really important you not talk about this with anyone outside of your family just to make sure we don't give the Doe's [REDACTED] an excuse to say you are bullying Jane [REDACTED] or something along those lines

Yeah jones told me the same thing. I really hope it all ends soon

*29 May 2017, 5:20 pm*



Hey Mr. Philip,
I've been studying at school this past weekend. My wifi at my house has been down since Thursday night so I can't study at home. But one of the maintenance guys said he is kicking everyone out at 6 or

WICK000728