# Plaintiff Exhibit N

Confidential – Attorneys' Eyes Only

From: **Michael DeAngelo**
Subject: Re: Other matter
Date: August 6, 2016 at 5:50 PM
To: Thomas Philip

OK

On Sat, Aug 6, 2016 at 5:49 PM, Thomas Philip wrote:
> Thanks Mike
>
> Let's leave as is for now
>
> T
>
> Thomas W. Philip
> Headmaster
> Brunswick School
> 100 Maher Avenue, Greenwich, CT
> 06830
> Office:
>
>> On Aug 6, 2016, at 5:43 PM, Michael DeAngelo wrote:
>>
>> Hi Tom,
>>
>> Spoke with Christy, she was a bit evasive. Said she heard something was going on but didn't have any details. She been assigned to the "cold case" unit and has been working out of the State's Attorney's office in Rocky Hill and claims to have no information on this although she did say that she "heard" there was a case involving a GA girl and BWK boy. If you want I can try some contacts on Monday....but I would think that by now Phil Russell should have a pretty sense of what's going on.
>>
>> She for obvious reasons will try to protect GA and I suspect she knows, just is not willing to share.
>>
>> Mike
>>
>> On Sat, Aug 6, 2016 at 1:19 PM, Thomas Philip wrote:
>>> Thanks Mike
>>>
>>> T
>>>
>>> Thomas W. Philip
>>> Headmaster
>>> Brunswick School
>>> 100 Maher Avenue, Greenwich, CT
>>> 06830
>>> Office:
>>>
>>>> On Aug 6, 2016, at 1:15 PM, Michael DeAngelo wrote:
>>>>
>>>> Hi Tom,
>>>>
>>>> I have left a message for Christy to give me a call. I have not heard from her yet.
>>>>
>>>> Mike
>>>>
>>>> --
>>>>
>>>> Michael DeAngelo
>>>> Director of Safety & Security
>>>> Brunswick School
>>>> 1252 King St. Greenwich, CT. 06831
>>>>          voice /            fax
>>>>                  cell
>>>>
>>>>
>>>> --
>>>>
>>>> Michael DeAngelo
>>>> Director of Safety & Security
>>>> Brunswick School
>>>> 1252 King St. Greenwich, CT. 06831

WICK – 00333

Confidential – Attorneys' Eyes Only


voice        fax
cell

--

Michael DeAngelo
Director of Safety & Security
Brunswick School
1252 King St. Greenwich, CT. 06831
voice /        fax

WICK – 00334

| | |
|---|---|
| **Message** | |
| From: | Michael DeAngelo |
| on behalf of | Michael DeAngelo |
| Sent: | 10/6/2014 4:58:32 PM |
| To: | Thomas Philip |
| Subject: | Update |

Hi Tom,

Christy called me a few minutes ago... the parents of the girl, a GA student, have not told her yet and do not want the police to interview her until they have a chance to make her aware of this.
She asked if you could give her a call so that she can update you.
She was on her way out volleyball practice but said to give her a call on her cell.

Call me if you need anything.

Mike
--

Michael DeAngelo
Director of Safety & Security
Brunswick School
1252 King St. Greenwich, CT. 06831
▮ voice / ▮ fax
▮ cell

WICK0775

Message

From: Thomas Philip
on behalf of Thomas Philip
Sent: 10/7/2014 4:26:38 AM
To: Christy Girard
Subject: Re: Good evening

thanks Christy....the Dad called me last night to fill me in

can you give me a call at ▇▇▇ after the morning rush?

T


Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue | Greenwich, CT 06830
▇▇▇ (Fax)
▇▇▇ | www.brunswickschool.org

On Mon, Oct 6, 2014 at 10:19 PM, Christy Girard ▇▇▇ wrote:
I know it is late but I just received a call from the family. They
assured me there was no sexual assault. As you know, there are many
issues wrapped in this. If you would like to discuss further please
call me. You both have my cell phone. I will be awake until @11:00 and
then available after the morning rush.
Christy

PLAINTIFF'S EXHIBIT
NO. 6 /15/20

**Message**

**From:** Michael DeAngelo
**on behalf of** Michael DeAngelo
**Sent:** 9/7/2016 12:17:38 PM
**To:** Christy F. Girard
**Subject:** Re: GPD Liaison

Thanks Christy...any news on out friend? There are some "rumors" circulating that she tried to harm herself.

Mike

On Wed, Sep 7, 2016 at 10:57 AM, Christy F. Girard wrote:

Tom and Mike,

I was notified that I am your police liaison at Brunswick. I am no longer assigned to SVS, but Sgt. Reeves will supervise any of the school incidences and talks and such. Please contact him in my absence if for some reason you cannot contact me. His number is              I only have you two as emergency contacts. Please let me know if you would like for me to add any other person to your emergency list.

I am often assigned upstate in Rocky Hill, but stop in the office most days. Please call my cell phone if you need anything            . You know that the Girards are quite invested in the safety and welfare of Brunswick, so never hesitate to call me 24/7. I'll stop by on occasion to check on you all and try to make your students comfortable as the representative of GPD. I'll notify Mike when I'm on campus for non-parent reasons.

Christy

Detective Christy F. Girard
Greenwich Police Department
Detective Division (Special Victims Section)
11 Bruce Place
Greenwich, CT 06830
Office
Fax

--

Michael DeAngelo
Director of Safety & Security
Brunswick School
1252 King St. Greenwich, CT. 06831
            voice /            fax
            cell

WICK000887