# Plaintiff Exhibit O

Message

From: Thomas Philip
on behalf of Thomas Philip
Sent: 11/12/2014 1:35:33 PM
To: Trustees
Subject: Parent Letter
Attachments: Drug - Alcohol 2014-15.docx

TO: Trustees
FROM: TWP
DATE: 11/12/14
RE: Parent Letter

As an FYI, the letter below will be going-out shortly to all MS and US parents.

As always, feel free to call with any questions

T

---

TO: US Parents
FROM: TWP
DATE: 11/12/14
RE: Important Update

The School was contacted yesterday by a New York Times reporter inquiring about rumors involving a gathering of students from a number of area schools, held several weeks ago.

Sources told her that the event at a private home involved consumption of alcohol by minors and, derived from that, may also have involved an incident of sexual assault. Her sources also said that at least two students present, at various points, filmed portions of the gathering on their cell phones.

While reluctant to comment directly on disciplinary matters (as doing so risks compromising the confidentiality afforded to minors), the persistence of the rumors, ultimately leading to yesterday's inquiry, now, I believe, merits a more full accounting from the School out of respect for you as a Brunswick parent.

---

Several weeks ago, the School responded in a disciplinary fashion after learning of the gathering of 9th-grade students to which the New York Times reporter seemed to be referring.

The party was held at a private home, apparently without the knowledge of the homeowner. It involved students from a number of area schools, and, ultimately, was brought to the attention of the Greenwich Police.

WICK0778

Upon our learning of the event, Brunswick responded in line with long-standing School precedent: All Brunswick students involved were immediately brought through our disciplinary process. In addition, the parent who owned the home where the gathering was held was asked to meet with me, and did so.

During the course of our disciplinary inquiry, all Brunswick students present acknowledged they were aware of the presence of alcohol; they also acknowledged that cell-phone images had been taken at various points, in one instance by a Brunswick student and in another by a non-Brunswick student. Brunswick has not been given access to view these photos.

Brunswick students we questioned were, however, firm in representing that they had not provided the alcohol for the event, nor did they admit to participating in (or having knowledge of) any instance of sexual assault.

As of now, police have brought no charges that any act of sexual assault occurred or was committed by any student present at the party.

As you would expect, derived from our interviews and the boys' responses, those involved were held accountable for that to which they either admitted and/or for what could be proven they did.

All Brunswick students present at the event were placed on **Disciplinary Warning**. Two were also **Suspended**. As always, it has been made clear (both verbally and in writing) that, should charges be filed by the police or should further evidence become available, the School reserves the right to take further disciplinary action.

Concurrent to this inquiry, the school learned of yet another party, again involving students from multiple schools and of varying ages, at a private home, where alcohol was available.

In the instance of the second gathering, too, I spoke with the homeowner, and we also directly questioned Brunswick students said to be present. Again, we know of no charges of sexual assault and have uncovered no evidence leading us to believe any such event occurred.

Moreover, given the pattern of contemporary teenage social life, it's regrettable but entirely probable that there have been, over this same period, still other such gatherings of which we are unaware and….no doubt….there will be more yet to come.

The issue, of course, is that gatherings of minors which intentionally or unintentionally involve alcohol neither begin nor end well and more often than not risk garnering the attention of either the School or the Police….or both.

From our perspective, both events prompted us to remind the entire Middle and Upper School community of our expectations in regard to under-age drinking and the hosting of such parties. <u>A copy of the letter recently sent to our community is attached</u>.

It is, as always, critical that the School's disciplinary expectations are both clearly delineated and consistently enforced. If any further facts or charges come forth, the School (as always) reserves the right to take further action.

Like our children, as parents and educators, we're all struggling as we encounter and respond to new and unprecedented circumstances — in which alcohol, drugs, sex, and technology have become a dangerous and permanent mix in the challenge of growing up. Ultimately, in this new and much more dangerous environment, our children will benefit most from learning how to take responsibility for themselves and their actions, and our example will always be the most powerful teacher.

Consequently, I'm writing today to outline and account for Brunswick's response thus far, in the hopes of putting hurtful rumors to rest — and also to encourage our students and their friends to take and maintain responsibility for their own actions in the days, months, and years ahead.

I also feel compelled to emphasize that conversations about such difficult events, in the absence of facts, are most often damaging. It is important that all adults set the best possible example by taking the greatest care in conversations regarding specific children that could, in any way, be construed as adding to rumor.

Please don't hesitate to contact me if you wish to discuss further any aspect of this situation or the School's related response.

Tom


Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue | Greenwich, CT 06830
▇▇▇▇▇▇▇▇ (Fax)
▇▇▇▇▇▇▇▇ | www.brunswickschool.org