Plaintiff Exhibit T

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CIVIL ACTION NO:   3:18-cv-01322-KAD

JUNE 15, 2020

----------------------------------------

JANE DOE,

                 Plaintiff

        -vs-

TOWN OF GREENWICH, ET AL,

                Defendant

----------------------------------------


    VIDEOTAPED DEPOSITION OF DETECTIVE CHRISTY GIRARD

APPEARANCES:

    BRAXTON HOOK, LLC
      Attorneys for the Plaintiff
      280 Railroad Avenue, Suite 205
      Greenwich, Connecticut  06830
      PHONE:  (203) 661-4610
      E MAIL:  ehook@braxtonhook.com
    BY:   ELIZABETH I. HOOK, ATTORNEY-AT-LAW

    MITCHELL & SHEAHAN, P.C.
      Attorneys for the Defendant
      Sergeant Detective Brent Reeves and
      Detective Krystie M. Rondini
      80 Ferry Boulevard, Suite 216
      Stratford, Connecticut  06615
      PHONE:  (203) 873-0240
      E MAIL:  jslippen@mitchellandsheahan.com
     BY:  JESSICA SLIPPEN, ATTORNEY-AT-LAW

Page 6

```
 1   THEREUPON,
 2              D E T E C T I V E   C H R I S T Y   G I R A R D,
 3                     Greenwich Police Department,
 4                            11 Bruce Place,
 5                     Greenwich, Connecticut  06830,
 6              first having been duly sworn, was examined and
 7              testified as follows:
 8   DIRECT EXAMINATION
 9   BY MS. HOOK:
10       Q      Good morning.  It's detective?
11       A      Correct.
12       Q      And have you been deposed before?
13       A      Not in a criminal matter, in a personal matter.
14       Q      So, you are familiar with how a deposition
15   works?
16       A      I am.
17       Q      Just I know this is probably familiar to you,
18   but I just want to go over basic ground rules.
19       A      Sure.
20       Q      If you don't understand a question that I ask,
21   please ask me to repeat it, or rephrase it, or just advise
22   me you don't understand.  If you don't do that, then I will
23   presume that you understand the question.
24       A      Okay.
25       Q      You may consult with your counsel as long as a
```

Page 22

1  School.  I wanted to investigate crimes.  I've taken
2  internet crimes against children classes.  I've taken child
3  exploitation classes, sex assault investigation classes.  I
4  can't tell you off the top of my head all the professional
5  development.
6      Q    Okay.  And how did your duties change when it
7  became the special victims section?
8      A    We then started investigating crimes against the
9  elderly.  We also took on missing persons, sex assaults, you
10 know, people with special needs, sometimes like autistic,
11 you know, people, that doesn't mean just children, but
12 anyone that had just, you know, not the typical, you know,
13 we never did domestics or anything like that, but it was all
14 people with, you know, elderly.  I also had arson
15 investigations, and I took on that too.
16     Q    I'm sorry, arson?
17     A    Arson investigations, yes.
18     Q    And how does arson fit into special victims?
19     A    Well, more than 50 percent of all arsons are
20 committed by juveniles.
21     Q    I'm sorry?  By?
22     A    Juveniles.  And so, being able to have someone
23 that has the specialty of juvenile crimes and those laws
24 helped with, you know, investigating arsons.
25     Q    Okay.  And are you still in the special victims

Page 23

```
 1   section?
 2       A      No.
 3       Q      When did you leave?
 4       A      I believe it was 2014 when I became a detective
 5   working for cold cases.
 6       Q      Why were you reassigned to cold cases?
 7       A      It was an assignment change.  I was requested to
 8   investigate cold case homicides.
 9       Q      You requested that change?
10       A      No.
11       Q      Who were you reporting to in 2014 when you left
12   for cold cases?
13       A      It went back and forth a lot.  I believe Mark
14   Zuccarella, Lieutenant Mark Zuccarella, he might have been a
15   sergeant at the time, I don't remember, or lieutenant.  I
16   went back to reporting to Sergeant Kelly for a little while,
17   I was -- I had Sergeant Scorca for a little while.  But all
18   around that time it kept on like kind of evolving, so I
19   can't tell you even who was before who.  It was definitely
20   Mark Zuccarella when I initially went over.
21       Q      When you initially went over to cold case?
22       A      To cold case, yes.
23       Q      Okay.  When in 2014 did you move to cold case?
24       A      So, I remember being February, I don't remember
25   if it was 2014 or 2015, to be honest with you.
```

