# Plaintiff Exhibit W

```
 1   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF CONNECTICUT
 2   -------------------------------x          CONFIDENTIAL
     JANE DOE,
 3
                     Plaintiff,
 4
     vs.                       Case No. 3:18-cv-01322-KAD
 5                             Date:  July 29, 2019
     TOWN OF GREENWICH, ET AL,
 6
                     Defendants.
 7   -------------------------------x
     COMPLEX LITIGATION AT WATERBURY
 8
     JANE DOE, JOHN DOE, AND MARY DOE,
 9
                     Plaintiffs,
10
     vs.                       Case No. X06 UWY-CV-18-5024973-S
11
     BRUNSWICK SCHOOL, INC.,
12
                     Defendants.
13   -------------------------------x

14                  DEPOSITION OF ▮▮▮▮▮▮▮▮▮▮

15       The deposition of ▮▮▮▮▮▮▮▮▮▮  was taken on

16   July 29, 2019, beginning at 11:00 a.m., at Two

17   Greenwich Office Park West, Greenwich, Connecticut,

18   before Susan Wandzilak, Registered Professional

19   Reporter and Notary Public in the State of

20   Connecticut.

21
                     Susan Wandzilak  License No. 377
22               DEL VECCHIO REPORTING SERVICES, LLC
                  PROFESSIONAL SHORTHAND REPORTERS
23                       117 RANDI DRIVE
                    MADISON, CONNECTICUT 06443
24                       800-839-6867

25   NEW HAVEN                  STAMFORD         HARTFORD
```

```
 1                                    ▉▉▉▉▉▉ ,
 2               having been first duly sworn, testified as
 3          follows:
 4               THE COURT REPORTER:   What is your full name
 5          and address for the record?
 6               THE WITNESS:   ▉▉▉▉▉▉ , ▉ ▉▉▉▉▉▉
 7          ▉▉ , ▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉ .
 8                         DIRECT EXAMINATION
 9     BY MS. BRAXTON:
10          Q.   Good morning.  I am Meredith Braxton.  I
11     represent Jane Doe in the Federal case and I represent
12     the Doe family in the case against Brunswick.
13               Have you ever been deposed before?
14               MR. HARNESS:   Excuse me, just before we
15          begin, can you designate the transcript
16          confidential?
17               MS. BRAXTON:   Yes.  Thank you very much.  We
18          are designating this transcript confidential
19          under the protective orders in both cases, the
20          state case and the Federal case.
21               MR. HARNESS:   Thank you.
22               MS. BRAXTON:   Thank you for reminding me.
23               MR. HARNESS:   Sure.
24     BY MS. BRAXTON:
25          Q.   Have you ever been deposed before?
```

```
1                    Exhibit 1.
2              (Whereupon,      Exhibit No. 1 was marked
3    for identification.)
4    BY MS. BRAXTON:
5         Q.   Okay, Mrs.      , are you appearing pursuant
6    to the subpoena I just handed you?
7         A.   Yes.
8         Q.   Okay.  And if you flip to the last page -- I
9    think this is two-sided.  So there is a schedule of
10   documents that were requested.  Did you bring any
11   documents that are responsive?
12        A.   No.
13        Q.   Did you search for documents that were
14   responsive?
15        A.   No.
16        Q.   And why didn't you search for any responsive
17   documents?
18        A.   Because there are none.
19        Q.   Okay.  So from the description you knew that
20   you didn't have any?
21        A.   Um-uh.
22        Q.   Can you give me a snapshot of your
23   educational background?
24        A.   Well, I am an M.D.
25        Q.   Okay, and can you give me -- where did you
```

```
 1    graduate from?
 2         A.   College or medical school?
 3         Q.   Just give me both.
 4         A.   College is ████████ and medical school is
 5    ██████████████████████████████.
 6         Q.   Okay, and can you give me a snapshot of your
 7    work history?
 8         A.   I have had the same job for the past, you
 9    know, ██████ years.
10         Q.   Okay, and what is that?
11         A.   I am a ████████████████.
12         Q.   █████████████████████████████████████?
