# Plaintiff Exhibit X

16-27332

# JUVENILE

**Attorney Client Privilege**

I am writing with permission of ▇ and ▇ regarding their daughter, ▇

▇ contacted this counselor in July 2016 asking to meet as soon as possible, before school started, regarding a "traumatic thing" that happened to her.

▇ described this event to me on the phone on 7/26/2016, later that day in person on 7/26/2016 at Greenwich Academy, and in the presence of Officer Rondini at ▇ home on 8/2/2016.

▇ shared details of the event from June 3 on three separate occasions and each account was consistently reported. ▇ behavior, presentation, and symptoms are consistent with other sexual trauma cases I have worked with, including her delay in reporting.

▇ presentation of emotional distress, anxiety, avoidance of people/places, and flashbacks are consistent with sexual assault survivors.


Charlanne Zepf Bauerlein
September 1, 2016

**CONFIDENTIAL: FOR ATTORNEY'S EYES ONLY**

P0187