# Plaintiff Exhibit Y

**Doe v Brunswick**
**Plaintiffs' Text Production Redaction Key**

**Adults whose names would compromise minor's anonymity**

John Doe:
Mary Doe:
Brother Doe:

**Minors**

Jane Doe:
Peter Roe:
GA Student 1:
BW Student 1:
BW Student 2:
BW Student 3:
BW Student 4:
BW Student 5:
BW Student 6:
BW Student 7:
BW Student 8:
Minor 10:
Minor 11:
Minor 12:
Minor 13:
Minor 14:
Minor 15:
Minor 16:
Minor 17:
Minor 18:
Minor 19:
Minor 20:
Minor 21:
Minor 22:
Minor 23:
Minor 24:
Minor 25:
Minor 26:
Minor 27:
Minor 28:
Minor 29:
Minor 30:





**CONFIDENTIAL**          **P0893**



**CONFIDENTIAL**        **P0894**



**CONFIDENTIAL          P0895**



**CONFIDENTIAL          P0896**



**CONFIDENTIAL**          **P0897**



To: Peter Roe ▼                                          Details

And one last thing M-15 invited me
to his party thing and said u we're
going so I just wanted to talk to u
and see if he fine with me going. I
don't want to make u uncomfortable
or anything. I'm totally fine not going
I just don't want to make u angry or
sad if I go.

> it's fine if you go bc I go parties all
> the time with people im not friends
> with

okay sorry

8/3/16, 1:18 PM

Hey sorry to bother you again but
the Greenwich police called my
house today regarding the things I
did at ur party. I'm sorry about all of
this

**CONFIDENTIAL          P0898**



To: Peter Roe                                    Details

8/3/16, 1:18 PM

Hey sorry to bother you again but the Greenwich police called my house today regarding the things I did at ur party. I'm sorry about all of this

Didn't mean for all of this to happen

If I could take it all back I would. I'm sorry for everything I put you through.

8/3/16, 3:38 PM

The one thing I've learned through everything is that it's important to be honest. so I'm going to be completely honest here: what you did to me was the worst thing that's ever happened to me. i really thought I could handle it and that I would be able to keep the damage to

**CONFIDENTIAL          P0899**



To: Peter Roe            Details

8/3/16, 3:38 PM

The one thing I've learned through everything is that it's important to be honest. so I'm going to be completely honest here: what you did to me was the worst thing that's ever happened to me. i really thought I could handle it and that I would be able to keep the damage to a minimum, but it ended up reaching a point where if I didn't get help I was putting myself in danger. I shouldn't have to feel bad for something that I didn't do but somehow I do. and I just wanted to let you know that what's about to happen was not my decision and I tried to prevent it in every way possible but this whole thing is no longer in my control. please take care of yourself and things might seem like they can't get any worse but you'll get through it. I can tell you that bc I've somehow

**CONFIDENTIAL**      **P0900**



To: Peter Roe                                    **Details**

a minimum, but it ended up reaching a point where if I didn't get help I was putting myself in danger. I shouldn't have to feel bad for something that I didn't do but somehow I do. and I just wanted to let you know that what's about to happen was not my decision and I tried to prevent it in every way possible but this whole thing is no longer in my control. please take care of yourself and things might seem like they can't get any worse but you'll get through it. I can tell you that bc I've somehow survived everything that's happened to me this year. also I appreciate the friendship we once had and I don't regret being friends with you. please don't respond to this as I'm not suppose to be talking to you. I just don't want to have to live with things having been unsaid.

Delivered

**CONFIDENTIAL          P0901**



To:  + ▓▓ BW-3 ▓▓▓▓▓                                                    **Details**

6/3/16, 6:07 PM

Who else is goin

I'm gonna get thr at around 6:30?

yeah BW-5 and BW-8

and I think BW-6 and BW-7 are coming too

Ok what girls

M-11 M-16 and M-17 and M-10 will come later

and like my other out of school friend

I'm mad lazy rn so I'll be over ther in 20

k

BW-8 and I are going to pick up stuff

**CONFIDENTIAL**          **P0902**



**CONFIDENTIAL**          **P0903**



To: M-10                                                         Details

6/3/16, 11:30 PM

Thanks so so much for having me over tonight! Had lots of fun and sorry that Peter and I stole the hot tub for a while 😬 see you tmr whoooop!!!

yeah no prob!

7/22/16, 6:25 PM

hey so with everything that's happened I just wanted to tell you my side of things if you're willing to hear. if not it's totally fine i completely understand

hi yeah I'd like it if you would I understand the situation and everything but it would be good to hear from your side too

ok lmk if you wanna talk

**CONFIDENTIAL          P0908**



To: M-10                                                    Details

ok lmk if you wanna talk

like call?

u can text if u want ha or is it easier to explain like voices hah

eithers good rn I'm out to dinner but I can do whatever later

okay yah I'm going out soon so u can text

so basically after you left that night Peter got super drunk and like tried to fight my brother. BW-3 and I were like okay slow down so we took him into the bathroom to try to throw up. when we took him he asked me to get with him and I said no and told him that he was with you. so BW-5 was already in the pool house so he helped BW-3 in the bathroom. a little

**CONFIDENTIAL          P0909**

To: M-10                                                          Details

so basically after you left that night Peter got super drunk and like tried to fight my brother. BW-3 and I were like okay slow down so we took him into the bathroom to try to throw up. when we took him he asked me to get with him and I said no and told him that he was with you. so BW-5 was already in the pool house so he helped BW-3 in the bathroom. a little time passed and BW-5 had to leave so I went in to help BW-3 so then BW-3's mom came out to find BW-3 so he had to leave and I was alone in the bathroom with Peter he kept asking me to get with him and I kept saying your name and telling him that he was with you and needed to stop. it didn't work so he grabbed my top off and I like pushed him away. he also kept saying he wanted to fuck me and tried to pull his pants down but I was able to stop him but

**CONFIDENTIAL**          **P0910**



To: BW-3

Details

I went in to help BW-3 so then BW-3's mom came out to find BW-3 so he had to leave and I was alone in the bathroom with Peter. he kept asking me to get with him and I kept saying your name and telling him that he was with you and needed to stop. it didn't work so he grabbed my top off and I like pushed him away. he also kept saying he wanted to fuck me and tried to pull his pants down but I was able to stop him but he kept forcing himself on me and like was pushing me also and one time he did that he managed to finger me and after that I had to hold him against the wall. and I had to hold him against the wall for several minutes until BW-3 finally came back.

okay thanks for telling me your side I'll talk to Peter later I guess

**CONFIDENTIAL**          **P0911**



**CONFIDENTIAL          P0912**

To:  M-10                                    Details

to make sure that you are ok. I'm so
sorry that this has been so stressful
for you and that you are involved
with all this it should never happen to
anyone. You are a great friend and
just know that I am here for you

7/31/16, 7:17 AM

thank you so much. so last week I
thought I was better and then I had a
panic attack about it and I knew that
I needed help so I went to the school
and then my parents and now the
whole things blowing up and the
police are getting involved and it's
super scary. I'm a lot better than
before but thank you for checking in
I really appreciate it

7/31/16, 10:17 PM

feel free to talk to me anytime ok💙

thank you ❤️

**CONFIDENTIAL          P0913**



**CONFIDENTIAL          P1141**