# Plaintiff Exhibit Z

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
)
)
JANE DOE,                              )   Case No. 3:18-cv-01322-KAD
)
Plaintiff,                             )
)
v.                                     )
)   September 21, 2020
TOWN OF GREENWICH, et al.,             )
Defendants.                            )
---------------------------------------------------------X

**AFFIDAVIT OF PATRICK KENNEDY**

STATE OF CONNECTICUT       )
) .ss: Greenwich, CT
COUNTY OF FAIRFIELD        )

PATRICK KENNEDY, being duly sworn, deposes and says:

1. I am over the age of 18 years and make this affidavit based on my personal knowledge.

2. I am friends with ▮▮▮▮▮▮▮, known as Brother Doe in this litigation, and was at the ▮▮▮▮ residence the evening of June 3, 2016.

3. I arrived at the Greenwich police station on September 9, 2016 to give a statement about what I observed the evening of June 3, 2016. Because it had been a few months since those events occurred and because I am unfamiliar with police procedure, before going I wrote down a narrative of what I remembered to submit to the police. I discovered when I got there that I needed to put it on their stationery, so I did.

4. Det. Rondini was not at the police station when I arrived. Another police officer brought me to the room and told me to write down what I remembered on their stationery. He did not interview me or ask any questions. He did not ask me why I had notes. When I

1

finished, he did not review the statement. The only question he asked was whether I swore it was the truth.

5. No one from the Greenwich Police Department ever followed up with me regarding my statement.

*Patrick Kennedy*
Patrick Kennedy

Sworn to before me this
21st day of September 2020

*[signature]*
Commissioner of the Superior Court

2