# Plaintiff Exhibit AA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____ X
                                         )
                                         )
                                         )
JANE DOE,                                )    Case No. 3:18-cv-01322-KAD
                                         )
Plaintiff,                               )
                                         )
                                         )
v.                                       )
                                         )    September 27, 2020
TOWN OF GREENWICH, et al.,               )
Defendants.                              )
_____ X

**AFFIDAVIT OF** ██████████████

STATE OF CONNECTICUT        )
                            ) .ss:
COUNTY OF FAIRFIELD         )

████████████████  being duly sworn, deposes and says:

1. I am over the age of 18 years and make this affidavit based on my personal knowledge.

2. I am the person known in this litigation as Brother Doe, older brother of the ████
   ████.

3. I arrived at the Greenwich police station on August 3, 2016 to meet with Detective

   Rondini and give a statement regarding the events at my parents' home on the evening of

   June 3, 2016. Det. Rondini brought me to an interview room and gave me instructions to

   write everything that I remembered about the evening in question.

4. Det. Rondini did not interview me. Therefore, I needed to ask at numerous points

   whether or not I should include particular details. She did not initiate any inquiry. She

   did not review my statement before I left and she did not ask me any questions about it.

1

5. Although my handwriting is difficult to read and I did not utter aloud any of the information in my written statement, no one from GPD ever contacted me to follow up or ask any questions about my statement.

6. On June 7, 2016, I was staying at my parents' home. I heard some noise in my sister's room and opened the door. She was in the room with ████████ and ████████ ████ was crying hysterically, and so out of control that she was hyperventilating. I asked if she was upset about her Chemistry grade and ████████ screamed at me to get out. I did.

Sworn to before me this
27th day of September 2020

Commissioner of the Superior Court
Meredith Braxton, Juris No. 403577