# Plaintiff Exhibit BB

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

———————————————————————x
                                          )
                                          )
                                          )
JANE DOE,                                 )   Case No. 3:18-cv-01322-KAD
                                          )
Plaintiff,                                )
                                          )
                                          )
v.                                        )
                                          )   September 21, 2020
TOWN OF GREENWICH, et al.,                )
Defendants.                               )
                                          )
———————————————————————X

**AFFIDAVIT OF SAMUEL GONZALEZ, JR.**

STATE OF CONNECTICUT        )
                            ) .ss: Greenwich, CT
COUNTY OF FAIRFIELD         )

SAMUEL GONZALEZ JR., being duly sworn, deposes and says:

1. I am over the age of 18 years and make this affidavit based on my personal knowledge.

2. I was staying at the ▓▓▓ residence's pool house during the summer of 2016, including June 3, 2016. I arrived at the driveway to the residence at 10:21 p.m. that night, as the attached text reflects, and then went to the main house for some time. I did not go back to the pool house until all of ▓▓▓s friends were gone, around 11:15 p.m. or so. I was never moving any of my belongings at any point in the evening.

3. I arrived at the Greenwich police station on September 5, 2016 to meet with Detective Rondini and give a statement about what I observed when I arrived at the ▓▓▓ residence on June 3, 2016. Det. Rondini asked me what I remembered, but my impression was that she was not at all interested in anything I was saying. She did not

1

ask any questions. I told her about my text to ███████ at 10:21 p.m. when I arrived at the ███ residence, but she did not ask for a copy.

4. Det. Rondini did not review my statement or ask any questions. No one from the Greenwich Police Department ever followed up with me about my statement.

                                                   _____
                                                   Samuel Gonzalez, Jr.

Sworn to before me this
21st day of September 2020

_____
Commissioner of the Superior Court

2