# Plaintiff Exhibit CC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------------x
                                        )
                                        )
JANE DOE,                               )   Case No. 3:18-cv-01322-KAD
                                        )
Plaintiff,                              )
                                        )
v.                                      )
                                        )   September 27, 2020
TOWN OF GREENWICH, et al.,              )
Defendants.                             )
                                        )
----------------------------------------X

**AFFIDAVIT OF** ▓▓▓▓▓▓▓▓

STATE OF CONNECTICUT     )
                         ) .ss:
COUNTY OF FAIRFIELD      )

▓▓▓▓▓▓▓▓, being duly sworn, deposes and says:

1. I am over the age of 18 years and make this affidavit based on my personal knowledge.

2. I am the person known in this litigation as Mother or Mrs. Doe, mother of plaintiff ▓▓▓▓▓▓▓▓.

3. My daughter attended Greenwich Academy ("GA") in high school from 2014-18. GA and Brunswick's tuition is comparable. In the 2014-15 school year, tuition at GA and Brunswick in the lower school, in which Det. Girard's son was enrolled, was approximately $35,000.

Sworn to before me this
27th day of September 2020

*/s/ Meredith Braxton/*
Commissioner of the Superior Court
Meredith Braxton, Juris No. 403577

1