Plaintiff Exhibit DD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------x
JANE DOE,                              )
                                       )   Case No. 3:18-cv-01322-KAD
Plaintiff,                             )
                                       )
v.                                     )
                                       )   September 24, 2020
TOWN OF GREENWICH, et al.,             )
Defendants.                            )
---------------------------------------x

**AFFIDAVIT OF** ▮▮▮▮▮

STATE OF CONNECTICUT   )
                       ) .ss:
COUNTY OF              )

▮▮▮▮▮, being duly sworn, deposes and says:

1. I am over the age of 18 years and make this affidavit based on my personal knowledge.

2. I am a cousin of ▮▮▮▮▮, known as ▮▮▮▮▮ in this litigation.

3. I was not at the ▮▮▮ residence on June 3, 2016, but ▮▮▮ spoke to me about ▮▮▮'s assault a few days afterward.

4. On November 18, 2016, Detective Rondini called me on the telephone. It was a very brief conversation. I told her what ▮▮▮ had reported to me in as much detail as I could. Det. Rondini did not ask me any questions while I described my conversation with ▮▮▮. She also did not ask me any questions when I finished speaking.

5. Even though I was in Connecticut, Det. Rondini also did not ask me to come to the police station to make a sworn statement.

1

Scanned with CamScanner

6. No one from the Greenwich Police Department ever followed up with me regarding my statement.

Sworn to before me this
2all 22nd day of September 2020

*[signature]*
Commissioner of the Superior Court

Scanned with CamScanner