# Plaintiff Exhibit EE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
)
)
)
JANE DOE,                              )    Case No. 3:18-cv-01322-KAD
)
Plaintiff,                             )
)
)
v.                                     )
)    September 27, 2020
TOWN OF GREENWICH, et al.,             )
Defendants.                            )
)
---------------------------------------------------------x

### AFFIDAVIT OF ▮▮▮▮▮▮▮▮

STATE OF CONNECTICUT    )
                        ) .ss:
COUNTY OF FAIRFIELD     )

▮▮▮▮▮▮▮▮, being duly sworn, deposes and says:

1. I am over the age of 18 years and make this affidavit based on my personal knowledge.

2. I am the person known in this litigation as Father or Mr. Doe, father of plaintiff ▮▮▮▮▮▮▮▮.

3. The phone system in our residence uses voice over internet protocol and automatically logs all incoming and outgoing calls. I conducted an electronic search of the call log for GPD's phone number, 203.622.8000. Attached to this affidavit is a true and correct copy of the log of all calls to and from GPD on our home phone from July to September 2016.

4. As is clear from this printout, Sgt. Reeves left a message on our home phone on August

1

15, 2016 at 12:39 p.m. He also called our home on August 19, 2016. The length of that call was 16 minutes.

Sworn to before me this
27th day of September 2020

_____
Commissioner of the Superior Court
Meredith Braxton, Juris No. 403577

| Date/Time | Calling # | Called # | Duration | Amount | Tax | Total | Destination | Extension |
|---|---|---|---|---|---|---|---|---|
| 7/27/2016 9:02 | 12036228000 | | 1 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 7/27/2016 9:02 | 12036228000 | | 0 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 7/27/2016 13:05 | 12036228000 | | 1 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 7/27/2016 13:05 | 12036228000 | | 0 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 7/28/2016 8:25 | 12036228000 | | 1 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 7/28/2016 8:25 | 12036228000 | | 1 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 7/29/2016 8:23 | 12036228000 | | 15 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 7/29/2016 8:23 | 12036228000 | | 15 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 8/4/2016 9:20 | 12036228000 | | 3 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 8/4/2016 9:20 | 12036228000 | | 3 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 8/15/2016 12:39 | 12036228000 | | 1 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 8/15/2016 12:39 | 12036228000 | | 0 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 8/19/2016 9:49 | 12036228000 | | 16 min | $0.24 | $0.00 | $0.24 | Incoming | |
| 8/19/2016 9:49 | 12036228000 | | 16 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 8/22/2016 13:45 | 12036228000 | | 28 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 8/22/2016 13:45 | 12036228000 | | 28 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 8/22/2016 14:31 | 12036228000 | | 14 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 8/22/2016 14:31 | 12036228000 | | 14 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 8/23/2016 8:26 | 12036228000 | | 1 min | $0.00 | $0.00 | $0.00 | Incoming | |
| 8/23/2016 8:26 | 12036228000 | | 0 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 8/23/2016 10:54 | 12036228000 | | 23 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |
| 8/23/2016 10:54 | 12036228000 | | 23 min | $0.35 | $0.00 | $0.35 | Incoming | |
| 9/12/2016 8:24 | 12036228000 | | 1 min | $0.02 | $0.00 | $0.02 | Incoming | |
| 9/12/2016 8:24 | 12036228000 | | 0 min | $0.00 | $0.00 | $0.00 | Incoming | 10 |