# Plaintiff Exhibit FF

CONFIDENTIAL

**Message**

From: Thomas Philip
on behalf of Thomas Philip
Sent: 10/8/2014 11:41:26 AM
To: Molly King
Subject: Re: Disciplinary Action

yes, I wrote it incorrectly in the e-mail and have corrected it

█████ and █████ are suspended

T

Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue | Greenwich, CT 06830
█████ | █████ (Fax)
█████ | www.brunswickschool.org

On Wed, Oct 8, 2014 at 11:33 AM, Molly King █████ wrote:
Hi Tom,

Thanks for sharing. Wasn't it █████ who was going to be suspended, along █████?

m

On Wed, Oct 8, 2014 at 11:26 AM, Thomas Philip █████ wrote:
TO: US Faculty
FROM: TWP
DATE: 10/8/14
RE: Disciplinary Action

On Monday of this week, I learned of an impromptu gathering held at the home of a Freshman boy on the Friday before Homecoming.

Apparently, unknown to the parents, alcohol made its way into the gathering and in a somewhat circuitous way, the party has gained the attention of the Greenwich Police.

I have had several conversations with the Greenwich Police and remain unclear as to whether their investigation will run a full course or not.

Regardless of the Police outcome, now that this event has been brought to our attention, a response from the School seems necessary.

As a result, the following action has been taken:

████████████████████████████

WICK000864



Please let me know if you have any related question,

T

Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue | Greenwich, CT 06830
███████████ ███████████ (Fax)
███████████████████████ | www.brunswickschool.org

```
Message
From:           Thomas Philip
on behalf of    Thomas Philip
Sent:           10/7/2014 2:56:19 PM
To:             Adam Rohdie
Subject:        Re: Voicemail
```

Ok

I'll circle back with ▮

T

On Oct 7, 2014, at 2:52 PM, Adam Rohdie ▮ wrote:

Tom-- got your VM-- I think there are actually 2 videos out there. One was made by ▮ and then another made by ▮ (sp) (Brunswick student) which is the one that the police have (not the one from ▮).

On Tue, Oct 7, 2014 at 2:46 PM, Thomas Philip ▮ wrote:
Adam

I left you a voicemail this afternoon and just wanted to confirm that you had received it

As the boy concerned is not one of our current students, I have not contacted the parents and will leave that to you unless I hear otherwise from you

--
Adam Rohdie
Headmaster
The Greenwich Country Day School
P.O. Box 623
401 Old Church Rd.
Greenwich, CT 06836