# Plaintiff Exhibit KK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------X
JANE DOE,                                      )
                                               )
Plaintiff,                                     )   Case No. 3:18-cv-01322-KAD
                                               )
                                               )
v.                                             )
                                               )   September 21, 2020
TOWN OF GREENWICH, et al.,                     )
Defendants.                                    )
                                               )
---------------------------------------------------------X

### AFFIDAVIT OF LAURA GOODFIELD

STATE OF                        )
                                ) .ss:
COUNTY OF                       )

LAURA GOODFIELD, being duly sworn, deposes and says:

1. I am over the age of 18 years and make this affidavit based on my personal knowledge.

2. I am lifelong friends with ▢▢▢▢, known as Jane Doe in this litigation.

3. I was not at the ▢▢▢ residence on June 3, 2016, but did go there with my family toward the end of July. ▢▢ and I were hanging out together and I noticed that ▢▢ had an extreme aversion to the pool area of her home, which was odd because ▢▢ is a competitive swimmer who is always in pools; we grew up playing in pools together. It appeared to be what I would consider symptoms of a panic attack.

4. I therefore asked ▢▢ what was wrong and she told me that when she had friends over to swim, a boy had attacked her in the pool house bathroom, trying to pull down her top and put his fingers in her vagina. She said he kept trying to hook up with her, that she kept verbally refusing, but that she could not get out of the bathroom while she had him

1

pinned against the wall, because if she let go he would be attacking her again. I encouraged ▮ to talk about it with her counselor at school, which I believe she did.

5. Detective Rondini called me on the telephone on November 23, 2016. I had just turned 16 and did not understand the process or what Det. Rondini would want to know from me. She did not explain the process or even the point of the call. For two thirds of the five-minute call she asked about who I was and my relationship with ▮. She then asked what ▮ told me. She did not ask me any other questions; she did not ask for specifics and there was no opportunity to convey any useful details. In fact, she seemed exceedingly disinterested. I got the impression that whatever I said she considered inconsequential and that she was just calling me to be able to check off a box.

6. No one from the Greenwich Police Department ever followed up with me regarding my statement.

_Laura Goodfield_
Laura Goodfield

Sworn to before me this
21st day of September 2020

_____
Commissioner of the Superior Court

District of Columbia
Signed and Sworn to (or affirmed) before me on 09/21/20 (Date)
by Laura Frances Goodfield
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: _____
Title of Office: Notary Public
My Commission Expires: _____

My Commission Expires
November 30, 2024

2