# Plaintiff Exhibit MM

**CONFIDENTIAL**

1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
 2

 3    JANE DOE

 4    VS.                           3:18-cv-01322-KAD

 5    TOWN OF GREENWICH, ET AL.
     _____
 6
                       SUPERIOR COURT
 7             COMPLEX LITIGATION AT WATERBURY

 8    JANE DOE, JOHN DOE, and
      MARY DOE,
 9
      VS.                           X06 UWY-CV18-5024973-S
10
      BRUNSWICK SCHOOL, INC.
11
     _____
12

13                    **CONFIDENTIAL**

14       Videoptaped deposition of ████ ████████, taken in

15   accordance with the Connecticut Practice Book at

16   2 Greenwich Office Park, Suite 300, Greenwich,

17   Connecticut, before Deborah Gentile, RPR, a Registered

18   Professional Reporter and Notary Public, in and for

19   the State of Connecticut on July 16, 2019, at

20   1:30 p.m.

21                 DEBORAH GENTILE, RPR
              DEL VECCHIO REPORTING SERVICES, LLC
22             PROFESSIONAL SHORTHAND REPORTERS
                      117 RANDI DRIVE
23              MADISON, CONNECTICUT 06443
                       203.245.9583
24      Hartford        New Haven         Stamford

25
```

```
 1   introduce themselves.
 2           MS. BRAXTON:  Meredith Braxton for the
 3   plaintiff, Jane Doe, and the plaintiffs in the state
 4   case, Jane Doe, John Doe, and Mary Doe.
 5           MS. SLIPPEN:  Jessica Slippen in the federal
 6   court action for the Town of Greenwich and Detectives
 7   Reeves and Rondini.
 8           MS. WADLER:  Abby Wadler, assistant town
 9   attorney, for the Town of Greenwich in the federal
10   action.
11           MR. SCONZO:  James Sconzo for the Brunswick
12   School in the state court action.
13           MR. NOLIN:  Peter Nolin of Carmody Torrance
14   Sandak and Hennessey, representing the deponent,
15   ████ ████████.
16           VIDEOGRAPHER:  You may swear in the witness.
17
18           ████ ████████, having first been duly sworn,
19   was deposed and testified as follows:
20
21           COURT REPORTER:  Please state your name and
22   address for the record.
23           THE WITNESS:  ████ ████████, █ ███████ ███,
24   ████████ ████████ ████.
25
```

1        A    No, I think it was just him telling me,
2   like, okay, like, this is your state- -- I don't know.
3   I'm sorry.
4        Q    Did he suggest to you what you should say in
5   your statement?
6        A    That's a possibility, but again I don't
7   remember.
8        Q    Did he ask you to tell you what you were
9   going -- tell him what you were going to say in your
10  statement?
11       A    Again, that's a possibility but I do not
12  remember.
13       Q    Do you know who Detective Krystie Rondini
14  is?
15       A    Yeah, her name sounds familiar.  I think so.
16            Yeah, that's you, right?
17       Q    She's sitting at this table?
18       A    Yeah, okay.  Sorry.
19       Q    That's okay.  What was your first contact
20  with Detective Rondini?
21       A    When I came to the Greenwich Police
22  Department, I believe it was a Thursday, Thursday I
23  gave my statement.  And she was the one who was there.
24  And my mom was also there when I gave my statement.
25       Q    Okay.  When you -- and you wrote out your

1  statement, correct?

2  A    Yes.

3  Q    Okay.  And did -- when you wrote out your

4  statement, were you working from notes of any kind?

5  A    What do you mean?  Did I have --

6  Q    Did you have notes about what you were going

7  to say?

8  A    No, not that I remember.

9  Q    Okay.  When you were writing up your

10 statement -- when you were at the police station, did

11 Detective Rondini ask you any questions?

12 A    She might have but I -- again, I don't

13 really remember.  We definitely had a conversation

14 before I wrote my statement, like, I talked to her,

15 but it was pretty basic stuff.  Like, this is what

16 you're going to do, here you go, initial that if you

17 mark it out.

18 Q    So it's, like, instructions --

19 A    Yeah.

20 Q    -- about giving your statement?

21 A    Uh-huh.

22 Q    Okay.  Did she ask you anything about the

23 content of your statement?

24 A    Not that I remember, no.

25 Q    Okay.  And just to be clear, you -- you were

1   not at the party, and you did not witness anything
2   firsthand at party --
3       A    Yes.
4       Q    -- correct?
5       A    Correct.
6       Q    Okay.  Let me mark the -- mark that.
7            (Exhibit ▇▇▇ 4 was marked for I.D.)
8   BY MS. BRAXTON
9       Q    Is this the statement that you made to the
10  Greenwich Police Department?
11      A    Yes.
12      Q    Okay.  And is this your handwriting?
13      A    Yes, it is.
14      Q    Okay.  And at the bottom of the page, is
15  that your signature?
16      A    Yes.
17      Q    Okay.  And did you give it on November 3rd,
18  2016?
19      A    Yes.
20      Q    Okay.  Do you want to read it before I ask
21  you some questions about it?
22      A    Sure.  I could reread it.
23      Q    Okay.  Okay.  You state here that ▇▇▇ and
24  ▇▇▇ were in the bathroom because he was throwing up?
25      A    Uh-huh.

1   Q   And who told you he was throwing up?
2   A   ███.
3   Q   Did anyone else tell you he was throwing up?
4   A   Not to my knowledge, no.
5   Q   Did ███ tell you anything about what
6   happened in that bathroom?
7   A   He might have, but I don't remember any
8   specific conversation.
9   Q   And then you say here, "to my knowledge,
10  both of them had been drinking."
11  A   Yes.
12  Q   What is that knowledge based on?
13  A   Just what people were saying.  Like, people
14  at the party were talking about, like, no one specific
15  said, "Oh, they were drinking."  Just from...
16  Q   So it's from what you heard from --
17  A   Yeah.
18  Q   -- from whom?
19  A   Just from people.  Just from friends.  I
20  don't know who.  Friends.  People who were there.
21  People talk.  It's kind of what you hear.
22  Q   Okay.  So when you said "to my knowledge,"
23  you actually didn't have any knowledge, correct?
24  A   Sure.  Yes.
25  Q   And I'm just wondering why -- since you put

