# Plaintiff Exhibit NN

## AFFIDAVIT OF ADAM ROHDIE

I, Adam Rohdie, being duly sworn, depose and say:

1. I am of legal age and believe in the obligations of an oath.

2. I make this affidavit of my own personal knowledge.

3. I am the Head of School at Greenwich Country Day School ("GCDS"), an independent school in Greenwich Connecticut and have been in that position since 2004. GCDS enrolls approximately 1300 students, K-12, on 2 campuses.

4. GCDS is not assigned a Greenwich Police Department (GPD) liaison officer. GCDS employs 3 Security Personnel, one of whom, Mike Reyolds is a former GPD Officer.

5. In October 2014, I became aware from some parents at the school that a party had occurred at which a video was made of an alleged sexual assault. I was informed by either a student or a parent that there were two videos. I was informed that one of the videos was filmed by a Brunswick student and that the other was filmed by a student at GCDS.

6. I was provided a copy of one of the videos. I reviewed the video with GCDS director of security, Mike Reynolds. The video depicted a clothed, unconscious female being apparently digitally penetrated underneath her shorts. I immediately contacted the GPD to report the incident. GPD Detective Girard contacted me that day, October 6, 2014, and I provided her with the video and then deleted it. While I cannot be sure that Detective Girard did not call with follow up questions in the days after the report was made, I do not believe that she has contacted me since October 6, 2014, about the incident.

7. The next day, on October 7, 2014, Tom Philip, Head of School at Brunswick, contacted me about the incident and indicated that no Brunswick student was involved. I

informed him that I believed that there were two videos and one of them was recorded by a Brunswick student.

8.   I appropriately disciplined all GCDS students involved and coordinated with Molly King, the Head of School at Greenwich Academy to ensure that the victim was being cared for.

9.   GPD Detective Girard has made presentations at GCDS, and I communicated with her on October 6, 2014 about the video. While we coordinate with GPD on security issues, GCDS has not had occasion to communicate with Detective Girard or any other GPD personnel regarding criminal charges against any GCDS student.

Adam Rohdie

State of Connecticut

County of Fairfield

Town of Greenwich

Subscribed and sworn to before me
This the 15th day of July, 2020.

Morgan Paul Rueckert, Esq.

~~Notary Public~~/Commissioner Of The Superior Court

- 2 -