Plaintiff Exhibit PP

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1000102419

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| | New Haven | STAMFORD | Area number GA-1 |

**Affidavit - Continued**

9:50pm. ▮▮▮▮ was beginning the process of closing the restaurant when the black males entered.  That *the restaurant closes at 10:00pm.*

4. ▮▮▮▮ described the two black males as follows (hereafter referred to as Suspect #1 and Suspect #2): Suspect #1: Black male; approximately 5'8" to 6' tall; weighing approximately 200 lbs; and a muscular build with medium brown complexion. Suspect #2: a bearded Black male; approximately 6'0 to 6'2" tall; weighing approximately 170 lbs; a slim build and a darker complexion than Suspect #1.

5. Suspect #1 approached the counter and ordered a meal . Suspect #1 asked ▮▮▮▮ where the bathroom was. ▮▮▮▮ directed Suspect #1 to the men's room within the restaurant. ▮▮▮▮ saw that Suspect #2 was seated in the dining area of the restaurant.

6. Suspect #1 then exited the bathroom and approached the counter again. The meal that Suspect #1 ordered was ready so ▮▮▮▮ began to put it in a bag, at which time Suspect #1 informed her that he did not need a bag. Suspect #1 paid cash for his meal and then sat down in the dining area, at a table in a different row from where Suspect #2 had been sitting. Both suspects were not wearing gloves when they initially sat down in the dining area.

7. ▮▮▮▮ further related that at 10:00pm she informed Suspects #1 and #2 that she was going to be locking the door in five minutes. Approximately one to two minutes later, Suspect #1 approached the counter and asked for a bag. ▮▮▮▮ advised that she saw that Suspect #1 had taken a bite of the sandwich, and she offered to wrap it for him. She wrapped the sandwich and turned her back to Suspect #1 to get him a bag of chips. As ▮▮▮▮ was getting the chips Suspect #1 asked her, "Who is the stupid manager who makes you close all by yourself?"

8. ▮▮▮▮ turned around and as she did, Suspect #1 approached her and took out a black handgun from his sweatshirt. ▮▮▮▮ had noticed that Suspect #1 had put on a pair of latex gloves. At that point Suspect #1 yelled to Suspect #2 to check if everything was clear. Suspect #2 then ran to the front door and it appeared as if he locked it. Suspect #1 then put the gun to her chest and said not to do anything stupid or else he was going to shoot her. ▮▮▮▮ noticed that Suspect #2 had a black handgun as well.

9. According to ▮▮▮▮, the suspects forced her to take them to the safe in the basement office. ▮▮▮▮ related that she unlocked the safe and both suspects filled a large white plastic Cosi bag with money from

*(This is page 2 of a 5 page Affidavit*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee)       Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1000102419

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name   *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| ███████ | New Haven | STAMFORD | Area number GA-1 |

**Affidavit - Continued**
*the safe.*

███ added that the suspects took her back upstairs where she opened the front cash register and the suspects removed additional funds.

10. Suspect #2 then brought ███ back downstairs and took out a shoe lace and a piece of rope from his pocket. He told ███ to sit on the bottom step and he tied her hands together with the shoe lace. That Suspect #2 then tied her ankles with a rope and attached it to a metal stand at the foot of the steps.

11. ███ advised that the two suspects then left the store through an unknown exit. ███ advised that she waited approximately 5 minutes, fearing that the suspects would come back and shoot her. She then managed to untie herself and proceed to the main floor. She then dialed 911 from the phone next to one of the registers.

12. Crime Scene Investigators processed the scene and located a sandwich and soda with a plastic drinking straw on the counter. The items were photographed, tagged, and seized as evidence by Detective Hickey.

13 The investigation later revealed that $3258.96  was stolen during the robbery.

14. On October 8, 2010 the plastic drinking straw in the soda  was delivered to the Connecticut State Forensic Laboratory in Meriden, CT with a request for examination and analysis. DNA was subsequently extracted from the drinking straw and entered into the Combined DNA Index System (CODIS) for query.

15. On March 24, 2014 Detective Sergeant Corticelli received an Offender Hit Notification Report, indicating that the extracted DNA from the drinking straw returned in CODIS to convicted felon ███████ ███ , DOB ███ /1973.

16. ███████ is currently incarcerated on unrelated forgery charges within the State of Connecticut Department of Corrections Cheshire Correctional Institution, #900 Highland Ave Cheshire, CT 06410. ███ criminal history, which spans over 20 years, includes weapons, narcotics, and robbery charges.

17. Based upon the aforementioned facts and circumstances, the Affiant and Detective Robert McKiernan applied for a search warrant to obtain (via buccal swab) a known (confirmatory) DNA sample from

*(This is page 3 of a 5 page Affidavit*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   I000102410

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| ▮▮▮▮▮▮ | New Haven | STAMFORD | GA-1 Area number |

## Affidavit - Continued

▮▮▮▮▮▮▮ On Tuesday, June 24, 2014, the search warrant was reviewed by SASA James Bernardi and presented before the Honorable Judge Comerford, who signed the application at 1130 hours.

18. On Wednesday, June 25, 2014 at 0900 hours the Affiant and Detective McKiernan appeared at the Niantic Annex, #201 West Main St. Niantic, CT for the purposes of interviewing inmate ▮▮▮▮▮▮ and collecting confirmatory DNA samples by means of buccal swabs. The interview was conducted on the grounds of the facility and was audio and video recorded using the GPD Forensics Section's digital video camera and digital audio recorder.

19. ▮▮▮▮▮▮ was advised that the interview was voluntary. ▮▮▮▮ was advised of his rights and he signed a notice of rights form. The Affiant and Detective McKiernan began the interview by asking ▮▮▮▮ if he had ever been to the Town of Greenwich. ▮▮▮▮ responded that in the past he had been in Greenwich twice. ▮▮▮▮ could not recall if he had ever been to the Cosi in Greenwich, CT.

20. Throughout the course of the interview ▮▮▮▮ denied any involvement in the robbery. ▮▮▮▮ did not deny the fact that his DNA was found on the Cosi drinking straw, but could not provide investigators with a logical reason as to why or how his DNA was recovered from the scene of the robbery.

21. ▮▮▮▮ also repeatedly related that though he has committed armed robberies in the past, he no longer preferred this form of crime as a means to make money. The interview was concluded at approximately 1150 hours. Investigators informed ▮▮▮▮ of the search warrant to collect confirmatory DNA samples by means of buccal swabs. This investigator collected the samples and packaged them.

22. The DNA samples were secured within the Forensics Section upon returning to GPD and on 07/18/14 at 14:34 hours, Detective Sergeant Corticelli submitted ▮▮▮▮'s DNA samples to the State of Connecticut Forensic Science Laboratory for DNA testing (confirmatory) and analysis. The sample was accepted by Evidence Control Officer Cheryl Andrews.

23. On Monday, January 12, 2015, Detective Sergeant Corticelli received (via e-mail) the Supplemental DNA Report regarding the analysis of the known DNA samples of suspect ▮▮▮▮▮▮ (submitted to the Forensic Laboratory by the Det. Sgt. Corticelli on 07/18/14).The report, signed by Forensic Science Examiner Lana Ramos and reviewed and signed by Dr. John Schienman, revealed the following:

*(This is page 4 of a 5 page Affidavit*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | **Date** | Reviewed *(Judge / Judge Trial Referee)* | **Date** |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   I000102419

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical Area number |
|---|---|---|---|
| ▮▮▮▮▮▮ | New Haven | STAMFORD | GA-1 |

## Affidavit - Continued

-The DNA extracted from the plastic drinking straw left by the suspects (Item #1-S1) and the known DNA sample of suspect ▮▮▮▮▮▮ (Item#2) match on 15 out of 15 alleles.

-The results are consistent with ▮▮▮▮▮▮ being the source of the DNA profile extracted from the plastic drinking straw.

-The expected frequency (i.e. the random match probability) of individuals who could be the source of the DNA from the plastic drinking straw is less than 1 in 7 billion.

24. On Monday, April 27, 2015 at 1016 hours, the Affiant was able to contact Ms. ▮▮▮▮ and re interviewed her over the telephone. Ms. ▮▮▮▮ could not recall observing the black male suspect who ordered the sandwich and beverage, actually take a drink of the beverage. That she could not recall observing how the sandwich and beverage wound up on the main counter.

25. The above facts and circumstances constitute probable cause to believe that ▮▮▮▮▮▮ was present and participated in this robbery.

26. The affiant therefore respectfully requests that this application be granted, authorizing the arrest of ▮▮▮▮▮▮ for the appropriate charges.

*(This is page 5 of a 5 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **INFORMATION**<br>JD-CR-71 REV. 1-17 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>**1000102419** | Agency name<br>**Greenwich Police** | Agency number<br>**0057** |

## Title, Allegation and Counts

| State of Connecticut vs. *(Name of accused)* | Residence *(Town) of accused*<br>**New Haven** | Docket number |
|---|---|---|

| | | Date of birth ▮<br>**1973** | **The undersigned Prosecuting Authority of the State of Connecticut charges that:** |
|---|---|---|---|

| To be held at *(Town)*<br>**STAMFORD** | Geographical<br>area<br>number **GA-1** | Court date | |

| Count One — Did commit the offense of:<br>**ROBBERY 1ST DEG** | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**09/26/2010** | In violation of General Statute number<br>**53a-134** | | | |

| Count Two — Did commit the offense of:<br>**LARCENY 3RD DEG** | | |
|---|---|---|
| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**09/26/2010** | In violation of General Statute number<br>**53a-124** |

| Count Three — Did commit the offense of:<br>**KIDNAP 1ST DEG-FIREARM** | | |
|---|---|---|
| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**09/26/2010** | In violation of General Statute number<br>**53a-92a** |

| [X] See other sheet for additional counts | Date | Signed *(Prosecuting Authority)* |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | Bond | Surety | [ ] 10 %<br>[ ] Cash | Election     [ ] CT   [ ] JY     *(Date)* |
|---|---|---|---|---|
| *(Judge)*          *(Date)*<br>[ ] Attorney   [ ] Public defender   Guardian | Bond change | | | Seized property inventory number |

| Count | Plea date | Plea | Plea withdrawn | | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| | | | Date | New plea | | | | |
| **1** | | | | | | $ | $ | |
| **2** | | | | | | $ | $ | |
| **3** | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost<br>[ ] IMP  [ ] NCI | Bond information<br>[ ] Bond forfeited   [ ] Forfeiture vacated   [ ] Forfeiture vacated and bond reinstated | |
|---|---|---|---|
| Application fee - receipt number<br>if paid | Circle one<br>W  I  Q | Program fee - receipt number<br>if paid | Circle one<br>W  I  Q | Probation fee - receipt number<br>if paid | Circle one<br>W  I  Q |

| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)* |
|---|---|---|---|

*This is page 1 of a 3 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

TOG-002513

| **INFORMATION**<br>JD-CR-71 REV. 3-11 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>**1000102419** | Agency name<br>**Greenwich Police** | Agency number<br>**0057** |
| Geographical<br>area<br>number **GA-1** | **State of Connecticut vs.** ▇▇▇▇▇▇▇▇ | |

## Additional Counts

| | Continued to | Purpose | Reason |
|---|---|---|---|
| Count Four — Did commit the offense of:<br>**CONSPIRACY TO COMMIT/ ROBBERY 1ST DEG** | | | |

| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**09/26/2010** | In violation of General Statute number<br>**53a-48/ 53a-134** | | | |
|---|---|---|---|---|---|

Count Five — Did commit the offense of:

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|

Count Six — Did commit the offense of:

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|

Count Seven — Did commit the offense of:

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|

Count Eight — Did commit the offense of:

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|

| Signed *(Prosecuting Authority)* | Printed name of Prosecuting Authority | Date signed |
|---|---|---|

## Additional Court Action

| Count | Plea date | Plea | Plea withdrawn | | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| | | | Date | New plea | | | | |
| 4 | | | | | | $ | $ | |
| 5 | | | | | | $ | $ | |
| 6 | | | | | | $ | $ | |
| 7 | | | | | | $ | $ | |
| 8 | | | | | | $ | $ | |

*This is page 2 of a 3 page  Information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **INFORMATION** | STATE OF CONNECTICUT | Disposition date |
| JD-CR-71 Rev. 1-17 | **SUPERIOR COURT** | |
| Police Case number | Agency name | Agency number |
| 1000102419 | Greenwich Police | 0057 |

## Arrest Warrant

| Geographical area number **GA-1** | **State of Connecticut vs.** ████████████ |

**To: Any Proper Officer of the State of Connecticut**

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. *("X" all that apply)*

☐   A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐   B. Accused is not entitled to bail.

   If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if  the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐   C. Bail set at _____

☐   D. Non-financial conditions of release:

   _____

   _____

| Extradition boundaries established by prosecutor |

☐   E. Conditions of release not determined by the court.

| By the Court | Signed(Judge of the Superior  Court) | Date | Name of the Judge (Print or type) |

## Return On Arrest Warrant

| Geographical area number | Town of | Date | **State of Connecticut** |

**Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.**

Attest*(Officer's signature and Department)*

| Date | Other Court action | Judge |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*This is page 3 of a 3 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64b   Rev. 3-11
C.G.S §54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| For Court Use Only |
|---|
| Supporting Affidavits sealed |
| ☐ Yes          ☐ No |

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1600006468 | Greenwich Police | 0057 |

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical GA-1 |
|---|---|---|---|
| ▉ | Greenwich | STAMFORD | Area number |

**Application For Arrest Warrant**
**To: A Judge of the Superior Court**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: ☒ Affidavit Below.   ☐ Affidavit(s) Attached.

| Date | Signed   (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
|  |  |  |

**Affidavit**

**The undersigned affiant, being duly sworn, deposes and says:**

The undersigned affiant, Detective Jeremiah D. Bussell, being duly sworn, does depose and state that he is a member of the Greenwich Police Department and has been since June 27, 2005. At all times mentioned herein he was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

That on 02/20/2016, members of the Greenwich Police Department responded to ▉. on the report of damage to a residence currently under renovation. The residence in question is located near the dead end portion of Glendale St. on the northern side of the road facing south.

That GPD Officers were met by the homeowner, ▉, who related the following: That some time during the overnight hours the unknown perpetrator(s) entered the residence and destroyed several items within. ▉ described, and Officers photographed, the following damage:

- A bookshelf which had been standing upright in the westernmost portion of southwestern room was knocked over with several of its shelves broken.
- A refrigerator/freezer which had been standing upright in the center of the first floor was knocked over and the freezer door was crushed inward.

*(This is page 1 of a 4 page Affidavit)*

| Date | Signed   (Affiant) Jeremiah Bussell |
|---|---|
| Jurat | Subscribed and sworn to before me on (Date) | Signed   (Judge/Clerk, Commissioner of Superior Court, Notary Public) |

**Finding**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at   (City or town) | On   (Date) | Signed   (Judge / Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
|  |  |  |  |  |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #: 1600006468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

## Affidavit - Continued

- Three glass windows on the first floor and one glass window on the second floor were broken from the inside.
- A large box of construction nails were strewn about the entire first floor and into the basement.
- Two large holes were made in the southern wall of the second floor landing.
- A closet door within the northeastern second floor bedroom was torn off of its hinges.
- The full sized mirror which had hung on the inside of the closet door was torn off and smashed on the floor.
- A child's crib located within the southwestern second floor bedroom was flipped over onto its side and damaged.
- A microwave oven was thrown from the first floor into the basement, destroying it.
- A red tricycle was thrown into the basement, breaking it.
- A computer monitor was located smashed on the basement floor.
- Several wooden posts on a fence along the front, eastern, portion of the property were broken.
- Several empty alcohol bottles were also located within the residence, they were seized as evidence.

That ████ estimated that the damages were in excess of fifteen-hundred dollars.

That P/O Sgaglio canvassed the neighborhood with the following results: The resident at ████████ related that at approximately 2130hrs on 2/19/2016 he observed 3 - 5 males outside in the roadway in front of ██ ████████ (directly across the street from the house in question). That at approximately 0930hrs the next morning (02/20/2016) when he went out to walk his dog he observed a large amount of garbage within the roadway in front of ████████. That he spoke to his neighbor, ████████ who lives at ████████ and he said that the garbage may have been from his son's (████████s) friends the previous night. That ████ ████ then cleaned up the garbage.

That P/O Sgaglio spoke with the resident of ████████. who related that they had heard several loud crashes coming from ████████. some time between the hours of midnight and 0800hrs. They were unable to narrow down the timeframe any further.

That P/O Sgaglio then spoke to ████████ who related that his son ██ had several friends over the previous evening. That they observed several unidentified youths come from the area of the Cos Cob School (located just east of the dead end portion of the road). That these unidentified youths gathered in the street in front of the ████ residence. That neither he nor his son's friends recognized any of the youths. That neither he nor his son's friend's had any contact with the youths. Note: ████████ later advised the undersigned affiant that the unknown youths had requested and were denied entry into his house. He posited that they are

*(This is page 2 of a 4 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1600006468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical Area number |
|---|---|---|---|
|  | Greenwich | STAMFORD | GA-1 |

## Affidavit - Continued

probably the ones who entered ▇▇▇▇ because they were angry that they could not join the "party." He related that neither his son, nor his friends, entered the house across the street at any time.

That the undersigned affiant and P/O Sgaglio then responded to ▇▇▇▇ s mother's house and spoke with ▇▇. He related the following: That he had a few friends over his father's house the night before to include ▇▇▇▇, ▇▇▇▇ and three juvenile females. That while they were within his father's house they noticed a group of four males outside that they did not recognize. The only description he could provide was that one was tall, one was medium, and the other two were shorter and that they were all wearing hooded sweatshirts or hats so he could not further describe them. That, according to ▇▇, the boys thought there was a party going on, but since he did not know them he did not want them near the house. That he told his father, ▇▇ that the boys were outside and that he did not want them let in and his father agreed.

That ▇▇ further related that his "gathering" came to an end at approximately 2200hrs. That the females left the residence and ▇▇▇▇ drove him (▇▇) home to his mother's house. ▇▇ was adamant that neither he, nor his friends, entered the residence in question.

That the undersigned affiant and P/O Sgaglio then spoke with ▇▇▇▇ at his residence. He related that he picked up ▇▇▇▇ at his father's residence at around 2100hrs on the night in question and that he, ▇▇, and ▇▇▇▇ had gone to Dominos Pizza. That he dropped ▇▇ back off at his father's house at around 0100hrs (02/20/2016), then dropped off ▇▇ at his home, and he went home for the night. He related that he never entered the house in question. He also added that he observed a group of unknown subjects in the field at the Cos Cob School and that they were making a lot of noise.

That the undersigned affiant and P/O Sgaglio then spoke with one of the juvenile females, ▇▇'s friend, who had been at the ▇▇ residence. She related that she left the residence earlier than anyone else with another friend. That she heard from a second juvenile female who was at the party, that she (the second juvenile female) left the ▇▇ residence with ▇▇▇▇ and accompanied him to his house. That she fell asleep there and ▇▇ went back to the ▇▇'s residence. That he later told the second juvenile female that he (▇▇), and several other boys had gotten "really drunk and were messing around and breaking stuff" in the house across the street from the ▇▇'s house.

That the second juvenile female, who slept at ▇▇'s house and heard first hand from him about the incident, refused to speak with investigators.

*(This is page 3 of a 4 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1600006468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

## Affidavit - Continued

That the undersigned affiant contacted ▆▆▆▆ via telephone and requested that he respond to the Greenwich Police Department for a second interview regarding this incident, to which he agreed.  He was escorted to the Special Victims Section interview room by the undersigned affiant and P/O Sgaglio.  He was advised that his presence at GPD was voluntary and that he could leave at any time.  He related that he understood.  The interview was audio/video recorded using the GPD Case Cracker interview Management System.

That ▆▆ was advised that the investigation had turned up more information and that it was believed that he had not been completely truthful during his first interview earlier in the day.  He related he understood.  The undersigned affiant asked him to tell the story about what had happened on the night in question, leaving nothing out.  He then recounted a very similar sequence of events that he had given in the earlier interview.

That he was advised that other people had told a different story, saying that he had gone into the house ▆▆ ▆▆.) and caused damage.  He eventually said, "All right, I'll tell you what happened.  I just went in the house by myself just to see what was good."  He was asked what he did in the house and he related he just looked around, "I just wanted to explore.  I was a little bit drunk."  He repeatedly stated that he was the only person who went into the house.  He was confronted with the fact that investigators had information and physical evidence that there were several people within the house and he said, "That's my part.  I was there.  If you know their side of the story, you know their side of the story."

That he was again asked what he did while he was in the house and he said, "I was there, I looked around, and we left."  When it was pointed out to him that he had slipped and said "we" he smiled, leaned back in the chair, and said "Me, no, me."  He was advised that it was foolish to claim that he was the sole person in the house because he could be blamed for all of the damage caused and he said, "That was not me."  At that point he said, "I have nothing more to say."  He was asked if he wanted to provide a written statement attesting to his account of the incident and he refused.  He was then escorted back to the GPD lobby.

That based upon the aforementioned facts and circumstances the undersigned affiant respectfully requests that an arrest warrant be issued for the appropriate charges for ▆▆▆▆▆▆ DOB: ▆▆/1997, he is a white male.  His last known address is ▆▆▆▆▆▆, Greenwich, CT 06830.

*(This is page 4 of a 4 page Affidavit)*

| Date | | | Signed (Affiant) | |
|---|---|---|---|---|
| Jurat | Subscribed and sworn before me on (Date) | | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## INFORMATION
JD-CR-71 REV. 3-11

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

Disposition date

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1600006468 | Greenwich Police | 0057 |

## Title, Allegation and Counts

| State of Connecticut vs. *(Name of accused)* | Residence *(Town)* of accused | Docket number |
|---|---|---|
| ▮ | Greenwich | |

Date of birth ▮ 1997

To be held at *(Town)* **STAMFORD**

Geographical area number **GA-1**

Court date

**The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that:**

| | Continued to | Purpose | Reason |
|---|---|---|---|
| **Count One** — Did commit the offense of: **BURGLARY 3** | | | |

| At *(Town)* Greenwich | On or about *(Date)* 02/19/2016 | In violation of General Statute number 53a-103 | | | |
|---|---|---|---|---|---|

**Count Two** — Did commit the offense of:
**CRIMINAL MISCHIEF 1**

| At *(Town)* Greenwich | On or about *(Date)* 02/19/2016 | In violation of General Statute number 53a-115 |
|---|---|---|

**Count Three** — Did commit the offense of:

| At *(Town)* | On or about *(Date)* | In violation of General Statute number |
|---|---|---|

☐ See other sheet for additional counts

Date

Signed *(Prosecuting Authority)*

## Court Action

| Defendant advised of rights before plea | Bond | Surety | ☐ 10% | Election | *(Date)* |
|---|---|---|---|---|---|
| *(Judge)*                     *(Date)* | | | ☐ Cash | ☐ CT ☐ JY | |
| ☐ Attorney ☐ Public defender ☐ Guardian | Bond change | | Seized property inventory number | | |

| Count | Plea date | Plea | Plea withdrawn Date | Plea withdrawn New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost ☐ IMP ☐ NCI | Bond information ☐ Bond forfeited   ☐ Forfeiture vacated   ☐ Forfeiture vacated and bond reinstated |
|---|---|---|

| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
|---|---|---|---|---|---|

| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)* |
|---|---|---|---|

*This is page 1 of a 2 page information*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| INFORMATION<br>JD-CR-71 Rev. 3-11 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>1600006468 | Agency name<br>Greenwich Police | Agency number<br>0057 |

**Arrest Warrant**

| Geographical area number **GA-1** | **State of Connecticut vs.** ████████ |
|---|---|

**To: Any Proper Officer of the State of Connecticut**

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. *("X" all that apply)*

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐ C. Bail set at _____

☐ D. Non-financial conditions of release:

_____

Extradition boundaries established by prosecutor

☐ E. Conditions of release not determined by the court.

| By the Court | Signed(Judge of the Superior Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|

**Return On Arrest Warrant**

| Geographical area number | Town of | Date | **State of Connecticut** |
|---|---|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.

