# Plaintiff Exhibit TT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, | ) CIVIL ACTION NO: |
| Plaintiff, | ) 3:18-cv-01322-KAD |
| v. | ) |
| TOWN OF GREENWICH, et al, | ) |
| Defendant. | ) September 22, 2020 |

**AFFIDAVIT OF CHARLANNE ZEPF BAUERLEIN, LCSW**

Charlanne Zepf Bauerlein being duly sworn, deposes and says:

1. I am over the age of 18 and I believe in the obligation of an oath.

2. I am a licensed clinical social worker, and currently work as a counselor at Greenwich Academy. Greenwich Academy is an all-girl college preparatory day school for students pre-k through grade 12 located in Greenwich, Connecticut.

3. I served as the Plaintiff's counselor while she was a student at Greenwich Academy.

4. On August 2, 2016, I was present during an interview of the Plaintiff by Greenwich Police Detective Krystie Rondini at the Plaintiff's home in Greenwich, Connecticut. The only three people who were present during the Plaintiff's

1

interview were the Plaintiff, Detective Rondini and myself.

_____
Charlanne Zepf Bauerlein, LCSW

Subscribed and sworn before me this 22nd day of September, 2020

_____
Notary/Commissioner of the Superior Court

TRACEY A. GREEN
Notary Public, State of Connecticut
My Commission Expires May 31, 2024

2

