# Plaintiff Exhibit VV

Confidential – Attorneys' Eyes Only

8/5/2016                                    Brunswick School Mail - Follow-up



Thomas Philip <█████████████>

# Follow-up
1 message

**Thomas Philip** <███████████████>          Fri, Aug 5, 2016 at 5:39 PM
To: mking@███████████

Permission?

Permission from whom?

I certainly don't know the details of what is thought to have happened
so offer no judgement.

It's just playing very poorly, given our understanding of the
coordinate arrangement, that BWK wasn't given any heads-up given GAs
action concerning one of our students

No need to call Monday, I expect I'll hear more from a number of our
parents in the days ahead

T

Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue, Greenwich, CT
06830
Office: ████████

CONFIDENTIAL - ATTORNEYS' EYES ONLY



From: **Thomas Philip**
Subject: Re: Lawyer
Date: September 29, 2016 at 2:25 PM
To: Michael DeAngelo

Thanks Mike

T

Thomas W. Philip
Headmaster
Brunswick School
100 Maher Avenue, Greenwich, CT
06830

> On Sep 29, 2016, at 2:03 PM, Michael DeAngelo wrote:
>
> I think it's actually Audrey Felsen...Stamford Attorney.
>
> Mike
>
> Michael DeAngelo
> Director of Safety & Security
> Brunswick School
> 1252 King St. Greenwich, CT. 06831

WICK000625

## Hartch, Greg

**From:** Hartch, Greg (SSGA, Non-GE)
**Sent:** Monday, October 10, 2016 8:01 PM
**To:** Thomas Philip
**Subject:** Catch Up

Tom, I will call you tomorrow ... Tom Dunn called me tonight and passed along some information ... Not anything groundbreaking but helpful.

Greg

**Hartch, Greg**

From: Hartch, Greg (SSGA, Non-GE)
Sent: Tuesday, January 24, 2017 9:03 PM
To: 'Thomas Dunn'
Subject: RE: EXT: GA / Brunswick

Typing too quickly!

Greg Hartch, CFA
Senior Vice President
SSGA Risk
Office:
Mobile:
Email:

State Street Global Advisors
1 Lincoln Street, 27th Floor
Boston, MA 02111
USA
ssga.com

-----Original Message-----
From: Thomas Dunn
Sent: Tuesday, January 24, 2017 9:02 PM
To: Hartch, Greg (SSGA, Non-GE)
Subject: Re: EXT: GA / Brunswick

Hi Greg,

I just tried you at that number but it did not go through.

I am home now and available to talk if that still works.

Thanks

Tom

> On Jan 24, 2017, at 6:39 PM, Hartch, Greg (SSGA, Non-GE) wrote:
>
> Tom, I can be reached now for rest of evening ... up in Boston ... try
> on
my personal cell           .
>

1

> Greg
>
>
>
> Greg Hartch, CFA
> Senior Vice President
> SSGA Risk
> Office: ▓▓▓▓▓▓▓▓ / ▓▓▓▓▓▓▓▓
> Mobile: ▓▓▓▓▓▓
> Email: ▓▓▓▓▓▓
>
> State Street Global Advisors
> 1 Lincoln Street, 27th Floor
> Boston, MA 02111
> USA
> ssga.com
>
>
> -----Original Message-----
> From: Thomas Dunn ▓▓▓▓▓▓▓▓
> Sent: Tuesday, January 24, 2017 3:29 PM
> To: Hartch, Greg (SSGA, Non-GE)
> Subject: Re: EXT: GA / Brunswick
>
>
> Hi Greg,
>
> I understand we are scheduled to talk with Molly and Tom tomorrow
> morning at 6:45am. It might be helpful for us to connect briefly this evening -- I can update you on GA's meeting yesterday with the Does. It also would be helpful to know if there were any takeaways from Brunswick's meeting with the Roe family.
>
> I am free until 4:30pm, then again around 5pm until 7pm and then after 8:30pm.
>
> Best,
>
> Tom
>
>
>
>
>
>
>
>> On Jan 20, 2017, at 3:27 PM, Hartch, Greg (SSGA, Non-GE)
> ▓▓▓▓▓▓▓▓ wrote:
>>
>> Tom, that would work well. Try my personal cell at ▓▓▓▓▓▓.
> Thanks.
>>



2

WICK0769

```
>> Greg
>>
>>
>>
>> Greg Hartch, CFA
>> Senior Vice President
>> SSGA Risk
>> Office: ▇▇▇▇ / ▇▇▇▇
>> Mobile: ▇▇▇▇
>> Email: ▇▇▇▇
>>
>> State Street Global Advisors
>> 1 Lincoln Street, 27th Floor
>> Boston, MA 02111
>> USA
>> ssga.com
>>
>>
>>
>> -----Original Message-----
>> From: Thomas Dunn ▇▇▇▇
>> Sent: Friday, January 20, 2017 2:13 PM
>> To: Hartch, Greg (SSGA, Non-GE)
>> Subject: Re: EXT: GA / Brunswick
>>
>>
>> Hi Greg, would around 5pm work for you?
>>
>> Thanks
>>
>>
>>> On Jan 20, 2017, at 1:43 PM, Hartch, Greg (SSGA, Non-GE)
>> ▇▇▇▇ wrote:
>>>
>>> Yes, I can speak now until 2 or after 4
>>>
>>> Greg
>>>
>>>> On Jan 20, 2017, at 12:58 PM, Thomas Dunn ▇▇▇▇ wrote:
>>>>
>>>>
>>>> Hi Greg,
>>>>
>>>> Would you have a few minutes to connect this afternoon on the
>>>> Doe ▇▇▇ matter -- as you may be aware there have been some
developments?
>>>>
>>>> Thanks
>>>>
>>>> Tom
>>>>
>>>>> On Jan 12, 2017, at 12:34 PM, Hartch, Greg (SSGA, Non-GE)
```



