# Plaintiff Exhibit WW

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Jane Doe

- met w/ Shandown
- Tom Sullivan called DCF
  - "they have 12 hours to call DCF"
- GA didn't tell parents they'd called
- GPD called parents
- GPD spoke Christie Rendeiros
- Party was at Doe's house

- mom said GA called police
- could have given a heads-up
- Playboy bobby
  - GA calling police on Black boy
  - racial issues
- car process??

WICK-00302

CONFIDENTIAL - ATTORNEYS' EYES ONLY

8/22/16

- Peter never saw the brothers
- Jane supplied alcohol
- Student 4 walked him out w/ Jane

Student 11

Student 12

Student 4

WICK-00303

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Student 4**  8/23/16

- Alcohol was readily available @ party
- Jane was aware of alcohol & facilitated it
- Student 4 saw that Peter became very drunk
- Student 4 thinks he was in bathroom with Student 5 & Jane for 20-30 minutes
- Student 4 then went to get him b/c Peter was sleeping at his house
- Student 4 did not notice any concern or upset on Jane's part. - nothing seemed out of the ordinary.

WICK-00304

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Student 5**
- didn't see anything, left, returned : didn't see any [pedet!]

**Student 6**

Peter
- Jane brought the vodka
- got there 9:30
- girls in hot-tub drinking vodka / pitchall
- Female Attendee 1 was his girl-friend - she left @ 10:00
- Apt 10:00 Peter doesn't remember anything
- Student 5 + Jane took you to the [crossed out] bathroom
- heat home with Student 4 in an Uber - he remembers that.
- He saw Jane @ gov Ball on Sat she said she'd talk later
- She texted Peter on Sunday
- They talked on face-time
- She said he tried to take her top off + feel her through her [crossed out] clothing said bottom.

WICK-00305