# Plaintiff Exhibit XX

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF GREENWICH, et al<br><br>    Defendants. | Case No. 3:18-cv-01322-KAD<br><br><br><br>January 30, 2020 |

**DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND THIRD REQUESTS FOR PRODUCTION**

### III.   INTERROGATORIES

**DEFENDANTS' GENERAL OBJECTIONS TO ALL INTERROGATORIES AND REQUESTS FOR PRODUCTION:**

**FIRST GENERAL OBJECTION:** Defendants object to each and every interrogatory insofar as Plaintiff has exhausted the 25 interrogatories limit imposed by Fed. R. Civ. P. 33(a)(1).

**SECOND GENERAL OBJECTION**: Defendants object to each Interrogatory and Request for Production to the extent it seeks information which is not relevant to the subject matter of this litigation and not reasonably calculated to lead to the discovery of admissible evidence.

**THIRD GENERAL OBJECTION**: Defendants object to each Interrogatory and Request for Production to the extent that it requests information which is subject to the attorney-client privilege, work production doctrine, production of material prepared in anticipation of litigation or trial, and any other privilege or protection.

5. Identify the Town of Greenwich police officer who held Badge No. 30 in October and November 2016.

**OBJECTION**: In addition to the General Objections stated above, Defendants object to this interrogatory on the grounds that it is overly broad, unduly burdensome, and seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.

**ANSWER:** Subject to and without waiving the foregoing objection, Defendant states that Badge No. 30 was held by Sergeant Eric Scorca during the referenced time period.

## IV. DOCUMENT REQUESTS

9. Copies of all policies in the Unified Policy Manual that are subject to public release by its terms -- Sections 1000, 2000, 3000, 4000, 5000, 6000 and 7000.

**OBJECTION**: In addition to the General Objections stated above, Defendants object to this request on the grounds that it is overly broad, unduly burdensome, and seeks information that is not reasonably calculated to lead to the discovery of admissible evidence. Defendants further object on the grounds that not all of the sections requested are subject to public release.

**ANSWER:** Subject to and without waiving the foregoing objection, responsive documents were produced this date as Bates numbers TOG-001483 – TOG-002097.

AS TO OBJECTIONS ONLY

By: */s/ Robert B. Mitchell*
Robert B. Mitchell (ct02662)
Jessica A. Slippen (ct25765)
Mitchell & Sheahan, P.C.
80 Ferry Blvd., Suite 216
Stratford, CT 06615
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com

COUNSEL FOR DEFENDANTS

**CERTIFICATION**

      I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on January 30, 2020 to all counsel and self-represented parties of the record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:


Meredith C. Braxton (mbraxton@braxtonhook.com)
Elizabeth I. Hook (ehook@braxtonhook.com)
BRAXTON HOOK LLC
280 Railroad Ave., Suite 205
Greenwich, CT 06830

Abby Wadler (Abby.Wadler@greenwichct.org)
Assistant Town Attorney
Town of Greenwich
Law Department, Town Hall
101 Field Point Road
Greenwich CT  06830


                                           */s/ Robert B. Mitchell*
                                           Robert B. Mitchell (ct02662)
                                           Mitchell & Sheahan, P.C.
                                           80 Ferry Blvd., Suite 216
                                           Stratford, CT 06615
                                           203-873-0240
                                           203-873-0235 (fax)
                                           rbmitchell@mitchellandsheahan.com