# Plaintiff Exhibit AAA

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CIVIL ACTION NO:  3:18-cv-01322-KAD

FEBRUARY 7, 2020

----------------------------------------

JANE DOE,

                     Plaintiff

        -vs-

TOWN OF GREENWICH, ET AL,

                     Defendant

----------------------------------------


     DEPOSITION OF REBECCA STIRITZ, Psy.D.

APPEARANCES:

    BRAXTON HOOK, LLC
      Attorneys for the Plaintiff
      280 Railroad Avenue, Suite 205
      Greenwich, Connecticut  06830
      PHONE:  (203) 661-4610
      E MAIL:  mbraxton@braxtonhook.com
    BY:   MEREDITH C. BRAXTON, ATTORNEY-AT-LAW

    MITCHELL & SHEAHAN, P.C.
      Attorneys for the Defendant
      Sergeant Detective Brent Reeves and
      Detective Krystie M. Rondini
      80 Ferry Boulevard, Suite 216
      Stratford, Connecticut  06615
      PHONE:  (203) 873-0240
      E MAIL:  rbmitchell@mitchellandsheahan.com
     BY:  ROBERT B. MITCHELL, ESQUIRE
         REESE B. MITCHELL, ESQUIRE
          reesemitchell@mitchellandsheahan.com

```
                                                               Page 4
 1   THEREUPON,
 2                    R E B E C C A   S T I R I T Z, Psy.D.,
 3                              ███ ████ ██████,
 4                         ████████ █████████ █████,
 5              first having been duly sworn, was examined and
 6              testified as follows:
 7                   MR. MITCHELL:  And if we could go ahead and
 8              mark that as number one?
 9                   (Whereupon, a subpoena was marked
10              as Defendant's Exhibit 1 for identification.)
11   DIRECT EXAMINATION
12   BY MR. MITCHELL:
13        Q    Miss Stiritz, if you could take a look at what
14   has been marked as Number 1 please.
15        A    (Witness reviewing.)
16             Okay.
17        Q    I'll ask you if you recognize it?
18        A    Yes.
19        Q    That's a copy of the subpoena by which you are
20   here today, is that correct?
21        A    Yes.
22        Q    You will notice in the second check mark down
23   there, it says production, did you bring any materials with
24   you?
25        A    No.
```

Page 37

1  a restaurant with her parents and she saw that bottle, she
2  had -- her symptoms came back, and it made her realize that
3  she wasn't getting better, that stuck in my mind.
4       Q     Okay.  You didn't discuss with her the question
5  about whether she had guided him on how to get that bottle
6  in?
7       A     No.
8       Q     All right.  If you go to page two, the carryover
9  paragraph, one, two, I think it's the fourth sentence down,
10 it says, quote, she said that she had not been drinking and
11 was steady on her feet, end quote.  She told you she had not
12 been drinking?
13      A     Correct.
14      Q     Okay.
15      A     She -- I recall her saying to me that her mother
16 did not drink because she was allergic to alcohol, and that
17 she, herself, ▮▮▮▮, had been very cautious in any
18 experimentation of alcohol.
19            With regard to this night, I didn't pursue in a
20 strong way if she had had a sip or not, but whether she was
21 affected by alcohol.
22      Q     Okay.  Did she tell you that she had not had a
23 drink that night?
24      A     She said she had not been drinking, and was not
25 affected by alcohol, and she specifically said she was

1  relieved that she was strong from swimming and steady on her
2  feet, and so could defend herself.  But she didn't say I did
3  not have a sip.  She just said, I was not affected, I was
4  not drinking.
5          In these cases, I don't like to push those
6  details --
7       Q    Yeah.
8       A    -- and make the person feel like they are in any
9  way responsible.
10      Q    We have the next paragraph, and it's one, two, I
11 think it's the fourth sentence, the very long sentence, the
12 one after that, it says, quote, ▮▮▮▮ recounted that when
13 she traveled out of Greenwich, the symptoms abated somewhat
14 and she began to think she was over what had happened to
15 her, end quote.  I'm sorry.  Then it goes on to say, quote,
16 unfortunately, when she returned to town, the symptoms
17 returned and intensified, presumably when she was faced with
18 the minors of the event, end quote?
19      A    Uh-huh (affirmative.)
20      Q    She's left Greenwich to go to college, did that
21 help her get over this a little bit, when she left town?
22      A    So, can I speak to this time first?
23      Q    Yes, yes.
24      A    So, when she traveled away, she felt a bit
25 better, and did not have reminders; when she came back in