# Plaintiff Exhibit BBB

1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3

 4

 5  - - - - - - - - - - - - - - - -X

 6  JANE DOE

 7                    PLAINTIFF

 8

 9       Vs.                       3-18 CV 01322-KAD

10

11

12  TOWN OF GREENWICH, ET AL

13                    DEFENDANTS

14  - - - - - - - - - - - - - - - -X

15

16              D E P O S I T I O N

17       The deposition of MOTHER DOE was taken pursuant to

18  notice at the law offices of MITCHELL & SHAHAN, P. C., 246

19  POST ROAD EAST, WESTCORT, CONNECTICUT, before Shirley

20  Shamrock, SCR, a notary public in and before the State of

21  Connecticut on JANUARY 25, 2019.

22

23

24           **CONFIDENTIAL -  ATTORNEYS' EYES ONLY**

25
```

```
 1            MR. MITCHELL:  We'll do the same, same
 2       stipulations as yesterday.  Confidential, attorneys'
 3       eyes only.  The witness, I'm sure, wishes to read
 4       and sign?
 5            MS. HOOK: Un-huh.
 6            MR. MITCHELL: And the other usual stipulations
 7       certifying to the competency of the court reporter
 8       and objections are reserved until the time of trial,
 9       other than objections as to form.
10            MS. HOOK: Right.
11            MR. MITCHELL: Okay?
12            MS. HOOK: Yes.
13            MR. MITCHELL:  All right.  Go ahead and swear
14       the witness.
15
16
17
18       ███████    ██████      ██████████,  ██████
19              ████████, GREENWICH, CONNECTICUT 06830, being
20       duly sworn, was examined and testified upon her
21  oath        as follows:
22
23
24  DIRECT EXAMINATION BY MR. MITCHELL:
25    Q.   Good morning.
```

```
 1              that address the questions that are being asked
 2         here.
 3      Q.   Were you aware that your daughter directed the
 4  police to Miss ██████ as a witness they should speak to?
 5      A.   What does that mean?  So, but you still have to be
 6  discerning.  Just because someone tells you, whether it's the
 7  plaintiff or the defendant saying you should be speaking to
 8  them, doesn't mean that you should put in their evidence or
 9  their testimony.
10      Q.   You also, Paragraph 33, said that these witnesses
11  have been influenced by Brunswick's headmaster.
12  Do you believe ██████████ was influenced by Brunswick's
13  headmaster?
14      A.   I believe indirect that the headmaster could have
15  influenced ██████████ who then influenced his
16  girlfriend/friend, ██████████.
17      Q.   Do you have any direct knowledge of that?
18      A.   By direct knowledge, no, but I'm basing it on my
19  conclusions which is that ██████████'s mother came to my
20  house twice unannounced.
21      Q.   And said what?
22      A.   To plead with me to drop the case.
23      Q.   Did she tell you why?
24      A.   Yes.  She said that we have to be good Christians
25  and the boy made a mistake and she said to me that please let
```

1  him go.  What if he just apologizes to your daughter for what
2  he did?
3      Q.  How does that convince you that somehow her daughter
4  lied to the police?
5      A.  Convince?  Well, first of all, let me take it back.
6  Okay?  If her daughter is claiming my daughter made it up,
7  made up the whole assault, and my daughter didn't, that alone
8  is convincing, okay, that she lied.
9      Q.  She never said that.
10     A.  At school ▮▮▮▮▮▮▮▮▮▮ was going around telling
11 everybody that my daughter lied.
12     Q.  That may or may not be true but what happened in
13 school has nothing to do with the police investigation.  You
14 understand that, right?
15     A.  No.  Your question, though, to me was what made me
16 think that she was lying.  I am talking about the school.
17     Q.  Okay.  What happened at the school didn't --  I
18 understand your problem but it is not part of this.  The
19 question is do you believe she lied to the police?
20     A.  I believe that she inserted herself into the police
21 case to discredit my daughter by not telling the truth about
22 what had happened.
23     Q.  You believe that somehow indirectly the headmaster
24 at Brunswick School influenced ▮▮▮▮▮▮▮▮▮▮ to lie?  Is that
25 what you are telling me?  That's what Paragraph 33 talks

