Plaintiff Exhibit CCC

```
 1   UNITED STATES DISTRICT court                    HIGHLY
     FOR THE DISTRICT OF CONNECTICUT              CONFIDENTIAL
 2   ---------------------------------x
     JANE DOE,                                   FOR ATTORNEYS'
 3                                                  EYES ONLY
                 Plaintiff,
 4
     vs.                              Case No. 3:18-cv-01322-KAD
 5                                    Date:  January 7, 2020
     TOWN OF GREENWICH, ET AL,
 6
                 Defendants.
 7   ---------------------------------x

 8

 9              DEPOSITION OF PETER ROW

10
        The deposition of Peter Row was taken on
11
     January 7, 2020, beginning at 10:06 a.m., at
12
     2 Greenwich Office Park, Greenwich, Connecticut,
13
     before Susan Wandzilak, Registered Professional
14
     Reporter and Notary Public in the State of
15
     Connecticut.
16

17

18

19

20
              Susan Wandzilak  License No. 377
21         DEL VECCHIO REPORTING SERVICES, LLC
            PROFESSIONAL SHORTHAND REPORTERS
22                  117 RANDI DRIVE
             MADISON, CONNECTICUT 06443
23                   800-839-6867

24   NEW HAVEN              STAMFORD          HARTFORD

25
```

```
 1      that there are going to be objections that go
 2      beyond just as to form and I'm reserving those
 3      objections, to use those objections during this
 4      deposition.
 5              MS. HOOK:  So you're intending to instruct
 6      your witness not to answer on the basis of --
 7              MR. JONES:  That's right.  We're anticipating
 8      -- I'm sorry.  I didn't mean to step on you.  Go
 9      ahead.
10              MS. HOOK:  Okay.  All right.  So to the
11      extent that there is a disagreement about whether
12      your objection is appropriate or not, we will
13      reserve the right to recall Mr. Bolanos after
14      we --
15              MR. JONES:  Understood.
16              MS. HOOK:  -- go to the judge.
17              MR. JONES:  Understood.
18              MS. HOOK:  In terms of the deposition
19      transcript, we will allow Mr. ▮▮▮▮▮▮▮ to review
20      and sign the deposition transcript.
21              MR. JONES:  Thank you.
22              MS. HOOK:  Can you swear the witness in.
23      Thank you.
24                          PETER ROW,
25      having been first duly sworn, testified as
```

```
 1        follows:
 2             THE court REPORTER:  Can I have your full
 3        name and address for the record.
 4             THE WITNESS:     ██████████ .     ██████████
 5        ████████████████ , ████████████ , ████████
 6        ██████ .
 7             MS. HOOK:  Okay, I would like to have this
 8        marked for identification as Row Exhibit 1.
 9             (Whereupon, Row Exhibit No. 1 was marked for
10        identification.)
11                       DIRECT EXAMINATION
12   BY MS. HOOK:
13        Q.   In the meantime, I show you what's been
14   marked Row Exhibit 1.  Can you review that and let me
15   know when you are done.
16        A.   (Witness complying.)
17             MS. BRAXTON:  Can we go off the record for a
18        second?
19             THE VIDEOGRAPHER:  Off the record at
20        10:11 a.m.
21             (Briefly off the record, as water is fetched
22        for participants.)
23             THE VIDEOGRAPHER:  On the record, 10:12 a.m.
24   BY MS. HOOK:
25        Q.   Have you finished reviewing the exhibit,
```

```
 1              answer, yes.
 2                   MS. HOOK:  Okay, you'll have to say that each
 3         time you're instructing him not to answer,
 4         please.
 5                   MR. JONES:  Duly noted.
 6     BY MS. HOOK:
 7         Q.   Did you Mr. Philip tell you what the police
 8     were -- who the police were questioning?
 9                   MR. JONES:  Objection.  Instructing him not
10         to answer.
11     BY MS. HOOK:
12         Q.   Did Mr. Philip tell you what he was providing
13     in terms of information to the police?
14                   MR. JONES:  Objecting -- objection.  Instruct
15         him to the to answer.
16     BY MS. HOOK:
17         Q.   Okay, in your conversation -- your first
18     conversation with Mr. Philip on -- it seems like it
19     was August 4th, did Mr. Philip talk to you about
20     discipline?
21         A.   I don't recall.
22         Q.   Okay.  So there was, there was no time during
23     that conversation that you recall Mr. Philip
24     suggesting to you that you might be subject to
25     discipline?
```

1    A.    I was crying.  I don't think he was going to
2 -- we talked about that later on.  At first he was
3 just trying to comfort me.
4    Q.    Okay.  So he didn't tell you that there would
5 be an investigation by the school?
