Plaintiff Exhibit EEE

JANE DOE, ET AL. vs BRUNSWICK SCHOOL, INC.
Confidential                          ▮▮▮▮▮▮▮▮▮▮ on 08/27/2019

```
 1   DOCKET NO: X06-UWY-CV-18-5037815-S

 2   _____
     JANE DOE, JOHN DOE, and          ) SUPERIOR COURT
 3   MARY DOE,                        ) COMPLEX LITIGATION
                                      ) at WATERBURY
 4               Plaintiffs,          )
                                      )
 5   v.                               )
                                      )
 6   BRUNSWICK SCHOOL, INC.,          )
                                      )
 7               Defendant.           )
                                      )
 8   _____ )

 9

10        VIDEOTAPED DEPOSITION OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11                  (CONFIDENTIAL)

12

13

14   DATE:           August 27, 2019

15   TIME:           10:30 a.m.

16   HELD AT:        Huseby Court Reporting Services
                     Six Landmark Square
17                   Suite 400
                     Stamford, Connecticut
18

19      By:          Sarah J. Miner, RPR, LSR #238
                     Huseby Global Litigation
20                   249 Pearl Street
                     Hartford, Connecticut  06106
21

22

23

24

25
```

 1   court reporter swear in the witness, please?
 2         ███████████████,
 3   having first been duly sworn by Sarah J. Miner, LSR, a
 4   Notary Public in and for the State of Connecticut, was
 5   examined and testified as follows:
 6                     DIRECT EXAMINATION
 7   BY MR. SCONZO:
 8         Q.  All right.  Good morning, Ms. ████.  ████
 9   ████████████████████████████████████.
10         You have been through a number of
11   depositions, so I don't think it is important for me
12   to go over the so-called ground rules, but it is
13   important for me to remind you that both of us need to
14   give each other at least a moment between question and
15   answer so that your attorneys can interpose an
16   objection.
17         Will you keep that in mind, please?
18         A.  Yes.
19         Q.  Okay.  If you don't understand a question, I
20   suspect you will tell me, and I will rephrase.  And
21   when we are finished, there will be a typewritten
22   transcript of both my questions and your answers that
23   will be provided to your attorney for your review.
24         Do you understand?
25         A.  Yes.

JANE DOE, ET AL. vs BRUNSWICK SCHOOL, INC.
Confidential                                   on 08/27/2019

```
 1   BY MR. SCONZO:
 2       Q. I understand that.  But this whole discussion
 3   started with me asking you whether or not someone from
 4   GA conveyed that information to you.
 5       A. Yes.  And I think, Mr. Sconzo, I answered it
 6   that I do not know if it was GA who told her that,
 7   because, again, I did not know where she got that
 8   information from definitively.
 9       Q. Okay.
10           MS. BRUNSWICK:  I don't think you are
11   understanding the question.
12           THE WITNESS:  I don't understand --
13           MR. SCONZO:  Help me out.  I think she
14   finally did and she answered it.
15   BY MR. SCONZO:
16       Q. Go ahead.
17       A. She might have gotten it from Greenwich
18   Academy advisors.  She might have gotten it from other
19   people in the community.  My answer to your question
20   is, definitively, I do not know for sure that she got
21   that from Greenwich Academy administrators, if that is
22   your question.
23       Q. I appreciate that.  My question was whether
24   you ever got that information from a GA employee.
25       A. Okay.  If your question --
```

```
 1        Q.  Yes, you.
 2        A.  I -- again, my answer was that maybe in the
 3   discussions with Mr. Sullivan and with Charlanne that
 4   something like that could have come up.  But, again,
 5   because I was in trauma myself, that I cannot say for
 6   sure that that did or did not happen, that did not
 7   come up during our discussions while this had started.
 8   So that is my answer.
 9        Q.  I heard that your attorney felt you were
10   confused.  Does that clarify --
11            MS. BRUNSWICK:  Yes.
12            THE WITNESS:  Yeah, but what you are
13   pertaining to this conversation that my daughter
14   had --
15   BY MR. SCONZO:
16        Q.  I am not arguing with you.
17        A.  I want to clarify that in this discussion
18   that she had, if that is what you were asking me, with
19   M11,          , I cannot say if that was her information
20   from her school, although it says "other reason,
21   according to the school."  I can't speak that for my
22   daughter.  This is her text.
23        Q.  We are on the same page.  I am not asking you
24   to -- you have answered my question, and I appreciate
25   you and your attorney both.
```

```
 1        A. I am sorry.  Thank you so much.
 2        Q. All right.  Let's look at -- if you'd please
 3   turn to 977.
 4        A. Yes.
 5        Q. So that seems to be the beginning of an
 6   exchange with          on July 29.  And then what I would
 7   like you to do is -- you can read as much as you want,
 8   but go forward to -- my question is going to be on the
 9   text on 980.  Tell me once you have read it.
10        A. You want me to read from 977 to 980?
11        Q. You can read or not read.  I am just telling
12   you this is the text string that I want to ask about,
13   but the text I am going to focus on is on page 980.
14   You feel free to read whatever you would like.
15        A. Okay.
16        Q. Okay.  So on page 980,          writes, "Yeah, I
17   am aware of that, and I don't want that to happen,
18   but, like, my family and Sullivan want him kicked."
19           Do you see that?
20        A. Uh-huh.
21        Q. So, again, going back to the date of this,
22   which was July 29 of '16.  As of that date, were
23   you --
24        A. I am sorry.  July 16th?
25        Q. July 29, 2016.  That was the date of this
```

```
 1    email -- not email -- text exchange.  So as of that
 2    date, had you heard Mr. Sullivan express that he
 3    wanted ████, to use ████s word, kicked out of
 4    Brunswick?
 5         A.  You are asking me something specific.  I just
 6    know when we spoke with him, he felt that the boy
 7    should be accountable for his actions.  And obviously,
 8    he spoke with Charlanne.  And when we met with him, he
 9    felt that the boy should be accountable for what he
10    had done to my daughter.
11         Q.  Do -- okay.  Do you agree, as of July 29,
12    2016, your family wanted ████ kicked out of -- and
13    I am using ████s word -- kicked out of Brunswick?
14         A.  I am not using her words.
15         Q.  What are your words?
16         A.  We just felt that he should not be in her
17    life.  So I am not sure what form that takes.  I am
18    not an administrator of GA or Brunswick School.  That
19    we felt that as the school they should be working that
20    out.  And these are ████s words, kicked out.  It is
21    not Mr. Sullivan's words, nor is it my words.
22         Q.  Okay.  If you go to 1051.  Tell me if you
23    have read that.
24         A.  Yes, I see it.
25         Q.  Does that mean you read it?
```

