# Plaintiff Exhibit FFF

6/3/16, 10:21 PM to ▓▓▓

> Hi ▓▓, do you want to come over and hang out while the kids are partying it up here.

6/3/16, 10:33 PM from ▓▓▓

On my way to pickup.

6/3/16, 10:54 PM from ▓▓▓

Time to go!

6/4/16, 3:54 AM from ▓▓▓

Thanks so much for having BW-3. He had a wonderful time! Xx

6/4/16, 11:23 AM to ▓▓▓

> Hi ▓▓, thanks for helping out last night. The kids must be on the train now on their way to the Festival. I'm sure they will have a good time there. I'll talk to you next week, have a great weekend.

6/4/16, 9:49 PM from ▓▓▓

Where r the kids? Have u heard?

6/4/16, 9:49 PM from ▓▓▓

I just got back from dinner and have not heard anything yet

6/4/16, 9:49 PM from ▓▓▓

Lmk