# Plaintiff Exhibit HHH

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | ) | CIVIL ACTION NO: |
| Plaintiff, | ) | 3:18-cv-01322-KAD |
| v. | ) | |
| TOWN OF GREENWICH, et al, | ) | |
| Defendant. | ) | September 22, 2020 |

### AFFIDAVIT OF MARY HOAGLAND KING

Molly King being duly sworn, deposes and says:

1. My full name is Mary Hoagland King, but I am known as Molly King. I am over the age of 18 and I believe in the obligation of an oath.

2. I am the Head of School at Greenwich Academy. Greenwich Academy is an all-girl college-preparatory day school for students pre-k through grade 12 located in Greenwich, Connecticut.

3. I served as the Head of School while Plaintiff was a student at Greenwich Academy.

4. On August 8, 2016, I had a conversation with Thomas Philip, Head of School at Brunswick School, about the accusations that Plaintiff made against Peter Roe. Mr. Philip asked me to contact Plaintiff's family and request that they send him a written summary of Jane Doe's allegations against Peter Roe.

5. ▮▮▮▮▮ was a student at Greenwich Academy during the period that Plaintiff was a student as well.

1

6. I was involved in disciplining ▮▮▮▮▮ for discussing what happened to the Plaintiff and disparaging her during school activities. I first learned of this on or about October 27, 2016 and the Head of the Upper School, Tom Sullivan, and I met with ▮▮▮▮▮ on November 4, 2016. I was aware at that time that ▮▮▮▮▮ would be meeting with the police, but I was not aware when that meeting would take place. I have since learned that ▮▮▮▮▮ provided a statement to the police on November 3, 2016, the day before Mr. Sullivan and I met with her. The fact that ▮▮▮▮▮ had provided a statement to police did not factor into our decision to discipline her and Mr. Sullivan and I did not discuss with ▮▮▮▮▮ the statement she provided to the police.

7. I am not aware whether Greenwich Academy currently has a formal police department liaison, though we welcome police department presence on our campus. In the past and prior to 2016, Officer Christy Girard was a Greenwich Police Department liaison to Greenwich Academy. I do not recall the dates when Officer Girard began or ended the position as liaison to Greenwich Academy, but she probably had that role for at least a decade.

_____
Mary Hoagland King

Subscribed and sworn before me this 22nd day of September, 2020

_____
Notary/Commissioner of the Superior Court

TRACEY A. GREEN
Notary Public, State of Connecticut
My Commission Expires May 31, 2024

2