# Plaintiff Exhibit III

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2

 3     JANE DOE

 4     VS.                              3:18-cv-01322-KAD

 5     TOWN OF GREENWICH, ET AL.

 6

 7

 8        Deposition of CHIEF JAMES HEAVEY, taken in

 9    accordance with the Connecticut Practice Book at

10    2 Greenwich Office Park, Suite 300, Greenwich,

11    Connecticut, before Deborah Gentile, RPR, a Registered

12    Professional Reporter and Notary Public, in and for

13    the State of Connecticut on March 26, 2019, at

14    10:04 a.m.

15

16

17

18                    DEBORAH GENTILE, RPR

19

20         DEL VECCHIO REPORTING SERVICES, LLC
             PROFESSIONAL SHORTHAND REPORTERS
21                    117 RANDI DRIVE
              MADISON, CONNECTICUT 06443
22                    203.245.9583

23     Hartford           New Haven           Stamford

24

25
```

```
 1                CHIEF JAMES HEAVEY, having first been
 2     duly sworn, was deposed and testified as follows:
 3
 4           COURT REPORTER:  Please state your name and
 5     address for the record.
 6           THE WITNESS:  James J. Heavey, Greenwich
 7     Police Department, 11 Bruce Place in Greenwich,
 8     Connecticut.
 9                    DIRECT EXAMINATION
10     BY MS. HOOK:
11        Q   Good morning, Chief Heavey.
12            Have you ever been deposed before?
13        A   Yes.
14        Q   You've been through this process; let me
15     explain, again, a couple of the ground rules.  The
16     court reporter can only take one person down at a
17     time, so you have to wait until I finish my question
18     to give your answer.  It's so we don't talk over each
19     other.
20            You have to give audible answers, not a
21     shake of the head, because she can't record that
22     either.
23            Is there any reason that you would be unable
24     to give truthful testimony today?  Medication or
25     anything like that?
```

```
 1   police department reaches out to a superintendent or
 2   principal to advise of the arrest of a student?
 3        A    Right.
 4        Q    How many other principals or headmasters of
 5   schools in Greenwich have come to the police
 6   department on their own initiative to discuss criminal
 7   charges against students?
 8        A    I've spoken with -- I'm trying to think.
 9   Private schools, I've probably spoken to Molly King as
10   well.  That's the two high school-age -- and I've also
11   spoken with the head -- head of school at -- at Sacred
12   Heart School, as well, on different occasions.
13        Q    When did you speak to Molly King?
14        A    On a number of occasions, for different
15   events.
16        Q    Did Molly King come to the police department
17   to discuss criminal charges against students at her
18   school?
19        A    No.
20        Q    Who was the principal of Sacred Heart?
21        A    I don't remember her name.
22        Q    Did she come to the police department to
23   discuss criminal charges against students at her
24   school?
25        A    No.
```

54

```
 1        Q    So the only one that you can recall is Tom
 2   Philip?
 3        A    Yes.
 4        Q    Okay.  Do you recall what the criminal
 5   charges were that were brought against that student?
 6        A    I don't recall.  It perhaps was -- again, my
 7   best recollection, it might have been a drug
 8   violation.  But it was a number of years ago.
 9        Q    Do you remember how many criminal charges
10   that have been brought against Brunswick students in
11   the last three years?
12        A    No, I don't know the number.
13        Q    Is there any way that -- is there anything
14   that would refresh your recollection?  Is there any
15   report that we could look at that would tell us that?
16        A    There's no report that we specifically
17   identify criminal activity at one school or the other,
18   but we could refer to school-aged children who are
19   arrested at a certain time period.  We could do that
20   research, I guess.
21        Q    So we could get a report of school-aged
22   children arrested and charged -- arrested and/or
23   charged?
24        A    With the appropriate redactions due to their
25   age.
```