# Plaintiff Exhibit JJJ

```
 1   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF CONNECTICUT
 2   --------------------------------x
     JANE DOE,
 3
                    Plaintiff,
 4
     vs.                    Case No. 3:18-cv-01322-KAD
 5                          Date:  October 22, 2019
     TOWN OF GREENWICH, ET AL,
 6
                    Defendants.
 7   --------------------------------x
     COMPLEX LITIGATION AT WATERBURY
 8
     JANE DOE, JOHN DOE, AND MARY DOE,
 9
                    Plaintiffs,
10
     vs.                    Case No. X06 UWY-CV-18-5024973-S
11
     BRUNSWICK SCHOOL, INC.,
12
                    Defendants.
13   --------------------------------x

14
                  DEPOSITION OF MARK KORDICK
15
         The deposition of Mark Kordick was taken on
16
     October 22, 2019, beginning at 10:10 a.m., at Two
17
     Greenwich Office Park West, Greenwich, Connecticut,
18
     before Susan Wandzilak, Registered Professional
19
     Reporter and Notary Public in the State of
20
     Connecticut.
21
                  Susan Wandzilak  License No. 377
22              DEL VECCHIO REPORTING SERVICES, LLC
                 PROFESSIONAL SHORTHAND REPORTERS
23                      117 RANDI DRIVE
                   MADISON, CONNECTICUT 06443
24                      800-839-6867

25   NEW HAVEN              STAMFORD          HARTFORD
```

```
 1                      MARK KORDICK,
 2        having been first duly sworn, testified as
 3        follows:
 4             THE COURT REPORTER:  What is your full name
 5        and address for the record.
 6             THE WITNESS:  My name is Captain Mark
 7        (M-A-R-K) Kordick (K-O-R-D-I-C-K).  My business
 8        address is 11 Bruce Place, Greenwich,
 9        Connecticut.  My residential address is ▮
10        ▮▮▮▮▮▮▮ -- I'm happy to provide it, but okay,
11        never mind.
12             MS. HOOK:  Just for the record, the usual
13        stipulations except for reading and signing the
14        transcript?
15             MR. MITCHELL:  All right.
16             MS. HOOK:  Yes?
17             MR. GOOLEY:  Yes.
18             MS. HOOK:  And this is cross-noticed for both
19        cases.
20                   DIRECT EXAMINATION
21   BY MS. HOOK:
22        Q.  Good morning, Captain Kordick.
23        A.  Good morning.
24        Q.  Sorry, I almost called you Mister.
25             Have you ever been deposed  before?
```

1  convention that identifies an adult file versus a
2  juvenile file in the numbering convention?
3      A.  The numbering convention?  No, I mean, every
4  incident that is generated by the police department or
5  for that matter EMS or the fire department, since we
6  use the unified CAD system, starts out as a call for
7  service, which may get generated into a police
8  department case file.
9      It may not.  Most do not, right?  Sometimes
10 it's you call a report of a barking dog and the cops
11 come.  It generates a call for service number.  That
12 may -- that call for service number may get rolled
13 over to our records management software and that may
14 become the case number for a police investigation, but
15 it's not like they are -- you know, they don't run
16 numerically, right?
17     Q.  Okay.
18     A.  So only the calls for service assistance do.
19 And even those, they actually start out with a Julian
20 calendar date as part of the number.  So it's a year,
21 a three-digit Julian calendar case, and the next
22 series of numbers is a unique numerical number that
23 starts off with 1 at midnight and runs through however
24 many calls for service we get in that....
25     Q.  Okay.  What training is provided as a regular