Plaintiff Exhibit Y

**Doe v Brunswick**
**Plaintiffs' Text Production Redaction Key**

**Adults whose names would compromise minor's anonymity**
John Doe: ███████████
Mary Doe: █████████████████
Brother Doe: ██████████

**Minors**
Jane Doe: ██████████
Peter Roe: █████████████
GA Student 1: ███████████
BW Student 1: ████████████
BW Student 2: █████████████
BW Student 3: ████████████
BW Student 4: ███████████
BW Student 5: █
BW Student 6: ████████████
BW Student 7: ██████████████
BW Student 8: █
Minor 10: ████████
Minor 11: ███
Minor 12: █████████
Minor 13: ████
Minor 14: ███████
Minor 15: █████████
Minor 16: ████████
Minor 17: █████
Minor 18: ██████
Minor 19: ████
Minor 20: ███
Minor 21: █████
Minor 22: ███
Minor 23: ████
Minor 24: █████
Minor 25: ███
Minor 26: █████
Minor 27: ██████
Minor 28: ███
Minor 29: ████
Minor 30: █████





**CONFIDENTIAL**          **P0893**



To: Peter Roe ▾                                     Details

6/5/16, 9:18 PM

Did ur friend leave yet

yeah just now

I'll call u

6/8/16, 10:21 AM

I really don't wanna keep dragging this on so I really need to just tell you all the details about exactly what happened just so you can know lmk if/when you can talk

6/8/16, 11:32 AM

Yeah sure umm can we talk tonight?

yea

6/9/16, 10:02 PM

when can you talk

**CONFIDENTIAL        P0894**



**CONFIDENTIAL         P0895**



**CONFIDENTIAL**          **P0896**



**CONFIDENTIAL**          **P0897**



To: Peter Roe ▾                                                    Details

And one last thing M-15 invited me
to his party thing and said u we're
going so I just wanted to talk to u
and see if he fine with me going. I
don't want to make u uncomfortable
or anything. I'm totally fine not going
I just don't want to make u angry or
sad if I go.

it's fine if you go bc I go parties all
the time with people im not friends
with

okay sorry

8/3/16, 1:18 PM

Hey sorry to bother you again but
the Greenwich police called my
house today regarding the things I
did at ur party. I'm sorry about all of
this

**CONFIDENTIAL        P0898**



To: Peter Roe                                                           Details

8/3/16, 1:18 PM

Hey sorry to bother you again but the Greenwich police called my house today regarding the things I did at ur party. I'm sorry about all of this

Didn't mean for all of this to happen

If I could take it all back I would. I'm sorry for everything I put you through.

8/3/16, 3:38 PM

The one thing I've learned through everything is that it's important to be honest. so I'm going to be completely honest here: what you did to me was the worst thing that's ever happened to me. i really thought I could handle it and that I would be able to keep the damage to

**CONFIDENTIAL**          **P0899**



To: Peter Roe

Details

8/3/16, 3:38 PM

The one thing I've learned through everything is that it's important to be honest. so I'm going to be completely honest here: what you did to me was the worst thing that's ever happened to me. i really thought I could handle it and that I would be able to keep the damage to a minimum, but it ended up reaching a point where if I didn't get help I was putting myself in danger. I shouldn't have to feel bad for something that I didn't do but somehow I do. and I just wanted to let you know that what's about to happen was not my decision and I tried to prevent it in every way possible but this whole thing is no longer in my control. please take care of yourself and things might seem like they can't get any worse but you'll get through it. I can tell you that bc I've somehow

**CONFIDENTIAL          P0900**



To: Peter Roe             **Details**

a minimum, but it ended up reaching a point where if I didn't get help I was putting myself in danger. I shouldn't have to feel bad for something that I didn't do but somehow I do. and I just wanted to let you know that what's about to happen was not my decision and I tried to prevent it in every way possible but this whole thing is no longer in my control. please take care of yourself and things might seem like they can't get any worse but you'll get through it. I can tell you that bc I've somehow survived everything that's happened to me this year. also I appreciate the friendship we once had and I don't regret being friends with you. please don't respond to this as I'm not suppose to be talking to you. I just don't want to have to live with things having been unsaid.

