UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ X | | |
| PAULA SCANLAN, | ) ) ) ) | Index No. 3:18-cv-01322-KAD |
| Plaintiff, | ) ) | |
| v. | ) ) | April 1, 2021 |
| TOWN OF GREENWICH, et al., | ) ) | |
| Defendants. | ) ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ X | | |

**PLAINTIFF'S MOTION TO UNSEAL PLAINTIFF'S REPLY DOC. # 335**

Pursuant to D. Conn. L. Civ. R. 5(e), Plaintiff Paula Scanlan moves for an order from the Court unsealing her Reply Memorandum of Law and its attachments filed in support of her Motion to Remove the Confidentiality Designation from certain documents (Doc. # 335).

The entire Reply was sealed by the Court *sua sponte* by Order dated March 16, 2021 (Doc. # 336).  Local Rule 5(e) provides:

> Every document used by parties moving for or opposing an adjudication by the Court, other than trial or hearing exhibits, shall be filed with the Court.  No judicial document shall be filed under seal, except upon entry of an order of the Court either acting *sua sponte* or specifically granting a request to seal that document.  Any such order sealing a judicial document shall include particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons.

Local Rule 5(e).  The Order issued by the Court does not identify what in the Plaintiff's Reply requires sealing.  The Order states:

> It appears to the Court, however, that attachments to Plaintiff's reply include materials whose confidentiality is at issue in the pending motion.

Doc. # 336.  There is no indication as to what the "materials" are, nor are there "particularized findings demonstrating that sealing is supported by clear and compelling reasons."  In addition, by sealing the entire Reply – the Memorandum of Law and each of its attachments – the Order is not "narrowly tailored."  As the Order states, the materials of concern to the Court are included in the attachments to the Reply Memorandum of Law, all of which are individually filed and can therefore be individually sealed as the Court has done on previous occasions.

In addition to the overbroad sealing and lack of particularized findings in support of the sealing, there is no information contained in the Reply Memorandum of Law or any of its attachments that requires sealing.  The Reply Memorandum of Law contains no information that has not already been placed on the docket in the briefing of this or prior motions.  Moreover, it directly responds to the facts and arguments raised by Defendants in their Response Memorandum of Law, yet no part of Defendants' Response was sealed by the Court.  Indeed, portions of two of the deposition transcripts at issue in this motion – those of Defendant Rondini and Third-Party Witness Girard – ***were first filed with the Court on this motion by Defendants*** (Doc. #'s 334-1 and 334-6), yet neither Defendants' Response Memorandum of Law nor its attachments were ordered sealed by the Court.

Finally, portions of all three deposition transcripts at issue in this litigation have been filed with the Court without sealing in the briefing of both Plaintiff's and Defendants' motions for summary judgment:

**Reeves deposition transcript:**  Doc. #'s 287-8, 288-9, 303-10, 314-20, 314-33, 323-2.
**Rondini deposition transcript:**  Doc. #'s 288-7, 288-8, 303-8, 314-9, 314-32, 323-3.
**Girard deposition transcript:**  Doc. #'s 288-5, 314-19, 328-1.

WHEREFORE, because there are no particularized findings demonstrating that sealing of Plaintiff's Reply is supported by clear and compelling reasons, the sealing was not narrowly tailored to serve the concerns of the Court, and there is no information in Plaintiff's Reply requiring sealing, Plaintiff respectfully requests that the Court grant this motion and unseal Doc. # 335.

Dated: April 1, 2021        BRAXTON HOOK LLC

                              Attorneys for Plaintiffs

                        By:        */s/ Elizabeth I. Hook*
                                Elizabeth I. Hook (ct30554)
                                Meredith C. Braxton (ct17395)
                                280 Railroad Ave., Suite 205
                                Greenwich, CT 06830
                                Tel. (203) 661-4610
                                Fax (203) 661-4611
                                ehook@braxtonhook.com

## CERTIFICATION

This is to certify that on April 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

_____/s/Elizabeth I. Hook_____