**CARLTON FIELDS**

ATTORNEYS AT LAW

One State Street | Suite 1800
Hartford, Connecticut 06103-3102
860.392.5000 | fax 860.392.5058
www.carltonfields.com

Atlanta
Florham Park
**Hartford**
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

James M. Sconzo
Shareholder
(860) 392 - 5022 Direct Dial
JSconzo@carltonfields.com

April 16, 2021

The Honorable Kari A. Dooley
United States District Judge
United States Courthouse
915 Lafayette Boulevard – Suite 266
Bridgeport, Connecticut 06604

Via Electronic Submission

Re:   *Scanlan v. Town of Greenwich*, No. 3:18-cv-01322-KAD

Dear Judge Dooley:

I am counsel for non-party Brunswick School, Inc. ("Brunswick School") and several non-party witnesses in the above referenced action, all of whom are associated with Brunswick School ("the Brunswick Witnesses").

I received notice of a hearing scheduled in this action for Tuesday, May 18, 2021 at 10:30 a.m. (*see* ECF 345) through the Court's Case Management/Electronic Case Files system regarding dissemination of documents and information in violation of Your Honor's prior Orders.

I write to clarify whether you would like counsel for Brunswick School and the Brunswick Witnesses to attend the May 18, 2021 hearing. Although I am unable to attend the hearing due to a preexisting professional commitment, other counsel for Brunswick School and the Brunswick Witnesses can attend the May 18, 2021 hearing if you would like him to. Consistent with Judge Merriam's observations in her April 12th Ruling on Plaintiff's Motion to Remove Defendants' Confidentiality Designations as to Certain Documents (ECF 351), Brunswick School is also interested in "preserving the privacy interests of the . . . nonparties in this action," and is equally concerned by "Plaintiff's, or her counsel's repeated difficulties in complying with the protective orders issued by the Court." (Judge Merriam's Order (ECF 351) at 29.)

Respectfully submitted,

*/s/ James M. Sconzo*

James M. Sconzo

cc:   All Counsel Listed in ECF

Carlton Fields, P.A.P.C.
Carlton Fields, P.A.P.C. practices law in California through Carlton Fields, LLP.