Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK: Kristen Gould   RPTR/ECRO/TAPE: Tracy Gow

TOTAL TIME: 1 hours 6 minutes

DATE: 5/18/2021   START TIME: 10:29am   END TIME: 11:35am

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:18-cv-01322-KAD

Scanlan

vs

Greenwich et al

Plaintiff's Counsel: Meredith C. Braxton, Elizabeth I. Hook

Defendant's Counsel: R. Mitchell, R. Mitchell, M. Jones, A. Wadler, J. Slippin

## COURTROOM MINUTES- CIVIL

☑ Motion hearing
☑ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ | 339 | to Seal* Granted as articulated on the record. | ☑ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |

☑ Briefs(s) due PL 6/2/2021   ☐ Proposed Findings due _____   Response due DEF 6/9/2021

☐ filed ☐ docketed (×6)

☐ Hearing continued until _____ at _____

Notes: Hearing on Violation of Protective Order. Evidence Entered.