AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Scanlan

V.

Greenwich et al

## EXHIBIT AND WITNESS LIST

Case Number: 3:18-cv-01322-KAD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kari A. Dooley | Meredith C. Braxton, Elizabeth I. Hook | R. Mitchell - see Minutes |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/18/2021 | Tracy Gow | Kristen Gould |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | Brian Scanlan, Greenwich, CT |
| 1 |   |   | 5/18 | Yes | Letter to news contact from counsel dated 9/18/2020 |
| 2 |   |   | 5/18 | Yes | Cover page of Deposition dated 6/15/2020 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages