# HOOK DECLARATION
# EXHIBIT B
# (under seal)