UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| PAULA SCANLAN,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF GREENWICH, et al.,<br>　　　　　　　Defendants. | Index No. 3:18-cv-01322-KAD<br><br>June 2, 2021 |

## **PLAINTIFF'S MOTION TO SEAL**

Pursuant to the Order of Mag. Judge Sarah A. L. Merriam dated April 12, 2021 (Doc. # 351 at 34-35), plaintiff Jane Doe, by and through her attorneys, Braxton Hook LLC, hereby moves the Court for an order to seal Exhibit B to the Declaration of Elizabeth Hook in Opposition to the Imposition of Sanctions.  The Exhibit contains an excerpt of the transcript of a deposition that has not been designated confidential by any party, however it contains information that Mag. Judge Merriam deemed to be confidential when she ordered the continued sealing of Plaintiff's e-filed document # 335 and all of its attachments (Docs. # 336, # 347), but which already appears on the public docket in documents submitted to the Court in opposition to the Defendants' motion for summary judgment (Docs. # 311 at 7, # 314-16 at 28-29).

Pursuant to Mag. Judge Merriam's Order, Plaintiff has provided the redacted version to counsel for Defendants.

Dated: June 2, 2021  BRAXTON HOOK LLC

Attorneys for Plaintiffs

By:      */s/ Elizabeth I. Hook*
Elizabeth I. Hook (ct30554)
Meredith C. Braxton (ct17395)
280 Railroad Ave., Suite 205
Greenwich, CT 06830
Tel. (203) 661-4610
Fax (203) 661-4611
ehook@braxtonhook.com

**CERTIFICATION**

      This is to certify that on June 2, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Courts CM/ECF System.

                                                                                            */s/Elizabeth I. Hook*