Page 1

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
---------------------------------x
JANE DOE,
```
**HOOK DEC. EXHIBIT B**

```
            Plaintiff,

vs.                     Case No. 3:18-cv-01322-KAD
                        Date:  October 23, 2019
TOWN OF GREENWICH, ET AL,

            Defendants.
---------------------------------x
COMPLEX LITIGATION AT WATERBURY

JANE DOE, JOHN DOE, AND MARY DOE,

            Plaintiffs,

vs.                     Case No. X06 UWY-CV-18-5024973-S

BRUNSWICK SCHOOL, INC.,

            Defendants.
---------------------------------x


              DEPOSITION OF ROBERT BERRY

    The deposition of Robert Berry was taken on

October 23, 2019, beginning at 10:14 a.m., at Two

Greenwich Office Park West, Greenwich, Connecticut,

before Susan Wandzilak, Registered Professional

Reporter and Notary Public in the State of

Connecticut.

                    Susan Wandzilak  License No. 377
                 DEL VECCHIO REPORTING SERVICES, LLC
                  PROFESSIONAL SHORTHAND REPORTERS
                         117 RANDI DRIVE
                    MADISON, CONNECTICUT 06443
                         800-839-6867

NEW HAVEN              STAMFORD             HARTFORD
```

```
 1   A P P E A R A N C E S

 2   ELIZABETH I. HOOK, ESQUIRE
         Braxton Hook, PLLC
 3       280 Railroad Avenue, Suite 205
         Greenwich, Connecticut 06830
 4       203-661-4610 Phone
         203-661-4611 Fax
 5       mbraxton@braxtonhook.com
         ehook@braxtonhook.com
 6
                     Attorney for Plaintiffs
 7
     ROBERT B. MITCHELL, ESQUIRE
 8       Mitchell & Sheahan, P.C.
         80 Ferry Boulevard
 9       Suite 216
         Stratford, Connecticut 06615
10       203-873-0240 Phone
         rbmitchell@mitchellandsheahan.com
11
                     Attorney for Defendant
12                       Town of Greenwich, Detective
                         Rondini and Detective Reeves
13
     ABBY WADLER, ESQUIRE
14       Town of Greenwich - Law Department
         101 Field Point Road
15       Greenwich,Connecticut 06830
         203-622-7876 Phone
16       awadler@greenwichct.org

17                   Attorney for Defendant
                         Town of Greenwich
18

19

20

21

22

23

24

25
```

```
 1   A P P E A R A N C E S:

 2   BRENDAN GOOLEY, ESQUIRE
         Carlton Fields
 3       One State Street
         Suite 1800
 4       Hartford, Connecticut 06103-3102
         860-392-5022 Phone
 5       860-392-5058 Fax
         bgooley@carltonfields.com
 6
                 Attorney for Defendant
 7                  Brunswick School

 8   Also Present:  Brian Scanlan

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    S T I P U L A T I O N S
 2              IT IS HEREBY STIPULATED AND AGREED by
 3    and between counsel representing the parties that
 4    each party reserves the right to make specific
 5    objections at the trial of the case to each and
 6    every question asked and of answers given
 7    thereto by the deponent, reserving the right to
 8    move to strike out where applicable, except as to
 9    such objections as are directed to the form of
10    the question.
11              IT IS HEREBY STIPULATED AND AGREED by
12    and between counsel representing the respective
13    parties that proof of the official authority of
14    the Notary Public before whom this deposition is
15    taken is waived.
16              IT IS FURTHER STIPULATED AND AGREED by
17    and between counsel representing the respective
18    parties that the reading and signing of the
19    deposition by the deponent is not waived.
20              IT IS FURTHER STIPULATED AND AGREED by
21    and between counsel representing parties that all
22    defects, if any, as to the notice of the taking
23    of the deposition are waived.
24              Filing of the Notice of Deposition with
25    the original transcript is waived.
```

1                    ROBERT BERRY,
2        having been first duly sworn, testified as
3        follows:
4             MS. HOOK:  The usual stipulations except for
5        reading the transcript and signing?
6             MR. MITCHELL:  When we say usual
7        stipulations, we're also including reserving all
8        objections at trial except form.
9             THE COURT REPORTER:  What is your full name
10       and address for the record.
11            THE WITNESS:  Robert Lee Berry, 10 Murray
12       Street, Norwalk, Connecticut 06851.
13                  DIRECT EXAMINATION
14  BY MS. HOOK:
15     Q.  Good morning, Captain Berry.  Have you ever
16  been deposed before?
17     A.  Yes.
18     Q.  Okay, so we'll get into that.  So since you
19  have had a deposition before, you know the rules so I
20  will just go through them very quickly.
21            We have to wait for each other to finish to
22  speak.  We can't speak at the same time.
23            You have to give verbal answers.
24            Is there any reason that you would be unable
25  to give truthful testimony today?

Page 19

1  families of ▮▮▮▮ or ▮▮▮▮?
2     A.   No.
3     Q.   Do you know any member of the family of ▮
4  ▮▮▮?
5     A.   ▮▮?
6     Q.   I'm sorry.  That is -- well, let's go on.
7  Withdrawn.
8          Do you know any parent or student attending
9  ▮▮▮ from 2014 to the present?
10    A.   I know one of my detectives, I believe,
11 has -- let's see, I'm trying to remember.  ▮▮▮
12 is the ▮ school so I believe has a ▮ who is
13 attending ▮▮▮.
14    Q.   Who is that?
15    A.   Actually, there is two police officers, but
16 one of them works directly for me, Detective ▮▮
17 ▮▮.  And her husband is an officer, ▮▮▮
18 ▮▮.
19    Q.   Really?  ▮▮▮▮.  That's
20 got to be confusing.
21    A.   And that is my understanding.  I don't know
22 that for a fact.
23    Q.   Do you know anyone else who has a child
24 attending ▮▮▮ or ▮▮▮?
25    A.   Not that I recall.