UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____X
)
)
)
JANE DOE,                                                                         )     Index No. 3:18-cv-01322 (KAD)
                     Plaintiff,                              )
)
v.                                                                                     )
)
TOWN OF GREENWICH, SGT. DET. BRENT       )
REEVES, in his individual and official capacity,    )
and DET. KRYSTIE M. RONDINI, in her individual )     November 24, 2021
and official capacity,                                              )
                     Defendants.                         )
_____X

**PLAINTIFF'S MOTION TO RESCHEDULE ORAL ARGUMENT**

      The undersigned attorney hereby moves this Court to reschedule the oral argument set for 12/14/2021 for the following reasons:

      1.     Attorney Meredith Braxton was previously scheduled to participate in a mediation on behalf of a special education student who is in a dispute with the Westport Board of Education. Scheduling the mediation at a time when parties, counsel, and the mediator assigned by the Connecticut State Board of Education were all available took approximately two months. A further delay in resolving the dispute could harm the student by making it difficult for her parents to continue the placement that is necessary for her.

      2.     Defendants consent if the argument can be moved to an earlier date, but not if the argument is delayed. All parties are available on 12/8/21 or 12/10/21. Defendants represented that they have a jury trial that could stretch to the third week in January and

further represented that they are not next available until March 2022, although it is not clear whether all of the attorneys appearing in this matter have such limited availability or on which specific days counsel is not available.

    3.    For the foregoing reasons, Plaintiff requests that the oral argument set for 12/14/21 be rescheduled, even if it must be delayed until the end of January or later.

    Respectfully submitted,

By:    /s/ Meredith C. Braxton
Meredith C. Braxton (ct17395)
For BRAXTON HOOK LLC
280 Railroad Avenue, Suite 205
Greenwich, CT 06830
Tel: 203.661.4610
Fax: 203.661.4611
mbraxton@braxtonhook.com

## CERTIFICATION

This is to certify that on November 24, 2021, a copy of the foregoing Plaintiff's Motion to Reschedule Oral Argument was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

                    /s/*Meredith C. Braxton*