AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| PAULA SCANLAN | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-CV-01322-KAD |
| TOWN OF GREENWICH, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 12/03/2021

/s/ Margaret M. Sheahan
*Attorney's signature*

Margaret M. Sheahan (ct05862)
*Printed name and bar number*

Mitchell & Sheahan, P.C.
999 Oronoque Lane, Ste 203
Stratford, CT 06614
*Address*

msheahan@mitchellandsheahan.com
*E-mail address*

(203) 873-0240
*Telephone number*

(203) 873-0235
*FAX number*

## **CERTIFICATION**

      I HEREBY CERTIFY that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                  */s/ Margaret M. Sheahan*
                                  Margaret M. Sheahan (ct05862)
                                  Mitchell & Sheahan, P.C.
                                  999 Oronoque Lane, Suite 203
                                  Stratford, CT 06614
                                  203-873-0240
                                  203-873-0235 (fax)
                                  msheahan@mitchellandsheahan.com