Civil- (Dec-2008)

HONORABLE: Kari A. Dooley
DEPUTY CLERK: Kristen Gould    RPTR/ECRO/TAPE: Tracy Gow
TOTAL TIME: 2 hours 15 minutes
DATE: 12/8/2021    START TIME: 2:35pm    END TIME: 4:50pm
LUNCH RECESS    FROM: ___  TO: ___
RECESS (if more than ½ hr)    FROM: ___  TO: ___

CIVIL NO. 3:18-cv-01322-KAD

Scanlan                                          M. Braxton, E. Hook
                                                 Plaintiff's Counsel
            vs
Greenwich et al                                  M. Sheahan, R. Mitchell
                                                 Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing            [ ] Show Cause Hearing
[ ] Evidentiary Hearing       [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] #282 Motion for Summary Judgment — [ ] granted [ ] denied [✓] advisement
[✓] #284 Motion for Summary Judgment — [ ] granted [ ] denied [✓] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement

[ ] Briefs(s) due ___   Proposed Findings due ___   Response due ___
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] Hearing continued until ___ at ___

Notes: