UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAULA SCANLAN, | ) |
| Plaintiff, | ) Case No. 3:18-cv-01322-KAD |
| v. | ) |
| TOWN OF GREENWICH, et al | ) |
| Defendants. | ) JULY 1, 2022 |

### DEFENDANT'S APPLICATION FOR ATTORNEY FEES AND COSTS

Pursuant to 42 U.S.C. §1988 and Fed. R. Civ. P. 54, Defendant, Town of Greenwich, hereby submits this application for attorneys' fees and costs in the amount of $902,469.56 on the basis that the blatantly frivolous nature of Plaintiff's claims from start to finish justify an award of attorneys' fees and costs to the Town as the prevailing Defendant in this matter.  In support of this application, Defendant has attached an accompanying memorandum of law and supporting exhibits.

THE DEFENDANT, TOWN OF GREENWICH

By:  */s/Robert B. Mitchell*
Robert B. Mitchell (ct02662)
Jessica A. Slippen (ct52765)
Reese Mitchell (ct30226)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Tel.:  (203) 873-0240
Fax:  (203) 873-0235
rbmitchell@mitchellandsheahan.com

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing was filed electronically sand served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.

> */s/Robert B. Mitchell*
> Robert B. Mitchell (ct02662)
> Mitchell & Sheahan, P.C.
> 999 Oronoque Lane, Suite 203
> Stratford, CT 06614
> Tel.: (203) 873-0240
> rbmitchell@mitchellandsheahan.com