1  positions to the cold case, I couldn't do it as much.  So,
2  it wasn't technically like, no, like there wasn't really a
3  liaison, I really only, you know, help out if they wanted me
4  to do a special talk, so it wasn't really the liaison.
5      Q    And you haven't done it since then?
6      A    Have I done talks since then?
7      Q    Have you been the liaison to Brunswick School
8  since you went to cold case?
9      A    Yeah, I've done talks.
10     Q    Okay.  I'm not talking about talks, I'm talking
11 about being appointed the liaison to Brunswick School.  Have
12 you been in the position of the liaison to Brunswick School
13 since you moved to cold case?
14     A    So, to try to clarify, I couldn't take on that
15 much, so I wasn't like this direct contact all the time with
16 them and stuff like that.  They would just call the special
17 victims section, and so they weren't, you know -- they very
18 rarely contact me because they needed, you know, help or
19 they needed, not help, or if they had any questions or
20 something.
21     Q    Okay.
22     A    So, I can't say -- so, when we say liaisons,
23 there is no like documentation saying you are the liaison
24 official, whatever, it's kind of always what we just called
25 it.

```
 1       Q      Okay.
 2       A      So, once I got to cold case, you know, that role
 3  like really kind of, sorry, died down.  I just couldn't do
 4  it.
 5       Q      Did anyone takeover for you?
 6       A      So, I think everyone would just pick up, anyone
 7  would pick up the phone and do it.  Sometimes I wouldn't
 8  even come into the office for all week, you know, for a
 9  month.
10       Q      Okay.
11       A      So, I wasn't in Greenwich.  I would go pick up a
12  car, sometimes not even go inside, and go right up to Rocky
13  Hill.
14       Q      So, any work you did sort of in a liaison
15  capacity was ad hoc from that point on?
16       A      Yeah.
17       Q      Okay.  And remind me, again, when you went to
18  cold case?
19       A      I think, I remember it was February.
20       Q      It was either 2014 or 2015?
21       A      Yeah, and who knows, it could be 2013, I don't
22  know, but I did figure out a way that I can research it
23  while I was out there.  Just to let you know, I don't have
24  it with me, but I know a way to research us.
25       Q      Can you tell us what that way is?
```

Page 119

```
1    alcohol to anybody?
2         A     Correct.
3         Q     Okay.
4         A     Or allowed it.  You have to --
5         Q     So, what is allowed in allowing it?
6         A     It's failing to halt it.  There is providing it,
7    one thing, and the other one isn't allowing it, it's the
8    actual statute says that you are not stopping, you are not
9    preventing, not halting the possession of it.
10        Q     Okay.
11        A     But you have to have knowledge of that.  You
12   have to prove that there is knowledge of it before you could
13   prove that they did not halt it.
14        Q     Let's go to the next Exhibit 4, which is your
15   Exhibit 4, and that is the 10/6/2014 E mail from Mike
16   DeAngelo to Tom Philip.  Tell me when you finish reviewing
17   it.
18        A     (Witness reading.)
19        Q     Are you finished reviewing it?
20        A     Yes.
21        Q     You wrote this E mail -- I'm sorry.  This is an
22   E mail from Michael DeAngelo in which he says that, Christy
23   called me a few minutes ago.  The parents of the girl, a GA
24   student, have not told her yet and do not want the police to
25   interview her until they have a chance to make her aware of
```

1  this.  She asked if you could give her a call so that she
2  can update you.  Why was it important to update Tom Philip
3  at Brunswick School?
4      A    Because he's part of this.  He was notified by
5  Adam Rohdie.
6      Q    Did you notify Adam Rohdie and give him an
7  update?
8      A    I don't remember.
9      Q    Is there any evidence that you did?
10              MS. SLIPPEN:  Objection to form.
11              THE WITNESS:  I don't see any here.
12  BY MS. HOOK:
13     Q    Okay.  Why is this communication not in the case
14  incident report?
15     A    I don't recall.
16     Q    Okay.  Why was it important to notify him this
17  quickly of the status?
18     A    It's a potential sex assault and having a
19  potential predator on his campus is very important.
20     Q    All right.  So, let's turn to the next page of
21  that exhibit.  You write at 10:19 p.m., I know it's late,
22  but I just received a call from the family, they assured me
23  there was no sexual assault.  You are providing this
24  information to Tom Philip that there was no sexual assault
25  even though you personally believed that there was?