13         A.   I work in ████████████████████.
14         Q.   And is that located in ██████████?
15         A.   No.
16         Q.   Where is it located?
17         A.   In ████████████.
18         Q.   Okay, do you live in ██████████?
19         A.   Yes.
20         Q.   And you are married?
21         A.   Um-uh.
22         Q.   And who are you married to?
23         A.   ████████████.
24         Q.   And do you have children?
25         A.   Yes.
```

```
1          Q.   How many do you have?
2          A.   I have ████████████████████████████
3    ██████████.
4          Q.   Okay, and is ████████ one of your children?
5          A.   Um-uh.
6          Q.   Where does she fall in the order?
7          A.   She is ████████████████████
8          Q.   How old is she now?
9          A.   She is 18.
10         Q.   And so how old was she in the fall of 2014?
11         A.   ██████████████████████ ████████████
12   ██████████.
13         Q.   ████████████████████████████████████,
14   then she was 14?
15         A.   Um-uh.
16         Q.   Okay.  In October of 2014, where was ████
17   attending school?
18         A.   ████████ -- ████████████████, 2014.
19         Q.   And has she always attended ██████████
20   ██████?
21         A.   Um-uh.  Yes, sorry.
22         Q.   To your knowledge, did ████ know any boys who
23   attended Brunswick School?
24         A.   She knew of them, yes.
25         Q.   Okay, and how did she know of them?
```

```
 1        A.   I am not sure, probably friend groups, that
 2   sort of thing.
 3        Q.   Okay, and do you know specifically who
 4   attended Brunswick that she knew?
 5        A.   Not specifically.
 6        Q.   Are there any names that come to mind?
 7        A.   Well, no, just the ones you have listed here.
 8        Q.   Okay, and do you have any idea how she met
 9   Brunswick students?
10        A.   I don't.
11        Q.   Have you heard the name                    ?
12        A.   I have.
13        Q.   And when was the first time that you heard
14   that name?
15        A.   It was a long time ago but back in 2014 when
16   it was her first year at the high school.
17        Q.   That's the first time you heard of him?
18        A.   Um-uh.
19        Q.   Okay, and how did you hear about him?
20        A.   Well, I think -- again, it was a long time
21   ago.  It was probably that he was having a party that
22   night and she was going there.
23        Q.   Okay, we will get to that in a minute.  Did
24   you ever meet                    in person?
25        A.   No.
```

```
 1          Q.   Okay, have you ever met anyone in ▮▮▮
 2   ▮▮▮▮▮▮▮▮'s family?
 3          A.   In retrospect, I probably met his father one
 4   time when I picked my daughter up that night.
 5          Q.   Have you ever met ▮▮▮▮▮▮▮▮▮▮▮?
 6          A.   No.
 7          Q.   Have you had any communication with them
 8   since the party?
 9          A.   No.
10          Q.   None of the ▮▮▮▮▮▮▮▮?
11          A.   No.
12          Q.   At any time, had you ever heard the name
13   ▮▮▮▮▮▮ ▮▮▮▮?
14          A.   ▮▮▮▮▮▮, ▮▮▮▮, yes.
15          Q.   When was the first time you heard his name?
16          A.   Well, ▮▮▮▮▮▮▮▮▮▮▮ attended ▮▮▮▮▮▮▮
17   and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with my daughter.
18          Q.   And, do you know anyone -- and so was ▮▮▮
19   friends with ▮▮▮▮▮▮▮▮▮▮▮?
20          A.   They were friendly.  I wouldn't say, you know
21   -- they were friendly.
22          Q.   And were they friendly in ▮▮▮▮▮▮▮▮▮▮?
23          A.   Honestly, I can't remember.  Probably not at
24   that age.  There is not a lot of overlap between an
25   elementary school between boys and girls.
```

```
 1         Q.   How about                              ?
 2         A.   Again, the same friend group but I just knew
 3    his name.
 4         Q.   Did he ever come over to your house?
 5         A.   Not that I recall ever.
 6         Q.   And you referred to a party that took place
 7    in I believe October, 2014.  Is that correct?
 8         A.   I don't actually remember the date.