```
 1   in this stuff -- when we go back to Exhibit 3.
 2        A    Uh-huh.
 3        Q    So you were told by ▅▅▅ that after she
 4   talked to ▅▅▅, he was crying?
 5        A    Yeah.
 6        Q    So why didn't you put that in this
 7   statement?
 8        A    I just guess I -- I guess I just didn't
 9   remember this conversation.  I -- I mean, at the time
10   this is all I had said -- to say and that's what I
11   said.  And that was...
12        Q    Well, this conversation as in Exhibit 3 --
13        A    Yeah.
14        Q    -- was just two days later, correct?
15        A    Yes.  Correct.
16        Q    And it was a follow-up, correct?
17        A    Yes.
18        Q    Okay.  So you didn't remember it?
19        A    I assume so.  No.  I did not.  If I didn't
20   mention it in here.
21        Q    So it's possible that your recollection of
22   the entire conversation with ▅▅▅ was defective then?
23             MS. SLIPPEN:  Objection.
24             MR. NOLIN:  Objection.
25             MR. SCONZO:  Objection.
```

```
 1              MS. WADLER:  This is --
 2              MR. SCONZO:  Objection.
 3              THE WITNESS:  Yeah, I mean, it was a few
 4   months later.  Anyone would -- anyone could forget
 5   things.  It happened four months later.  Sure.  People
 6   don't remember things they did two weeks ago.
 7              MS. BRAXTON:  This is what happens to me.  I
 8   lose documents.
 9              Can you mark this, please.
10              (Exhibit ▓▓▓▓▓ 5 was marked for I.D.)
11   BY MS. BRAXTON
12       Q    So do you recall -- this is a text message.
13       A    Uh-huh.
14       Q    Do you recall whether you received this text
15   message?
16       A    It says I did, so I assume I did.  Yeah.
17       Q    Okay.  And do you remember receiving it?
18       A    Yeah.  I believe so.  It's a pretty long
19   message.
20       Q    Okay.  And why didn't you mention this
21   communication in your statement?
22       A    I just -- honestly, I just don't think I
23   remember this communication, and I didn't think it was
24   like -- I didn't think it was important.  It was --
25   just seemed like a text.
```