Attest(Officer's signature and Department)

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 2 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    TOG-002521

| **ARREST WARRANT APPLICATION** | **STATE OF CONNECTICUT** | For Court Use Only |
|---|---|---|
| JD-CR-64b   Rev. 3-11 | **SUPERIOR COURT** | Supporting Affidavits sealed |
| C.G.S §§54-2a | *www.jud.ct.gov* | ☐ Yes   ☐ No |
| Pr. Bk. Sec. 36-1, 36-2, 36-3 | | |

| Police Case number | Agency name | | Agency number |
|---|---|---|---|
| 1200039368 | Greenwich Police | | 0057 |

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | Rye Brook | STAMFORD | Area number GA-1 |

## Application For Arrest Warrant
**To: A Judge of the Superior Court**

**The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the:** ☒ **Affidavit Below.**   ☐ **Affidavit(s) Attached.**

| Date | Signed   *(Prosecuting authority)* | Type/print name of prosecuting authority |
|---|---|---|
| | | |

## Affidavit
**The undersigned affiant, being duly sworn, deposes and says:**

The affiant, Detective John King, being duly sworn, does depose and state that he is a member of the Greenwich Police Department and has been since November 20, 2000.  At all times mentioned herein he was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses

On 11/23/2012 members of the Greenwich Police Department investigated a report of an assault and robbery that took place in the area of 142 Hamilton Avenue. The victim, a 17 year old juvenile, reported he was assaulted by approximately five Hispanic males and during the course of the assault, his glasses and cell phone were stolen.

When the victim was initially interviewed by the first responding officers, they observed blood around his mouth, red marks on both sides of his face, swelling to his right cheek and numerous scratches on his forehead. Photographic documentation was made of these injuries.

The affiant interviewed the victim the following day. It is important to note that the affiant observed the victim to have a swollen right jaw and numerous scratches on his forehead. Further, as a result of his

*(This is page 1 of a 1 page Affidavit)*

| Date | Signed   *(Affiant)* |
|---|---|
| | |
| Jurat | Subscribed and sworn to before me on   *(Date)* | Signed   *(Judge/Clerk, Commissioner of Superior Court, Notary Public)*<br>Judge Povodator |

### Finding
The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at   *(City or town)* | On   *(Date)* | Signed   *(Judge / Judge Trial Referee)* | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS F.   1200639368

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name   *(Last, First, Middle Initial)* | Residence *(Town)*of accused | Court to be held at  *(Town)* | Geographical |
|---|---|---|---|
| | Rye Brook | STAMFORD | Area number   GA-1 |

## Affidavit - Continued

glasses being broken, the victim' mother had to guide him through GPD Headquarters. The victim gave a voluntary sworn statement and related he was at a dance party on Hamilton Avenue on November 23, 2012.

While walking home from the party someone pushed and punched him from behind. When he turned around all he saw were fists flying toward his face. That a kid wearing a long sleeved shirt with horizontal stripes asked him if he was dancing at the party. Then someone said, "He's the one" and everyone (at least five other youths) started punching him. The youths snapped his headphones, broke his glasses and stole his cell phone.

Based on information gleaned from other Greenwich High School students that were in attendance at the aforementioned dance party, SRO Franco was able to learn that a student, Juvenile Male 1, was directly involved in the assault and robbery of the victim.

On 11/30/2012 the affiant along with SRO Franco responded to the address of Juvenile Male 1. Juvenile Male 1 related that he was in attendance at the party in question and that during the party he observed the victim dancing with a female that Juvenile Male 1 has romantic feelings for. That Juvenile Male 1 told his "boys" (Juvenile Males 2, 3, 4, and ▮▮▮▮▮▮) that he was upset about this.

That he heard his "boys" say they were going to "jump someone". When Juvenile Male 1 observed the victim leave the party, his "boys" called to him, saying, "Juvenile Male 1, lets go, we leaving".

That when Juvenile Male 1 went outside he was walking behind his "boys" when he observed a scuffle taking place. That he saw his boys punching and kicking someone on the ground. Juvenile Male 1 denied involvement in the actual assault and robbery and reluctantly named his boys. Juvenile Male 1 also refused to give a sworn statement due to fear of reprisals.

The affiant was able to identify an eyewitness to the assault, ▮▮▮▮▮▮▮▮ ( ▮▮▮ /95). ▮▮▮▮ voluntarily agreed to respond to the Greenwich Police Special Victims Section for the purpose of interview on December 28, 2012.

In a sworn written statement ▮▮▮▮ related he was at the party on the night in question. That he heard Juvenile Male 1 talking about "jumping this one kid" (victim). That at the end of the party, Juvenile Males 1,

*(This is page 2 of a 3 page Affidavit*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on*(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** *(Prosecutorial Official)* | **Date** | Reviewed *(Judge / Judge Trial Referee)* | **Date** |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #.      I200030368

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov                        Greenwich Police

| Name  *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at  *(Town)* | Geographical |
|---|---|---|---|
|  | Rye Brook | STAMFORD | Area number    GA-1 |

**Affidavit - Continued**

2, 3, 4, and ▇▇▇▇▇ all go after the victim.  That the aforementioned group approached the victim from behind.  Juvenile Male 3 punched the victim first.  The victim looked like he was in shock.  Juvenile Male 1 then said, "This is for getting with my girl" and then all of the group started hitting the victim.

▇▇▇▇ observed the group running back to the party and heard Juvenile Male 4 say that he stole the victim's phone.

The affiant interviewed ▇▇▇▇▇ (D.O.B. ▇▇▇/1993) in regards to this matter.  In a sworn statement ▇▇▇▇▇ related that  all of the aforementioned youths "it the kid" That he was merely a witness and did not do anything.

The affiant then interviewed Juvenile Male 4.  In a voluntary sworn statement Juvenile Male 4 related that Juvenile Male 1 was angry because the victim was dancing with his cousin.  Juvenile Male 4 related ▇▇▇▇ ▇▇▇▇ and the other juveniles all hit the victim.

It should be noted that the victim's cell phone is still missing and that none of the suspects in this case admitted to stealing the cell phone during the assault.  The witness only heard Juvenile Male 4 state that he took the cell phone after the assault.

Based on the above facts and circumstances the undersigned respectfully requests and arrest warrant be signed for ▇▇▇▇▇ for the appropriate charges.

*(This is page 3 of a 3 page Affidavit)*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | **Date** | Reviewed *(Judge / Judge Trial Referee)* | **Date** |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| **INFORMATION**<br>JD-CR-71 REV. 1-17 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|

| Police Case number<br>**1200039368** | Agency name<br>**Greenwich Police** | Agency number<br>**0057** |
|---|---|---|

## Title, Allegation and Counts

| State of Connecticut vs.*(Name of accused)*<br>███████████ | Residence *(Town) of accused*<br>**Rye Brook, NY** | Docket number |
|---|---|---|

| | Date of birth<br>████**1993** | The undersigned Prosecuting Authority of the State of Connecticut charges that: |
|---|---|---|

| To be held at *(Town)*<br>**STAMFORD** | Geographical area number **GA-1** | Court date | |
|---|---|---|---|

| Count One —— Did commit the offense of:<br>**ASSAULT 3RD DEG** | | Continued to | Purpose | Reason |
|---|---|---|---|---|
| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**11/23/2012** | In violation of General Statute number<br>**53a-61** | | |

| Count Two —— Did commit the offense of:<br>**ROBBERY 2ND DEG** | | |
|---|---|---|
| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**11/23/2012** | In violation of General Statute number<br>**53a-135** |

| Count Three —— Did commit the offense of: | | |
|---|---|---|
| At *(Town)* | On or about *(Date)* | In violation of General Statute number |

| ☐ See other sheet for additional counts | Date | Signed *(Prosecuting Authority)* |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | Bond | Surety | ☐ 10 % | Election *(Date)* |
|---|---|---|---|---|
| *(Judge)*              *(Date)* | | | ☐ Cash | ☐ CT   ☐ JY |
| ☐ Attorney   ☐ Public defender   Guardian | Bond change | | | Seized property inventory number |

| Count | Plea date | Plea | Plea withdrawn<br>Date / New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|
| **1** | | | | | $ | $ | |
| **2** | | | | | $ | $ | |
| **3** | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost<br>☐ IMP  ☐ NCI | Bond information<br>☐ Bond forfeited   ☐ Forfeiture vacated   ☐ Forfeiture vacated and bond reinstated |
|---|---|---|

| Application fee - receipt number<br>if paid | Circle one<br>W I Q | Program fee - receipt number<br>if paid | Circle one<br>W I Q | Probation fee - receipt number<br>if paid | Circle one<br>W I Q |
|---|---|---|---|---|---|
| Prosecutor on original disposition | | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)* | |

*This is page 1 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                                            TOG-002525

| **INFORMATION**<br>JD-CR-71 Rev. 1-17 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>**1200039368** | Agency name<br>**Greenwich Police** | Agency number<br>**0057** |

## Arrest Warrant

| Geographical area number **GA-1** | **State of Connecticut vs.** ███████████ |
|---|---|

To: Any Proper Officer of the State of Connecticut

    *By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the*

**within-named accused.** *("X" all that apply)*

☐    A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐    B. Accused is not entitled to bail.

       If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

|  | Extradition boundaries established by prosecutor |
|---|---|

☐    C. Bail set at _____

☐    D. Non-financial conditions of release:

    _____

    _____

☐    E. Conditions of release not determined by the court.

| **By the Court** | Signed(Judge of the Superior Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical area number | Town of | Date | **State of Connecticut** |
|---|---|---|---|

*Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.*

Attest*(Officer's signature and Department)*

| Date | Other Court action | Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*This is page 2 of a 2 page information*

TOG-002526

**ARREST WARRANT APPLICATION**
JD-CR-64b   Rev. 3-11
C.G.S §§54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| For Court Use Only |
|---|
| Supporting Affidavits sealed |
| ☐ Yes        ☐ No |

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1600011310 | Greenwich Police | 0057 |

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number  GA-1 |
|---|---|---|---|
| ▮▮▮▮▮▮ | GREENWICH | STAMFORD | |

**Application For Arrest Warrant**
**To: A Judge of the Superior Court**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: ☐ Affidavit Below. ☐ Affidavit(s) Attached.

| Date | Signed  (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
| | | |

**Affidavit**

**The undersigned affiant, being duly sworn, deposes and says:**

1. The Affiant, Detective Perusse, being duly sworn, does depose and state that he is a member of the Greenwich Police Department and has been since October 12, 2004. At all times mentioned herein he was *acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.*

2. That on March 29, 2016 members of the Greenwich Police Department responded to 200 Greenwich Avenue for a report of two motor vehicle thefts that occurred on Sunday the 27th.

3. That the Affiant responded to 200 Greenwich Avenue and reviewed the video surveillance from the parking garage and spoke with ▮▮▮▮▮▮ who's 1969 Pontiac GTO bearing Connecticut registration 81235 (VIN# 242379B59455) was stolen. Upon reviewing the video surveillance from 200 Greenwich Avenue it appears to show three white or Hispanic males entering the garage just prior to the vehicles being stolen. That the males appeared to be of high school age or early twenties. At 1009hrs on April 27th, 2016 the 1969 Pontiac GTO and 2015 Dodge Challenger are seen on video surveillance leaving the garage and the three high school age males are no longer seen in the garage on the video surveillance. The operators and its occupants of the two vehicles can not been seen due to the age of the video surveillance cameras.

*(This page is 1 of a 8 page Affidavit)*

| Date | Signed  (Affiant) Brian Perusse |
|---|---|
| | |
| Jurat  Subscribed and sworn to before me on  (Date) | Signed  (Judge/Clerk, Commissioner of Superior Court, Notary Public) |

**Finding**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at  (City or town) | On  (Date) | Signed  (Judge / Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1600011310

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused GREENWICH | Court to be held at (Town) STAMFORD | Geographical Area number GA-1 |
|---|---|---|---|

### Affidavit - Continued

4. That it was determined that along with ▇▇▇▇s vehicle a 2015 Dodge Challenger bearing Connecticut registration FASTMAN (VIN# 2C3CDZC97FH854346) was also stolen. That the 2015 Dodge Challenger is owned by ▇▇▇▇▇▇.

5. That ▇▇▇ was later interviewed and it was determined that his vehicle (2015 Dodge Challenger) is equipped with a vehicle locating device called "U Connect"

6. That the Affiant later contacted U Connect and was advised that the ▇▇▇s vehicle was currently located at coordinates 40.94791 and -73.66319. An Internet search revealed that these coordinates placed the vehicle in the area of Traverse Avenue in Port Chester, New York.

7. That the Affiants then responded to the area of Traverse Avenue and were able to locate both ▇▇▇'s and ▇▇▇▇▇▇s stolen vehicle in the parking garage located at 10 Waterfront Place in Port Chester. Both vehicles were backed into their respective parking spaces and had a light coating of rust on their brakes and rotors, indicating that the vehicles had been parked there for at least a day or two. Both vehicles were locked and appeared to be in overall good condition.

8. That due to the possibility that the suspects were juveniles the video surveillance was showed to Det. King and SRO Franco. That both Det. King and SRO Franco were able to identify the males as juvenile, Greenwich High School Students.

9. That on April 1st, 2016 Juvenile 1 approached SRO Franco while at Greenwich High School. That Juvenile 1 related to SRO Franco that he had something serious to talk with him about. SRO Franco believed that Juvenile 1 probably wanted to speak with him regarding the theft of two motor vehicles that Juvenile 1 was involved in. SRO Franco scheduled an interview with Juvenile 1 to be held at the Greenwich Police Department on April 5th, 2016.

10. That on April 5th, 2016 Juvenile 1 appeared at the Greenwich Police Department at approximately 1430hrs for his pre-arranged interview. Juvenile 1 was brought into Interview Room D within the Special Victims Section. That this interview was audio and visually recorded. Det. King and SRO Franco then advised Juvenile 1 of his rights, which included the right to have a parent present during questioning. Juvenile 1 did not wish to have his attorney or parent present and agreed to speak with officers.

(This is page 2 of a 8 page Affidavit)

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1600011310

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused GREENWICH | Court to be held at (Town) STAMFORD | Geographical Area number GA-1 |
|---|---|---|---|

## Affidavit - Continued

11. That during the interview Juvenile 1 related that on March 26th, 2016, the day before the two vehicles were stolen he was picked up by vehicle at his residence by Juvenile 2 and 3. That the three then drove to central Greenwich and entered the parking garage located at 200 Greenwich Avenue. That Juvenile 2 then showed Juvenile 1 and 3 numerous high end vehicles that were parked in the garage. That many of the vehicles were unlocked and had their keys within.

12. That Juvenile 1 went onto relate that Juvenile 2 entered numerous vehicles including a newer model Dodge Challenger. Juvenile 2 related that he was going to steal the Dodge Challenger on March 27th, 2016. That Juvenile 2 then drove him and Juvenile 3 to the residence of ▇▇▇▇. Upon arrival to ▇▇s residence Juvenile 3 stayed within the vehicle and Juvenile 1 and 2 approached the front door. Juvenile 1 related he and Juvenile 2 spoke to ▇▇ within her front door way. Juvenile 2 then handed ▇▇ the registration and insurance card for the Dodge Challenger they had just seen at 200 Greenwich Avenue.

13. That ▇▇ related that she had connections at a DMV office in the state of Maine and could have a license plate issued for the vehicle. Juvenile 1 related that ▇▇ then reached for a firearm that was located behind her and began to point it in Juvenile 1's general direction. ▇▇ then asked Juvenile 1 if he was going to take a vehicle too. ▇▇ also stated that she had connections with the Hell's Angels and that if he knew what was best for him he would take a vehicle too. Juvenile 1 then related that he was fearful of ▇▇ and what she might do to him, so he told her that he would also being willing to take a vehicle. ▇▇ advised them to steal two vehicles from the parking garage at 200 Greenwich Avenue and to park them at the parking garage in Port Chester, New York in the area of the movie theater.

14. Juvenile 1 described the firearm that ▇▇ displayed as a "submachine gun" that was black and yellow in color and that it appeared real to him. Juvenile 1 further described the barrel as being made out of steel and having a proper diameter for a firearm. Juvenile 1 related that he is familiar with firearms as his father owns several dozen firearms and has shot them on many occasions. Juvenile 1 also showed the Affiant several images on his cellular phone that he has taken of his father's firearm collection.

15. Juvenile 1 continued to relate that on March 27th, 2016 Juvenile 2 again picked him up by vehicle at his residence. That Juvenile 3 was already within the vehicle and they drove to the parking garage at Greenwich Town Hall. That they all three walked to the parking garage located at 200 Greenwich Avenue and it was determined that he (Juvenile 1) would take a older model orange Pontiac GTO. Juvenile 1 related that they then drove directly to the parking garage in Port Chester as directed by ▇▇.

*(This is page 3 of a 8 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1600011310

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| ███ | GREENWICH | STAMFORD | GA-1 Area number |

## Affidavit - Continued

16. Juvenile 1 also showed the Affiants and other investigators images and videos in his cellular telephone of Juvenile 2 operating the Dodge Challenger within in the parking garage at 200 Greenwich Avenue. Juvenile 1 also had images of Juvenile 2 sitting within the Dodge Challenger in a parking garage that appeared to be the parking garage in Port Chester, New York where the vehicles were later recovered. The images and video on Juvenile 1 cellular telephone were later seized as evidence.

17. That on April 6, 2016, at the request of the Det. King, SRO Franco located Juvenile 2 within the GHS Student Center and advised him that Det. King needed to speak to him.

18. That Juvenile 2 arrived at the Greenwich Police Department and was escorted to SVS. Based on the aforementioned, Det. King and SRO Franco advised Juvenile 2 that based upon his age (17) he could elect to waive the right to have his father present for any interview and or questioning. Det. King read aloud, the GPD 16-17 year old Miranda Form and Det. King read and signed same, choosing to waive the right to have his father present for the interview.

19. That Juvenile 2 then related the following: That his friend Juvenile 3 has frequently visited the parking lot at 200 Greenwich Avenue for a while now. That he goes there to skateboard and look at the cars. That on Saturday March 26, 2017 he, Juvenile 1 and 3 were at the garage at 200 Greenwich Avenue. That they were looking at the cars. That Juvenile 3 entered the GTO and found the keys.

20. That the three left the garage and drove to meet a subject he knows as "███". ███ was identified as ███ of ███. Juvenile 2 related that he met ███ through her juvenile brother, who Juvenile 2 knows from Greenwich High School.

21. That when they got to ███s house, she was sitting on the front steps. That Juvenile 1 and 2 walked up to the house while Juvenile 3 waited inside the vehicle. That they were talking about various things when Juvenile 1 mentioned the parking garage and the cars located within that had the keys inside. That ███ then began suggesting that Juvenile 1 and 2 steal the GTO and the Dodge and drive them to a "chop shop" she knew of in the Bronx section of New York. ███ also indicated that her grandfather owns a body shop and she could get fake VIN tags for the cars. Further, ███ related that she had a friend that worked at the DMV in Maine who could provide fake registration paperwork for the vehicles also.

*(This is page 4 of a 8 page Affidavit)*

| Date | | | Signed (Affiant) | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1600011310

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| | GREENWICH | STAMFORD | Area number GA-1 |

## Affidavit - Continued

22. That ▮▮▮ also told Juvenile 1 and 2 that she has friends in the *Hells Angels Motorcycle Club* and that they would shoot up their houses if they "snitch". Juvenile 2 then related that ▮▮▮ produced from behind her, a firearm that looked like a submachine gun. ▮▮▮ then began to wave the gun around in front of her and pointing in Juvenile 1 and 2's general direction.

23. That ▮▮▮ had also mentioned to both Juvenile's 1 and 2 that the cars they were going to steal are worth $180,000.00 and that they could make a lot of money if they took them.

24. That on April 4th, 2016 ▮▮▮ retrieved his vehicle from the Greenwich Police Department. Upon inspecting the inside of the vehicle he discovered that his vehicle's registration and insurance card were missing. On April 5th, 2016 ▮▮▮ retrieved his vehicle from the Greenwich Police department and also discovered that his vehicle's registration and insurance card were missing. This information corroborates Suspect 1's account of removing both vehicle's registration and insurance paperwork and providing them to ▮▮▮.

25. That on April 6, 2016 members of the Greenwich Police Detective and Patrol Division executed a signed search warrant on the residence of ▮▮▮▮▮▮▮▮. Said search warrant had been granted by the Honorable Judge White of the Stamford Superior Court on April 6th, 2016.

26. That during the execution of the search warrant at ▮▮▮▮▮▮▮ a Winchester .177 Air Rifle with Wood Stock and steel barrel was located within the living room closet, behind the front door. The the living room closet where the air rifle was located is only several feet from the front door of the residence and where Juvenile 1 and 2 related ▮▮▮ pointed a firearm in their direction.

27. That on April 11, 2016 Det Fiscella and the Affiant interviewed ▮▮▮ who, at Det. Fiscella's request, had voluntarily responded to the Greenwich Police Detective Division for an interview. Said interview was audio and visually recorded via the Case Cracker System.

28. That the investigators explained to ▮▮▮ that the interview was strictly voluntary and that she did not have to speak to the police. ▮▮▮ related that she understood and wanted to cooperate with the police. ▮▮▮ related that she had been living with the ▮▮▮ family at ▮▮▮▮▮▮ in West Rockport Maine for the last several weeks. That on Friday 3/25/16 ▮▮▮ related that ▮▮▮'s husband, ▮▮▮ rented her a car from Enterprise so she could return from Maine to Greenwich for the funeral of her friend.

*(This is page 5 of a 8 page Affidavit)*

| Date | | | Signed (*Affiant*) | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (*Date*) | | Signed (*Judge/Clerk, Commissioner of Superior Court, Notary Public*) | |
| **Reviewed** | (*Prosecutorial Official*) | Date | Reviewed (*Judge / Judge Trial Referee*) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1600011310

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| | GREENWICH | STAMFORD | Area number   GA-1 |

**Affidavit - Continued**

29. That on Saturday, 3/26/16, Juvenile 1 and 2 came to her Greenwich residence located at ▮▮▮▮▮ ▮▮▮▮▮ and told her that they was going to steal some cars from a parking garage on Greenwich Avenue. That Juvenile 2 had asked her if she knew anyone that was willing to buy the cars and she said no. That Juvenile 2 had brought her an empty leather case from one of the cars and had left it on her outside patio table. ▮▮▮ stated that this case was empty and that no one had given her any keys or paperwork for any vehicle. .

30. That ▮▮▮ related that she was sitting on the front step in front of her residence while she spoke to Juvenile 1 and 2. That ▮▮▮ had a yellow and black colored BB gun resting on an ottoman, which was directly next to where she was sitting but did not point it at the juveniles. ▮▮▮ further related that she was aware that Juvenile 1, 2 and 3 planned on stealing the two vehicles on Easter morning.