3

\>\>\>\> ▮▮▮▮▮▮▮▮▮▮ wrote:
\>\>\>\>\>
\>\>\>\>\> Tom, thanks for note. I concur ... once a decision is made, let's
\>\>\>\> regroup with Molly and Tom.
\>\>\>\>\>
\>\>\>\>\> Greg
\>\>\>\>\>
\>\>\>\>\> Greg Hartch, CFA
\>\>\>\>\> Senior Managing Director
\>\>\>\>\> Integration Leader & Stamford Location Head
\>\>\>\>\> Office: ▮▮▮▮▮▮ / Mobile: ▮▮▮▮▮▮
\>\>\>\>\> Email: ▮▮▮▮▮▮
\>\>\>\>\>
\>\>\>\>\> State Street Global Advisors
\>\>\>\>\> ▮▮▮▮▮▮
\>\>\>\>\> ▮▮▮▮▮▮
\>\>\>\>\> USA
\>\>\>\>\> ssga.com
\>\>\>\>\>
\>\>\>\>\>
\>\>\>\>\>
\>\>\>\>\> -----Original Message-----
\>\>\>\>\> From: Thomas Dunn ▮▮▮▮▮▮
\>\>\>\>\> Sent: Thursday, January 12, 2017 12:21 PM
\>\>\>\>\> To: Hartch, Greg (SSGA, Non-GE)
\>\>\>\>\> Subject: Re: EXT: GA / Brunswick
\>\>\>\>\>
\>\>\>\>\>
\>\>\>\>\> Hi Greg,
\>\>\>\>\>
\>\>\>\>\> I hope all is well and you have had a good start to the new year.
\>\>\>\>\>
\>\>\>\>\> I just wanted to touch base on the [Doe] matter.
\>\>\>\>\>
\>\>\>\>\> You probably are aware of this, but my understanding is that the
\>\>\>\> Greenwich police did provide the case to the Greenwich district
\>\>\>\> attorney about two weeks ago and the DA typically takes about two
\>\>\>\> weeks to decide whether to prosecute. So very soon we may finally
\>\>\>\> have a decision on
\>\> the
\>\>\>\> outcome of the police investigation and whether or not the boy will
\>\>\>\> be prosecuted.
\>\>\>\>\>
\>\>\>\>\> No matter how that turns out, I think it would be helpful for us
\>\>\>\>\> to
\>\> talk
\>\>\>\> once there is a decision so we can coordinate the response to the
\>\>\>\> inevitable fall out and discuss any potentially appropriate next
steps.
\>\>\>\>\>
\>\>\>\>\> Thank you for all the time you have spent on this issue --
\>\>\>\>\> hopefully we

4

WICK0771

```
>>>> are close to the end of it and soon can focus on other, more
>>>> positive, aspects of coordination.
>>>>>
>>>>> Best,
>>>>>
>>>>> Tom
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>> On Oct 27, 2016, at 4:35 PM, Hartch, Greg (SSGA, Non-GE)
>>>>>                          wrote:
>>>>>>
>>>>>> Yes that would work ...
>>>>>>
>>>>>> Thanks
>>>>>>
>>>>>> Greg
>>>>>>
>>>>>>> On Oct 27, 2016, at 3:26 PM, Thomas Dunn                        wrote:
>>>>>>>
>>>>>>>
>>>>>>> Greg,
>>>>>>>
>>>>>>> Thanks.  This evening works -- do you want to give me a number
>>>>>>> and I
>>>>> will
>>>>>>> call you while you are driving?
>>>>>>>
>>>>>>> Best,
>>>>>>>
>>>>>>> Tom
>>>>>>>
>>>>>>>>> On Oct 27, 2016, at 2:21 PM, Hartch, Greg (SSGA, Non-GE)
>>>>>>>>                          wrote:
>>>>>>>>
>>>>>>>> Thanks Tom.  Yes, I can speak tonight ... Will be driving back
>>>>>>>> from
>>>>>>> Boston about 7-10 pm in car or could speak back in Stamford
> tomorrow.
>>>>>>>>
>>>>>>>> Greg
>>>>>>>>
>>>>>>>>> On Oct 27, 2016, at 2:01 PM, Thomas Dunn
> wrote:
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Hi Greg,
>>>>>>>>>
>>>>>>>>> Would you have a few minutes to connect today or tomorrow?  It
```

5

```
>>>>>>>>> should
>>>>>>> not
>>>>>>>>> take long but there are a couple of developments in the
>>>>>>>>> Doe     matter
>>>>>>> that
>>>>>>>>> may make sense to coordinate on.
>>>>>>>>>
>>>>>>>>> Best regards,
>>>>>>>>>
>>>>>>>>> Tom
>>>>>>>
>>>>>
>>>>
>>
>
```

6

WICK0773