```
 1   attended, I am sure they will corroborate this.
 2        A.   Yes.
 3        Q.   Are you aware that many of the people interviewed
 4   spoke to the contrary, there was in fact alcohol not served
 5   by you but alcohol brought in by several of the students?
 6        A.   Yes.  Afterward.
 7        Q.   So you found that out after August 23?
 8        A.   That's correct.
 9        Q.   Okay.  If I recall, didn't your husband greet the
10   assailant when he came in?  Said hello as he came to the
11   door?
12        A.   That's what he said.  I wasn't there so I don't want
13   to speak.
14        Q.   Did you see the assailant as he left?
15        A.   At the circle.  I did not see him physically getting
16   into a car but I saw him.  At the time I didn't know who they
17   were.  They were just three boys.  I did not know who they
18   were.
19        Q.   What did they look like?  What did they seem like?
20        A.   Nothing.  They were standing there waiting for their
21   ride.
22        Q.   Were they wobbling around?  Anything of that nature?
23        A.   I just saw them standing there waiting for their
24   ride.  At the time I wasn't looking for anything unusual
25   because there was nothing to think that there was something
```

1  unusual.
2      Q.   But that paragraph in this letter is not true,
3  correct?  There was alcohol being consumed by the kids?
4      A.   Yes, but as my husband, I mean as my attorney wrote,
5  it said it must have been concealed and consumed in secret.
6  Because the lawyer, our lawyer, is saying if anyone did, it
7  must have been concealed and consumed in secret.
8      Q.   Next paragraph, the third line down, the end.  It
9  states that the assaulter, the assailant, enraged in lewd
10 behavior including groping other girls in the pool, all of
11 which was witnessed by numerous people.  You see that there?
12 It's right under the next paragraph.  If you go down, 1, 2,
13 3 --  3 lines, toward the end of that line.
14     A.   It's on this page?
15     Q.   Yes.  Says, starts with, Also disturbing.
16     A.   Okay.  Yes.
17     Q.   You go down three lines.  Begins with, of the
18 attack, that line.
19     A.   Un-huh.
20     Q.   You get to, in the pool and engaged in lewd behavior
21 including groping other girls in the pool, all of which was
22 witnessed by numerous people.  You see that?
23     A.   Yes.
24     Q.   All right.  Now, what lewd behavior did the
25 assailant engage in the pool?

1  particular in this matter was in- would have been
2  inappropriate?
3      A.   As I already mentioned, she was not an attendee at
4  the event.  Also, because her mother came to my house
5  unannounced the day before the two of them went into the
6  station and the goal of their, of the mother's visit was to
7  dissuade me from pursuing this claim.  Should I wait?
8              MR. MITCHELL:  No.  Go ahead.
9      A.   She spent a half an hour with me on the phone trying
10 to get me to drop the charges and then just have the attacker
11 apologize to my daughter.  And the fact that she showed up at
12 my house twice, the day before I was not home, unannounced,
13 shows how determined she was to get me to drop the claim.
14     Q.   And ███████████ was disciplined by Greenwich
15 Academy for bullying ████ about this very incident.
16 Did that -- did that demonstrate in your mind that she was
17 already biased against your daughter?
18     A.   Yes.  And the reason why, at first I thought that
19 her mother was trying to contact me was to apologize for her
20 daughter's behavior.  I would think that if your daughter's
21 been disciplined by the school for bullying, that you would,
22 that the reason she would reach out to me would be to
23 apologize for what her daughter did to my daughter.  So this
24 was --  she was disciplined before she made her statement
25 to the police.