6    A.    I don't believe so.  I don't remember.
7    Q.    And he didn't tell you that there would be
8 potential discipline or consequences to you as a
9 result of what you told him?
10        MR. JONES:  I'm going to object.  If we're
11    still talking about the same phone conversation,
12    that's the fourth time you have asked him that
13    question.  And he has answered that.
14        So I don't oppose the line of questioning,
15    but just that's the fourth time you asked him
16    if -- whether or not in that conversation the
17    same thing took place.  So you need to move on
18    from that question.  He's answered it.
19        MS. HOOK:  Thank you, Mr. Jones.
20 BY MS. HOOK:
21    Q.    Can you please answer the question.  Do you
22 recall it?
23    A.    Can you ask the question again?
24        MS. HOOK:  Can you read back the question.
25        (Whereupon, this question was read back:  And

```
 1    Mr. Philip about the investigation?
 2              MR. JONES:  Which investigation?
 3              MS. HOOK:  The investigation by the school.
 4         Let's start with that.
 5              THE WITNESS:  I don't remember.
 6    BY MS. HOOK:
 7         Q.   You don't remember having conversations about
 8    any investigation by the school?
 9         A.   I don't know if those were a school
10    investigation.
11         Q.   I'm sorry?
12         A.   I spoke with Mr. Philip multiple times.
13         Q.   Yes.
14         A.   But I don't know if it was part of the
15    Brunswick investigation.
16         Q.   Did you speak with anyone else besides
17    Mr. Philip as part of the Brunswick School
18    investigation?
19         A.   I spoke with my advisor Mr. Potter, but that
20    was just about family issues that I had at the time,
21    my parents being sick.  I wouldn't talk to him about
22    details of the case.
23         Q.   So the only person you spoke to is
24    Mr. Philip?
25         A.   Yes.
```

```
 1          witnesses during the police investigation.
 2                  MS. HOOK:  You mean every word that came out
 3          of Mr. Philip's mouth is out of bounds?
 4                  MR. JONES:  I made my objection.  I'm not
 5          going to argue it here.  I made the objection.  I
 6          instruct him not to answer.
 7                  MS. HOOK:  All right, for the record, the
 8          witness is being instructed not to answer
 9          regarding any discussions with Mr. Philip even if
10          they are concerning the police investigation
11          which is at issue in this litigation.
12      BY MS. HOOK:
13          Q.   How many times did you meet with Mr. Philip?
14      You said weekly?
15          A.   Yeah.
16          Q.   And for how long did that continue?
17          A.   I would speak to him whenever I felt the need
18      to.  I continued speaking with him about my family
19      until I graduated.
20          Q.   After you graduated?
21          A.   Until I graduated.
22          Q.   Okay.  And what about the information you
23      were being given by your lawyers?  Did you tell him
24      all of that?
25                  MR. JONES:  Objection.  Attorney-client
```

```
 1    him, the next day over the phone?
 2         A.   No, I spoke with him --
 3         Q.   The first day?
 4         A.   The first day and then probably again the
 5    next day.
 6         Q.   The next day.  And was anyone else on that
 7    phone call with Mr. Philip?
 8         A.   No.
 9         Q.   Why did you keep updating Mr. Philip on
10    information that you were obtaining about the police
11    investigation?
12         A.   Because --
13         Q.   Can you please speak up.
14         A.   Because I, I just wanted extra guidance with
15    it.
16         Q.   Okay.  So you told him everything because you
17    wanted him to help you navigate the police
18    investigation?
19              MR. JONES:  Objection to the form of the
20         question.
21    BY MS. HOOK:
22         Q.   Okay.  What do you mean by you wanted
23    guidance with it?
24         A.   I wanted help with the situation.
25         Q.   Okay, so you were considering Mr. Philip as
```

```
 1    your friend in this situation?
 2         A.   Yes.
 3              MS. HOOK:  I would also like to state for the
 4         record, in terms of attorney-client privilege and
 5         attorney work product privilege, I'd like to state for
 6         the record that we sent you the documents that we
 7         intended to use that you're now objecting to on
 8         the basis of privilege on December 21st and you
 9         did not assert any privilege over those
10         documents.
11              I understand that you didn't see them before,
12         but you saw them on December 21st.  You asserted
13         no privilege and you allowed them to continue.
14         So on that basis, I -- among other bases, I think
15         that any work product privilege was certainly
16         waived.
17              MR. JONES:  Okay, I can respond, right?
18              MS. HOOK:  Yes.
19              MR. JONES:  I object to your statement.  The
20         documents that you sent to me were the documents
21         that you anticipated that you were going to
22         question my client upon.
23              I don't have to make an objection to those
24         documents until the deposition actually takes
25         place.  If you recall, when we went to court on
```