JANE DOE, ET AL. vs BRUNSWICK SCHOOL, INC.
Confidential                             on 08/27/2019

```
 1        A. Yes.
 2        Q. This appears to be a text exchange with
 3   on July 29.  And you can see your daughter is
 4   characterizing what Mr. Sullivan wants.
 5        Do you see that?
 6        A. I see that text, yes.
 7        Q. And I take it, it would be your same answer
 8   that you did not hear -- at that point in time, you
 9   didn't hear Mr. Sullivan use the word "kicked"?
10        MS. BRUNSWICK:  Asked and answered.
11        MR. SCONZO:  No, I didn't.  This is the first
12   question I have on this text.
13        THE WITNESS:  I don't think -- Mr. Sullivan
14   is a Harvard educator.  I could not imagine him using
15   the word "kicked."
16   BY MR. SCONZO:
17        Q. But that doesn't answer my question.
18        Did you hear the word "kicked"?
19        A. I just said I can't imagine him using the
20   word "kicked."  That means I did not hear him use the
21   word "kicked."
22        Q. Thank you for the answer.
23        Do you agree with -- at least as of July 29,
24   2016, do you agree that         s characterization that,
25   quote unquote, my parents are trying to force me to go
```

```
 1   to the police?
 2            MS. BRUNSWICK:  Objection to form.
 3            THE WITNESS:  I don't agree to anything in
 4   her texts.  These are teenagers speaking, and they can
 5   characterize things in whichever way that they can
 6   when they are speaking with their friends.  If you are
 7   a parent of teenagers, we all know that.
 8   BY MR. SCONZO:
 9       Q. Did you ever meet with Tom Dunn in connection
10   with questions or concerns you had about what had
11   occurred with ▓▓▓▓▓?
12            MS. BRUNSWICK:  Objection to form.
13            THE WITNESS:  Your question is:  Have I met
14   with him in person?
15   BY MR. SCONZO:
16       Q. Let's start with that.
17       A. I am trying to recollect that.  We met him
18   once, and that was, I believe, around spring break of
19   2017.
20       Q. What was the purpose for meeting with him at
21   that time?
22       A. I think at that time already the prosecutor
23   had already decided not to take the case.  And at that
24   time, we were also, I think, just thinking of -- just
25   talking to him about what else GA can do.  And I don't
```

```
 1   really recall exactly what the conversations were
 2   because by then it had already -- the case had already
 3   not gone through the prosecutor's office.
 4        Q. Who was at the meeting that you had with
 5   Mr. Dunn?
 6        A. It was my husband and myself and Mr. Dunn
 7   only.
 8        Q. Where was the meeting?
 9        A. I think it was at my house.
10        Q. Did you and your husband have a personal
11   relationship with Mr. Dunn at that time?
12        A. By "personal," please?
13        Q. Did you socialize with him?
14        A. By "socialize," do you mean did we have
15   social outings with him?
16        Q. Sure.  Dinner, breakfast, lunch, a drink,
17   anything social.
18        A. Not with him.  He might have been at our
19   house another time for a parents' gathering.
20        Q. At that time, was Mr. Dunn the chair of the
21   Board of Directors of Greenwich Academy?
22           MS. BRAXTON:  Objection to form.
23           THE WITNESS:  He was not, because we weren't
24   even students -- I mean, [REDACTED] was not a student yet
25   at Greenwich Academy.
```