Delivered

**CONFIDENTIAL**          **P0901**



To:  + ▓▓ BW-3 ▓▓▓▓▓▓                                    Details

6/3/16, 6:07 PM

Who else is goin

I'm gonna get thr at around 6:30?

yeah BW-5 and BW-8

and I think BW-6 and BW-7 are coming too

Ok what girls

M-11 M-16 and M-17 and M-10 will come later

and like my other out of school friend

I'm mad lazy rn so I'll be over ther in 20

k

BW-8 and I are going to pick up stuff

**CONFIDENTIAL          P0902**





To: M-10                                      Details

6/3/16, 11:30 PM

Thanks so so much for having me over tonight! Had lots of fun and sorry that Peter and I stole the hot tub for a while 😬 see you tmr whooooop!!!

yeah no prob!

7/22/16, 6:25 PM

hey so with everything that's happened I just wanted to tell you my side of things if you're willing to hear. if not it's totally fine i completely understand

hi yeah I'd like it if you would I understand the situation and everything but it would be good to hear from your side too

ok lmk if you wanna talk

**CONFIDENTIAL          P0908**



To: M-10                                                Details

ok lmk if you wanna talk

like call?

u can text if u want ha or is it easier to explain like voices hah

eithers good rn I'm out to dinner but I can do whatever later

okay yah I'm going out soon so u can text

so basically after you left that night Peter got super drunk and like tried to fight my brother. BW-3 and I were like okay slow down so we took him into the bathroom to try to throw up. when we took him he asked me to get with him and I said no and told him that he was with you. so BW-5 was already in the pool house so he helped BW-3 in the bathroom. a little

**CONFIDENTIAL**          **P0909**

To: M-10                                              Details

so basically after you left that night
Peter got super drunk and like tried
to fight my brother. BW-3 and I were
like okay slow down so we took him
into the bathroom to try to throw up.
when we took him he asked me to
get with him and I said no and told
him that he was with you. so BW-5
was already in the pool house so he
helped BW-3 in the bathroom. a little
time passed and BW-5 had to leave so
I went in to help BW-3 so then
BW-3's mom came out to find BW-3
so he had to leave and I was alone in
the bathroom with Peter he kept
asking me to get with him and I kept
saying your name and telling him
that he was with you and needed to
stop. it didn't work so he grabbed my
top off and I like pushed him away.
he also kept saying he wanted to
fuck me and tried to pull his pants
down but I was able to stop him but

**CONFIDENTIAL          P0910**



To: BW-3                                    Details

I went in to help BW-3 so then
BW-3's mom came out to find BW-3
so he had to leave and I was alone in
the bathroom with Peter. he kept
asking me to get with him and I kept
saying your name and telling him
that he was with you and needed to
stop. it didn't work so he grabbed my
top off and I like pushed him away.
he also kept saying he wanted to
fuck me and tried to pull his pants
down but I was able to stop him but
he kept forcing himself on me and
like was pushing me also and one
time he did that he managed to
finger me and after that I had to hold
him against the wall. and I had to
hold him against the wall for several
minutes until BW-3 finally came
back.

okay thanks for telling me your side
I'll talk to Peter later I guess

**CONFIDENTIAL**        **P0911**



**CONFIDENTIAL**          **P0912**



To: M-10                                    Details

to make sure that you are ok. I'm so
sorry that this has been so stressful
for you and that you are involved
with all this it should never happen to
anyone. You are a great friend and
just know that I am here for you

7/31/16, 7:17 AM

thank you so much. so last week I
thought I was better and then I had a
panic attack about it and I knew that
I needed help so I went to the school
and then my parents and now the
whole things blowing up and the
police are getting involved and it's
super scary. I'm a lot better than
before but thank you for checking in
I really appreciate it

7/31/16, 10:17 PM

feel free to talk to me anytime ok💙

thank you ❤️



**CONFIDENTIAL**        **P0913**



**CONFIDENTIAL          P1141**