Page 127

```
 1   police officer?
 2       A     Yes, he is.
 3       Q     Did he forward to you a video that he received
 4   from a parent showing a naked unconscious girl being
 5   digitally penetrated?
 6               MS. SLIPPEN:  Objection to form.
 7               THE WITNESS:  I thought that Tom Keegan is
 8           the one that gave this video to Mikey Reynolds,
 9           but I'm not positive, that's how I remember it.
10   BY MS. HOOK:
11       Q     Okay.
12       A     If this is the video that you are talking about.
13   The incident with the ▮▮▮▮, I think that's how they got it.
14       Q     Okay.  So, since that information -- none of
15   that information is in your case incident report, so there
16   is no way of us knowing, right?  You didn't feel it was
17   necessary to put that information in?
18       A     I think that's why I think I put anonymous.
19       Q     Okay.  So, Tom Keegan during his testimony said
20   that he received -- okay.  Withdrawn.
21               MS. SLIPPEN:  Do you want to mark that?
22               MS. HOOK:  No, no, it's deposition
23           testimony.
24               MS. SLIPPEN:  Right.  But if you are going
25           to introduce it and read from it, I want to see
```

Page 164

1 Thomas Keegan?
2     A    No.  I am a little confused because one says
3 it's a Greenwich Country Day drinking and the other one says
4 it's a sex assault.
5     Q    Yes, because it was unclear, that's why.
6     A    I don't recall either of them.
7     Q    Okay.  So, you have no recollection of receiving
8 this video from Thomas Keegan?
9     A    None.
10    Q    Okay.  Let's go to Exhibit 1, which is the
11 subpoena.  On the fourth page in Exhibit 1 to the subpoena
12 is a copy of an article that was published in -- on
13 November 13th, 2014.  Have you seen this article before?
14    A    After you sent this.  It's the first time I saw
15 it, when you sent it.
16    Q    You have never seen this article before?
17    A    No.
18    Q    Can you read the article?  Have you read through
19 the article?
20    A    I did.  Once you gave it to me in the subpoena,
21 I did.
22    Q    Okay.  Are the facts of this case familiar to
23 you at all?
24              MS. SLIPPEN:  Objection to form.
25              MS. HOOK:  Let me rephrase that.

1   actions taken regarding the videotaping of a potential
2   sexual assault, did you think it was important to determine
3   whether or not these rumors were about something different
4   than what you investigated or possibly the same thing that
5   you investigated?
6        A     Maybe I did.  But you remember, I was
7   investigating cold case homicides.  I was not doing this,
8   that I got called in for whatever reason this one that I
9   got, maybe I was the only one on duty and everyone was off.
10       Q     In 2014 you were in cold case already?
11       A     Yeah, I believe I was.
12       Q     Okay.  You said you weren't sure if you went in
13  2014 or 2015?
14       A     Correct, and this is 2014, this is October.
15       Q     Okay.  So, you are saying that at the time of
16  this investigation, you were not in SVS anymore?
17       A     No.  Well, I mean, I shouldn't say that.
18       Q     Okay.
19       A     I was -- cold case was under SVS when I
20  initially came in, that's why Lieutenant Zuccarella was my
21  supervisor.  That's why he went with me.  But I don't know
22  the circumstances if, you know, there's times, listen, they
23  come down, I'm a sex assault expert, I have no one else, can
24  you go take this call?  So, that could have happened like
25  that.  But I wouldn't take every single sex assault.  Maybe

Page 194

```
 1      A       Okay.
 2      Q       You review the document and let me know when you
 3   are done.
 4      A       (Witness reading.)
 5              Okay.
 6      Q       Okay.  So, on September 7th, you wrote in an E
 7   mail to Michael DeAngelo and Tom Philip, Tom and Mike, I was
 8   notified that I am your police liaison at Brunswick.  So,
 9   I'm a little confused because I think you testified that
10   there was no formal assignment?
11      A       Right.  So, you are never going to find, like,
12   in a -- in my file where it says the dates of being a police
13   liaison and what schools, I don't think you'll find that.
14      Q       Okay.
15      A       I wouldn't say for sure, but I don't think so.
16      Q       Does this mean that you were not the police
17   liaison prior to this date?
18      A       No, I think I was.  Yeah, I was.  I was.  I
19   don't know why I wrote it like that.  I was definitely the
20   police liaison before 2016.
21      Q       Was there some reason that you wrote to them in
22   September of 2016 to notify them that you were a police
23   liaison?
24      A       Yeah, it's like a form, like in the beginning of
25   the year, we just reach out to everybody that, you know, of
```

1  all the schools.  It sounds like it's the beginning of the
2  school year.
3      Q    So, who notified you that you were the police
4  liaison at Brunswick?
5      A    See, but it didn't happen in 2016, it happened
6  initially back when we were all fighting over who was going
7  to do all the talks.  So, I don't think I could say that it
8  was someone -- I don't know.  Only because I wrote that, I
9  don't know.  Maybe I was clarifying if I still was the
10 liaison or not the liaison, and they then said, yeah, you
11 are, and so then I wrote the E mail.  I don't recall.  It
12 makes sense to me.
13     Q    What makes sense to you?
14     A    Why I would have -- when you look at the dates
15 here, it says on August, where I say look, I'm up at Rocky
16 Hill, I'm working cold case, but then a month later, I'm
17 saying, you know what, I was notified, I am your police
18 liaison.  So, maybe I just got clarified that I was.  And
19 now it's September again, and it's the beginning of the
20 school year after August, I told them, you know, I'm
21 assigned to cold case, so I'm not really going to be doing
22 any of the stuff anymore or I don't know what's going on
23 because I'm in cold case.  I don't know.
24     Q    So, you don't remember why somebody would
25 suddenly tell you in September that you are assigned as