 9         Q.   Okay.
10         A.   But I know it was, it was her first year in
11    high school, yeah.
12         Q.   Okay.
13         A.   So it was still soccer season so September,
14    October.
15         Q.   Okay.  Did you hear                        's name in
16    connection with that party?
17         A.   No.
18         Q.   Did     ever mention him during the fall of
19    2014?
20         A.   No.
21         Q.   Have you heard the name                        before?
22         A.   Yes.
23         Q.   When did you hear that name?
24         A.   The night of that party.
25         Q.   And how did you hear about him?
```

```
 1          A.    I think she was just giving me the address.
 2          Q.    Okay.
 3          A.    I mean, that's how I remember it.  It was
 4     nothing alarming.
 5          Q.    Do you remember whether it was particularly
 6     late?
 7          A.    I don't think it was particularly late.
 8          Q.    And do you know whether there were any
 9     Brunswick students at that party?
10          A.    Well, I know like that                    and
11                      were there, if they go to Brunswick
12     which I am pretty sure they do.
13          Q.    Okay, and do you know whether
14     was there?
15          A.    I never heard that he was there.
16          Q.    Okay.  What other minors do you know who went
17     to the party?
18          A.    I don't know.  I mean, it was a long time
19     ago.  I only knew that really picking her up that
20     was at this party so --
21          Q.    Okay.  Did you come to learn later who else
22     was at the party?
23          A.    No, just really those, you know, again those
24     two boys because one was the house and one might have
25     been connected to     that night.
```

```
1        Q.   Do you know whether ████████████ went to
2    that party?
3        A.   I don't know for sure.
4        Q.   So did you go and pick ███ up?
5        A.   Yes.
6        Q.   Okay, and what, did you go to the door or did
7    she come out?
8        A.   She was walked out by ████████████ 's father
9    to my car.
10       Q.   And what kind of condition was ███ in when
11   she walked out to your car?
12       A.   She couldn't really walk by herself and she
13   was stumbling.  And as soon as she got into the car
14   she reeked of vomit and she was just very disheveled
15   and obviously drunk.
16       Q.   Okay, and did you have any conversation with
17   Mr. ████████   about that?
18       A.   No.  He really gave me no indication that she
19   was drunk and in a certain state.  So I was just sort
20   of piecing it together after he put her in the back
21   seat and then walked off.
22       Q.   So he didn't put her in the front seat?
23       A.   No.
24       Q.   Why was that?
25       A.   He just walked her to the back seat.  He just
```

```
 1    opened -- I just remember him putting her in the back
 2    seat, you know.
 3         Q.   Okay.
 4         A.   And he was just saying normal pleasantries,
 5    you know, with no recognition of the fact that my
 6    daughter was very inebriated and had vomit on her.
 7         Q.   And did you find that unusual?
 8         A.   Yeah.  Yeah, it was very alarming.
 9         Q.   Was      's clothing at all dishelved?
10         A.   Um-uh.
11         Q.   And in what way?
12         A.   Her like sweatshirt was inside out and she
13    had vomit running all the way down like her chest.
14    And, you know, it just, you know, it was just
15    dishelved.
16         Q.   Was she wearing pants or a dress or --
17         A.   She was wearing pants but I don't remember
18    what kind.
19         Q.   Where did you go from there?  What did you do
20    from there?
21         A.   Well, I drove her home and, you know, she was
22    very drunk and I took her home.  And I, you know,
23    called my husband.  I took her phone to try to figure
24    out what was happening.  And, you know, that's when I,
25    you know, got a bad feeling about that party.
```