31. That Juvenile 2 returned to her house on Easter Sunday, picked her up in his gold Mercedes, and showed her the 2 stolen cars in their storage location in Port Chester, an older Orange car and a newer red car. ▮▮▮ stated that she never touched or entered the cars. That Juvenile 2 showed her a radar detector and a "computer thing " for the car which he had taken. When confronted, ▮▮▮ did state that she had googled the GTO while she was in Maine to see how much it was worth and that she did ask ▮▮▮▮▮ if he was interested in buying the stolen cars. ▮▮▮ stated that she did not have the stolen keys to the cars and that Juvenile 2 told her he had buried them. That ▮▮▮ did not relate anything further at this time and said interview was ended.

32. That on April 13, 2016 ▮▮▮ approached Det. Fiscella at Greenwich Hospital to speak with him, regarding this case. Said interview was audio recorded by Det Fiscella's GPD issued Olympus Digital Voice Recorder within an empty meeting room.

33. That ▮▮▮ was advised that this interview was strictly voluntary and that she did not have to speak with Det Fiscella. ▮▮▮ related that she had not been completely truthful and wanted to cooperate. ▮▮▮ related that she was in fact trying to scam Juvenile 2 out of money to help her mother pay medical bills. She stated that she knew that the cars had been stolen and told Juvenile 2 that  she could help him sell the cars. ▮▮▮ related that it was her plan to sell the cars but she never received any money. ▮▮▮ related that Juvenile 2 did give her a leather binder on March 26th 2016, with an owner's manual and something similar to a Bill Of Sale for one of the cars. ▮▮▮ stated that she left Connecticut on Easter Sunday night and returned to Maine. That a few days later she heard that the police located the stolen vehicles and called her younger brother and told him to burn the paperwork for the vehicles.

*(This is page 6 of a 8 page Affidavit)*

| Date | | | Signed (Affiant) | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a  Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1600011310

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | GREENWICH | STAMFORD | Area number GA-1 |

## Affidavit - Continued

34. That ▮▮▮▮ further related that she was holding the yellow and black Bumble Bee BB gun on March 26th, 2016 when Juvenile 1 and 2 came to her house, but that she never threatened them with the BB gun. ▮▮▮▮ stated that she did not order them to steal the cars. ▮▮▮▮ related that she brought the BB gun back to ▮▮▮▮▮▮▮▮▮▮ in Rockport, Maine back with her on March 27th, 2016.

35. That on April 18th, 2016 Det. Fiscella and the Affiant drove ▮▮▮▮▮▮▮▮▮▮, Rockport, Maine in order to retrieve a BB Gun that ▮▮▮▮ had discarded at her old residence. Prior to driving to Maine, ▮▮▮▮ had provided Det. Fiscella a sworn written statement which stated that she was giving the Greenwich Police and Rockport Police Departments permission to seize her BB gun located at ▮▮▮▮▮▮▮▮▮ in Rockport, Maine. ▮▮▮▮ also provided Det. Fiscella a signed consent to search form for her bedroom at the address of ▮▮▮▮▮▮▮▮, Rockport, Maine.

36. That Det. Fiscella and the Affiant responded to the Rockport Police Department prior to responding to ▮▮▮▮'s old residence. At the Rockport Police Department the Affiant spoke to Police Chief Mark Kelley and advised him of the Affiants investigation. Chief Kelley accompanied Det. Fiscella and the Affiant to ▮▮▮▮▮▮▮▮. Upon arrival to ▮▮▮▮▮▮▮▮, Chief Kelley knocked on the door, which was answered by ▮▮▮▮▮▮▮.

37. That ▮▮▮▮ is the homeowner along with his wife, ▮▮▮▮▮▮▮▮. ▮▮▮▮ was already aware that investigators would be responding to his residence on this date to seize ▮▮▮▮'s BB gun and related that he would have no objection to officers coming into his residence.

38. That ▮▮▮▮ welcomed the investigators into his residence and brought investigators directly into ▮▮▮▮'s old bedroom. Located on a shelf within the bedroom was a yellow and black BB gun with a steel barrel. The BB Gun was later determined to be a Baikal Drozd BB Gun that shoots .177 caliber BB's. This BB Gun is consistent to the one that was described by both juvenile victims that was pointed at them on March 26th, 2016.

39. That We also spoke with ▮▮▮▮▮▮▮ while we were at the residence. ▮▮▮▮ went onto relate that she and ▮▮▮▮ hired ▮▮▮▮ in February of this year to live with her and to help maintain the house as she is disabled and ▮▮▮▮ lives at ▮▮▮▮▮▮ in Greenwich and ▮▮▮▮▮▮▮▮▮. That she and ▮▮▮▮ rented ▮▮▮▮ a car so ▮▮▮▮ could drive to Greenwich to see her family and attend a wake on Easter

*(This is page 7 of a 8 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1600011310

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| ▮ | GREENWICH | STAMFORD | GA-1 Area number |

**Affidavit - Continued**
weekend.

40. That ▮ returned the Monday after Easter as planned and told ▮ that had become involved in something really big. Further, that it involved stolen cars that were worth a fortune. ▮ recalled ▮ saying that one of the vehicles was an orange colored GTO and that she would have to change the vehicle's color and VIN number. Several days after that ▮ related that she had overheard a phone conversation ▮ was having with someone. During the phone conversation ▮ told the other person to "burn the evidence" and that she didn't want to go back to Niantic. ▮ also over heard ▮ saying on the phone "oh I'm going to kill that guy. I'm gonna get him for sure". ▮ believes that ▮ was referring to someone that might have gone to the police and advised the police of ▮'s involvement.

41. That it should be noted that at no time did Det. Fiscella or the Affiant inform ▮ that an orange in color GTO was stolen and that she would have to have heard that information from someone with personal knowledge of the motor vehicle theft. ▮ later provided Det. Fiscella and the Affiant with a sworn written statement of the aforementioned.

42. That the Affiant believes there to be probable cause for the applicable charges for;

▮

D.O.B. ▮ 1989

▮

Greenwich, CT 06831

*(This is page 8 of a 8 page Affidavit)*

| Date | Signed *(Affiant)* | | |
|---|---|---|---|
| **Jurat** Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | | |
| **Reviewed** *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**INFORMATION**
JD-CR-71 REV. 3-11

STATE OF CONNECTICUT
**SUPERIOR COURT**

Disposition date

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1600011310 | Greenwich Police | 0057 |

## Title, Allegation and Counts

| State of Connecticut vs.(Name of accused) | | Residence (Town) of accused GREENWICH | Docket number |
|---|---|---|---|

| | Date of birth /1989 | The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that: |
|---|---|---|

| To be held at (Town) STAMFORD | Geographical area number GA-1 | Court date | |
|---|---|---|---|

| Count One — Did commit the offense of: INJURY/RISK/IMPAIRING MORALS | | Continued to | Purpose | Reason |
|---|---|---|---|---|

| At (Town) Greenwich | On or about (Date) 03/26/2016 | In violation of General Statute number 53-21 | |
|---|---|---|---|

Count Two — Did commit the offense of:
**THREATENING**

| At (Town) Greenwich | On or about (Date) 03/26/2016 | In violation of General Statute number 53a-62 |
|---|---|---|

Count Three — Did commit the offense of:
**CONSPIRACY TO COMMIT/ LARCENY 1**

| At (Town) Greenwich | On or about (Date) 03/27/2016 | In violation of General Statute number 53a-48/53a-122 |
|---|---|---|

| ☐ See other sheet for additional counts | Date | Signed (Prosecuting Authority) |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | Bond | Surety | ☐ 10% | Election | (Date) |
|---|---|---|---|---|---|
| (Judge)          (Date) | | | ☐ Cash | ☐ CT   ☐ JY | |
| ☐ Attorney  ☐ Public defender | Guardian | Bond change | | Seized property inventory number | |

| Count | Plea date | Plea | Plea withdrawn Date / New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|
| 1 | | | | | $ | $ | |
| 2 | | | | | $ | $ | |
| 3 | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost ☐ IMP ☐ NCI | Bond Information ☐ Bond forfeited   ☐ Forfeiture vacated   ☐ Forfeiture vacated and bond reinstated |
|---|---|---|

| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
|---|---|---|---|---|---|

| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed (Clerk) | Signed (Judge) |
|---|---|---|---|

*This is page 1 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **INFORMATION**<br>JD-CR-71 Rev. 3-11 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>1600011310 | Agency name<br>Greenwich Police | Agency number<br>0057 |

## Arrest Warrant

| Geographical<br>area<br>number **GA-1** | **State of Connecticut vs.** ██████████ |
|---|---|

**To: Any Proper Officer of the State of Connecticut**

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the

within-named accused. *("X" all that apply)*

☐    **A.** Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐    **B.** Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk *or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.*

☐    **C.** Bail set at _____

☐    **D.** Non-financial conditions of release:

_____

_____

| | Extradition boundaries established by prosecutor |
|---|---|

☐    **E.** Conditions of release not determined by the court.

| **By the Court** | Signed(Judge of the Superior Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical<br>area<br>number | Town of | | Date | **State of Connecticut** |
|---|---|---|---|---|

**Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.**

Attest(Officer's signature and Department)

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 2 of a 2 page Information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**     **TOG-002536**

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | For Court Use Only | |
|---|---|---|---|
| JD-CR-64b   Rev. 3-11<br>C.G.S §§54-2a<br>Pr. Bk. Sec. 36-1, 36-2, 36-3 | SUPERIOR COURT<br>*www.jud.ct.gov* | Supporting Affidavits sealed | |
| | | ☐ Yes | ☐ No |

| Police Case number<br>1700001340 | Agency name<br>Greenwich Police | | Agency number<br>0057 | |
|---|---|---|---|---|
| Name *(Last, First, Middle Initial)*<br>███████████ | | Residence *(Town)* of accused<br>Pittsfield | Court to be held at *(Town)*<br>STAMFORD | Geographical<br>Area number GA-1 |

## Application For Arrest Warrant
**To: A Judge of the Superior Court**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts
set forth in the: **[X]** **Affidavit Below,**   **[ ]** **Affidavit(s) Attached.**

| Date | Signed *(Prosecuting authority)* | Type/print name of prosecuting authority |
|---|---|---|
| | | |

## Affidavit
***The undersigned affiant, being duly sworn, deposes and says:***

1. The undersigned, Detective Joseph Rondini, being duly sworn, does depose and state that he is a member of the Greenwich Police Department and has been since February 23, 2004.  At all times mentioned herein he was acting as a member of said department.  The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

2. That on Thursday, January 12, 2017. 0747 Hours, numerous GPD and GEMS units were detailed to ███ ███████████ on the report of an unconscious female thereat. The female patient, later identified as 20 year ███████████, had suffered a possible drug overdose and her father, ███████████ was performing CPR at the time of the call being reported to GPD.

3. That P/O Testani in GPD Unit #46, was the first to arrive on-scene and he observed ██████ and her father ██████ to be seated on ██████s bed. ██████ appeared to be conscious and exhibited a low respiratory rate. GEMS Medic #1 arrived on-scene and assumed medical care for ██████. ██████ was treated on-scene and subsequently transported to Greenwich Hospital for further medical evaluation and treatment.

*(This is page 1 of a 14 page Affidavit)*

| Date | | Signed   *(Affiant)* | |
|---|---|---|---|
| Jurat | Subscribed and sworn to before me on  *(Date)* | Signed   *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |

## Finding
The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and
considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that
an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the
issuance of a warrant for the arrest of the above-named accused.

| Date and<br>Signature | Signed at   *(City or town)* | On   *(Date)* | Signed   *(Judge / Judge Trial Referee)* | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #   1700001540

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| ████████████ | Pittsfield | STAMFORD | Area number  GA-1 |

## Affidavit - Continued

4. That Sgt. Scorca and the Affiant spoke with ██████s dad ██████ regarding this incident and he related the following; That his daughter ██████ was admitted to Greenwich Hospital the prior evening (1/11/17) for a heroin overdose. That ██████ was treated and discharged shortly after midnight and between the morning hours of 1/12/17. That prior to being admitted ██████ was in the company of a few friends who he knew from the past to use narcotics, which is why they are not permitted in his home. The friends names, as he knew them, were "████" (who ██████ explained just got out of prison), ████'s girlfriend ████, and ████'s brother ██ did not know his name at the time and was later identified by investigators as ████████████.

5. That ██████ explained that after bringing ██████ home from the hospital they retired to their respective bedrooms. That there was no one but family within the residence.
That upon waking at 7:30 am, he was advised by ██████'s boyfriend, ██████████ that ██████ was unconscious. ████ proceeded to call 911 while ██████ commenced CPR. ████ said that ████████ began to take shallow breaths just prior to the arrival of P/O Testani. ████ said that ████ had come over earlier in the morning to visit and check on ████.

6. That Investigators asked ██████ if he saw any signs of drug use in ██████s room. ██████ answered that he did and presented the Investigators with a uncapped syringe containing approximately 18ml of a faint orange colored liquid and a torn wax fold stamped in faint red lettering, "YUKON." Investigators took custody of the aforementioned items. Later at GPD the items were packaged and entered as evidence.

7. That Investigators explained to ██████ that ██████'s cell phone could potentially contain evidence that could further this investigation. ██████ explained that he pays ██████s cell phone bill and the account is in his name. ██████ added that ██████'s phone does not have a pass code. He provided Investigators with ████s iPhone and then gave his consent verbally, and in writing to review the phone and its contents. ██████ completed a GPD Consent to Search Form. The Affiant immediately placed the iPhone in airplane mode to preserve the data from external deletion.

8. That on Thursday, January 12, 2017 at approximately 2000 hours, Detective Kyle O'Neill and the Affiant responded to the Greenwich Hospital Emergency Room in order to interview ██████ regarding this incident. The Affiant audio recorded ██████'s the interview utilizing Olympus Digital Recorder "KO."

*(This is page 2 of a 14 page Affidavit*

| Date | | | Signed (Affiant) | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on(Date) | | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

TOG-002538

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:        1700001340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov                    Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| ███████████████ | Pittsfield | STAMFORD | Area number  GA-1 |

## Affidavit - Continued

9. The Affiant advised ████ that the interview was voluntary. The Investigators found ████ to be lucid and competent to speak. ████ related that on Wednesday, January 11, 2017 she slept all day until she woke up and texted her friend, ██████████████, looking for him to get her two (2) bags of Heroin for $20. That she has gotten bags of Heroin from ████ in the past. ████ related that she texted ████ to please come over, and he answered her by asking her to call him. ████ stated that they never actually spoke on the phone. ████ related that she fell back to sleep, and eventually woke up at approximately 7:30 pm. That when ████ woke up, ██████████, ██████████, and ██████████ were inside her house. ████ continued to relate that the four of them talked for about 20 minutes and that she, ████, and ████ decided to get high.

10. That ████ bought one bag of Heroin for $20, however ████ promised to give her a second bag later in the day. ████ described the bag of heroin to be a wax bag with a stamp "Yukon" in red lettering. ████ related that ████ mixed half of the bag of Heroin with Poland Spring water into a syringe that ████ gave her. That ████ found one of ████s belts on the floor and used it as a tourniquet on her right arm. ████ said that she held the belt with her mouth as ████ injected her with the needle containing the Heroin. That ████ said she asked ████ to inject her.

11. That ████ explained that ████ and ████ did Heroin that night also. That they injected it and snorted some. That they had their own Heroin. ████ said that she felt "really faded and messed up," which was not normal. ████ related that they all left her house and drove in ████s car. That they dropped off ████ and she, ████ and ████ went to Stamford and purchased a box of whip-its (slang term for nitrous oxide inhalants) at a Mobil gas station on Long Ridge Road. That they drove to McDonald's in Riverside (Greenwich). ████ described ████s car as a blue Honda Civic. ████ related that she woke up in the hospital and was told by staff that she suffered a Heroin overdose. That she was dropped off at the Emergency Department by a speeding car. ████ related that no one stayed with her while she was in the Emergency Department. ████ related that she was discharged and picked up by her father.

12. That her father (████) drove her home. After talking with him she went to text her friend ████ and

*(This is page 3 of a 14 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                    TOG-002539

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CF5 #         1700001340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number   GA-1 |

## Affidavit - Continued

asked him to come over. That she did a whip it. ▉▉▉▉ related that she still had the other half of the bag of Heroin she purchased from ▉▉▉ That it was less than she used the night prior. That between approximately 3:30 am and 4:00 am, she used the same needle ▉▉▉ gave her to inject herself with the remaining Heroin. ▉▉▉ related that she was by herself. That she injected herself in the right arm. That the last thing she recalled was smoking a cigarette. ▉▉▉ swore to the veracity of her verbal statements. The interview was concluded.

13. That on Thursday, January 12, 2017, approximately 2030 hours, ▉▉▉▉▉▉ completed a GPD Cell Phone Data Cloning/Forensic Extraction Consent Form. Her father, ▉▉▉▉▉▉ also completed a consent form and gave Investigators ▉▉▉ s Apple iPhone.

14. That Detective Sergeant Pier Corticelli performed a forensic analysis of ▉▉▉ s iPhone 6 Plus (Telephone #: 203-▉▉▉; IMEI: 353302071833076). Detective Sergeant Corticelli provided Detective Quezada with a copy of the Extraction Report.

15. That the report confirmed through the listed device name that it belonged to "▉▉▉▉▉▉▉▉▉." A review of the report revealed a text message conversation between ▉▉▉ and an individual listed as a contact named '▉▉▉' telephone number 203-▉▉▉ (a confirmed cell phone number for ▉▉▉ ▉▉▉▉▉"). The text message conversation began on January 11, 2017 at 5:08 PM and concluded at 6:01 PM. The following is the conversation between ▉▉▉ and ▉▉▉:

▉▉▉ : I need you to help me out right now ▉▉▉ I'm not fucking ok
 What's good?
▉▉▉ : I'm gonna seriously hurt myself if I can't get that ▉▉▉ I need your help im so depressed right now I can't feel it
 Shelby: Bob
▉▉▉ don't hurt yourself stop it I'm here for u so is ▉▉▉ we love u
▉▉▉ : Please get me it I have 20 I'm home just please I'm gonna do something stupid I'm not ok
▉▉▉ : Too many people I hurt I'm an infection spreading
 Call me

16. That in her interview, ▉▉▉told the Affiant and Detective O'Neill that she asked ▉▉▉ for Heroin. Through the Investigators' collective training and experience, it is known that individuals who are involved

*(This is page 4 of a 14 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #     1700001340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name   (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at   (Town) | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number   GA-1 |

**Affidavit - Continued**

in illegal activity often use "that" to describe contraband as a way to avoid explicitly stating what it is they *are talking about.* ████ *further told Detectives that she paid* ████ $20 dollars for a bag of Heroin, with ████ promising her a second bag at a later time.

17. That during the course of the interview at Greenwich Hospital with ████ the Affiant and Detective O'Neill were granted authorization by ████ to acquire her medical records. It was noted that ████ was lucid, aware of her surroundings, and capable of granting authorization. ████ read, understood, and signed the GPD Authorization to Release Medical Information, which was witnessed by

18. That on Thursday, January 12, 2017, Detective Quezada and the Affiant received ████'s medical records from the Greenwich Hospital Medical Records Division as it pertains to her January 11, 2017 visit. It should be noted that at the time of this report, January 13, 2017, ████ was still being treated at Greenwich Hospital for her overdose that occurred on 1/12/2017. As part of the Greenwich Hospital policy, medical records are not to be released while the patient is still admitted. The following medical records were a result of ████'s admittance, the reported date of the first overdose, on 1/11/2017. The document is submitted as evidence and includes references to heroin overdose, as well as the subsequent analysis, diagnosis, and treatment. Specifically the Greenwich Hospital Emergency Department report indicates the Chief Complaint as "Overdose-Accidental"and the history of present illness: '████, 20 yo female, presents with friends apneic, ashen with thready pulse. Pt with pinpoint pupils. BVM initiated and Narcan given IV---pt awoke, vomited. Friends state that they were shopping in Home Goods and Pt went into bathroom and came out barely breathing". They drove her to ER. Pt unresponsive on arrival. Thready Pulse". *Upon physical exam needle marks were found in the right arm of the Pt. Included in the ED report* were the results of a Urine Drug Screen, which was ordered by Dr. Kristin E. Harkin M.D. Samples were collected at 6:12pm on 1/12/2017 by the Greenwich hospital Staff. The analysis was performed by the Greenwich Hospital Laboratory and revealed a POSITIVE result for opiates.

The diagnosis was thereby determined to be "Opiate OD"
The Disposition was: "Admitted"
The Pt's condition was: "Critical"

*(This is page 5 of a 14 page Affidavit)*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:    1700001340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov                                      Greenwich Police

| Name   (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at   (Town) | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number GA-1 |

**Affidavit - Continued**

19. That Detective Quezada and the Affiant met with Greenwich Hospital Director of Security, Mark Larobina. Through reviewing medical records for ███████ it was learned that her admission time to the Greenwich Hospital Emergency Department (ED) was approximately 9:28pm on 1/11/2017. With the assistance of Director Larobina, the Investigators reviewed the video footage at and around the time of the documented incident. More specifically, the Emergency Department entrance and valet area landing.

20. That at a documented time of 9:24pm on 1/11/2017, Investigators observed that a blue Honda Civic bearing CT registration AF-35119, entered the Greenwich Hospital Valet parking area adjacent to the Emergency Department entrance. A DMV query was later performed and revealed the Honda to be validly registered to ███████. Emerging from the driver's position of the vehicle the investigators observed a white male, whom they immediately and without hesitation recognized as ███████ ███████. ███ was observed in a very calm, nonchalant, manner to walk around the rear of his vehicle and obtain a wheel chair from the wheel chair station. While ███ is doing this, a second white male emerges from the right rear passenger seat of the vehicle. The investigators recognize the second male to be that of ███████ ███ is seen wheeling the wheel chair to the passenger side of the vehicle. ███ then opens the right front passenger door and appears to semi enter the front passenger side door. ███████ is seen situating the wheel chair. ███ leans in and removes a white female from the front passenger seat. ███ is seen supporting her upper torso while ███ is seen to take control of her lower legs. The female appears to be unconscious and lifeless. The investigators immediately and without hesitation recognize the female to be that of ███████ While both ███ and ███ are seen placing the white female in the wheelchair, simultaneously a fourth occupant emerges from the right rear passenger door of the vehicle. The fourth occupant is immediately and without hesitation recognized through past police contacts as ███████ ███ takes control of the wheelchair while ███ is seen to close the front passenger door of the vehicle. ███ then walks around the rear of the vehicle, re-enter the driver's seat, and drives out of the Emergency Room parking area. A later review of the video footage subsequent to the documented time (6 hours) does not show ███ or his vehicle returning to the Emergency Department. ███ is seen wheeling ███ towards the Emergency Room entrance while ███ is supporting ███'s head. The 3 of them are seen entering the Emergency Room Hallway at 9:26pm and ███ still appears to be lifeless. Once inside the Emergency Department, ███ is seen pushing the ███ in the wheel chair with ███ maintaining control of her head. ███'s head then falls and they stop to reposition ███s head. ███ maintains ███s head as they wheel her into the Emergency Department at approximately 9:26pm. At the time of her admission ███ is observed to be pale with blue lips, mouth open, and unconscious.

*(This is page 6 of a 14 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1700061340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at  *(Town)* | Geographical Area number |
|---|---|---|---|
| ▐ | Pittsfield | STAMFORD | GA-1 |

## Affidavit - Continued

21. That on Friday, January 13, 2017. Approximately 1330 hours. Detective Quezada contacted ▇ ▇ by telephone and requested she appear at the Greenwich Police Department for a voluntary interview with regards to this incident. ▇ related that she would respond and be interviewed. ▇ appeared in the GPD lobby and Detective Quezada and the Affiant escorted her to the Detective Division. ▇ was interviewed by Detective Brian Perusse and Detective Quezada within Interview Room #1.