JANE DOE, ET AL. vs BRUNSWICK SCHOOL, INC.
Confidential                                    on 08/27/2019

```
 1    BY MR. SCONZO:
 2        Q. When you met with Dunn spring break -- did
 3    you say 2017?
 4        A. Yes.
 5        Q. You are saying [redacted] was not a student at
 6    Greenwich Academy?
 7        A. No. You asked me did I have a social outing
 8    with him, and I answered that he had came to my house
 9    for a gathering with parents. And that was before
10    [redacted] became a student at Greenwich Academy.
11        Q. But I thought what I asked after that was at
12    the time -- it doesn't even matter. I will ask you
13    now.
14            At the time that your husband and you met
15    with Dunn, spring break 2017, was Dunn the chair of
16    the Greenwich Academy board of trustees?
17        A. Yes, sir, because, as you know, he was the
18    chairman in 2017. I am sorry. You asked me about the
19    social outing, which was before [redacted] became a student
20    at Greenwich Academy a few years before. And at that
21    time, I don't believe he was the chairman of Greenwich
22    academy.
23        Q. Did you ever meet with a man named Peter
24    Tesei regarding what had happened to [redacted] on June
25    3rd, 2016?
```

```
 1        A. I did not meet with Peter Tesei to discuss
 2   this.
 3        Q. Did you ever meet with Peter Tesei to discuss
 4   the police investigation?
 5        A. I did not meet with Peter Tesei to discuss
 6   the police investigation.
 7        Q. Did anyone in your family ever meet with
 8   Peter Tesei to discuss the police investigation?
 9        A. I cannot speak for other members of my
10   family.
11        Q. Did you ever have an email exchange with
12   Peter Tesei about the police investigation?
13        A. I don't believe so, because part of the
14   discovery asked for all my emails.  I don't believe I
15   found any emails between me and Peter Tesei directly
16   related to this.
17        Q. And are you saying that you don't know
18   whether or not your husband met with Peter Tesei in
19   connection with what had happened to ████ and the
20   police investigation?
21        A. I am saying that you would have to ask him
22   directly in terms of meeting with him.  I do not -- I
23   cannot speak for that.
24        Q. Okay.  Let's move beyond meeting then.  Did
25   you ever have a discussion with Tesei about what had
```

```
 1   happened to ▮▮▮ or the following police
 2   investigation?
 3           MS. BRUNSWICK:  Objection to form.
 4           THE WITNESS:  Did I ever have a discussion?
 5   I think he knew what had happened to ▮▮▮.  So if we
 6   did have a discussion, it would just be that we had
 7   ▮▮▮ reporting what had happened to her to the
 8   police.
 9   BY MR. SCONZO:
10       Q. Do you know whether your husband ever had a
11   discussion with Tesei about what ▮▮▮ did to your
12   daughter or the police investigation of that?
13       A. I know that my husband had a discussion with
14   Peter Tesei.  I was not in the room, so I do not know
15   what the discussions entailed.
16       Q. After the -- after you learned that ▮▮▮
17   would not be arrested, did you meet with an employee
18   of the State prosecutor's office?  We call it the
19   State's Attorney's Office.
20       A. Yes.
21       Q. Who did you meet with?
22       A. We met with Mr. Colangelo, who is the State's
23   attorney.
24       Q. Who was at that meeting?
25       A. It was Audrey Felsen, myself, and my husband.
```

```
 1        Q. Can you tell us, when was the meeting,
 2   please?
 3        A. I believe it was June of 2017.
 4        Q. Who arranged that meeting?
 5        A. Audrey Felsen had set up the meeting
 6   arrangements.
 7        Q. Did you speak during that meeting?
 8        A. Yes, because we had gone in to meet with
 9   Mr. Colangelo.
10        Q. So let's start with you.  We will leave aside
11   whatever else was said.
12            What did you say at that meeting?
13            MS. BRUNSWICK:  Objection, form.
14            THE WITNESS:  We were there for 45 minutes.
15   Can you narrow down your question about what was said,
16   please?
17   BY MR. SCONZO:
18        Q. I don't understand what I would have to
19   narrow.  I am here to ask you.
20        A. It is 45 minute's worth.
21        Q. What do you recall saying?
22        A. I don't recall saying anything specific.  We
23   just wanted to hear from him.  And again, as I said, I
24   just -- I realized in the meeting, and as I had said
25   in my deposition in the federal side, that I was just
```