Page 197

1   A    I'm sorry, the proper thing is SRU, special
2   response unit.
3   Q    Okay.  And he was in that unit at that time?
4   A    He still is.
5   Q    Okay.  So, you're telling them that you and the
6   SWAT team will come if anything happens at Brunswick?
7   A    Yeah.
8   Q    Okay.
9   A    Well, I'm not saying just that.  Just that, not
10  only that, but to make sure that if, you know, not just
11  shootings, we're really, you know, them being -- we're very
12  invested because we want the place to be safe for my son.
13  Q    I'll stop by on occasion to check on you all and
14  try to make your students comfortable as the representative
15  of GPD.  That's more along the same lines?
16  A    No, that's more along the lines of community
17  policing.  So, you want to make sure that the students feel
18  comfortable to report crimes.  So, you want to be seen
19  there, and you want to say hello, and you want to try and
20  have lunch, you want to try and go to a class, go to a game,
21  whatever you are going to do so people see you as a person
22  not just a police officer, so they feel comfortable to
23  report crimes, a big part of community policing.
24  Q    Okay.  So, your -- this E mail, although it
25  sounds like it's starting up again, your relationship with

```
 1   Brunswick, it really never stopped?
 2                  MS. SLIPPEN:  Objection to form.
 3   BY MS. HOOK:
 4        Q     Is that correct?
 5        A     My relationship, what do you mean?
 6        Q     With Brunswick.  Your working as a liaison with
 7   Brunswick was never really interrupted over the years, was
 8   it?
 9        A     Well, when I wrote, I was notified that I'm your
10   police liaison, and then about August 6th says, listen, I'm
11   not -- I've been assigned to this up here.  So, it does
12   sound like there was a break, and then I say I'm notified,
13   it kind of sounds like there was a break.
14        Q     Okay.
15        A     I know there was a break because I wasn't
16   available driving up to Rocky Hill.
17        Q     Okay.  So, Michael DeAngelo responds to your E
18   mail by saying, thanks, Christy.  Any news on -- and I'm
19   assuming that word should be our friend.  There are some
20   rumors circulating that she tried to harm herself.  What is
21   he talking about there?
22        A     I do not know.
23        Q     Does it sound like you and he have been having
24   regular conversations about your friend?
25                  MS. SLIPPEN:  Objection to form.
```

Page 199

```
 1                THE WITNESS:  It sounds like that there is
 2          a girl that tried to harm herself.
 3  BY MS. HOOK:
 4       Q     Do you have any recollection as to who that
 5  might have been?
 6       A     No.  September, 2016.  There's no girls that
 7  goes to that school.  You see, I said to them, I have no
 8  claims of information.  I don't know.  I told them I don't
 9  know what you are talking about, and that there's a rumor,
10  and I don't know how I responded to this.  How did I respond
11  to it?
12       Q     I thought you were thinking.  How did you
13  respond to it?
14       A     It doesn't look like I ever responded.  Maybe I
15  just ignored it because I -- I don't know.
16       Q     Okay.  Did you know anything about Jane Doe's
17  complaint against ▮▮▮▮ ▮▮▮▮▮▮▮?
18       A     No, never knew anything, never knew that name
19  ever.
20       Q     Never -- I'm sorry.  I didn't understand you.
21       A     The name that you just mentioned, I have never
22  heard of.
23       Q     Okay.  In your role as liaison at the time that
24  the investigation was taking place, would you have learned
25  about it?
```

```
 1      A      The 2014 incident?
 2      Q      2016.
 3      A      So, I didn't even know what year or anything
 4   that took place.
 5      Q      Okay.  So, the question I'm asking is, Jane Doe
 6   made her complaint against the Brunswick student ▮▮▮▮
 7   ▮▮▮▮ on August 3rd, 2016.
 8      A      So, that's what this is.
 9      Q      And that's what Michael DeAngelo is reaching out
10   to you for information about.
11      A      Which is the first time I'm ever -- no idea.
12      Q      Okay.  And then in September, you are suddenly
13   assigned, again, to be liaison to Brunswick?
14      A      Right.
15      Q      Do you have any notion as to what prompted that
16   assignment?
17      A      No.
18      Q      Okay.  Did you ever speak with Michael DeAngelo
19   about the Jane Doe complaint?
20      A      I do not recall any conversation --
21      Q      Well --
22      A      -- ever.
23      Q      -- he does say that you had a conversation.  He
24   says you were a bit evasive?
25      A      Yeah, but it doesn't sound like I know what he
```