1      And then I found this weird video that I
2  didn't know if she was attending parties where that
3  type of thing was happening so -- and then I called my
4  husband.  And he did go back over to the
5  residence afterwards.  And I actually took        to the
6  emergency room that night.
7      Q.   I am sorry for going over this again.  I am
8  sure that it's upsetting.
9      A.   Yeah.
10     Q.   So it was that night of the party that you
11  saw the video?
12     A.   On her phone.
13     Q.   On her phone.
14     A.   Yes, because she was so inebriated and I was
15  trying to ask her what what's happening and she was
16  not coherent.  And I just was concerned because, you
17  know, I was a new parent to a high schooler so I never
18  been in this situation before.  And I didn't know --
19  it was really like sort of a new friend group that she
20  was hanging with.  So I didn't know -- I was just
21  dealing with the unknown so I didn't know what was
22  happening.
23     Q.   So what was happening on that video that you
24  saw?
25     A.   Well, on that video was a girl who was

```
 1    completely naked.  You could not see her face and she
 2    was laying face down with her head in the distance.
 3    And there were a group of boys on the side.  One of
 4    them was digitally manipulating her.  And she was
 5    obviously unconscious because she wasn't moving when
 6    this was happening.  And the boys were all laughing
 7    and -- yeah.
 8         Q.   How did you know that it wasn't ███ ?
 9         A.   On the video?
10         Q.   Yes.
11         A.   Just knew it wasn't ███ , because I said ███ ,
12    what is this, who is this, where was this.  And, you
13    know, it wasn't ███ .  One, it was on her phone.  It
14    wasn't, you know, something that was video -- it was
15    in a group chat.  It wasn't video'd on her phone.
16         Q.   Who else was in that group chat?
17         A.   I don't, you know, and again, I don't
18    remember like the group chat.  And I am calling it a
19    group chat now because I know what group chats are
20    five years later.  Back then it was all new.
21         Q.   Right.
22         A.   I was just going through text messages and
23    trying to figure out what was happening.
24         Q.   Right.  Okay.
25         A.   And, you know, and I found that.
```

```
1          Q.   And do you know who else was in that group of
2    people sharing that video?
3          A.   I do not.
4          Q.   Do you know whether ███████████     was one of
5    them?
6          A.   I would say -- again, this is from memory, I
7    don't think he was in that video.  That was the
8    impression that I had but I didn't know who the boy
9    was in the video.
10         Q.   Did the boy's face appear in the video?
11         A.   Um-uh, clearly.  And ███ didn't know who he
12   was either.
13         Q.   Okay.  Do you know who else was in that text
14   group who was looking at the video?
15         A.   No.
16         Q.   What did ███ know -- did you ask ███ about
17   that video?
18         A.   Um-uh.
19         Q.   And what did she tell you about it?
20         A.   She just said I don't know who they are, I
21   don't know where it was.  You know, it was just denial
22   and she didn't know much.
23         Q.   Okay, so you said that --
24         A.   Which, I mean, what she did say is, she said
25   I think it was a Brunswick -- they are Brunswick boys
```

```
 1   and the girl was from Greenwich Country Day.
 2        Q.   Did she say who it was?
 3        A.   No.  She indicated she really didn't know who
 4   it was.
 5        Q.   Okay, did she say why she was receiving it?
 6        A.   Only that it was -- you know, again it was a
 7   group chat.  I mean, only in me pressing her, you
 8   know, it wasn't, you know, she -- she had never come
 9   to me and said I got this video.  I mean, she was 13,
10   14 at the time.  But, you know, it's just that it was
11   in a group chat.
12        Q.   Was that video -- when you looked at her
13   phone, was it sent out that night or was it sent out
14   on some other day?
15        A.   It was not from that night.  You know, it was
16   not from that night.
17        Q.   Did it have a different date on it when you
18   look at the text messages, you know, how they have a
19   date on top?
20        A.   I only know from like, from my memory,
21   scrolling down her phone that it was quite far down,
22   like, you know, whereas the party texts were more at
23   the top so --
24        Q.   Okay.  All right, so you don't really know
25   whether it was that night or some other time?
```

```
 1        A.    I couldn't say for sure.

 2        Q.    So what did you do after you got home?  You

 3   said that you went to the ER?

 4        A.    Um-uh.

 5        Q.    So why did you go to the ER?

 6        A.    Well, after finding texts with -- indicating

 7   that she had hooked up and then this video that was

 8   very disturbing, I was just worried that, you know,

 9   she may have been violated.  So I wanted, you know,

10   somebody to check her out and, you know, she was so

11   inebriated I didn't think that she would be able to

12   remember or give me any real information to that.

13        Q.    Okay, and so you went to the ER?

14        A.    Um-uh.

15        Q.    And what did you ask them to do?

16        A.    I just said, you know, I was just worried,

17   could you check her out because she is obviously very

18   drunk and I just wanted to make sure that nobody had

19   violated her.

20        Q.    And did they examine her?

21        A.    Um-uh.

22        Q.    And what were their conclusions?

23        A.    The doctors told me one hundred percent that

24   she was not sexually assaulted that night.

25        Q.    And when they said that, did they mean like
```

```
 1    nobody had intercourse with her?
 2         A.   Right, that she was not violated in any way.
 3         Q.   But they wouldn't have been able to tell for
 4    example as you said before if she had been digitally
 5    manipulated.  Correct?
 6         A.   Well, I don't know.  I mean, I told -- I
 7    asked the doctor and she had a pretty good reason why
 8    she said that it was not, that ▮▮▮ was not violated.
 9         Q.   And what was the reason that was given?
10         A.   That she -- I mean, you know, I hate saying
11    this about my daughter but that she had had a tampon
12    in that was quite engorged.
13         Q.   Okay.
14         A.   And, you know, obviously had not been moved
15    at all for the, you know, many hours.
16         Q.   And when you were at the ER, did anyone there
17    think that, you know, DCF needed to be contacted or
18    anything like that?
19              MR. STERLING:  Objection.  You can answer the
20         question.
21              THE WITNESS:  No.
22    BY MS. BRAXTON:
23         Q.   And what did you do after the hospital?
24         A.   Just went home.
25         Q.   Okay.  Did you contact the ▮▮▮▮▮▮▮ after
```