22. That ▇ was advised that her presence was voluntary and she could end the interview whenever she wished. Detective Quezada asked ▇ to recall the incident that occurred on Wednesday, January 11, 2017 involving ▇▇▇. ▇ recalled that the incident took place between late Wednesday evening and the early morning hours of Thursday January 12, 2017.

23. That ▇ recalled that she and her friend ▇▇▇ received numerous messages from ▇▇▇ indicating that she was going to harm herself and also asking them for heroin. ▇ related that she, ▇, and her brother ▇▇▇ drove to ▇'s house in ▇'s car to check on ▇ and make sure she did not do anything "stupid." It should be noted that ▇▇▇ resides at ▇ ▇▇ Greenwich, CT.

24. That while they were at ▇'s house, ▇ used Heroin by means of injection; that she "shot it up." That the four (4) of them then drove to Home Goods in Stamford, CT. That ▇ stayed in the car and when they returned they observed that ▇ was not breathing and her lips were turning blue. ▇ added that it was her idea to take ▇ to the nearest hospital, but ▇ and ▇ initially did not want to because they thought that she was breathing and would be okay. That they finally drove ▇ to the Greenwich Hospital Emergency Department. ▇ stated that she, ▇ and ▇ placed ▇ into a wheelchair and that she and ▇ took her into the emergency department. ▇ related that she did not know where ▇ was, that she believed he remained with the car. That she believed ▇ "didn't want to deal with it."

25. That Detective Quezada asked ▇ why ▇ would ask her and ▇ for Heroin and ▇ responded that she did not know. That she does not use Heroin, although she has tried it. That ▇ is "for the most part sober," but she thinks he recently began using it again.

26. That ▇ related that they drove to ▇ s house in ▇ s car, and initially stated they did not

*(This is page 7 of a 14 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:       1700001340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)*of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number  GA-1 |

**Affidavit - Continued**

bring the Heroin. At one point, ▮▮▮ said she thought maybe ▮▮▮ had it dropped off earlier- implying *someone else brought it to her.*

27. That it should be noted that through the entire interview ▮▮▮ appeared to be conflicted as she avoided all eye contact with investigators. ▮▮▮ frequently covered her face with her hands. By her own account she did not want to be a "snitch" and that "the whole situation is so shitty." At one point ▮▮▮ said "Okay you know what, I'm just going to tell you guys." ▮▮▮ denied that she brought the heroin to ▮▮▮ ▮▮▮ told investigators that she, ▮▮▮, and ▮▮▮ intended on visiting ▮▮▮ out of concern for her wellbeing, but ▮▮▮ realized that they had Heroin. That ▮▮▮ begged them repeatedly for Heroin and would not stop asking. That she would not stop asking for help injecting it. ▮▮▮ stated that she told her not to inject it.

28. That Detective Quezada asked ▮▮▮ if it was possible if she, ▮▮▮, or ▮▮▮ gave ▮▮▮ the Heroin out of fear that if they did not, ▮▮▮ would harm herself. That perhaps they were in a difficult position. ▮▮▮ related that "Yeah she did put us in a terrible position. Its awful." ▮▮▮ was adamant that only ▮▮▮ took Heroin. When asked why they did not call 911 due to ▮▮▮ s statements and the later overdose, ▮▮▮ related she did not know.

29. That ▮▮▮ also related that she did not want to be around the Heroin use. That she only observed a little bit because she left the room. That she observed ▮▮▮ tying an Apple charging cable around her arm like a tourniquet. That she heard ▮▮▮ ask for help. That she plead with ▮▮▮ not to inject the Heroin. ▮▮▮ thought that ▮▮▮ was asking for help to inject it. ▮▮▮ believed that ▮▮▮ already had a needle.

30. That ▮▮▮ told investigators, "I'm so scared if I tell you guys who it was something bad is going to happen." When queried further on this statement, ▮▮▮ related she was fearful that the person responsible for giving ▮▮▮ the Heroin would react to police contact by doing Heroin and overdosing. ▮▮▮ added, "I

*(This is page 8 of a 14 page Affidavit*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me or *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:        1700001340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number  GA-1 |

**Affidavit - Continued**

just want all of this to go away."

31. That during the interview, ▮▮▮▮ proclaimed,"So obviously we all had the heroin.'▮▮ related that she knew there was Heroin in ▮▮▮▮s car while they drove to ▮▮▮▮s house. ▮▮▮ did not know where it was in the car, but that it was probably in someone's pocket.

32. That ▮▮▮▮ related that they had a video ▮▮▮▮ filmed on his phone of ▮▮▮▮ overdosing so that they could show her was she looks like when "she does that shit."
▮▮▮▮ asked investigators, "Shouldn't ▮▮▮▮ be in trouble for buying Heroin?" Detective Quezada replied, "So ▮▮▮ bought Heroin that night?" ▮▮▮ answered, "Yeah, obviously." Detective Quezada queried further by asking "From one of you three?" ▮▮▮ replied by asking, "So does it really make a difference who it was?"

33. That throughout the interview ▮▮▮ would begin to tell investigators portions of the events that took place and then answer our questions with questions of her own. ▮▮▮ would be evasive and vague in her answers and recant her statements. ▮▮▮ said she was not 100% sure who gave ▮▮▮ the Heroin but it was not her. That at one point ▮▮▮, ▮▮, and ▮▮▮ entered ▮▮▮s room and ▮▮ locked ▮ out. ▮▮ related that they bought Heroin earlier and that "we bought enough." ▮▮ then admitted to being "fucked up too." That everyone was using Heroin. ▮▮▮ also admitted that she does not like Heroin but she cannot say no to using it when she is around it.

34. That lastly, that ▮▮▮ related that she snorted Heroin that night at ▮▮▮'s house. Every time ▮▮▮ was preparing to tell investigators who gave ▮▮▮ the Heroin, she would say that she is afraid to tell because she did not want to ruin anyone's life.
Due to ▮▮▮s resistance of being forthcoming, investigators concluded the interview.

35. That on Monday, January 16, 2017, the Investigators were unable to locate an active telephone number for ▮▮▮▮▮▮. In an attempt to reach ▮▮▮ the Affiant called ▮▮s mother, ▮▮▮▮▮▮▮ at

*(This is page 9 of a 14 page Affidavit)*

| Date | Signed *(Affiant)* | |
|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:    1700001540

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov                          Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number GA-1 |

## Affidavit - Continued

0837 hours. ▮ was advised of the investigation and related that she would attempt to reach ▮ and advise him to contact the investigators. ▮ would not provide the Affiant with ▮s phone number when asked.

36. That the Affiant called ▮ at 1303 hours in an attempt to follow up. ▮ related that she has not been able to reach ▮ It should be noted that ▮s tone was sarcastic and uncooperative. That as of the time of the writing of this Warrant (Wednesday, January 19, 2017 at 1800 hours), ▮ has made no attempts to contact investigators.

37. That on Tuesday, January 17, 2017. 2132 hours, Officer Luke Kelly advised Detective Quezada that while he was conducting a cell block check, ▮ (currently in GPD custody on a separate incident) related he wished to speak with Narcotics Detectives. Detective Quezada and the Affiant responded to the cell block and removed ▮ from GPD Cell #2 and escorted him to the Detective Division where he was interviewed.

38. That ▮ acknowledged that it was his wish to speak with Detectives. ▮ was advised that his presence was voluntary and he could end the interview when he wished. ▮ was asked if he wished to contact anyone before being questioned and he declined. ▮ was advised of his rights in writing, which he signed a CT State Notice Rights form at 2135 hours.

39. That the Affiant asked ▮ to recall the events that occurred on Wednesday, January 11, 2017. ▮ asked, "Is this the day I was with ▮?" ▮ related that he was hanging out with his friends ▮ and ▮. That at approximately 8:00 PM he and ▮ received text messages from ▮ in which she said that she wanted help getting drugs and that she was in a bad spot. That she was going to hurt herself if she did not get drugs. ▮ thought that ▮ received text messages from ▮ relating a similar request, but investigators were unable to confirm.

40. That ▮ told the Investigators that he responded to ▮ by text message and told her, "You don't have to do that. We love you. I'm not giving you any drugs. I can be there for you if you want to see me. Me and ▮ care about you." ▮ related that he only texted with ▮ using his only cell phone. ▮

*(This is page 10 of a 14 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:        1700001343

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at  *(Town)* | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number  GA-1 |

**Affidavit - Continued**

confirmed his phone number is (203) ▇▇▇. ▇▇▇ related that ▇▇▇ has the password for his phone. That he was in possession of his phone the entire time. That to his knowledge, no one used his phone to text with ▇▇▇. Investigators were not able to view the conversation on ▇▇▇'s phone as he did not relinquish it and released it to his mother after he was processed for his arrest. However; a review of the conversation on ▇▇▇ s phone, and confirmed by the Forensic Extraction Report, ▇▇▇ s texts to ▇▇▇ did not reflect that he would NOT give her drugs.

41. That the Affiant asked ▇▇▇ twice if he sent ▇▇▇ text messages saying that he would not get her drugs. In response to the Affiants' question, ▇▇▇ confirmed that he texted ▇▇▇ that he would NOT give ▇▇▇ Heroin.

42. That ▇▇▇ said that approximately an hour after receiving the text messages from ▇▇▇ he, ▇▇▇ and ▇▇▇ drove to ▇▇▇'s house out of concern for her well-being. ▇▇▇ indicated that he drives a blue [Honda] Civic.

43. That ▇▇▇ was asked why did not call police or for an ambulance due to ▇▇▇ s statements. ▇▇▇ related that this is not his first reaction and he was not aware it was an option. That he does not want to be involved in other people's problems because he has his own.

44. That ▇▇▇ related that ▇▇▇ was home alone upon their arrival. That while in the house the hung out and spoke for approximately 30 to 45 minutes while ▇▇▇ got dressed. That ▇▇▇ appeared to be "out of it" and ▇▇▇ described her as "the lights were on but nobody was home" and further ▇▇▇ seemed "emotionally detached." ▇▇▇ also stated that she did speak and participate in conversations.

45. That ▇▇▇ stated that both he and ▇▇▇ told ▇▇▇ they would not give her Heroin. ▇▇▇ related that he does not like Heroin or being around it. ▇▇▇ continued to ask for drugs and ▇▇▇ told her that he would leave if she asked them for drugs again.

46. That ▇▇▇ related that he drove ▇▇▇, ▇▇▇ and ▇▇▇ to Home Goods in Stamford, CT. That they did not make any other stops. ▇▇▇ drove his vehicle; ▇▇▇ sat in the front passenger's seat; ▇▇▇ and ▇▇▇ sat in the rear passenger seats. Once at Home Goods, ▇▇▇ and ▇▇▇ left the vehicle and entered the store. ▇▇▇ said that he and ▇▇▇ remained in the car. That at one point he stepped outside of the

*(This is page 11 of a 14 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #.    1700001349

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at  *(Town)* | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number  GA-1 |

### Affidavit - Continued

car to smoke a cigarette. Upon reentering his vehicle, he observed that ▮▮▮ was turning blue. ▮▮▮ recalled that ▮▮▮ went into the bathroom before they left her house, and that he knows that is a common thing for Heroin addicts to do when they "shoot up."

47. That while in the car waiting for ▮▮▮ and ▮▮▮ ▮▮▮ observed that ▮▮▮ was not breathing. ▮▮▮ then retracted that statement and corrected himself to say ▮▮▮ was barely breathing and not talking. That ▮▮▮ left ▮▮▮ in the car and entered Home Goods to alert ▮▮▮ and ▮▮ of ▮▮▮'s condition. That ▮▮ and ▮▮ ultimately decided that they should take ▮▮▮ to the hospital. They did not know if ▮▮▮'s condition would improve and thought that they could take her home and let her  "sleep it off."  That ▮▮ and ▮▮ were lifeguards and thought that ▮▮▮ was okay initially.

48. That ▮▮ could not recall the route he took to go Greenwich Hospital. ▮▮▮ was confronted by Investigators about the decision to go to Greenwich Hospital instead of Stamford, the closest hospital. Investigators explained to ▮▮▮ that Home Goods is 1.7 miles (approximately a 7 minute drive) from the Stamford Hospital and Greenwich Hospital is 11 miles (approximately a 19 minute drive) away. ▮▮▮ could not provide a valid reason for taking ▮▮▮, a patient showing obvious signs of respiratory distress and turning blue, to the further of the two hospitals from his current location.

49. ▮▮▮ related that they were driving while discussing their options. That when they came to the conclusion that they should take ▮▮▮ to the hospital, Greenwich Hospital was the closest. Again, ▮▮▮ answered that he did not call 911 because it is not his first reaction and he thought the quickest option would be to drive ▮▮▮ himself. It should be noted that in ▮▮▮'s interview, she related that after Home Goods the group went to get Whip-its on Long Ridge Rd in Stamford and then drove to McDonald's located off Exit 5 in Greenwich (Riverside). All of these stops were allegedly after the group left Home Goods in Stamford, contradictory to ▮▮▮ s account.

50. That when asked about the delivery of Heroin, ▮▮▮ answered that he did not bring ▮▮▮ the heroin. That he did not know if ▮▮ or ▮▮ brought ▮▮▮ the Heroin. That ▮▮▮ does not use Heroin and did not use Heroin that evening. That ▮▮▮ did not bring the Heroin. ▮▮▮ said that he did not know if ▮▮▮ uses Heroin or if he brought it that night. It should be noted that in ▮▮▮ s interview, ▮▮▮ related that she, ▮▮▮ ▮▮, and ▮▮▮ all used Heroin that evening at ▮▮▮'s house, in contradiction to ▮▮▮'s

*(This is page 12 of a 14 page Affidavit*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #   I700301340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at  *(Town)* | Geographical |
|---|---|---|---|
| | Pittsfield | STAMFORD | Area number  GA-1 |

## Affidavit - Continued

account.

51. That with regards to the heroin use that evening, ▮▮▮▮ eventually related that he saw ▮▮▮▮ inject herself with Heroin in her room. That he, ▮▮▮▮ and ▮▮▮▮ were all present when this happened. That ▮▮▮▮ already had the needle. That ▮▮▮▮ asked them for help with injecting the Heroin, but none of them would help her. That ▮▮▮▮ said, " I keep missing. I keep missing. I'll do it myself, I'll fuck up my arm."

52. That when ▮▮▮▮ was confronted about being less than truthful about his knowledge of anyone doing Heroin that evening, ▮▮▮▮ said that he never told Investigators that no one used heroin that evening and perhaps he misunderstood our question. It should be noted that ▮▮▮▮ initially stated that he did not see ▮▮▮▮ use Heroin. ▮▮▮▮ would only say that ▮▮▮▮ went to the bathroom before leaving for Stamford, which to his knowledge is indicative of a Heroin addict's behavior. ▮▮▮▮ further explained this insistency by relating that sometimes the things he says are not what he means and that he is dyslexic.

53. That Detective Quezada asked ▮▮▮▮ why ▮▮▮▮ would ask him and ▮▮▮▮ for Heroin when ▮▮▮▮ claimed in this interview that he ▮▮▮▮ do not use it. ▮▮▮▮ further related that ▮▮▮▮ asks everyone as she is desperate.

54. That Detective Quezda asked ▮▮▮▮ if he, ▮▮▮▮ or ▮▮▮▮ had heroin their possession that evening and ▮▮▮▮ answered "Probably, yes." ▮▮▮▮ told the Investigators to use the "process of elimination" to determine who brought the Heroin that evening and added that neither he nor ▮▮▮▮ brought it. That "obviously", ▮▮▮▮ brought it.

55. That at one point in the interview ▮▮▮▮ stated, "I knew there was drugs in the car because people were getting fucked up." ▮▮▮▮ was asked to elaborate who these "people" were and he had no answer. ▮▮▮▮ related that "I know ▮▮▮▮ was the only one who had shit there."

56. That Detective Quezada informed ▮▮▮▮ that during ▮▮▮▮'s interview, she explained that at one point in the evening ▮▮▮▮, and ▮▮▮▮ were in ▮▮▮▮'s room and that ▮▮▮▮ locked ▮▮▮▮ out. Detective Quezada asked ▮▮▮▮ if this in fact happened and he answered no, it did not happen, followed by he did not recall.

57. That during the interview ▮▮▮▮ explained that ▮▮▮▮ informed him that she was interviewed by

*(This is page 13 of a 14 page Affidavit*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:      1700001340

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at  *(Town)* | Geographical |
|---|---|---|---|
| ███████ | Pittsfield | STAMFORD | Area number  GA-1 |

## Affidavit - Continued

Investigators with regards to this incident. The Detective Quezada asked ██████ what they discussed *pertaining to this investigation and he refused to answer.*

58. That ██████ expressed that he had nothing more to say with regards to this investigation. Due to ██████ s request to no longer speak, the interview was concluded. Sergeant Scorca and Detective Quezada returned ██████ to Cell #2.

59. That based on the aforementioned facts and information, this Affiant has probable cause to believe, and

does believe, that ████████████ and two other coconspirators provided narcotics (heroin), which attributed to ██████████ suffering an overdose and causing her to receive life saving care and further hospitalization the night of 01/11/2017.

60. That this Affiant respectfully requests that an arrest warrant be issued for the appropriate charges.

████████

DOB: ████/92
LKA: █████████ Riverside, CT 06870
W/M, 6'1", 180lbs, Green eyes, brown hair

*(This is page 14 of a 14 page Affidavit*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | | Signed  *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **INFORMATION**<br>JD-CR-71 REV. 1-17 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>**1700001340** | Agency name<br>**Greenwich Police** | Agency number<br>**0057** |

## Title, Allegation and Counts

| State of Connecticut vs.*(Name of accused)* | Residence *(Town)* of accused<br>**Pittsfield, VT** | Docket number |
|---|---|---|

| | Date of birth<br>█/1992 | The undersigned Prosecuting<br>Authority of the State of<br>*Connecticut charges that:* |
|---|---|---|

| To be held at *(Town)*<br>**STAMFORD** | Geographical<br>area<br>number   **GA-1** | Court date |
|---|---|---|

| Count One —— Did commit the offense of:<br>**ASSAULT 2ND DEG** | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**01/11/2017** | In violation of General Statute number<br>**53a-60** | | | |

| Count Two —— Did commit the offense of:<br>**CONSPIRACY TO COMMIT/ ASSAULT 2ND DEG** | | |
|---|---|---|
| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**01/11/2017** | In violation of General Statute number<br>**53a-48/53a-60** |

| Count Three —— Did commit the offense of:<br>**SALE OF CERTAIN ILLEGAL DRUGS** | | |
|---|---|---|
| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**01/11/2017** | In violation of General Statute number<br>**21a-278(b)** |

| [X] See other sheet for additional counts | Date | Signed *(Prosecuting Authority)* |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | | Bond | Surety | [ ] 10 % | Election | *(Date)* |
|---|---|---|---|---|---|---|
| (Judge)   (Date) | | | | [ ] Cash | [ ] CT   [ ] JY | |
| [ ] Attorney   [ ] Public defender | Guardian | Bond change | | | Seized property inventory number | |

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | $ | $ | |
| **2** | | | | | | $ | $ | |
| **3** | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost<br>[ ] IMP  [ ] NCI | Bond information<br>[ ] Bond forfeited   [ ] Forfeiture vacated   [ ] Forfeiture vacated and bond reinstated | |
|---|---|---|---|
| Application fee - receipt number<br>if paid | Circle one<br>W I Q | Program fee - receipt number<br>if paid | Circle one<br>W I Q | Probation fee - receipt number<br>if paid | Circle one<br>W I Q |
| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)* |

*This is page 1 of a 3 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **INFORMATION**<br>JD-CR-71 REV. 3-11 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>**1700001340** | Agency name<br>**Greenwich Police** | Agency number<br>**0057** |
| Geographical<br>area<br>number **GA-1** | **State of Connecticut vs.** ▊▊▊▊▊▊▊ | |

## Additional Counts

| | Continued to | Purpose | Reason |
|---|---|---|---|
| Count Four — Did commit the offense of:<br>*CONSPIRACY TO COMMIT/ SALE OF CERTAIN ILLEGAL DRUGS* | | | |

| At *(Town)*<br>**Greenwich** | On or about *(Date)*<br>**01/11/2017** | In violation of General Statute number<br>**53a-48/ 21a-278(b)** | | | |
|---|---|---|---|---|---|
| Count Five — Did commit the offense of: | | | | | |
| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
| Count Six — Did commit the offense of: | | | | | |
| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
| Count Seven — Did commit the offense of: | | | | | |
| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
| Count Eight — Did commit the offense of: | | | | | |
| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |

| Signed *(Prosecuting Authority)* | Printed name of Prosecuting Authority | Date signed |
|---|---|---|
| | | |

## Additional Court Action

| Count | Plea date | Plea | Plea withdrawn | | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| | | | Date | New plea | | | | |
| 4 | | | | | | $ | $ | |
| 5 | | | | | | $ | $ | |
| 6 | | | | | | $ | $ | |
| 7 | | | | | | $ | $ | |
| 8 | | | | | | $ | $ | |

*This is page 2 of a 3 page  Information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **INFORMATION**<br>JD-CR-71 Rev. 1-17 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>**1700001340** | Agency name<br>**Greenwich Police** | Agency number<br>**0057** |

## Arrest Warrant

| Geographical area number **GA-1** | **State of Connecticut vs.** ▮▮▮▮▮▮▮ |
|---|---|

To: Any Proper Officer of the State of Connecticut

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. *("X" all that apply)*

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐ C. Bail set at _____

☐ D. Non-financial conditions of release:

_____

_____

Extradition boundaries established by prosecutor

☐ E. Conditions of release not determined by the court.

| By the Court | Signed(Judge of the Superior Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical area number | Town of | Date | **State of Connecticut** |
|---|---|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.

Attest*(Officer's signature and Department)*

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 3 of a 3 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | For Court Use Only | |
|---|---|---|---|
| JD-CR-64b    Rev. 3-11 | SUPERIOR COURT | Supporting Affidavits sealed | |
| C.G.S §§54-2a | www.jud.ct.gov | ☐ Yes | ☐ No |
| Pr. Bk. Sec. 36-1, 36-2, 36-3 | | | |

| Police Case number | Agency name | | Agency number |
|---|---|---|---|
| 1300009102 | Greenwich Police | | 0057 |

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | Old Greenwich | STAMFORD | Area number GA-1 |

## Application For Arrest Warrant
**To: A Judge of the Superior Court**

**The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the:** ☒ **Affidavit Below.** ☐ **Affidavit(s) Attached.**

| Date | Signed    *(Prosecuting authority)* | Type/print name of prosecuting authority |
|---|---|---|
| | | |

## Affidavit

**The undersigned affiant, being duly sworn, deposes and says:**

The undersigned, Sergeant Mark Zuccerella, being duly sworn, does depose and state that he is a member of the Greenwich Police Department and has been since September 19, 1999. At all times mentioned herein he was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made be prudent and credible witnesses.

That pursuant to C.G.S. 54-86d and 54-86e regarding the confidentiality of victims of 53-21 Risk of Injury to Minors, the complainant in this incident is herein referred to as the victim

On March 11, 2013, Det. Michael Rooney in the Special Victims Section received an anonymous letter from a male subject. The male subject presented Det. Rooney with a white business envelope that read, "Child Protection Services Confidential."