1   that?

2       A.   I never talked to the ███████ again from

3   when the father walked her out to my car.  I have had

4   no contact with them.

5       Q.   Okay.  What did you do with that video?

6       A.   That video I submitted to a police officer

7   named Tommy Keegan.

8       Q.   Do you know around what date you submitted

9   it?

10      A.   Probably within the first ten days, two weeks

11  max.

12      Q.   Can you tell me what form that video was in?

13      A.   You know, I don't know.  I don't know like if

14  it was a jpeg or something like that.

15      Q.   Or an MP four?

16      A.   I don't know.  It was just -- no, I don't

17  know it was like phone, you know.

18      Q.   Okay, and how did you -- did you call up the

19  police or --

20      A.   No.  I just found his contact information

21  from a friend of mine.

22      Q.   Okay.  So was it his e-mail at the police

23  department?

24      A.   No, it was a cell phone.

25      Q.   And how did you submit it to him?

```
1          A.   Again, on remembering, I would say it was
2     cell phone to cell phone.
3          Q.   So you messaged him?
4          A.   I believe so.
5          Q.   From ███'s phone or from yours?
6          A.   I think it was from my phone but it could
7     have been from hers.  But from what I remember is I
8     deleted it from ███'s phone and sent it to my phone,
9     like sent it to my phone first.  But that's on my
10    memory.
11         Q.   And did you say anything in the message where
12    you sent the video?
13         A.   What I remember is that he and I had some
14    phone conversations and that then he told me to go
15    ahead and transfer it to him at some point.
16         Q.   Okay.
17         A.   And we probably said something about it.
18         Q.   What do you remember about those phone
19    conversations?
20         A.   You know, just basically everything I told
21    you, like I heard that the boys are from Brunswick and
22    the girl was from Greenwich Country Day.  And it looks
23    like the girl is completely unaware that this is
24    happening.
25         Q.   And what did he say to that?
```

```
 1          A.    Something to the effect this is very
 2   disturbing and we will figure out what to do with it.
 3          Q.    And was there any followup by the Greenwich
 4   Police department with you about the videotape?
 5          A.    No.
 6          Q.    Did the police ever contact you about the
 7   party that     had gone to?
 8          A.    No.
 9          Q.    Did you ever contact the police about the
10   party that     had gone to?
11          A.    Again, I was trying to remember.  I believe
12   that I put in like to the anonymous tip line, I said
13   that there was under age minor drinking at that
14   address on that night and that the parents were aware
15   of it.  Within like the first couple of weeks again I
16   probably submitted that.
17          Q.    And so what made you think that the parents
18   were aware of it?
19          A.    Just by the way he walked her out to the car,
20   to be honest with you, like it was no big deal, like
21   nothing was wrong.
22          Q.    Is the video still on your phone?
23          A.    No.
24          Q.    Did you delete it from your phone?
25          A.    Yes, many phones ago.
```

```
 1        Q.   And you said that you had telephone calls
 2   with police officer Tommy Keegan, is that right?
 3        A.   Um-uh.
 4        Q.   Do you know whether that was on his personal
 5   cell phone or was that at the Greenwich Police
 6   Department's phone?
 7        A.   I am not sure.  I don't know.
 8        Q.   Who gave you his contact information?
 9        A.   A friend of mine whose name was John
10   Margenat.
11        Q.   Okay.  He used to be a first selectman in
12   Greenwich.
13        A.   Well, it's his son.
14        Q.   His son, okay.  And why did he refer you to
15   Tommy Keegan.
16             MS. SLIPPEN:  Objection.
17             THE WITNESS:  Okay, his girlfriend and I are
18        very good friends.  So as she has kids
19                                                    so,
20        you know, I was obviously very upset.  And so we
21        were discussing it and so she had reached out to
22        him for somebody for me to have a pathway.  So,
23        again, I was just dealing with the unknown.
24   BY MS. BRAXTON:
25        Q.   Okay, and did Police Officer Keegan refer you
```

1    to anyone else at the police department?