The letter was addressed, To Whom It May Concern. The letter explains that a sixteen year old girl in Greenwich is possibly being abused sexually and physically by her step father. The letter further states the sixteen year old girl has four siblings and that the author is afraid they may be in danger. The letter continues that the sixteen year old appears to be terrified by this man and doesn't want to come forward

*(This is page 1 of a 1 page Affidavit)*

| Date | | Signed    *(Affiant)* | |
|---|---|---|---|
| | | | |
| Jurat | Subscribed and sworn to before me on  *(Date)* | Signed    *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* Judge Truglia | |

## Finding
The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at    *(City or town)* | On  *(Date)* | Signed    *(Judge / Judge Trial Referee)* | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    TOG-002567

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1300009902

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name   *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at   *(Town)* | Geographical |
|---|---|---|---|
| | Old Greenwich | STAMFORD | Area number   GA-1 |

## Affidavit - Continued

because she is afraid that she will not be believed or be blamed for tearing up her family.

The letter identifies the victim and states she is a student in Greenwich High School.  The author continues that from what he understands, the step father drinks and does such things as pulling off her towel after she showers  and enters her room at night and touching her sexually.  The family seems to be either in a state of denial or fear.  The letter ends.  The author wished to remain anonymous.

Det. Rooney was able to identify the victim as being a real person living within the Town of Greenwich. Det. Rooney and SRO Carlos Franco met at the victim's school where she was interviewed.  The school psychologists were present for the interview.

Det. Rooney advised the victim of the investigation.  Upon hearing this, the victim became very emotionally distraught and visibly upset and she began shaking and crying.  She covered her face with her hands and curled her body into a seated fetal position.

Officer Franco asked the victim if she was willing to discuss the matter.  She related that she would talk to the investigators and the staff.  Det. Rooney asked the victim if she wanted to contact her mother before the interview.  She related that she attempted to but her mother was out of State and would not be home until later that night.

The victim related that when she was 14 years old her step father, ▮▮▮▮▮▮▮ began to grab her breasts over her clothes.  She related that this continued until she was 15 years old.  She further related that she has since attempted to block this out of her mind and deal with it internally.  She related that ▮▮▮▮▮▮ would touch her when he was intoxicated.  When she tried to tell him that she was uncomfortable with his touches, he attempted to turn the story around on her making it seem like it was her fault.

The victim related that ▮▮▮▮▮▮ would touch her on the breasts in front of her mother and sisters.  She related that on one occasion, ▮▮▮▮▮▮ pulled her towel off her body after she got out of the shower.  It should be noted that each time the victim attempted to describe the alleged incident; she would put her hands in her face and curl up in a seated fetal position as she cried.

The victim went on to relate that she did eventually speak to her mother about being inappropriately touched by ▮▮▮▮▮.  She then related that her mother spoke to ▮▮▮▮▮▮ about this behavior and as a

*(This is page 2 of a 5 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1300009102

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| ▉ | Old Greenwich | STAMFORD | GA-1 Area number |

**Affidavit - Continued**

result the touching stopped.  That during the entire interview the victim was shaking, crying and rarely made eye contact with the investigators.

The victim was brought to the Greenwich Police Department, Special Victim's Section until her mother returned home and was able to pick her up.  The victim's mother arrived at the Greenwich Police Department.  When the victim first made eye contact with her mother, she said "don't act like you don't know what happened because I told you."  The victim then began to cry and related to her mother," this is not my fault!"   Det. Rooney gave the victim and her mother the privacy they needed.

Through the closed interview room door, Det. Rooney could hear the victim yell at her mother, "Get out! Get out of here! Just get out! Get out!"  When the mother opened the door, the victim was crying and very emotionally distraught.

Det. Rooney and SRO Franco were given permission by the mother to interview the victim.  The victim did not want her mother present during the interview.  The victim related to the best of her knowledge she was inappropriately touched on the exterior of her clothing about the breast and buttocks on several occasions between the ages of 14 and 15 years old.  She was unable to determine exactly a time and date of the incidents.

The victim related she was touched approximately 12-15 times by ▉.  She then related that the touching occurred in front of her family.  She related that as ▉ touched her, she would push him away and sometimes just try to ignore his behavior.  Det. Rooney asked the victim if she said anything to ▉ when the inappropriate touching occurred.  She related that she did not know what to say and would just "lash out" in anger because she felt uncomfortable.

She related that the inappropriate touching would happen randomly but more specifically when ▉ was intoxicated.

The victim related during one occasion she had exited the shower and was standing at the top of the second floor landing with a towel on.  ▉ pulled the towel off her.  She further related that she cannot remember if she was wearing underwear under the towel.   The victim did relate that it was during the summer because the air conditioner was on.   She related that she did not feel comfortable when this happened however, she knew he didn't mean for it to be "malicious or sexual."   She related that in his mind it was just a "joke" but it still made her feel uncomfortable.  She related she would never yell at him or

*(This is page 3 of a 5 page Affidavit)*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1300009102

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| ███████ | Old Greenwich | STAMFORD | GA-1 Area number |

## Affidavit - Continued

tell him to stop but it made her feel uncomfortable.  She concluded the statement by relating, "I want my family to be okay.  I do love him but I just need to put myself first and make sure I am comfortable."

The interview was video recorded and the victim provided a sworn written statement.

The mother of the victim was interviewed about the inappropriate touching.  She related the household is comprised of five children, two boys from ███████s previous marriage and the mother's three girls from her previous marriage.  She related that there is a lot of "locker room" type behavior between the boys to include her husband that takes place within the house.  That they may touch each other inappropriately and use profanity at times.  She related that it is all taken "lightly" by everyone.  The mother went on to relate that there will be occasions where her and ███████ come home from a night out and gather the family together and turn on music.  That they will all dance around and get rowdy and all the behavior is done in good fun.

The mother further related ███████ and the victim will horse around and although she will grab his breast he should not retaliate by grabbing the victim's.  The mother believes what occurred is inappropriate but had no sexual intent.  The victim brought this behavior to her mother's attention and how it made her feel.  The mother discussed this with ███████ and he understood.  Nothing has occurred since she spoke with ███████.

███████ was interviewed at his residence by Det. Rooney and SRO Franco.  ███████ related in sworn written statement there has been a lot of horse play that goes on within this house.  ███████ called the horseplay "shoot score" and "scooping", which he related "shoot score" is hitting someone's buttocks and a scoop is like a "titty twister".  ███████ related he recalls pulling off the victims towel once when she walked by him and described the inappropriate touching as horseplay and was not sexual.

DCF personnel was present for the interviews and a safety plan was created.  The victim's mother authorized the victim to leave the residence and stay with family friends during the investigation.

On March 15, 2013, the Greenwich Police Department received a fax from the Law Office of Attorney Philip Russell advising that his office was representing the victim and that her mother did not want the Greenwich Police Department to speak to her daughter.

*(This is page 4 of a 5 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1300009102

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name   (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at   (Town) | Geographical Area number |
|---|---|---|---|
| ███████████ . | Old Greenwich | STAMFORD | GA-1 |

**Affidavit - Continued**

On March 19, 2013, Sgt. Zuccerella received a fax from Attorney Jessica Kordas. The fax was the affidavit which was executed by the victim. In the affidavit the victim states that the actions by ████████ are "sophomoric and immature". She further stated ██████ does not know how to interact with girls and treats girls like he would boys.

The victim further stated ██████ has never acted in a way intending to humiliate her or for sexual gratification. She feels the conduct was light hearted and intended to be a joke. She felt slightly uncomfortable but his actions never had a sexual undertone.

The actions by ████████ stopped after the victim advised her mother. The victim loves ██████ and is comfortable at home with him. The victim ended the affidavit stating that she has a 4.0 G PA, no emotional difficulties, no change in her outlook, demeanor, or mental health. She stated she was not a victim of any wrongdoing and not in danger if permitted to return home. She misses her family.

In line 15 of the affidavit, the victim stated she will not testify against ██████ at any time.

The Affiant respectfully requests that an arrest warrant be issued for the appropriate charges.

*(This is page 5 of a 5 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed**   (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## INFORMATION
JD-CR-71 REV. 1-17

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

Disposition date

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1300009102 | Greenwich Police | 0057 |

## Title, Allegation and Counts

| State of Connecticut vs.(Name of accused) | Residence (Town) of accused | Docket number |
|---|---|---|
| ██████ | **Old Greenwich** | |

| | | Date of birth ██ 1962 | The undersigned Prosecuting Authority of the State of Connecticut charges that: |
|---|---|---|---|
| To be held at (Town) **STAMFORD** | Geographical area number **GA-1** | Court date | |

| Count One —— Did commit the offense of: **RISK OF INJURY TO CHILD** | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| At (Town) **Greenwich** | On or about (Date) **08/01/2011** | In violation of General Statute number **53-21** | | | |

| Count Two —— Did commit the offense of: | | |
|---|---|---|
| At (Town) | On or about (Date) | In violation of General Statute number |

| Count Three—— Did commit the offense of: | | |
|---|---|---|
| At (Town) | On or about (Date) | In violation of General Statute number |

☐ See other sheet for additional counts

Date

Signed (Prosecuting Authority)

## Court Action

| Defendant advised of rights before plea | Bond | Surety | ☐ 10 % ☐ Cash | Election ☐ CT ☐ JY (Date) |
|---|---|---|---|---|
| (Judge) (Date) | Bond change | | | Seized property inventory number |
| ☐ Attorney ☐ Public defender Guardian | | | | |

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost ☐ IMP ☐ NCI | Bond information ☐ Bond forfeited ☐ Forfeiture vacated ☐ Forfeiture vacated and bond reinstated |
|---|---|---|

| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
|---|---|---|---|---|---|

| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed (Clerk) | Signed (Judge) |
|---|---|---|---|

*This is page 1 of a 2 page information*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64b   Rev. 3-11
C.G.S §§54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| For Court Use Only |
| --- |
| Supporting Affidavits sealed |
| ☐ Yes                ☐ No |

| Police Case number | Agency name | Agency number |
| --- | --- | --- |
| 1700020468 | Greenwich Police | 0057 |

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical GA-1 |
| --- | --- | --- | --- |
| █████████ | Greenwich | STAMFORD | Area number |

**Application For Arrest Warrant**
To: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: ☐ Affidavit Below.   ☐ Affidavit(s) Attached.

| Date | Signed   (Prosecuting authority) | Type/print name of prosecuting authority |
| --- | --- | --- |
| | | |

**Affidavit**

   **The undersigned affiant, being duly sworn, deposes and says:**
1. The Affiant, Detective Perusse, being duly sworn, does depose and state that he is a member of the Greenwich Police Department and has been since October 12, 2004. At all times mentioned herein he was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

2. That on Friday, June 9th, 2017 at 2328 hours, several GPD units and Greenwich EMS were detailed to █ ████████████ in Old Greenwich on the report of a fight at a large party and a subject having sustained a stab wound.

3. That upon P/O M. Swift's arrival to the area, there were approximately 20-30 young adults observed vacating the area of Shorelands Road and Sound Beach Avenue, approximately 75 yards from the site of the party. Most of them related that they had attended the party and a fight broke out causing everyone to leave. Pedigree information was obtained for anyone located who may have attended the party.

4. That P/O Sanchez in Unit 44 responded to the location of the victim and upon ensuring the scene was safe, directed the GEMS personnel to the backyard of the residence. The 18 year old victim, later identified as █████ ████████ (DOB ███/1999) , had sustained a single puncture wound to the right rear area of his back. P/O

*(This is page 1 of a 14 page Affidavit)*

| Date | | Signed   (Affiant) Brian Perusse |
| --- | --- | --- |
| | 06/28/2017 02:09 pm | |
| Jurat | Subscribed and sworn to before me on (Date) | Signed   (Judge/Clerk, Commissioner of Superior Court, Notary Public) |

**Finding**
The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at   (City or town) | On (Date) | Signed   (Judge / Judge Trial Referee) | Name of Judge/Judge Trial Referee |
| --- | --- | --- | --- | --- |
| | | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a    Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

**Affidavit - Continued**

Sanchez and GEMS personnel treated the wound and prepped ▇▇▇▇ for transportation to Stamford Hospital.

5. That the scene of the incident was determined to be the rear porch and backyard of the residence. P/O Swift observed the housekeeper later identified as ▇▇▇▇▇ (DOB ▇▇ /1957) cleaning up rubbish from the party. ▇▇▇▇ was directed to stop what she was doing and the scene was secured. The residence and surrounding area was checked for any other indications of violence with nothing observed. There were approximately 5-10 empty beer containers on/around the property.

6. That the hosts of the party were identified as ▇▇▇▇▇ ( ▇▇ /1999) and ▇▇▇▇▇ ( ▇▇ /1996). ▇▇▇▇ related that on this night, he and his brother ▇▇ decided to have a small gathering of friends over to watch the NBA Finals on television. That at an unknown time of the night, people that they did not know began to arrive at their residence who related that they were there for the party. ▇▇▇▇ related that he believes 50 people were at his house during the night, most of which he and his brother did not know and were thought to be from Stamford. At approximately 2200 hours, ▇▇▇▇ began to tell people that they had to go because the party was getting out of hand.

7. That once told to leave, an individual described as a white (later determined to be ▇▇▇▇▇ ) Hispanic male approximately 5 foot 6 inches tall with a buzzed haircut, short buzzed beard, wearing a gold chain, a white tee shirt and blue jeans told ▇▇▇▇ that he wasn't leaving and asked him what he was going to do about it? Words were exchanged and shortly after a fight broke out on the deck in the backyard. During the fight someone yelled out that someone had been stabbed ( ▇▇▇▇ ), at which point everyone at the party ran from the house and left the party prior to GPD units arriving on scene. ▇▇▇▇ and ▇▇ both related that they did not see the person who stabbed ▇▇▇▇ . Both ▇▇▇▇ and ▇▇▇▇▇ along with their friend ▇▇▇▇▇ completed handwritten sworn statements.

8. That GEMS Medic 2 transported the victim, ▇▇▇▇▇ to Stamford Hospital and P/O Smurlo in marked GPD Unit 57 followed behind and remained with ▇▇▇▇ as he received treatment. At the Stamford ER ▇▇▇▇ was placed under the care of Dr. Brea (ER Doctor) and Dr. Simmons (Trauma Surgeon) who treated him for a puncture wound to his lower right flank that went through the muscle and to the bone T-12, with an approximate 5cm laceration. Cat scan at 12:15 a.m. didn't reveal any life threatening injuries and ▇▇▇▇ was moved upstairs to room #1023 east. Dr. Brea related that they were going to keep ▇▇▇▇ overnight and repeat the cat scan in the morning to confirm that there isn't any further trauma.

(This is page 2 of a 14 page Affidavit)

| Date | | Signed (Affiant) | |
|---|---|---|---|
| 06/28/2017 02:09 pm | | | |
| Jurat | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

## Affidavit - Continued

9. That P/O Smurlo took numerous digital images of ▉▉▉▉▉▉s stab wound while at Stamford Hospital.

10. That on June 10th, 2017 at approximately 0130 Det. Manning and the Affiant arrived on scene at ▉ ▉▉▉▉▉▉▉▉▉ to assist patrol units that were already on scene with an assault investigation. Upon arrival investigators met with Sgt. Mulhern, P/O Arenas and P/O M. Swift. Sgt. Mulhern advised us of the known facts and circumstances.

11. That ▉▉▉▉ and ▉▉▉ began to ask people to leave the party and a fight ensued. That during the fight 18 year old Stamford resident, ▉▉▉▉▉▉▉ sustained a puncture wound to the area of his right rib cage that appeared to be caused by a knife or unknown cutting instrument. That ▉▉▉▉▉ had been transported to Stamford Hospital and is now receiving treatment.

12. That ▉▉▉▉▉▉▉ is described as a single family residence located on the western side of the roadway, just south of Shorelands Place. ▉▉▉▉▉▉ resides in the home with her two sons, ▉▉▉ and ▉▉▉▉ ▉ was currently in up state New York according to ▉▉▉▉ At the time of Det. Manning and Affiants arrival the residence was occupied by ▉▉▉▉▉▉ (Friend of the ▉▉▉'s), ▉▉▉▉▉▉ (Friend of the ▉▉▉'s), ▉▉▉▉▉ (House Keeper), ▉▉▉ and ▉▉▉▉▉ ▉▉▉▉▉ related that he was asleep at the time of the fight.

13. That ▉▉▉▉▉▉ and ▉▉▉ were unsure how the fight started and who threw the first punch. That they all described a chaotic scene and that all three threw punches in self defense as they were being attacked. That during the fight females began saying that someone had been stabbed and everyone started to disburse.

14. That further on scene investigation revealed that there were several articles of clothing taken off ▉▉▉▉ by GEMS personal and left in the south west corner of the yard. The items of clothing consisted of a black pair of Adidas gym pants, red pajama bottoms, a light blue colored blood soaked tee-shirt and a fleece type blanket that was believed to be brought out from the residence to help comfort ▉▉▉▉▉.

15. That it should also be noted that the light blue tee shirt that was blood soaked had a puncture hole on the rear of the tee shirt located approximately 16 inches below the collar. The puncture hole is also located several inches to the right of the midline of the rear of the tee-shirt. These items were later seized as evidence and placed in the Forensic Section evidence storage room.

*(This is page 3 of a 14 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| 06/28/2017 02:09 pm | | | |
| Jurat | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number   GA-1 |

## Affidavit - Continued

16. That while Det. Manning and the Affiant were on scene, the rear property was checked with negative results of a possible weapon as well as the kitchen area of the residence. While on scene numerous digital images of the scene were captured by Det. Manning with his department issued memory stick.

17. That on June 10th, 2017 Det. Manning and the Affiant responded to Stamford Hospital to meet with assault victim, ▮▮▮▮▮▮ ▮▮▮▮▮▮was currently admitted and was within room 1023 East and with P/O Smurlo.

18. That ▮▮▮▮▮ related that he went to the party with his friend, ▮▮▮▮▮▮. That he had never met the people that live there and the party grew as the night went on. That later in the evening ▮▮▮▮▮ related that the person that lives at ▮▮▮▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮ began kicking people out of the house. That various people began arguing with him and a fight started on the rear porch of the residence. ▮▮▮▮▮related that people began to shove and push him and he was forced to throw several punches in self defense. That after punching one person in the face he tried to get off the porch as the fight was out of hand.

19. That ▮▮▮▮▮tried to climb down off the porch but someone grabbed him from behind and that is when he thinks he was stabbed. Just after climbing off the porch an unknown person told him he was bleeding and that he had been stabbed. ▮▮▮▮▮ began to feel pain in the area of his right rib cage. ▮▮▮▮▮ related that he was now bleeding profusely and he continued to walk away from where the fight was on the porch and into the grass in the backyard before laying down and applying pressure to his wound. ▮▮▮▮▮ related that he did not know who had stabbed him but believed the person responsible was right behind him as he was climbing off the porch.

20. That ▮▮▮▮▮related that he was tired and had been through a lot this evening and could not recall much more at this time.  Det Manning and the Affiant provided ▮▮▮▮▮ with our contact information so that he could contact investigators after he rests and is ready to talk further.

21. That later on June 10th, 2017 the Affiant received a telephone call from stabbing victim, ▮▮▮▮▮▮, who related that a friend of his had just texted him a cell phone video of the altercation last evening and that you can see him being stabbed by ▮▮▮▮▮. ▮▮▮▮▮ related that he had been recently discharged from Stamford Hospital and was currently home at ▮▮▮▮▮ in Stamford, Connecticut. The Affiant advised ▮▮▮▮▮ that he would responded directly to his residence to review the video.

*(This is page 4 of a 14 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| 06/28/2017 02:09 pm | | | |
| Jurat | Subscribed and sworn before me on(Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

## Affidavit - Continued

22. That MPO Smith and the Affiant responded to ▇▇▇▇s residence and were met in the main lobby of his apartment building by ▇▇▇▇ and his father, ▇▇▇▇ and ▇▇▇▇ invited investigators into the apartment building and into a common meeting room where we sat down. ▇▇▇▇ showed the Affiant the cell phone video that he had received today from ▇▇▇▇. The video clip lasts approximately 10 seconds and shows the rear porch and yard of ▇▇▇▇ In the video there are numerous subjects involved in a fight and it appears to be a very chaotic scene.

23. That approximately 4 seconds into the video ▇▇▇▇ could be seen attempting to jump off the porch and into the backyard, which is approximately two and a half feet below. Two subjects appear to be trying to grasp at ▇▇▇▇ and pull him back. The two subjects appear to be ▇▇▇▇ and ▇▇▇▇ ▇▇▇▇ right arm and hand is seen extending to ▇▇▇▇ back and more specifically in the area of ▇▇▇▇ s right rib cage. A dark spot is also briefly seen at this moment as ▇▇▇▇ is pulling his hand away, which appears to be blood on ▇▇▇▇ s shirt from just being stabbed. Just prior to ▇▇▇▇ s hand being observed in the area of ▇▇▇▇'s right rib cage the dark spot is not observed on the video. It should be noted that the rear porch and yard is very poorly lit and the Affiant was unable to determine if a knife or cutting instrument is in ▇▇▇▇ s hand. The person capturing the video appears to be standing approximately fifteen to twenty feet away and the view was unobstructed.

24. That ▇▇▇▇ and the Affiant reviewed the video together and he pointed to ▇▇▇▇ and said that's the person that stabbed me. The Affiant asked ▇▇▇▇ if he knew who the person that stabbed him was and he referred to him as "▇▇▇▇". The Affiant then asked ▇▇▇▇ to describe him and he related that ▇▇▇▇ is a tall white male with long dark hair and a beard. ▇▇▇▇ further related that after jumping off the porch he immediately felt blood coming from his back and onto his clothing and that the stabbing occurred while jumping off the porch.

25. That ▇▇▇▇ wasn't immediately sure who was responsible because his head was turned the other way and he was trying to get away from a fight on the porch, however, after watching the video he identified ▇▇▇▇ ▇▇▇▇ as one of the two people directly behind him and as the one that had stabbed him. ▇▇▇▇ was unsure of the identity of the other male behind him in the video. ▇▇▇▇ related that he had met ▇▇▇▇ for the first time that evening but had talked to him during the party and related that they seemed to get along, so he was surprised that ▇▇▇▇ would have stabbed him.

26. That it should be noted that the video is consistent to ▇▇▇▇'s accounts that he initially gave while

*(This page is page 5 of a 14 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| | 06/28/2017 02:09 pm | | |
| Jurat | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #: 1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

## Affidavit - Continued

admitted to Stamford Hospital earlier this date. Further, that ▇▇▇▇ s hand is seen on the video to be extended to the same area that ▇▇▇▇ was stabbed on his right rib cage and in the same area where his tee-shirt sustained a puncture hole.

27. That ▇▇▇▇ related that ▇▇▇▇ had sent him the video but was unsure if she was actually the person that captured it. The Affiant later spoke with ▇▇▇▇, who related that she seen the video on Snapchat on ▇▇▇▇ s account. This account was later determined to belong to ▇▇▇▇.

28. That on June 20th, 2017 the Affiant reviewed a 4 minute and 18 second long cell phone video that was downloaded from ▇▇▇▇ s cellular phone by Sgt. Corticelli. ▇▇▇▇ had previously signed a GPD Cell Phone Data Cloning/Forensic Extraction Form. This was a second video of the incident in addition to the previous one that had been provided to the Affiant by ▇▇▇▇.