2         A.   No.

3         Q.   Okay.  Did he ever say what he did with the

4    video or whether he followed up with anyone at the

5    police department?

6         A.   No.

7         Q.   After the party, like in the days after the

8    party when ■■■ was sober again, did you ask her what

9    happened at the party?

10        A.   I did, um-uh.

11        Q.   And what did she say?

12        A.   She basically always maintained that, you

13   know, that it was not a video of her, she was not

14   sexually assaulted and, you know, kept -- just said

15   that the whole time.  And she did not know who they

16   were in the video.

17        Q.   Did she talk about the alcohol that was

18   served at the party at all?

19        A.   Again, this is from my memory is that, my

20   understanding that there was alcohol in like the

21   basement fridges and stuff where the kids were

22   gathering in the basement and that the parents were

23   home but, you know, she didn't -- she maintained that,

24   you know, obviously she got very drunk and the parents

25   probably didn't realize it until she couldn't walk.

```
1        Q.   Did she say that the parents came down to the
2   party at any time?
3        A.   I don't remember if she said that or not.
4        Q.   Okay.  Did you ask her about what happened
5   between her and              ?
6        A.   I did.
7        Q.   And what did she say about that?
8        A.   She maintained that they just kissed and that
9   was it and that I was overreacting and all that stuff.
10            MS. BRAXTON:  I have nothing further.
11                    CROSS EXAMINATION
12  BY MS. SLIPPEN:
13       Q.   I have a few questions.  Good morning.  My
14  name is Jessica Slippen and I represent the Town of
15  Greenwich and Brent Reeves and Krystie Rondini in the
16  Federal Court litigation.
17            I just want to follow up a little bit on your
18  conversations with Tommy Keegan, if that's okay?
19       A.   Um-uh.
20       Q.   Do you recall how many times you spoke with
21  Mr. Keegan?
22       A.   Probably two, three times.
23       Q.   Okay, and in your conversations with
24  Mr. Keegan, did you discuss with him what happened to
25  your daughter at that party in 2014?
```

```
 1         A.   I am not sure, probably on some level.  But I
 2    can't remember exactly.  I was more, you know, focused
 3    on the video.
 4         Q.   So you indicated that you sent him the video
 5    via a text message type exchange.  Correct?
 6         A.   Yeah.
 7         Q.   And you I believe testified earlier that you
 8    didn't know who the girl in the video was.  Correct?
 9         A.   Right.
10         Q.   So you couldn't tell Mr. Keegan who the young
11    girl was in the videotape?
12         A.   Right.  The only information I had is that
13    maybe she went to Greenwich Country Day, that was all.
14         Q.   I apologize if you have already answered
15    this, did you know any of the boys in that video?
16         A.   I did not.
17         Q.   So you had no way of telling Mr. Keegan who
18    those young boys were in the video?
19         A.   Right.  Right.  Yeah.
20         Q.   And these conversations with Mr. Keegan, can
21    you recall how long they would have lasted?
22         A.   I don't think they were very long but, you
23    know, less than ten minutes each time.
24         Q.   And I know it's been -- a long time has
25    passed but to the best of your recollection, when was
```

```
1   the first time you reached out to Mr. Keegan?
2       A.   You know, probably within the first week
3   after that party, something to that, maybe within the
4   first few days but I can't remember the exact time
5   line.
6       Q.   Okay.  You also indicated that you reached
7   out to the Greenwich Police Department via the
8   anonymous tip line.  Correct?
9       A.   Um-uh.  I just remember it being some sort of
10  e-mail like line, putting in an e-mail with the
11  address in it.
12      Q.   Okay.  So it wasn't via a phone call to the
13  tip line.  It was via an e-mail?
14      A.   Yes.
15      Q.   And do you recall how long after the party
16  you would have sent that anonymous tip via e-mail?
17      A.   It was the same, similar time frame, I would
18  imagine.
19      Q.   In that anonymous tip e-mail that you sent,
20  did you indicate at all what had happened to your
21  daughter at that party?
22      A.   I don't remember.  I am not sure.  I may
23  have.
24      Q.   Do you recall if in that tip line you