29. That the video depicts the fight that took place at ▇▇▇▇ on June 9th, 2017. For the first 50 seconds of the video you can see numerous people standing on the rear porch and within the backyard. People are heard yelling "and yet your still here" and "make your way to the door" in an attempt to get the crowd to leave. At :50 seconds into the video, ▇▇▇▇ is seen and heard saying something to the effect of you better wait for our rides. A female is then heard stating "Uber" and ▇▇▇▇ is then heard saying "order it for me then".

30. At 1:17 into the video, ▇▇▇▇ is seen briefly wearing a light colored t-shirt and backwards white colored baseball hat, while standing on the porch.

31. That at 1:35 into the video, a fight starts in the area where ▇▇▇▇ was last seen. Due to numerous people standing in the way the Affiant is unable to determine exactly how the fight started but it appears that ▇▇▇▇ throws the first closed fist punch at 1:37 into the video. The Affiant is unable to determine who ▇▇▇▇ punches or if the his punch hits anyone.

32. That at 1:39 into the video, it appears that an unknown white male wearing a gray t-shirt throws a closed fist punch at ▇▇▇▇.

33. That at 1:49 into the video, ▇▇▇▇ is seen trying to jump off the porch and ▇▇▇▇ and ▇▇▇▇ are directly behind him. ▇▇▇▇ is briefly seen reaching for ▇▇▇▇ s back in the area that he is stabbed and at

*(This is page 6 of a 14 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| | 06/28/2017 02:09 pm | | |
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

TOG-002586

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

## Affidavit - Continued

the same time an unknown onlooker steps in front of the camera blocking the view.

34. That at 1:54 into the video, ████ is seen getting away from ████ and ████ and walking further into the backyard and away from the porch. ████ is also seen at this time reaching towards his back, possibly realizing that he had just been stabbed. ████ is not see again for the remainder of this video.

35. That on June 10th, 2017 ████ made a telephone call to the Detective Division and requested to speak with the Affiant. The Affiant returned his call a short time later and ████ related that he would like to talk to the Affiant and also related that he has heard rumors that teenagers from Stamford would be coming to his residence to retaliate for ████ being stabbed. ████ related that he gets out of work at 2015hrs and would come to the Greenwich Police Department to talk.

36. That at approximately 2020hrs on the aforementioned date, ████ arrived in the front lobby of GPD along with his mother, ████. The Affiant then escorted ████ along with MPO Smith up to the Detective Division located on the second floor. ████ was interviewed by MPO. Smith and the Affiant within Interview Room E in the Detective Division. The interview was audio/video recorded using the GPD Case Cracker Interview Management System.

37. That prior to starting our interview the Affiant advised ████ that he was not under arrest and that he is free to leave at any time. ████ related that he understood and wanted to talk about the previous evening.

38. That ████ related that his younger brother, ████ was having several friends over to watch the NBA Finals on June 9th, 2017. That some people had posted on Snapchat about the party at his residence and teenagers from Stamford began to show up uninvited. That at approximately 2200hrs on June 9th, 2017 he noticed four people in his kitchen that he did know and asked him why they were there. That they told him that they were there to buy weed from ████. ████ then told ████ that he had to leave and he didn't want him selling drugs in his house.

39. That at this time, ████ related that he also noticed ████ telling other uninvited guests to walk around to the back of the house instead of leaving. ████ related that he then decided to turn off the television and music in the hopes it would get people to leave. ████ related that a good number of people left, however he estimated that there was still approximately 40 people still at his home.

*(This is page 7 of a 14 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| 06/28/2017 02:09 pm | | | |
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town)of accused<br>Greenwich | Court to be held at  (Town)<br>STAMFORD | Geographical<br>Area number     GA-1 |
|---|---|---|---|

## Affidavit - Continued

40. That ▮▮▮▮ related that he walked out onto his porch in the backyard and observed ▮▮▮▮▮▮ again sitting on a bench smoking weed. ▮▮▮▮ again told him to get out. ▮▮▮▮ responded back  by saying something to the effect of "I took 3 Xanax right now are you going to make me leave". That ▮▮▮▮▮▮▮ then told ▮▮▮▮ again to leave and ▮▮▮▮ threw a punch at ▮▮▮▮ That the two began to fight and more people joined in including ▮▮▮▮▮▮ , ▮▮▮ and ▮▮▮▮

41. That the Affiant then asked ▮▮▮▮ what he was wearing during the fight and he related a baseball style hat with a tank top. The Affiant then proceeded to show him a still image from a cell phone video the police department was able to obtain and ▮▮▮▮ pointed to a male and said "yeah that's me" I'm trying to defuse the situation by holding ▮▮▮▮ back from punching ▮▮▮▮ It should be noted that the still image that the Affiant showed ▮▮▮▮ is an image from almost immediately after ▮▮▮▮ was stabbed and had jumped off the porch. That ▮▮▮▮ and ▮▮▮ appear to emerge in this image from where the stabbing had just occurred. The Affiant later packaged this still image as evidence and forwarded to the first floor evidence locker.

42. That ▮▮▮▮ continued to relate that the fight was very chaotic as chairs and tables were being thrown and estimated that there was approximately 15-20 people involved in the fight. ▮▮▮▮ related that at one point during the fight ▮▮▮▮ was stabbed as he was jumping over the edge of the porch. The Affiant then asked ▮▮▮▮ how he knew that, and he said that his brother ▮▮▮ had told him and that ▮▮▮▮ then ran deeper into the yard before falling to the ground due to being stabbed. The Affiant asked where he (▮▮▮▮) was while this was happening and he related that he was fighting with ▮▮▮ on the porch.

43. That ▮▮▮▮ was then asked what happened once ▮▮▮▮ fell to the ground after being stabbed and he related that he proceeded to get him large wads of toilet paper from within his home so that he could apply pressure. ▮▮▮▮ also stated, "I was freaked out" and "I was in tears" and that I asked him if he was okay.

44. That several times during this interview the Affiant asked if ▮▮▮▮ had any type of knife on him and he replied no, but did own a switchblade knife, which was in his bedroom that evening. ▮▮▮▮ was also asked multiple times if he had stabbed ▮▮▮▮ which he also denied.

45. That the Affiant then told ▮▮▮▮ that some of the altercation, which included ▮▮▮▮ being stabbed was captured on a cell phone video. That in the cell phone video it appears that he and ▮▮▮ are directly behind ▮▮▮▮ as he is jumping over the side of the patio. Further that he (▮▮▮▮ is seen reaching towards ▮▮▮▮ s back at this exact moment and in the same area where ▮▮▮▮ was stabbed. ▮▮▮▮ again

*(This is page 8 of a 14 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| | 06/28/2017 02:09 pm | | |
| Jurat | Subscribed and sworn before me of (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)*of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

### Affidavit - Continued

denied stabbing ▮▮▮▮ and requested to the see the video and asked if the Affiant had seen a knife in his hands.

46. That ▮▮▮▮ then changed his story at 21:20hrs during the interview by saying that there might have been a knife in his pocket but at no point during the fight was it in his hands.

47. That At 21:24hrs during the interview ▮▮▮▮ related that he wanted to speak with his attorney before talking any further and wanted his mother to be brought into the interview room. No other questions of ▮▮▮▮ were asked and his mother was brought into the interview room with ▮▮▮▮.

48. That it should be noted that when watching the recovered cell phone video of the altercation it does show that ▮▮▮▮ is stabbed while attempting patio to jump off the rear patio as ▮▮▮▮ had related. That the stabbing occurred very quickly and took approximately 1 to 2 seconds. I had to review the video several times in order to determine that was when ▮▮▮▮ was stabbed. That only someone with intimate knowledge of the stabbing would have known that ▮▮▮▮ was stabbed while jumping off the porch.

49. That on June 11, 2017 ▮▮▮▮ agreed to responded to the Greenwich Police Department to be interviewed .

50. That upon arrival to the Greenwich Police Department the Affiant escorted ▮▮▮▮ into Interview Room E in the Detective Division. The interview was audio/video recorded using the GPD Case Cracker Interview Management System.  The Affiant later notified the GPD Forensics Section of the existence of the recorded interview for purposes of creating a duplicate/archival DVD of the interview.

51. That prior to starting our interview the Affiant advised ▮▮▮▮ that he was not under arrest and that he is free to leave at any time. ▮▮▮▮ related that he understood and wanted to talk.

52. That ▮▮▮▮ related that he was at the ▮▮▮▮ residence on June 9th, 2017. While at the ▮▮▮▮ residence he was watching a basketball game on TV and on a few occasions was smoking weed outside. ▮▮▮▮ related that he recalled having a conversation earlier in the evening with ▮▮▮▮ and telling him how his parents own a liquor store in Stamford and that ▮▮▮▮ had told him that he had been to his parents liquor store in the past. That later in the evening ▮▮▮▮ began to yell at him asking him to leave and he told ▮▮▮▮ that he didn't have a ride so he could not leave.

*(This is page 9 of a 14 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| 06/28/2017 02:09 pm | | | |
| **Jurat** | Subscribed and sworn before me on*(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a    Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

## Affidavit - Continued

53. That a friend of ███████'s later determined to be ████████████ then began to shove him and a fight erupted. That during the fight ██████ attacked him while he (████████) had a pocket knife in his right hand. That ██████ took several swings at him with the knife. That the knife came into contact with his right wrist and with the right side of his face. ██████ showed the Affiant a small superficial scratch on his right cheek and also on his right wrist, which he said was caused by ██████ swinging the knife at him. ██████ then related ██████'s brother, ████, fell on top of him and the two began to fight on the rear porch.

54. That at this moment he was able to get away from ██████ and ██████████ then observed ██████ running towards the rear yard and attempting to jump off the porch. ██████ related that as ██████ was jumping off the porch ██████ chased him from behind and stabbed him with a knife that was within his right hand. While jumping off the porch ██████ appeared to grab onto a tree branch from a large tree to help pull himself away from ██████ was unable to give a detailed description of the knife but related it looked like a pocket knife to him. ██████ related that he observed the stabbing from the porch and was approximately 6 feet away from ███████ when he was stabbed. ██████ only recalled ██████ chasing behind ██████ and believed that ████ was next to him (████) when ██████ was stabbed.

55. That ██████ related that his accounts are from what he recalled transpiring while at the ██████ residence and not from any videos that he had seen afterwards. That although he is friends with ██████ he is being truthful and did actually see ██████ stab ███████. The Affiant also questioned ██████ about the cuts on right wrist and right cheek as they appeared to be superficial scratches and ██████ again related that they were caused by ██████ swinging a pocket knife at him. Based on my training and experience the injuries ██████ sustained to his right wrist and right check are not consistent to being cut with a knife but more then likely were sustained during the brawl.

56. That the Affiant later took digital images of ██████ and the injuries he sustained. ██████ related that he did not receive any medical treatment and he did not want to receive any at this time. ██████ later provided MPO Smith and the Affiant a sworn written statement of his accounts.

57. That upon comparing ██████'s accounts to the cell phone video obtained there are some similarities such as ██████ being stabbed as he is jumping/climbing off the porch, that ██████ appears to use his right hand to stab ██████ and ██████ is exiting the porch in the area of a large tree. ██████ is also seen on the porch in the video as he described but appears to be actively fighting with an unknown male and ████████

*(This is page 10 of a 14 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| | 06/28/2017 02:09 pm | | |
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused Greenwich | Court to be held at *(Town)* STAMFORD | Geographical Area number GA-1 |

**Affidavit - Continued**

███████ just moments after ████████ is stabbed. ██████ is not captured in the cell phone video when ████████ is being stabbed but appears to be approximately fifteen to twenty feet away when he appears on the cell phone video just after the stabbing. Further, in the second video obtained █████ is seen laying on the porch with several people standing over him while punching him. One of those people appear to be ████████████, however due to the quality of the video the Affiant can not determine if there are any objects in █████ s hands at this time.

58. That on June 11th, 2017 the Affiant made telephone contact with ████████████, who attended the party at the ██████ esidence on June 9th, 2017 and was involved in the fight that occurred on the rear porch. The Affiant asked ██████ if he would be willing to come in to speak with Det. Manning and the Affiant further about the fight and assault that occurred at the ██████ residence, which he related that he would. ████ further related over the telephone that he mainly resides at the ██████ residence and that he does not have access to a vehicle and requested that investigators pick him up. The Affiant informed █████ that investigators would be at the █████ residence located at ████████████████ at 1315hrs this date to pick him up and he agreed.

59. That at approximately 1230hrs on June 11th, 2017 the Affiant received a telephone call from █████, who stated after speaking with his attorney he decided that he will not be coming in this date and would need legal representation before he speaks with the Affiant.

60. That on June 12, 2017 the Affiant received a telephone call from Attorney Philip Russell, who is representing ████████████. Attorney Russell related he will be speaking with his client further and would get back to the Affiant to let him know if ██████ would come in for an additional interview.

61. That on June 13, 2017 the Affiant received a telephone call from Attorney Philip Russell, who related that his client would like to provide me with the name of the person responsible for the stabbing and also with the knife used. Attorney Russell related that he would not be able to provide me with either until June 15th, 2017.

62. That on June 15th, 2017 the Affiant received another call from Attorney Russell, who this time provided me with the name of ██████████ and also related that he (Russell) had the knife in his office that was used in the stabbing that occurred at ███████ 's residence.

63. That Det. Manning and the Affiant then responded to Attorney Russell's office located at 66 Field Point Road, where Attorney Russell handed over a brown Balducci's paper bag, which contained a white nylon Gucci

*(This is page 11 of a 14 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| | 06/28/2017 02:09 pm | | |
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

TOG-002591

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number GA-1 |

## Affidavit - Continued

bag. Within the white nylon Gucci bag was a black Benchmade "The Pagan" switchblade knife.

64. That Attorney Russell would not provide any information as to the ownership of the knife or where it was retrieved from. Attorney Russell also would not provide any information as to why his client (███████) thought ████████ was responsible for the stabbing. The Affiant advised Attorney Russell that he would like to speak with ████ about this recent development. Attorney Russell signed a chain of custody tag prior to leaving, which was later placed on the box the knife was later secured in.

65. That the Benchmade "The Pagan" knife was left in the white Gucci nylon bag until Det. Manning and the Affiant arrived at Police Headquarters, where it was removed within the Forensic Section Office. There were no obvious signs of dried blood on any part of the knife, however there was a small amount of a clear liquid that appeared to be lubricant on the blade. The knife was then turned over to Det. Weissauer who later photographed it and packaged it as property.

66. That on June 17th, 2017 Det. Manning and the Affiant responded to ████████████ in an attempt to speak with ██████████ who was present at ████████████ on June 9th, 2017 at the time of the assault.

67. That ████████ answered the door and agreed to speak with Det. Manning and the Affiant. ████████ related that he was incredibly tired that evening from not sleeping the night before so he decided to take a nap upstairs in a guest room at ████████████ early during the party. That he was woken up by a police officer checking the residence. ████████ related that he was not present for the fight that took place and did not witness it.

68. That ████████ further related that after the police left the residence during the early morning hours of June 10th, 2017 ████████ told him (████████) to get a lawyer because the police are going to come contact him. ████████ related that after he woke up and went downstairs the only people that were still within the residence were ████████, ████████, ████████ and the housekeeper, ████████. ████████ related that after police left everyone seemed overly nervous but didn't know if it was because one of them were responsible for the stabbing or because ████ and ████'s mother did not know about what had happened yet.

69. That ████████ also related at no time did he see ████████ at the ████ residence. ████████ related that he has not seen ████ in approximately two years. ████████ further related that he has not seen ████

*(This is page 12 of a 14 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| 06/28/2017 02:09 pm | | | |
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S. § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused<br>Greenwich | Court to be held at (Town)<br>STAMFORD | Geographical<br>Area number  GA-1 |
|---|---|---|---|

### Affidavit - Continued

or ▮▮▮ since the early morning hours of June 10th, 2017 but has tried to call ▮▮▮ who has not answered his phone. That he also called ▮▮▮ and briefly spoke to him and was told that ▮▮▮ was currently in the hospital for an unknown reason. ▮▮▮ related that at no time did he hear anyone say that ▮▮▮ was responsible nor did he hear ▮▮▮ take credit for the stabbing. ▮▮▮ related that he did not know who was responsible for stabbing.

70. That on June 21st, 2017 the Affiant received a telephone call from Attorney Matthew Popilowski, who related that he is representing ▮▮▮ Attorney Popilowski related that at his recommendation ▮▮▮ will not be speaking to police regarding this matter.

71. That after reviewing recovered cell phone video taken of the altercation there is a male observed in the video that appears to be ▮▮▮ At one point ▮▮▮ is observed throwing a punch but due to the quality of the video the Affiant is unable to determine who ▮▮▮ was punching or if they were injured. There also did not appear to be any objects in ▮▮▮ s hand at this time, such as a knife. Further, that at the moment ▮▮▮ is stabbed only ▮▮▮ and ▮▮▮ are in the immediate area and within arms reach and only ▮▮▮ 's hand is in the area of the stab wound.

72. That on June 23rd, 2017 the Affiant responded to Stamford Hospital and met with Emergency Room Doctor, Maria Brea, who initially treated ▮▮▮ after he was transported to Stamford Hospital's Emergency Department on June 9th, 2017, for a single stab wound to his right posterior chest.

73. That the Affiant asked Dr. Brea if the wound ▮▮▮ sustained would have bleed immediately and she related that it would have. The Affiant then explained to Dr. Brea that the Greenwich Police Department has obtained a cell phone video of the moment we believe ▮▮▮ was stabbed and the video shows a subject reaching towards ▮▮▮ s back in the area where he was stabbed. Upon the subject pulling his hand away it appears that ▮▮▮ is bleeding as blood appears on his t-shirt. Dr. Brea related the video as the Affiant explained would be consistent with the wound that ▮▮▮ sustained.

74. That the Affiant believes there to be probable cause that ▮▮▮ ( ▮ 1996) of ▮▮▮ ▮▮ Greenwich, CT 06870, committed the crimes listed on the first Information page, which occurred on June 9th, 2017 at his residence. That cell phone video obtained indicates that ▮▮▮ is responsible for the stabbing. During an interview of ▮▮▮ he stated that he may have had a knife in his pocket and that ▮▮▮ was stabbed while jumping off his porch, which is something only someone with intimate knowledge

*(This is page 13 of a 14 page Affidavit)*

| Date | 06/28/2017 02:09 pm | Signed (Affiant) |  |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |  |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1700020468

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at  *(Town)* | Geographical |
|---|---|---|---|
| ▮ | Greenwich | STAMFORD | GA-1 Area number |

**Affidavit - Continued**

of the crime would have known. Further, that ▮▮▮▮▮ gave an oral statement, which was audio/video recorded and related that he observed ▮▮▮▮▮ stab ▮▮▮▮▮ as he was exiting ▮▮▮▮'s porch and observed a pocket knife in ▮▮▮s hand. ▮▮▮▮▮ also provided a sworn written statement of his accounts to MPO Smith and the Affiant.

*(This is page 14 of a 14 page Affidavit)*

| Date | Signed *(Affiant)* |
|---|---|
| 06/28/2017 02:09 pm | |

| Jurat | Subscribed and sworn before me on *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* |
|---|---|---|---|

| Reviewed | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |
|---|---|---|---|---|

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **INFORMATION**<br>JD-CR-71 REV. 3-11 | STATE OF CONNECTICUT<br>**SUPERIOR COURT** | | Disposition date | |
|---|---|---|---|---|
| Police Case number<br>**1700020468** | Agency name<br>**Greenwich Police** | | Agency number<br>**0057** | |

## Title, Allegation and Counts

| State of Connecticut vs.(Name of accused) | | Residence (Town) of accused<br>**Greenwich** | Docket number |
|---|---|---|---|

| | Date of birth<br>[blacked out] /1996 | **The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that:** |
|---|---|---|

| To be held at (Town)<br>**STAMFORD** | Geographical area number **GA-1** | Court date | |
|---|---|---|---|

| Count One — Did commit the offense of:<br>**ASSAULT 1** | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| At (Town)<br>**Greenwich** | On or about (Date)<br>**06/09/2017** | In violation of General Statute number<br>**53a-59** | | | |

| Count Two — Did commit the offense of:<br>**BREACH OF PEACE 2ND** | | |
|---|---|---|
| At (Town)<br>**Greenwich** | On or about (Date)<br>**06/09/2017** | In violation of General Statute number<br>**53a-181** |

| Count Three — Did commit the offense of:<br> | | |
|---|---|---|
| At (Town)<br> | On or about (Date)<br> | In violation of General Statute number<br> |

| ☐ See other sheet for additional counts | Date | Signed (Prosecuting Authority) |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | | Bond | Surety | ☐ 10 %<br>☐ Cash | Election<br>☐ CT   ☐ JY | (Date) |
|---|---|---|---|---|---|---|
| (Judge) | (Date) | Bond change | | | Seized property inventory number | |
| ☐ Attorney   ☐ Public defender | Guardian | | | | | |

| Count | Plea date | Plea | Plea withdrawn | | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| | | | Date | New plea | | | | |
| **1** | | | | | | $ | $ | |
| **2** | | | | | | $ | $ | |
| **3** | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost<br>☐ IMP  ☐ NCI | Bond information<br>☐ Bond forfeited   ☐ Forfeiture vacated   ☐ Forfeiture vacated and bond reinstated | |
|---|---|---|---|
| Application fee - receipt number<br>if paid | Circle one<br>W I Q | Program fee - receipt number<br>if paid | Circle one<br>W I Q | Probation fee - receipt number<br>if paid | Circle one<br>W I Q |
| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed (Clerk) | Signed (Judge) |

*This is page 1 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**TOG-002595**

| INFORMATION | STATE OF CONNECTICUT | Disposition date |
|---|---|---|
| JD-CR-71 Rev. 3-11 | **SUPERIOR COURT** | |

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1700020468 | Greenwich Police Department | CT0005700 |

## Arrest Warrant

| Geographical area number | **GA-1** | **State of Connecticut vs.** ███████████ |
|---|---|---|

**To: Any Proper Officer of the State of Connecticut**

   By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. *("X" all that apply)*

☐   **A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.**

☐   **B. Accused is not entitled to bail.**
   If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if  the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐   **C. Bail set at** _____

☐   **D. Non-financial conditions of release:**

   _____

   _____

> Extradition boundaries established by prosecutor

☐   **E. Conditions of release not determined by the court.**

| By the Court | Signed (Judge of the Superior  Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|
| | | | |

## Return On Arrest Warrant

| Geographical area number | Town of | | Date | **State of Connecticut** |
|---|---|---|---|---|

**Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.**

Attest (Officer's signature and Department)

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 2 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | For Court Use Only |
|---|---|---|
| JD-CR-64b   Rev. 3-11<br>C.G.S §§54-2a<br>Pr. Bk. Sec. 36-1, 36-2, 36-3 | SUPERIOR COURT<br>www.jud.ct.gov | Supporting Affidavits sealed<br>☐ Yes          ☐ No |

| Police Case number<br>1500043676 | Agency name<br>Greenwich Police | | Agency number<br>0057 |
|---|---|---|---|
| Name (Last, First, Middle Initial)<br>██████████ | Residence (Town) of accused<br>Greenwich | Court to be held at (Town)<br>STAMFORD | Geographical   GA-1<br>Area number |

## Application For Arrest Warrant
**To: A Judge of the Superior Court**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: **X** Affidavit Below. ☐ Affidavit(s) Attached.

| Date | Signed   (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
| | | |

## Affidavit
**The undersigned affiant, being duly sworn, deposes and says:**

The undersigned affiant, Detective Jeremiah D. Bussell, being duly sworn, does depose and state that he is a member of the Greenwich Police Department and has been since June 27, 2005. At all times mentioned herein he was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

On 11/25/2015 at approximately 5:18 PM the Greenwich Police Department was contacted by Dr. Britvan from the emergency department at Greenwich Hospital. Dr. Britvan advised that he currently had a 19 year old patient who had told him that he was assaulted by several individuals.