25  indicated if there was under age drinking?
```

```
 1        A.   Yes, I did.
 2        Q.   And did you identify that the home was the
 3   ████████   home?
 4        A.   I am not sure if I did.  I think I just put
 5   down the address.  I didn't really know any of these
 6   people.  So, you know, it was again, like I said, new
 7   to me.  She was in a new school hanging out with a new
 8   group of friends.
 9        Q.   Other than your conversations with
10   Mr. Keegan, did you ever speak to any other member of
11   the GPD pertaining to what occurred to your daughter
12   at the party in 2014?
13             MS. BRAXTON:   Objection to form.
14             THE WITNESS:   No.
15             MS. SLIPPEN:   That's all I have.
16                    CROSS EXAMINATION
17   BY MR. STERLING:
18        Q.   I am John Sterling.  I represent Brunswick
19   School and I have a few follow up questions,
20   Mrs. ████.
21        A.   Okay.
22        Q.   Thank you for your time today.  We spoke
23   about the video and I believe it was your testimony
24   that you did not report the existence of the video to
25   anyone at Brunswick, correct, Brunswick School?
```

```
 1          A.   No, because again I just heard they were
 2     Brunswick boys.  You know, I didn't know who they
 3     were.
 4          Q.   As you sit here, are you certain that they
 5     were Brunswick boys?
 6          A.   That's what I heard at the time and that was
 7     the information I gave.
 8          Q.   And who did you hear that from?
 9          A.   My daughter.
10          Q.   And your daughter, though, told you that she
11     didn't know who was in the video, correct?
12          A.   Right.
13          Q.   Do you know how she knew they were Brunswick
14     boys?
15          A.   I think just because she like, she probably
16     assumed it was a different party too with the same
17     group of kids.  But again assumption.  I don't know
18     what she was thinking.
19          Q.   So you believe it was your daughter's
20     assumption that they were Brunswick boys?
21          A.   That's right, yeah.
22          Q.   And you haven't learned anything that gives
23     you further confidence that they were actually
24     Brunswick boys or have you?
25          A.   No.
```

```
 1    sort of in that general context.
 2         Q.   Okay, but you don't remember exactly what
 3    else was said in that conversation that led to that
 4    information being provided to you?
 5         A.   No.
 6         Q.   Okay, and you can't say for sure who you
 7    had -- the person you had the conversation with was,
 8    right?
 9         A.   That's right.
10                        REDIRECT EXAMINATION
11    BY MS. BRAXTON:
12         Q.   I just have one last question.  When you
13    spoke to Police Officer Keegan, did you tell him that
14    you thought that the boys in the video were from
15    Brunswick?
16         A.   Yes.
17         Q.   Were you able to give him any names?
18         A.   No, and I also said the girl was from what I
19    heard was Greenwich Country Day.
20              MS. BRAXTON:   That's all I have.
21              MR. STERLING:   I have a follow up.
22                        RECROSS EXAMINATION
23    BY MR. STERLING:
24         Q.   So when that discussion took place and you
25    told Officer Keegan that you had information that the
```

1   boys were from Brunswick, the girl was from Greenwich

2   Country Day, did you tell them how you came by that

3   information?

4       A.   From my daughter.

5       Q.   Did you say that she thought they were from

6   those schools or did you -- do you remember exactly

7   how you conveyed that?

8       A.   Yeah, something of that nature, that I was

9   told they were kids from Brunswick and the girl was

10  from Greenwich Country Day.

11      Q.   Okay, and you told Officer Keegan that your

12  daughter provided that information to you, that she

13  thought that that's where they were from?

14      A.   Yes.

15          MR. STERLING:   That's all I have.

16                  CROSS EXAMINATION

17  BY MS. SLIPPEN:

18      Q.   One quick follow up.  In that conversation

19  with Mr. Keegan, did Mr. Keegan indicate what he was

20  going to do with that video after you sent it?

21      A.   No.  I mean, he just -- it sounded like he

22  was going to investigate it.

23      Q.   And again do you have any recollection of

24  whether you called Mr. Keegan at the GPD headquarters

25  or on his personal phone?