Officers responded to the hospital and met with the victim, ██████████ (DOB: ██ 1996) , who related that he and his friend ██████████ (Juvenile) were walking through the park (later identified as Christiano Field in Greenwich) and they saw a group of men sitting at a table. That one of the men approached him and asked if he wanted to fight, he agreed and both began to fight. That then the rest of the group began to hit him from behind. ██████ said that he was kicked "3 times on the head and 4 times on the rib." He would not elaborate on whether he knew the identities of any of his attackers.

██████ told Officers a similar story; that ██████ had mutually agreed to fight with one of the

*(This is page 1 of a 4 page Affidavit)*

| Date<br>12/17/2015 01:03 pm | Signed   (Affiant) Jeremiah Bussell |
|---|---|
| Jurat | Subscribed and sworn to before me on (Date) | Signed   (Judge/Clerk, Commissioner of Superior Court, Notary Public) |

## Finding
The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and<br>Signature | Signed at   (City or town) | On   (Date) | Signed   (Judge / Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a  Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1500043676

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

*Greenwich Police*

| Name *(Last, First, Middle Initial)* | Residence *(Town)*of accused Greenwich | Court to be held at *(Town)* STAMFORD | Geographical Area number GA-1 |
|---|---|---|---|

### Affidavit - Continued

individuals in question, but then the rest of them got involved and continued kicking ███████ while he was on the ground.

███████ was very uncooperative with the investigating Officers and would only give the description of the man he had fought with as a "short Hispanic guy who goes to Greenwich High School, plays soccer, and drives a silver Mazda." Based upon this description Detective Manning, who had been assisting in the investigation, believed that ███████ was describing a local resident named ███████ (DOB: ███/1997).

Officers then responded to the residence of ███████ at ███████ in Greenwich. They were able to speak with ███ who related that he had been at the park in question earlier in the day and he did, in fact, have a mutual fight with another subject named "███." He related that he, his friend ███████ (DOB: ███/1997), and his sister ███████ (Juvenile) were just walking through the park when "███" approached him and they mutually agreed to fight. That the fight ended quickly when ███ broke it up and they all left the area without further confrontation.

At the time of the initial investigation, based on statements from both parties, it was determined that there was no probable cause to believe that anything other than a mutual fight had occurred and ███████ and ███████ were given verbal warnings regarding Creating A Public Disturbance.

School Resource Officer (SRO) Franco is familiar with all the of parties involved in the altercation and he related that the animosity between ███████ and ███████ stems from an incident involving their two younger sisters; ███████ and ███████ (Juvenile).

On 11/30/2015 the Greenwich High School Dean Of Students, Loraine Termini, requested the assistance of SRO Franco in mediating a verbal altercation between ███████ and ███████ The argument was determined to have been started by ███████ who was inquiring from ███ whether or not she had been at or involved in the fight on 11/25/2015 where her brother ███████ had been "knocked out." ███████ further stated that several subjects had video recorded the altercation on their cell phones. She said that she had viewed the video and it shows several subjects kicking and spitting on her cell brother while he was on the ground unconscious. She further stated that her brothers sneakers were taken during the incident. It was later learned that ███████s friend ███ had recovered the sneakers which had been removed from ███████'s feet and thrown into a wooded area at the scene.

*(This is page 2 of a 4 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| | 12/17/2015 01:03 pm | | |
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1500043676

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical Area number |
|---|---|---|---|
| | Greenwich | STAMFORD | GA-1 |

**Affidavit - Continued**

█████████ also told SRO Franco that █████ had since moved to North Carolina for unrelated reasons. Several attempts have been made to contact █████ during this investigation, all have been met with negative results thus far.

SRO Franco was able to obtain copies of two videos taken of the altercation from students who wished to remain anonymous. The undersigned affiant was able to view the videos which depict the following: █████ ███████ and ██████████ are observed to be involved in what appears to be a mutual physical altercation, each exchanging punches for a short time. ████ is then observed to pick up █████ and both men fall to the ground and begin wrestling for several seconds when Juvenile #1 walks up and kicks █████ in the face. This apparently causes █████ to lose consciousness as he immediately stops fighting, his body goes limp, and he is laying on his back with his arms to his sides. ████ is then observed to get up off the ground and throw several punches to the face and upper torso of █████████████ (DOB: ███ 1997) is then observed to kick █████ in the torso and spit on him. █████████ (DOB: ██/1996) is then observed to kick █████ and then is seen pulling at his right foot. In the final moments of the video ████ is observed to be pulling at █████'s right foot with enough force that his limp body is dragged several feet across the ground.

The identities of all of the subjects in the video were determined by SRO Franco and Dr. Termini, who are very familiar with all of them due to past dealings within the school.

On 12/08/2015 █████████ responded to GPD for a scheduled interview with the undersigned affiant and Detective King. █████ was asked about his involvement in the altercation and he related the following: That he had been walking through the park (Christiano Field) and observed a large group of people, some of whom he was familiar with. That they told him that ████████ was coming to the park to fight "███" (█████████) so he decided to remain in the park to observe. That █████ showed up and and a fight broke out between he and ███. That the two ended up on the ground and Juvenile #1 kicked █████ in the head, knocking him unconscious. █████ admitted that he did kick █████ once in the arm while he was on the ground. He also related that he removed █████'s shoes and threw them into a wooded area nearby.

When asked why, if he barely knows █████ and he was just walking through the park, did he kick him while he was down and take his shoes. He related that he was "in the wrong place at the wrong time" and that even with all of the other people there when █████ showed up he had singled him (█████) out and called him a "faggot" for no reason. He related that he knows he had taken out his anger in the wrong way and was sorry

*(This is page 3 of a 4 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| 12/17/2015 01:03 pm | | | |
| Jurat | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| Reviewed | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1500043676

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | Area number  GA-1 |

### Affidavit - Continued

for his actions. ▮▮▮▮ was observed to be visibly upset during the interview and seemed legitimately remorseful for his behavior.

On 12/14/2015 the undersigned responded to the Greenwich Hospital Health Information Management Office and presented a signed GPD Authorization To Release Medical Records for the medical records of ▮▮▮▮ ▮▮▮▮ regarding his treatment at Greenwich Hospital on 11/25/2015.

Upon reviewing the medical records under the heading "Diagnosis" it is listed as "Concussion, with loss of consciousness of 30 minutes or less."  Under the "Chief Complaint" heading Dr. Britvan writes: "pt states he was attacked by 7 guys who jumped on him and started kicking him in the head.  States he was unconscious for a few minute.  Pt states his head hurts 7/10." Of further note is that ▮▮▮▮ was also treated for a "Left 5th finger fracture."

Based upon the aforementioned facts and circumstances the undersigned affiant respectfully requests that an arrest warrant be issued for ▮▮▮▮ for the appropriate charges.

▮▮▮▮ is described as a white Hispanic Male, DOB: ▮▮/1996, he has brown eyes and black hair. He lives at ▮▮▮▮, Greenwich, CT 06830.

*(This is page 4 of a 4 page Affidavit)*

| Date | Signed (Affiant) | |
|---|---|---|
| 12/17/2015 01:03 pm | | |
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| INFORMATION<br>JD-CR-71 REV. 3-11 | STATE OF CONNECTICUT<br>SUPERIOR COURT | Disposition date |
| --- | --- | --- |
| **Police Case number**<br>1500043676 | **Agency name**<br>Greenwich Police | **Agency number**<br>0057 |

## Title, Allegation and Counts

| State of Connecticut vs. *(Name of accused)* | Residence *(Town) of accused*<br>Greenwich | Docket number | |
| --- | --- | --- | --- |
| ▮▮▮▮ | Date of birth ▮▮/1996 | The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that: | |
| **To be held at** *(Town)*<br>STAMFORD | Geographical area number **GA-1** | Court date | |

| Count One — Did commit the offense of:<br>**ASSAULT 3** | | | Continued to | Purpose | Reason |
| --- | --- | --- | --- | --- | --- |
| At *(Town)*<br>Greenwich | On or about *(Date)*<br>11/25/2015 | In violation of General Statute number<br>53a-61 | | | |

| Count Two — Did commit the offense of:<br>**BREACH OF PEACE 2ND** | | |
| --- | --- | --- |
| At *(Town)*<br>Greenwich | On or about *(Date)*<br>11/25/2015 | In violation of General Statute number<br>53a-181 |

| Count Three — Did commit the offense of: | | |
| --- | --- | --- |
| At *(Town)* | On or about *(Date)* | In violation of General Statute number |

| ☐ See other sheet for additional counts | Date | Signed *(Prosecuting Authority)* |
| --- | --- | --- |

## Court Action

| Defendant advised of rights before plea | | Bond | Surety | ☐ 10 %<br>☐ Cash | Election *(Date)*<br>☐ CT   ☐ JY |
| --- | --- | --- | --- | --- | --- |
| (Judge)    (Date) | | Bond change | | | |
| ☐ Attorney   ☐ Public defender | Guardian | | | | Seized property inventory number |

| Count | Plea date | Plea | Plea withdrawn | | Verdict finding | Fine | Remit | Additional disposition |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Date | New plea | | | | |
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost<br>☐ IMP  ☐ NCI | Bond information<br>☐ Bond forfeited   ☐ Forfeiture vacated   ☐ Forfeiture vacated and bond reinstated | |
| --- | --- | --- | --- |
| Application fee - receipt number<br>if paid | Circle one<br>W I Q | Program fee - receipt number<br>if paid | Circle one<br>W I Q | Probation fee - receipt number<br>if paid | Circle one<br>W I Q |
| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)* |

*This is page 1 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| INFORMATION<br>JD-CR-71 Rev. 3-11 | *STATE OF CONNECTICUT*<br>**SUPERIOR COURT** | Disposition date |
|---|---|---|
| Police Case number<br>**1500043676** | Agency name<br>**Greenwich Police** | Agency number<br>**0057** |

## Arrest Warrant

| Geographical area number **GA-1** | **State of Connecticut vs.** ███████████ |
|---|---|

**To: Any Proper Officer of the State of Connecticut**

    By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. *("X" all that apply)*

☐   **A.** Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐   **B.** Accused is not entitled to bail.

    If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐   **C.** Bail set at _____

☐   **D.** Non-financial conditions of release:

    _____

    _____

> Extradition boundaries established by prosecutor

☐   **E.** Conditions of release not determined by the court.

| By the Court | Signed(Judge of the Superior Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical area number | Town of | Date | **State of Connecticut** |
|---|---|---|---|

**Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.**

Attest*(Officer's signature and Department)*

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 2 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**     **TOG-002602**

**INFORMATION**
JD-CR-71 REV. 1-17

STATE OF CONNECTICUT
**SUPERIOR COURT**

| | Disposition date |
|---|---|

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1400001600 | Greenwich Police | 0057 |

## Title, Allegation and Counts

| State of Connecticut vs. *(Name of accused)* | Residence *(Town) of accused* | Docket number |
|---|---|---|
| | **Stamford** | |

| | | Date of birth /1995 | The undersigned Prosecuting Authority of the State of Connecticut charges that: |
|---|---|---|---|
| To be held at *(Town)* **STAMFORD** | Geographical area number **GA-1** | Court date | |

| Count One — Did commit the offense of: **ROBBERY 2ND DEG** | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| At *(Town)* **Greenwich** | On or about *(Date)* **01/14/2014** | In violation of General Statute number **53a-135** | | | |

| Count Two — Did commit the offense of: **ASSAULT 3RD DEG** | | |
|---|---|---|
| At *(Town)* **Greenwich** | On or about *(Date)* **01/14/2014** | In violation of General Statute number **53a-61** |

| Count Three— Did commit the offense of: | | |
|---|---|---|
| At *(Town)* | On or about *(Date)* | In violation of General Statute number |

| ☐ See other sheet for additional counts | Date | Signed *(Prosecuting Authority)* |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | | Bond | Surety | ☐ 10 % ☐ Cash | Election ☐ CT ☐ JY | *(Date)* |
|---|---|---|---|---|---|---|
| (Judge) | (Date) | | | | | |
| ☐ Attorney  ☐ Public defender | Guardian | Bond change | | | Seized property inventory number | |

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost ☐ IMP ☐ NCI | Bond information ☐ Bond forfeited ☐ Forfeiture vacated ☐ Forfeiture vacated and bond reinstated | |
|---|---|---|---|
| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)* |

*This is page 1 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **INFORMATION** | **STATE OF CONNECTICUT** | **Disposition date** |
|---|---|---|
| JD-CR-71 Rev. 1-17 | **SUPERIOR COURT** | |

| **Police Case number** | Agency name | **Agency number** |
|---|---|---|
| **1400001600** | **Greenwich Police** | **0057** |

## Arrest Warrant

| Geographical area number | **GA-1** | **State of Connecticut vs.** ▮▮▮▮▮▮ |
|---|---|---|

**To: Any Proper Officer of the State of Connecticut**

   **By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the**
within-named accused. *("X" all that apply)*

- ☐ **A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.**

- ☐ **B. Accused is not entitled to bail.**
   If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk
   or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been
   committed, or if  the clerk's office is not open, to a community correctional center within said geographical
   area, or the nearest community correctional center if no such center exists in the geographical area, or to
   the Correctional Institution, as the case may be.

| | | **Extradition boundaries established by prosecutor** |
|---|---|---|
| ☐ | **C. Bail set at** _____ | |
| ☐ | **D. Non-financial conditions of release:** | |
| | _____ | |
| | _____ | |

- ☐ **E. Conditions of release not determined by the court.**

| **By the Court** | Signed(Judge of the Superior  Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|
| | | | |

## Return On Arrest Warrant

| Geographical area number | Town of | | Date | **State of Connecticut** |
|---|---|---|---|---|

**Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the
same in the hearing of said accused; and have said accused here in court for examination.**

Attest*(Officer's signature and Department)*

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 2 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                **TOG-003058**

| **ARREST WARRANT APPLICATION** | **STATE OF CONNECTICUT** | For Court Use Only | |
|---|---|---|---|
| JD-CR-64b  Rev. 3-11 | **SUPERIOR COURT** | Supporting Affidavits sealed | |
| C.G.S §54-2a | www.jud.ct.gov | Yes ☐ | No ☐ |
| Pr. Bk. Sec. 36-1, 36-2, 36-3 | | | |

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1400001600 | Greenwich Police | 0057 |

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| ▆▆▆▆▆▆▆▆ | Stamford | STAMFORD | Area number GA-1 |

## Application For Arrest Warrant
**To: A Judge of the Superior Court**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: **X** Affidavit Below. ☐ Affidavit(s) Attached.

| Date | Signed (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
| | | |

## Affidavit
**The undersigned affiant, being duly sworn, deposes and says:**

The undersigned, Detective Christy Girard, being duly sworn, does depose and state that she is a member of the Greenwich Police Department and has been since October 13, 1998. At all times mentioned herein she was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

That on 01/14/2014, ▆▆▆▆▆▆▆ (DOB ▆▆/1996) and his father, ▆▆▆▆▆▆▆ (DOB ▆▆/1967) reported ▆▆▆▆▆ was just assaulted at the Hamilton Avenue School. Mr.▆▆▆▆▆ explained that his son has been harassed by a group of Hispanic males since February 2013. They have been so fearful of this harassment that they installed several security cameras in their home.

That ▆▆▆▆▆▆▆ gave a sworn statement that on ▆▆▆ 2014, he was walking to meet a friend on St. Roch's Avenue when suddenly a subject he knows as ▆▆▆▆▆ came up behind him, pulled out a knife and put it to his stomach. ▆▆▆▆▆ was fearful that ▆▆▆ was going to purposely or even by accident stab him. Two of ▆▆▆ friends, only one he knew as ▆▆▆▆▆ , came behind him and held his arms behind his back. ▆▆▆ and the males called him profane names and told him to stay away from ▆▆▆ girlfriend. They then started taunting him by slapping him in the face, as they made ▆▆▆▆▆ say he was, "a pussy," while

*(This is page 1 of a 3 page Affidavit)*

| Date | | Signed (Affiant) |
|---|---|---|
| **Jurat** | Subscribed and sworn to before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) Judge colin |

## Finding

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at (City or town) | On (Date) | Signed (Judge / Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a  Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1400001600

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| ███████ | Stamford | STAMFORD | Area number GA-1 |

## Affidavit - Continued

video recording him on their phone. ███ then told ██████ to give him his phone. ████complied. ███
threatened to break his phone. The unknown male took his ███████ headphones and gave back his
phone. ██████ then ran home.

That on 01/15/2013, this affiant, with Detective Fiscella and Quezada, located ███████ at his residence.
███ gave a sworn statement that he wanted to tell ██████ to stay away from a friend of his who told him
██████ was bothering her. He explained that on 01/14/2014, ████ got a phone call that ███████ was
going to be walking down St. Roch's Avenue. He parked on Charles Street and walked through the
Hamilton Avenue School field. When he approached ███████, he told ████ that he wanted to speak to
him. ████ wanted to stay in the street, but ████ wanted him off to the side of St. Roch's Church. When
████ would not go, ████ took out a box cutter and held it out telling ████ to go over to the side of the
church. ████ denied putting the box cutter to ████ stomach. ████ related that his friends came up to
them but never held ████ arms behind his back. ████ identified his friends as ███████ (DOB
███/1995) and ██████ (DOB ███/1995). ████ explained that ████ gave him his phone after he
asked for it just to check the text messages. ████ then said ████ could have his headphones. ███
related that ████ and ██████ slapped his face and recorded him saying he would stay away from his
girlfriend.

That ████ forwarded the video to this Affiant. The video recording shows ██████and ██████ slapping
██████ face and making him say, "I'm a pussy." The video recording was archived as evidence.

That on 01/15/2014, this Affiant, with Detective Fiscella, interviewed ██████████  ██████ gave a
sworn statement that he was with ███████ and ███████ on 01/14/2014 when ████ got a call from
someone saying that ██████ was going to be on St. Roch's Avenue. They parked on Charles Street.
██████ got ahead of him and ████. When they caught up to ████ he was already with ███████talking.
████ related that he and ████ ██████ never held ████ arms behind him nor did he see ████ hold out a knife.
████ related that the only time he and ██████ touched him was when they toyed with him making him
apologize while video recording him.

That on 01/16/2014, this Affiant and Detective Reynolds interviewed ████████.  ██████gave a sworn
statement that he was hanging out with ████and ██████ when ████ got the phone call saying where ██████
██████ was going to meet up with some girls. They went to speak to ███████ because he was harassing a
girl ████ knew. They lost sight of ████who got ahead of them  When he and ██████ met up with ████ and

*(This is page 2 of a 3 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on (Date) | Signed  (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec 36-1, 36-2, 36-3
CFS #:  1400001600

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)*of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Stamford | STAMFORD | Area number GA-1 |

### Affidavit - Continued

at the side of the church they just stood watching them speak.  They recorded him saying he was a "pussy" while he was tapping him on the cheek. ███ admitted in his statement that he took ███ headphones but tossed them in the street.

That this Affiant is respectfully requesting an arrest warrant for ███ (DOB ███ /1995) be issued.

*(This is page 3 of a 3 page Affidavit)*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me of *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| INFORMATION | STATE OF CONNECTICUT | Disposition date |
|---|---|---|
| JD-CR-71 REV. 1-17 | **SUPERIOR COURT** | |

| Police Case number | Agency name | Agency number |
|---|---|---|
| **1400001600** | **Greenwich Police** | **0057** |

## Title, Allegation and Counts

| State of Connecticut vs.(Name of accused) | Residence (Town) of accused | Docket number |
|---|---|---|
| | **Stamford** | |

| | Date of birth **1995** | The undersigned Prosecuting Authority of the State of Connecticut charges that: |
|---|---|---|

| To be held at (Town) **STAMFORD** | Geographical area number **GA-1** | Court date | |
|---|---|---|---|

| Count One — Did commit the offense of: **ROBBERY 2ND DEG** | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| At (Town) **Greenwich** | On or about (Date) **01/14/2014** | In violation of General Statute number **53a-135** | | | |
| Count Two — Did commit the offense of: **ASSAULT 3RD DEG** | | | | | |
| At (Town) **Greenwich** | On or about (Date) **01/14/2014** | In violation of General Statute number **53a-61** | | | |
| Count Three — Did commit the offense of: | | | | | |
| At (Town) | On or about (Date) | In violation of General Statute number | | | |

| See other sheet for additional counts | Date | Signed (Prosecuting Authority) |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | | Bond | Surety | ☐ 10 % | Election (Date) |
|---|---|---|---|---|---|
| (Judge)          (Date) | | | | ☐ Cash | ☐ CT   ☐ JY |
| ☐ Attorney   ☐ Public defender   Guardian | | Bond change | | | Seized property inventory number |

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | $ | $ | |
| **2** | | | | | | $ | $ | |
| **3** | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost ☐ IMP  ☐ NCI | Bond Information ☐ Bond forfeited   ☐ Forfeiture vacated   ☐ Forfeiture vacated and bond reinstated | |
|---|---|---|---|
| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid   Circle one W I Q | Probation fee - receipt number if paid   Circle one W I Q |
| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed (Clerk) | Signed (Judge) |

*This is page 1 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                TOG-003062

| **INFORMATION**<br>JD-CR-71 Rev. 1-17 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT** | **Disposition date** |
|---|---|---|
| **Police Case number**<br>1400001600 | Agency name<br>**Greenwich Police** | **Agency number**<br>0057 |

## Arrest Warrant

| Geographical area number **GA-1** | **State of Connecticut vs.** ▓▓▓▓▓▓▓ |
|---|---|

**To: Any Proper Officer of the State of Connecticut**

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. *("X" all that apply)*

☐ **A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.**

☐ **B. Accused is not entitled to bail.**

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐ **C. Bail set at** _____

☐ **D. Non-financial conditions of release:**

_____

_____

| Extradition boundaries established by prosecutor |
|---|

☐ **E. Conditions of release not determined by the court.**

| **By the Court** | Signed(Judge of the Superior Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical area number | Town of | Date | **State of Connecticut** |
|---|---|---|---|

**Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.**

Attest *(Officer's signature and Department)*

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 2 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| **ARREST WARRANT APPLICATION** | **STATE OF CONNECTICUT** | For Court Use Only | |
|---|---|---|---|
| JD-CR-64b  Rev. 3-11 | **SUPERIOR COURT** | Supporting Affidavits sealed | |
| C.G.S §54-2a | www.jud.ct.gov | Yes ☐ | No ☐ |
| Pr. Bk. Sec. 36-1, 36-2, 36-3 | | | |

| Police Case number | Agency name | | Agency number |
|---|---|---|---|
| 1400001600 | Greenwich Police | | 0057 |

| Name (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| ▮ | Stamford | STAMFORD | Area number GA-1 |

### Application For Arrest Warrant
**To: A Judge of the Superior Court**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the: **X** Affidavit Below. ☐ Affidavit(s) Attached.

| Date | Signed  (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
| | | |

### Affidavit

**The undersigned affiant, being duly sworn, deposes and says:**

The undersigned, Detective Christy Girard, being duly sworn, does depose and state that she is a member of the Greenwich Police Department and has been since October 13, 1998. At all times mentioned herein she was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

That on 01/14/2014, ▮▮▮ (DOB ▮/1996) and his father, ▮▮▮ (DOB ▮/1967) reported ▮▮▮ was just assaulted at the Hamilton Avenue School. Mr. ▮▮▮ explained that his son has been harassed by a group of Hispanic males since February 2013. They have been so fearful of this harassment that they installed several security cameras in their home.

That ▮▮▮ gave a sworn statement that on 01/14/2014, he was walking to meet a friend on St. Roch's Avenue when suddenly a subject he knows as ▮▮▮ came up behind him, pulled out a knife and put it to his stomach. ▮▮▮ was fearful that ▮ was going to purposely or even by accident stab him. Two of ▮ friends, only one he knew as ▮▮▮ came behind him and held his arms behind his back. ▮ and the males called him profane names and told him to stay away from ▮ girlfriend. They then started taunting him by slapping him in the face, as they made ▮▮▮ say he was, "a pussy," while

*(This is page 1 of a 3 page Affidavit)*

| Date | | Signed  (Affiant) |
|---|---|---|
| | | |
| Jurat | Subscribed and sworn to before me on  (Date) | Signed  (Judge/Clerk, Commissioner of Superior Court, Notary Public) |
| | | Asa weiss |

### Finding

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| Date and Signature | Signed at  (City or town) | On  (Date) | Signed  (Judge / Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|
| | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  TOG-003064

**ARREST WARRANT APPLICATION**

JD-CR-64a  Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1400001600

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name (Last, First, Middle Initial) | Residence (Town)of accused | Court to be held at (Town) | Geographical |
|---|---|---|---|
| | Stamford | STAMFORD | Area number GA-1 |

### Affidavit - Continued

video recording him on their phone. ▉ then told ▉ to give him his phone. ▉ complied. ▉ threatened to break his phone. The unknown male took his (▉) headphones and gave back his phone. ▉ then ran home.

That on 01/15/2013, this affiant, with Detective Fiscella and Quezada, located ▉ at his residence. ▉ gave a sworn statement that he wanted to tell ▉ to stay away from a friend of his who told him ▉ was bothering her. He explained that on 01/14/2014, ▉ got a phone call that ▉ was going to be walking down St. Roch's Avenue. He parked on Charles Street and walked through the Hamilton Avenue School field. When he approached ▉ he told ▉ that he wanted to speak to him. ▉ wanted to stay in the street, but ▉ wanted him off to the side of St. Roch's Church. When ▉ would not go, ▉ took out a box cutter and held it out telling ▉ to go over to the side of the church. ▉ denied putting the box cutter to ▉ stomach. ▉ related that his friends came up to them but never held ▉ arms behind his back. ▉ identified his friends as ▉ (DOB ▉/1995) and ▉ (DOB ▉/1995). ▉ explained that ▉ gave him his phone after he asked for it just to check the text messages. ▉ then said ▉ could have his headphones. ▉ related that ▉ and ▉ slapped his face and recorded him saying he would stay away from his girlfriend.

That ▉ forwarded the video to this Affiant. The video recording shows ▉ and ▉ slapping ▉ face and making him say, "I'm a pussy." The video recording was archived as evidence.

That on 01/15/2014, this Affiant, with Detective Fiscella, interviewed ▉ ▉ gave a sworn statement that he was with ▉ and ▉ on 01/14/2014 when ▉ got a call from someone saying that ▉ was going to be on St. Roch's Avenue. They parked on Charles Street. ▉ got ahead of him and ▉ When they caught up to ▉ he was already with ▉ talking. ▉ related that he and ▉ never held ▉ arms behind him nor did he see ▉ hold out a knife. ▉ related that the only time he and ▉ touched him was when they toyed with him making him apologize while video recording him.

That on 01/16/2014, this Affiant and Detective Reynolds interviewed ▉ ▉ gave a sworn statement that he was hanging out with ▉ and ▉ when ▉ got the phone call saying where ▉ was going to meet up with some girls. They went to speak to ▉ because he was harassing a girl ▉ knew. They lost sight of ▉ who got ahead of them When he and ▉ met up with ▉ and

*(This is page 2 of a 3 page Affidavit)*

| Date | | | Signed (Affiant) | |
|---|---|---|---|---|
| **Jurat** | Subscribed and sworn before me of(Date) | | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1400001600

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)*of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Stamford | STAMFORD | Area number **GA-1** |

### Affidavit - Continued

███████ at the side of the church they just stood watching them speak.  They recorded him saying he was a "pussy" while he was tapping him on the cheek. ███████ admitted in his statement that he took ███████ headphones but tossed them in the street.

That this Affiant is respectfully requesting an arrest warrant for █████████ (DOB ████ 1995) be issued.

*(This page is 3 of a 3 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## INFORMATION
JD-CR-71 REV. 1-17

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

| | | Disposition date |
|---|---|---|
| Police Case number | Agency name | Agency number |
| 1400001600 | Greenwich Police | 0057 |

## Title, Allegation and Counts

| State of Connecticut vs. (Name of accused) | Residence (Town) of accused | Docket number |
|---|---|---|
| | Stamford | |

| To be held at (Town) | | Date of birth |
|---|---|---|
| STAMFORD | Geographical area number **GA-1** | 1995 |
| | Court date | |

The undersigned Prosecuting Authority of the State of Connecticut charges that:

| Count One —— Did commit the offense of: ROBBERY 2ND DEG | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| At (Town) **Greenwich** | On or about (Date) **01/14/2014** | In violation of General Statute number **53a-135** | | | |

| Count Two —— Did commit the offense of: ASSAULT 3RD DEG | | |
|---|---|---|
| At (Town) **Greenwich** | On or about (Date) **01/14/2014** | In violation of General Statute number **53a-61** |

| Count Three—— Did commit the offense of: | | |
|---|---|---|
| At (Town) | On or about (Date) | In violation of General Statute number |

| ☐ See other sheet for additional counts | Date | Signed (Prosecuting Authority) |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | Bond | Surety | ☐ 10 % | Election | (Date) |
|---|---|---|---|---|---|
| (Judge)                    (Date) | | | ☐ Cash | ☐ CT   ☐ JY | |
| ☐ Attorney  ☐ Public defender  Guardian | Bond change | | Seized property inventory number | | |

| Count | Plea date | Plea | Plea withdrawn | | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| | | | Date | New plea | | | | |
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost ☐ IMP  ☐ NCI | Bond information ☐ Bond forfeited   ☐ Forfeiture vacated   ☐ Forfeiture vacated and bond reinstated | |
|---|---|---|---|
| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed (Clerk) | Signed (Judge) |

*This is page 1 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

TOG-003067

| **INFORMATION**<br>JD-CR-71 Rev. 1-17 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT** | | **Disposition date** |
|---|---|---|---|
| **Police Case number**<br>1400001600 | Agency name<br>**Greenwich Police** | | **Agency number**<br>0057 |

## Arrest Warrant

| Geographical<br>area<br>number **GA-1** | **State of Connecticut vs.** ▓▓▓▓▓▓ |
|---|---|

**To: Any Proper Officer of the State of Connecticut**

    **By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the**
**within-named accused.** *("X" all that apply)*

☐    **A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.**

☐    **B. Accused is not entitled to bail.**

        **If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk**
        **or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been**
        **committed, or if the clerk's office is not open, to a community correctional center within said geographical**
        **area, or the nearest community correctional center if no such center exists in the geographical area, or to**
        **the Correctional Institution, as the case may be.**

| | Extradition boundaries<br>established by prosecutor |
|---|---|

☐    **C. Bail set at** _____

☐    **D. Non-financial conditions of release:**

_____

_____

☐    **E. Conditions of release not determined by the court.**

| **By the Court** | Signed(Judge of the Superior Court) | Date | Name of the Judge (Print or type) |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical<br>area<br>number | Town of | | Date | **State of Connecticut** |
|---|---|---|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the
same in the hearing of said accused; and have said accused here in court for examination.

Attest(Officer's signature and Department)

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 2 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**        

| **ARREST WARRANT APPLICATION** | **STATE OF CONNECTICUT** | For Court Use Only | |
|---|---|---|---|
| JD-CR-64b   Rev. 3-11 | **SUPERIOR COURT** | Supporting Affidavits sealed | |
| C.G.S §54-2a | www.jud.ct.gov | Yes ☐ | No ☐ |
| Pr. Bk. Sec. 36-1, 36-2, 36-3 | | | |

| Police Case number | Agency name | | Agency number |
|---|---|---|---|
| 1600015873 | Greenwich Police | | 0057 |

| Name (Last, First, Middle Initial) | | Residence (Town) of accused | Court to be held at (Town) | Geographical | GA-1 |
|---|---|---|---|---|---|
| ▉▉▉▉▉▉▉▉ | | Greenwich | STAMFORD | Area number | |

### Application For Arrest Warrant
**To: A Judge of the Superior Court**

**The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the:** ☐ **Affidavit Below.** ☐ **Affidavit(s) Attached.**

| Date | Signed   (Prosecuting authority) | Type/print name of prosecuting authority |
|---|---|---|
| | | |

### Affidavit
**The undersigned affiant, being duly sworn, deposes and says:**

1. The undersigned, Det. Christopher LiBasci, being duly sworn, does depose and state that he is a member of the Greenwich Police Department and has been since February 16, 2009. At all times mentioned herein he was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

2. On Monday, May 2, 2016 at approximately 8:55 PM, PO Beattie responded to ▉▉▉▉▉▉▉▉ on the report of a past vehicle theft. It should be noted that this call was received by dispatch on the 9-1-1 emergency line. While en route, GPD Dispatch advised PO Beattie of the following details reported by the complainant:

- The vehicle was taken approximately five (5) hours in the past.

- The keys were located within the vehicle prior to its theft.

- The reporting party saw two male suspects enter the car and that the pair drove to Bridgeport or New Haven.

Furthermore, Dispatch explained that the Bridgeport CT Police Department performed a DMV query of the vehicle's license plate (CT ▉▉▉▉ a 2004 green Volkswagen Jetta) at approximately 9:00 PM on May 2,

*(This is page 1 of a 5 page Affidavit)*

| Date | | Signed | (Affiant) Christopher Libasci |
|---|---|---|---|
| 05/30/2016 03:18 pm | | | |
| Jurat | Subscribed and sworn to before me on  (Date) | Signed | (Judge/Clerk, Commissioner of Superior Court, Notary Public) |

### Finding
**The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.**

| Date and Signature | Signed at   (City or town) | On   (Date) | Signed | (Judge / Judge Trial Referee) | Name of Judge/Judge Trial Referee |
|---|---|---|---|---|---|
| | | | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                           TOG-003069

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:  1600015873

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| | Greenwich | STAMFORD | GA-1 Area number |

## Affidavit - Continued
2016.

3. Upon arrival, PO Beattie met with the complainant and resident of ▮▮▮▮▮▮▮▮▮▮▮
(DOB ▮▮▮ 1996). During initial questioning, ▮▮▮▮ failed to provide PO Beattie with specific details
surrounding the vehicle's theft; she instead reiterated that her car was stolen and that she needed to get it
back.

4. ▮▮▮▮ explained that she didn't want to report the vehicle stolen because her sister is Greenwich Police
Officer, ▮▮▮▮▮▮▮ and that she didn't want to "get shit" from her or other family members about the car
being stolen.

5. While on scene, Dispatch advised PO Beattie that ▮▮▮▮ vehicle had been involved in a pursuit in
Bridgeport and that a firearm had been located within the car. Also, that Bridgeport PD had one involved
subject in custody and that BPD was actively searching for an additional subject who had fled from the vehicle.

6. After ▮▮▮▮ denied having any knowledge of the Bridgeport incident or knowing the identities of the two men
who took her car, she received a phone call on her personal cell phone from an unknown subject. Although PO
Beattie could not hear her entire conversation, he was able to overhear ▮▮▮▮ state "I just reported it stolen".

7. As PO Beattie and now other GPD personnel (Sgt. O'Reilly and MPO Ruszkowski) continued to speak with
▮▮▮▮, several inconsistencies were found in her account surrounding the vehicle's theft.

8. During the conversation, ▮▮▮▮ unidentified brother and uncle exited the apartment and immediately
looked surprised at the presence of police. After Sgt O'Reilly briefly explained the situation and the fact that
▮▮▮▮ was suspected of lying to the police, her uncle asked if he could speak with her in private.

9. After approximately fifteen (15) minutes and in the presence of her uncle, ▮▮▮▮ stated "OK I'll tell you the
real story." ▮▮▮▮ explained that her vehicle was not stolen, but borrowed by an unknown male subject who
was giving her girlfriend a ride to the train station. ▮▮▮▮ refused to identify her girlfriend and advised that she
had no idea who else was in the car or how it ended up in Bridgeport.

10. PO Beattie asked ▮▮▮▮ if she would be willing to come to GPD Headquarters and provide a voluntary
statement regarding her story. ▮▮▮▮ agreed to come to GPD and give investigators a statement.

*(This is page 2 of a 5 page Affidavit)*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| | 05/30/2016 03:18 pm | | | |
| Jurat | Subscribed and sworn before me on *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| Reviewed | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1600015873

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name  (Last, First, Middle Initial) | Residence (Town) of accused | Court to be held at  (Town) | Geographical |
|---|---|---|---|
| ▮▮▮▮ | Greenwich | STAMFORD | Area number  GA-1 |

## Affidavit - Continued

11. ▮▮▮▮ was driven to GPD by a family member and brought up to the Detective Division, where Det. O'Neill and the undersigned conducted a video and audio recorded interview.

12. ▮▮▮▮ provided investigators with her second account of the details surrounding the vehicle theft. ▮▮▮▮ refused to tell investigators her friend's name, but did state the unknown male went by the name, "▮▮▮▮" As ▮▮▮▮ spoke to us, she appeared to be nervous; her hands shook and she often avoided eye contact. Her answers appeared to be rehearsed and given much thought.

13. During the interview, Sgt. Amato from the Bridgeport PD Gang Unit contacted the Detective Division and informed Det. Stempien of the following details surrounding BPD's investigation:

- While on patrol in a highly violent, street gang occupied area in Bridgeport, Sgt. Amato observed ▮▮▮▮ vehicle travel past a stop sign without coming to a complete stop.

- The vehicle was occupied by three males. The driver was described as a Hispanic male with bushy hair, while the front passenger was described as a black male with a knit cap. The third passenger was positioned behind the driver's seat.

- While attempting to perform a motor vehicle stop of the vehicle for the aforementioned offense, the vehicle engaged Sgt. Amato into a pursuit.

- During the pursuit, all three male occupants exited the vehicle and fled on foot.

- BPD was able to place the front passenger of the vehicle, ▮▮▮▮ into custody. Police continued to search the area for the driver and rear seat passenger.

- A search of ▮▮▮▮ vehicle revealed that a .45 Caliber Ruger pistol (obliterated serial number) along with seven (7) live rounds of ammunition were found in the front seat.

14. Further interview of ▮▮▮▮ resulted in her retracting her previous accounts of what had transpired. She instead told investigators that she lent her car to her boyfriend / father of her child / Bridgeport resident, ▮▮▮▮, and "▮▮▮▮". She would not provide us with the exact reason why ▮▮▮▮ and ▮▮▮▮

*(This is page 3 of a 5 page Affidavit)*

| Date | | Signed (Affiant) | |
|---|---|---|---|
| 05/30/2016 03:18 pm | | | |
| **Jurat** | Subscribed and sworn before me on (Date) | Signed (Judge/Clerk, Commissioner of Superior Court, Notary Public) | |
| **Reviewed** | (Prosecutorial Official) | Date | Reviewed (Judge / Judge Trial Referee) | Date |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

JD-CR-64a   Rev. 3-11
C.G.S § 54-2a
Pr. Bk. Sec. 36-1, 36-2, 36-3
CFS #:   1600015873

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Greenwich Police

| Name *(Last, First, Middle Initial)* | Residence *(Town)* of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| ▮ | Greenwich | STAMFORD | GA-1 Area number |

**Affidavit - Continued**

borrowed the vehicle.

15. During our interview, ▮ began crying and continuously said that she provided investigators with all the information she knew. She advised that the information she provided to us will get ▮ arrested. ▮ was repeatedly told she was free to leave and go whenever she wanted.

16. Investigators asked ▮ permission to show us photographs of ▮ on her phone to which she agreed. The photos were later captured by Det. O'Neill and forwarded to Sgt. Amato. Upon inspection, Sgt. Amato positively identified ▮ as the driver of ▮ vehicle.

17. In our presence, ▮ was allowed to contact her sister. During their conversation, ▮ stated, "When the incident happened, I reported it right after as being stolen."

18. Investigator's continuously observed ▮ manipulate her cellular phone in a hurried manner as if she was hiding information or trying to delete content. She received numerous incoming phone calls from Bridgeport based phone number, 203-▮. ▮ was asked to contact the phone number to which she agreed. Upon calling the phone number, an unknown female answered. This female than handed over the phone to a male subject who ▮ identified as ▮ It should be noted that ▮ also refers to ▮ as, "▮."

19. In their conversation, ▮ confirmed that ▮ was one of the occupants in the vehicle and that he (▮) was currently hiding out in a Bridgeport housing project called "The Greens". He made statements to ▮ that suggested she was well aware of everything that transpired including knowing what was in the car (gun).

20. ▮ would not provide investigators with any further information regarding this incident. She would not assist GPD or BPD in locating ▮. Believing that ▮ cellular phone contained evidence of crimes committed in Bridgeport and Greenwich and because it appeared ▮ was trying to delete content off of the device, the phone was seized.

21. Search warrants for the forensic examination of ▮ cellular phone and her AT&T call records were later completed by Det. O'Neill and the undersigned.

*(This is page 4 of a 5 page Affidavit)*

| Date | | | Signed *(Affiant)* | |
|---|---|---|---|---|
| | 05/30/2016 03:18 pm | | | |
| **Jurat** | Subscribed and sworn before me on *(Date)* | | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | **Date** | **Reviewed** *(Judge / Judge Trial Referee)* | **Date** |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**ARREST WARRANT APPLICATION**

| | **STATE OF CONNECTICUT** | | |
|---|---|---|---|
| JD-CR-64a   Rev. 3-11 | **SUPERIOR COURT** | | |
| C.G.S § 54-2a | **www.jud.ct.gov** | | |
| Pr. Bk. Sec. 36-1, 36-2, 36-3 | | **Greenwich Police** | |
| CFS #:   1600015873 | | | |

| Name   *(Last, First, Middle Initial)* | Residence *(Town)*of accused | Court to be held at *(Town)* | Geographical |
|---|---|---|---|
| ███████████ | Greenwich | STAMFORD | Area number   **GA-1** |

**Affidavit - Continued**

22. Based off of the information from ███████ cell phone extraction report (which included her text and call records), it is believed that she purposely lied to investigators regarding this incident. It is presumed that:

- After ███████ was involved in the vehicular pursuit with the Bridgeport PD, he contacted ███████ and advised her to report the car as being stolen.

- Once reporting the incident to GPD via the 911 system, ███████ lied to the police regarding the theft of her vehicle. Rather than initially telling the truth, ███████ fabricated several stories as to who stole her car.

- ███████ had contact with ███████ before and during her time with GPD patrol officers. Based on ███████ text messages to ███████, it appeared as if she was providing him with information in real time. She even offered to help ███████ flee from arrest by offering to pick him up in Bridgeport.

23. That the undersigned respectfully requests that a warrant be granted for the arrest of ███████████████ (DOB ███-1996) of ███████████████ in Greenwich, CT 06830 for the appropriate charges.

*(This is page 5 of a 5 page Affidavit)*

| Date | | Signed *(Affiant)* | |
|---|---|---|---|
| 05/30/2016 03:18 pm | | | |
| **Jurat** | Subscribed and sworn before me on *(Date)* | Signed *(Judge/Clerk, Commissioner of Superior Court, Notary Public)* | |
| **Reviewed** | *(Prosecutorial Official)* | Date | Reviewed *(Judge / Judge Trial Referee)* | Date |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## INFORMATION
JD-CR-71 REV. 3-11

STATE OF CONNECTICUT
**SUPERIOR COURT**

| Disposition date |
|---|

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1600015873 | Greenwich Police | 0057 |

## Title, Allegation and Counts

| State of Connecticut vs. *(Name of accused)* | Residence *(Town)* of accused | Docket number |
|---|---|---|
| | Greenwich | |

| | Date of birth | The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that: |
|---|---|---|
| | 1996 | |

| To be held at *(Town)* | Geographical area number | Court date |
|---|---|---|
| STAMFORD | GA-1 | |

| Count One —— Did commit the offense of: | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| **INTERFERING WITH AN OFFICER** | | | | | |

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|
| Greenwich | 05/02/2016 | 53a-167a | | | |

| Count Two —— Did commit the offense of: | | | | | |
|---|---|---|---|---|---|
| **FALSELY REPORTING AN INCIDENT 2ND DEGREE** | | | | | |

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|
| Greenwich | 05/02/2016 | 53a-180c | | | |

| Count Three —— Did commit the offense of: | | | | | |
|---|---|---|---|---|---|
| **MISUSE OF 911 SYSTEM** | | | | | |

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|
| Greenwich | 05/02/2016 | 53a-180d | | | |

| ☐ See other sheet for additional counts | Date | Signed *(Prosecuting Authority)* |
|---|---|---|

## Court Action

| Defendant advised of rights before plea | | Bond | Surety | ☐ 10 % | Election | *(Date)* |
|---|---|---|---|---|---|---|
| *(Judge)*          *(Date)* | | | | ☐ Cash | ☐ CT   ☐ JY | |
| ☐ Attorney  ☐ Public defender | Guardian | Bond change | | | Seized property inventory number | |

| Count | Plea date | Plea | Plea withdrawn | | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| | | | Date | New plea | | | | |
| **1** | | | | | | $ | $ | |
| **2** | | | | | | $ | $ | |
| **3** | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Receipt number | Cost | Bond information | | | |
|---|---|---|---|---|---|
| | ☐ IMP  ☐ NCI | ☐ Bond forfeited | ☐ Forfeiture vacated | ☐ Forfeiture vacated and bond reinstated | |

| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
|---|---|---|---|---|---|
| Prosecutor on original disposition | | Reporter/monitor on original disposition | Signed *(Clerk)* | | Signed *(Judge)* |

*This is page 1 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

| INFORMATION<br>JD-CR-71 Rev. 3-11 | STATE OF CONNECTICUT<br>SUPERIOR COURT | Disposition date |
|---|---|---|
| **Police Case number**<br>1600015873 | **Agency name**<br>Greenwich Police | **Agency number**<br>0057 |

## Arrest Warrant

| Geographical area number | **GA-1** | **State of Connecticut vs.** ███████ |
|---|---|---|

**To: Any Proper Officer of the State of Connecticut**

    By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the

within-named accused. *("X" all that apply)*

☐    **A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.**

☐    **B. Accused is not entitled to bail.**

        If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk

        or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been

        committed, or if the clerk's office is not open, to a community correctional center within said geographical

        area, or the nearest community correctional center if no such center exists in the geographical area, or to

        the Correctional Institution, as the case may be.

| | | Extradition boundaries established by prosecutor |
|---|---|---|

☐    **C. Bail set at** _____

☐    **D. Non-financial conditions of release:**

_____

_____

☐    **E. Conditions of release not determined by the court.**

| **By the Court** | **Signed(Judge of the Superior Court)** | **Date** | **Name of the Judge (Print or type)** |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical area number | **Town of** | **Date** | **State of Connecticut** |
|---|---|---|---|

**Then and there, by virtue of the within and foregoing complaint and warrant , I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.**

Attest*(Officer's signature and Department)*

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*This is page 2 of a 2 page information*

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**